```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
       CIVIL DOCKET ENTRIES FOR CASE A05-0002--CV (RRB)
              "SCOTT BROWN V FRANK PETERSON ET AL"

         Including terminated parties, excluding terminated counsel
```

```
   Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
   Magistrate Judge:
      Referral Rule:
             Filed: 01/03/05
            Closed: NO

      Jurisdiction: (3) Federal Question (US Govt not a Party)
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (440) Other Civil Rights

            Origin: (1) Original Proceeding
            Demand:
        Filing fee: Paid $150.00 on 01/03/05 receipt # 00124799
          Trial by: Jury
```

Parties of Record:                              Counsel of Record:

| | | | |
|---|---|---|---|
| PLF 1.1 | BROWN, SCOTT | | Robert M. Herz<br>425 G Street, Suite 600<br>Anchorage, AK 99501<br>907-277-7171<br>FAX 907-277-0281 |
| DEF 1.1 | PETERSON, FRANK | | Frank S. Koziol Jr<br>Attorney at Law<br>618 Christensen Drive<br>Anchorage, AK 99501<br>907-258-7706<br>FAX 907-258-7707 |
| DEF 2.1 | HOLDEN, JEFF | | Frank S. Koziol Jr<br>(see above) |
| DEF 3.1 | KODIAK, CITY OF | | Frank S. Koziol Jr<br>(see above) |

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                         CIVIL DOCKET ENTRIES FOR CASE A05-0002--CV (RRB)
                              "SCOTT BROWN V FRANK PETERSON ET AL"

                                        For all filing dates
```

```
    Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
   Magistrate Judge:
      Referral Rule:
             Filed: 01/03/05
            Closed: NO

       Jurisdiction: (3) Federal Question (US Govt not a Party)
      PLF Diversity:
      DEF Diversity:

     Nature of Suit: (440) Other Civil Rights

             Origin: (1) Original Proceeding
             Demand:
         Filing fee: Paid $150.00 on 01/03/05 receipt # 00124799
           Trial by: Jury
```

| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 01/03/05 | Complaint filed. |
| NOTE - 1 | 01/06/05 | Issued: summons re: DEF's 1-3. |
| NOTE - 2 | 01/21/05 | Issued: summons re: DEF 3. |
| NOTE - 3 | 01/26/05 | Issued: reissued summons re: DEF 1. |
| 2 - 1 | 02/07/05 | DEF 1 motion for stay of proceedings. |
| 3 - 1 | 02/07/05 | DEF 2-3 non-opposition to DEF 1 motion for stay of proceedings (2-1). |
| 4 - 1 | 02/07/05 | DEF 1-3 Attorney Appearance of F. Koziol. |
| 5 - 1 | 02/07/05 | DEF 2-3 Answer to Complaint, |
| 6 - 1 | 02/07/05 | DEF 1-3 Jury Demand. |
| 7 - 1 | 02/23/05 | PLF 1 opposition to DEF 1 motion for stay of proceedings. (2-1) |
| 8 - 1 | 02/23/05 | PLF 1 Return of Service Executed re: DEF 2 on 1/11/05; DEF 3 on 1/26/05. Sent by cert mail on 2/22/05 re: DEF 1 to F. Koziol. |
| 9 - 1 | 02/28/05 | DEF 1 reply to opposition to DEF 1 motion for stay of proceedings (2-1). |
| 10 - 1 | 03/02/05 | DEF 1 Objections to Rule 5.1 proof of svc. |
| 11 - 1 | 03/15/05 | RRB Order granting/denying motion for stay of proceedings (2-1); DEF 1's object to rule 5.1 proof of service (10-1) is OVERRULED; parties to keep crt informed re status of case & advise the crt w/in 30 days of DEF 1's return of deactivation from military service. cc: cnsl |