FRANK S. KOZIOL, ESQ.
Attorney at Law
618 Christensen Drive
Anchorage, Alaska 99501
907-258-7706

Counsel for Defendants
FRANK PETERSON, JEFF HOLDEN,
AND CITY OF KODIAK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SCOTT BROWN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. A05-0002 CV [RRB] |
| vs. ) | |
| ) | |
| FRANK PETERSON, Individually and ) | STATUS REPORT |
| in His official capacity as a ) | |
| City of Kodiak Police Officer; ) | |
| JEFF HOLDEN, Individually and in ) | |
| his official capacity as a City ) | |
| Kodiak Police Officer; CITY OF ) | |
| KODIAK; and JOHN AND JANE DOES ) | |
| 1-10, ) | |
| Defendants. ) | |
| _____) | |

COMES NOW FRANK S. KOZIOL, attorney for Defendants FRANK PETERSON, JEFF HOLDEN, and CITY OF KODIAK in the above-captioned proceeding and hereby responds to this Court's Order entered on March 8, 2006 requesting a status report as to

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

Defendant Peterson's current military service.

On March 14, 2006 the undersigned was contacted by Defendant Peterson who stated he has returned from Iraq and is currently in Kodiak. Therefore, the current stay of proceedings can be lifted.

DATED at Anchorage, Alaska, this 17TH day of March, 2006.

LAW OFFICE OF FRANK S. KOZIOL
Attorney for Defendants Frank Peterson, Jeff Holden, and City of Kodiak

By: _____
Frank S. Koziol
ABA No. 7210054

THIS IS TO CERTIFY that a copy of the foregoing was served by mail upon Robert Herz, Esq., at his address of record, this 17TH day of March, 2006.

_____
Frank S. Koziol

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

Status Report
*Brown v. Peterson, et al.*, Case No. A05-0002 CIV [RRB]
Page 2 of 2