# MINUTES OF THE UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

*Brown v. Peterson, et al.*
Case No. 3:05-cv-0002-TMB

By:               THE HONORABLE TIMOTHY M. BURGESS

PROCEEDINGS:    ORDER FROM CHAMBERS

The Court stayed these proceedings on March 15, 2005, in light of Defendant Peterson's active military service. On March 8, 2006, the Court issued an Order requesting a status report as to the continuing propriety of stay. Docket No. 13. In response to that Order, Defendants filed a status report indicating that Peterson has returned from active service, and that the stay can be lifted. Docket No. 14.

**IT IS THEREFORE ORDERED:**
The stay issued in this case is hereby lifted. Defendant Peterson is directed to file an answer to the complaint **on or before Friday, April 7, 2006**.

Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.

DATE:  March 20, 2006