FRANK S. KOZIOL, ESQ.
Attorney at Law
618 Christensen Drive
Anchorage, Alaska 99501
907-258-7706

Counsel for Defendants
FRANK PETERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SCOTT BROWN,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>FRANK PETERSON, Individually and in His official capacity as a City of Kodiak Police Officer; JEFF HOLDEN, Individually and in his official capacity as a City Kodiak Police Officer; CITY OF KODIAK; and JOHN AND JANE DOES 1-10,<br><br>　　　　Defendants. | Case No. A05-0002 CV [RRB]<br><br>SEPARATE ANSWER OF <u>FRANK PETERSON</u> |

COMES NOW Defendant FRANK PETERSON, by and through his attorney, FRANK S. KOZIOL, and hereby responds to Plaintiffs' Complaint dated January 3, 2005 as follows:

**I. PARTIES**

1. Answering Defendant admits the allegations.

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

2. Answering Defendant admits the allegations except to deny liability to the Plaintiff.

3. Answering Defendant admits the allegations except to deny liability to the Plaintiff.

4. Answering Defendant admits the allegations set forth in the first sentence of this paragraph. Answering Defendant denies the allegations set forth in the second sentence of this paragraph.

5. Answering Defendant cannot respond to these allegations as unknown individuals are referenced. If a response is required, Answering Defendant denies the allegations.

## II. JURISDICTION

6. Answering Defendant admits jurisdiction is properly in federal court. Answering Defendant is without information sufficient to admit or deny that all of Plaintiff's claims are properly pled and within the federal statutes cited and, therefore, denies the allegations.

## III. FACTS

7. Answering Defendant admits that Defendant Peterson entered the home of Plaintiff Scott Brown on January 4, 2003 without a warrant. Answering Defendant denies the remaining allegations.

FRANK S. KOZIOL
ATTORNEY AT LAW
818 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

Separate Answer of Frank Peterson
*Brown v. Peterson, et al.*, Case No. A05-0002 CV [RRB]
Page 2 of 10

8. Answering Defendant admits that Defendant Peterson refused Plaintiff's request for him to leave the Brown home.

9. Answering Defendant admits that Defendant Peterson tried to enter a bathroom occupied by Plaintiff. Answering Defendant denies the remaining allegations.

10. Answering Defendant denies the allegations.

11. Answering Defendant admits that Defendant Peterson used pepper spray on Plaintiff and attempted to put him in handcuffs. Answering Defendant denies the remaining allegations.

12. Answering Defendant admits that Defendant Holden entered the home without a warrant and without Plaintiff's consent and used pepper spray on Plaintiff. Answering Defendant denies the remaining allegations.

13. Answering Defendant admits that Plaintiff's brother, Damon Brown, experienced distress during the arrest of Plaintiff. Answering Defendant denies, based upon lack of knowledge, the cause or result of his distress.

14. Answering Defendant admits that Plaintiff was involuntarily taken from his residence and his pants required proper placement. Answering Defendant denies the remaining allegations based upon a lack of knowledge.

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

15. Answering Defendant admits the allegations. Answering Defendant denies the allegations based upon ambiguity as to the allegation of "spent the night."

16. Answering Defendant admits the allegations set forth in the first sentence of this paragraph. Answering Defendant does not possess any hearing transcript that would permit Answering Defendant to admit or deny the remaining allegations. Therefore, Answering Defendant denies the remaining allegations based upon lack of knowledge. This response may be supplemented once the documents are received.

17. Answering Defendant does not possess any hearing transcript that would permit Answering Defendant to admit or deny the allegations. Therefore, Answering Defendant denies the allegations based upon lack of knowledge. This response may be supplemented once the documents are received. Answering Defendant denies the last sentence of this paragraph.

18. Answering Defendant does not possess any hearing transcript, grand jury transcript, or indictment that would permit Answering Defendant to admit or deny the allegations. Therefore, Answering Defendant denies the allegations based upon lack of knowledge. This response may be supplemented once the documents are received.

19. Answering Defendant does not possess any hearing

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

transcript or ruling that would permit Answering Defendant to admit or deny the allegations. Therefore, Answering Defendant denies the remaining allegations based upon lack of knowledge. This response may be supplemented once the documents are received.

20. Answering Defendant lacks knowledge sufficient to respond to these allegations and, therefore, denies the allegations.

21. Answering Defendant lacks knowledge sufficient to respond to these allegations and, therefore, denies the allegations.

### IV. COLOR OF STATE LAW

22. Answering Defendant denies the allegations.
23. Answering Defendant denies the allegations.
24. Answering Defendant denies the allegations.
25. Answering Defendant denies the allegations.

### V. DAMAGES AND INJURIES

26. Answering Defendant denies the allegations.

### VI. CAUSES OF ACTION

**FIRST CAUSE OF ACTION: UNLAWFUL, ENTRY, SEIZURE AND ARREST UNDER 42 U.S.C. § 1983**

27. Answering Defendant incorporates by reference all his responses contained in Paragraphs 1 through 26 as if fully

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

Separate Answer of Frank Peterson
*Brown v. Peterson, et al.*, Case No. A05-0002 CV [RRB]
Page 5 of 10

restated herein.

