Robert Herz
Law Offices of Robert M. Herz, P.C.
425 G. Street, Suite 600
Anchorage, Alaska 99507
907-277-7171 Phone
907-277-0281 Fax

Counsel for Plaintiff
SCOTT BROWN

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SCOTT BROWN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| FRANK PETERSON, Individually and in ) | |
| His official capacity as a City of Kodiak ) | |
| Police Officer; JEFF HOLDEN, Individually ) | |
| and in his official capacity as a City of ) | |
| Kodiak Police Officer; CITY OF KODIAK; ) | |
| and JOHN AND JANE DOES 1-10, ) | Civil No. A05-0002 CV (RRB) |
| ) | |
| Defendants. ) | |
| ) | |

## JOINT MOTION FOR EXTENSION OF TIME FOR COUNSEL TO MEET

COME NOW, plaintiff, Scott Brown, by and through counsel, Robert M. Herz, of the Law Offices of Robert Herz, P.C., moves this court for an extension of time for counsel to meet. Counsel has been in a felony trial from March 6 to April 4, 2006 in <u>State v. Cano</u>, 3AN-S02-4148Cr. Counsel was out of state from April 16 to April 25. The parties were to meet on or before April 26 and file a report by May 3. The parties jointly move to extend the time to meet to Friday, April 28, 2006. The parties will file a report with the court as scheduled.

Law Offices of Robert Herz, P.C.
425 G Street, Suite 600 • Anchorage, AK 99501
Phone 907-277-7171 • Fax 907-277-0281
E-mail rmherz@gci.net

DATED at Anchorage, Alaska, this 26th day of April 2006.

THE LAW OFFICES OF ROBERT HERZ, PC

s/ Robert M. Herz
425 G. Street, Suite 600
Anchorage, Alaska 99501
Phone 907-277-7171
Fax 907-277-0281
rmherz@gci.net
AK Bar No. 8706023

**CERTIFICATE OF SERVICE**
I hereby certify that on March 26th, 2006, a copy of the foregoing Non-Opposed Motion was served electronically / and via U.S. Mail on Frank Koziol    s/ Robert Herz

Opposition to Mtn. for Stay
Page 2 of 2