Robert Herz
Law Offices of Robert M. Herz, P.C.
425 G. Street, Suite 600
Anchorage, Alaska 99507
907-277-7171 Phone
907-277-0281 Fax

Counsel for Plaintiff
SCOTT BROWN

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SCOTT BROWN,                                              ) | |
| ) | |
| Plaintiff,                                                ) | |
| ) | |
| vs.                                                       ) | |
| ) | |
| FRANK PETERSON, Individually and in                       ) | |
| His official capacity as a City of Kodiak                 ) | |
| Police Officer; JEFF HOLDEN, Individually                 ) | |
| and in his official capacity as a City of                 ) | |
| Kodiak Police Officer; CITY OF KODIAK;                    ) | |
| and JOHN AND JANE DOES 1-10,                              ) | Civil No. A05-0002 CV (RRB) |
| ) | |
| Defendants.                                               ) | |
| ) | |

## ORDER

Based upon the Joint Motion for Extension of Time for Counsel to Meet filed by the parties and this Court being fully advised in the premises;

IT IS HEREBY ORDERED that the Motion is GRANTED. Counsel shall meet on Friday, April 28, 2006. Counsel for all parties shall execute and file with the court a Scheduling and Planning Conference Report as scheduled.

DONE at Anchorage, Alaska, this _____ day of _____ 2006.

_____
JUDGE OF THE UNITED STATES DISTRICT COURT

Law Offices of Robert Herz, P.C.
425 G Street, Suite 600 • Anchorage, AK 99501
Phone 907-277-7171 • Fax 907-277-0281
E-mail rmherz@gci.net