    28. Answering Defendant denies the allegations.

    29. Answering Defendant denies the allegations.

**SECOND CAUSE OF ACTION: INADEQUATE TRAINING, SUPERVISION, CUSTOM, PRACTICES, POLICIES UNDER 42 U.S.C. § 1983**

    30. Answering Defendant incorporates by reference all his responses contained in Paragraphs 1 through 29 as if fully restated herein.

    31. Answering Defendant denies the allegations.

    32. Answering Defendant denies the allegations.

    33. Answering Defendant denies the allegations.

    34. Answering Defendant denies the allegations.

**THIRD CAUSE OF ACTION: INVASION OF PRIVACY**

    35. Answering Defendant incorporates by reference all his responses contained in Paragraphs 1 through 34 as if fully restated herein.

    36. Answering Defendant denies the allegations.

**FOURTH CAUSE OF ACTION: ASSAULT AND BATTERY**

    37. Answering Defendant incorporates by reference all his responses contained in Paragraphs 1 through 36 as if fully restated herein.

    38. Answering Defendant denies the allegations.

    39. Answering Defendant denies the allegations.

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

### FIFTH CAUSE OF ACTION: FALSE ARREST

40. Answering Defendant incorporates by reference all his responses contained in Paragraphs 1 through 39 as if fully restated herein.

41. Answering Defendant denies the allegations.

### SIXTH CAUSE OF ACTION: MALICIOUS PROSECUTION

42. Answering Defendant incorporates by reference all his responses contained in Paragraphs 1 through 41 as if fully restated herein.

43. Answering Defendant denies the allegations.

44. Answering Defendant denies the allegations.

### SEVENTH CAUSE OF ACTION: ABUSE OF PROCESS

45. Answering Defendant incorporates by reference all his responses contained in Paragraphs 1 through 44 as if fully restated herein.

46. Answering Defendant denies the allegations.

47. Answering Defendant denies the allegations.

### EIGHTH CAUSE OF ACTION: NEGLIGENCE

48. Answering Defendant incorporates by reference all his responses contained in Paragraphs 1 through 47 as if fully restated herein.

49. Answering Defendant denies the allegations.

50. Answering Defendant denies the allegations.

FRANK S. KOZIOL
ATTORNEY AT LAW
818 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7708
FAX (907) 258-7707

### NINTH CAUSE OF ACTION: EMOTIONAL DISTRESS

51. Answering Defendant incorporates by reference all his responses contained in Paragraphs 1 through 50 as if fully restated herein.

52. Answering Defendant denies the allegations.

### TENTH CAUSE OF ACTION: PUNITIVE DAMAGES

53. Answering Defendant incorporates by reference all his responses contained in Paragraphs 1 through 52 as if fully restated herein.

54. Answering Defendant denies the allegations.

### ELEVENTH CAUSE OF ACTION: RESPONDEAT SUPERIOR

55. Answering Defendant incorporates by reference all his responses contained in Paragraphs 1 through 54 as if fully restated herein.

56. Answering Defendant denies the allegations.

57. Answering Defendant denies the allegations.

### FIRST AFFIRMATIVE DEFENSE

Plaintiff's Complaint fails to state upon which relief can be granted and, therefore, should be dismissed accordingly.

### SECOND AFFIRMATIVE DEFENSE

Plaintiff may have been comparatively at fault under AS 09.17.080 and, therefore, his claims should be reduced or barred accordingly.

FRANK S. KOZIOL
ATTORNEY AT LAW
818 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

Separate Answer of Frank Peterson
*Brown v. Peterson, et al.*, Case No. A05-0002 CV [RRB]
Page 8 of 10

### THIRD AFFIRMATIVE DEFENSE

Answering Defendant may have immunity, including privileges, pursuant to applicable statutes and case law and, therefore, Plaintiff's Complaint should be dismissed.

### FOURTH AFFIRMATIVE DEFENSE

Answering Defendant reserves the right to add further affirmative defenses as discovery may reveal is available to him.

WHEREFORE, having responded to Plaintiff's Complaint, Defendant Frank Peterson requests the following relief:

1. That Plaintiff's Complaint be dismissed with prejudice.

2. That Answering Defendant recover reasonable costs and attorney's fees incurred in defending this action.

3. For any other relief this Court deems just.

DATED at Anchorage, Alaska, this 5th day of April, 2006.

```
                              LAW OFFICE OF FRANK S. KOZIOL
                              Attorney for Defendant Frank
                                Peterson

                              By: _____
                                  Frank S. Koziol
                                  ABA No. 7210054
```

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

Separate Answer of Frank Peterson
*Brown v. Peterson, et al.*, Case No. A05-0002 CV [RRB]
Page 9 of 10

THIS IS TO CERTIFY that a copy of the foregoing was served by mail upon Robert Herz, Esq., at his address of record, this 5th day of April, 2006.

_____
Frank S. Koziol

Separate Answer of Frank Peterson
*Brown v. Peterson, et al.*, Case No. A05-0002 CV [RRB]
Page 10 of 10