Robert M. Herz
Law Office of Robert Herz, P.C.
425 G. Street, Suite 600
Anchorage, Alaska 99501
907-277-7171 Phone
907-277-0281 Facsimile

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

SCOTT BROWN,                                    )
                                                )
            Plaintiff,                          )
                                                )
vs.                                             )    Case No.:   A05-0002 CR. (RRB)
                                                )
FRANK PETERSON, Individually and                )
In His official capacity as a City of Kodiak    )
Police Officer; JEFF HOLDEN, Individually       )
and in his official capacity as a City of       )
Kodiak Police Officer; CITY OF KODIAK;          )
and JOHN AND JANE DOES 1-10,                    )
                                                )
            Defendant.                          )    **SCHEDULING AND PLANNING**
                                                )    **CONFERENCE REPORT**

1.  **Meeting.** In accordance with F.R.Civ.P.26(f), a meeting was held on April 28, 2006 and was attended by:

    Robert Herz, Attorney for plaintiff Scott Brown.

    Frank Koziol, attorney for defendants Frank Peterson, Jeff Holden, and City of Kodiak.

The parties recommend the following:

2.  **Pre-Discovery Disclosures.** The information required by F.R.Civ.P. 26(a)(1):

    [ ] have been exchanged by the parties

    [X] will be exchanged by the parties by **June 2, 2006**.

    Preliminary witness lists:

    [ ] have been exchanged by parties

    [X] will be exchanged by the parties by **August 3, 2006**.

3. **Contested Issues of Fact and Law.** Preliminarily, the parties expect the following issues of fact and/or law to be presented to the court at trial in this matter:

Liability and damages as described in the parties complaint and answer.

4. **Discovery Plan.** The parties jointly propose to the court the following discovery plan.

    A.    Discovery will be needed on the following issues:

    **Liability and damages**.

    B.    All discovery commenced in time to be completed by **February 19, 2007** "discovery close date".

    C.    Limitations on Discovery.

        1.    Interrogatories

        [X] No change from F.R.Civ.P. 33(a).

        [_] Maximum of _____ by each party to any other party.

        Response due in ___ days.

        2.    Requests for Admissions.

        [X] No change from F.R.Civ.P. 36(a).

        [_] Maximum of _____ requests.

        Response due in ___ days.

        3.    Depositions.

        [X] No change from F.R.Civ.P. 30(a), (d).

        [ ] Maximum of ____ depositions by each party.

        Deposition not to exceed ____ hours unless agreed to by all parties.

    D.    Reports from retained experts.

    [X] Not later than **120 days** before the close of discovery subject to F.R.Civ.P 26(a)(2)(C), and not later than **45 days** before close of discovery for rebuttal experts subject to F.R.Civ.P 26(a)(2)(C).

Law Offices of Robert Herz, P.C.
425 G Street, Suite 600 • Anchorage, AK 99501
Phone 907-277-7171 • Fax 907-277-0281
E-mail rmherz@gci.net

Law Offices of Robert Herz, P.C.
425 G Street, Suite 600 • Anchorage, AK 99501
Phone 907-277-7171 • Fax 907-277-0281
E-mail rmherz@gci.net

    E.    Supplementation of disclosures and discovery responses are to be made:

[ ] Periodically at 60-day intervals from the entry of scheduling and planning order.

[X] Within 60 days of acquiring new information, and, in no event, no later than 60 days before the close of discovery.

    F.    A final witness list, disclosing all lay and expert witnesses whom a party may wish to call at trial, will be due:

[X] 45 days prior to the close of discovery.

[ ] Not later than (_____)

5. **Pretrial Motions.**

[ ] No change from D.Ak. LR 16.1(c).

The following changes to D.AK.LR 16.1 (c). [Check and complete all that apply]

[ ] Motions to amend pleadings or add parties to be filed not later than (_____).

[ ] Motions under the discovery rules must be filed not later than (_____)

[X] Motions in limine **30 days** before trial and dispositive motions **120 days** before trial.

6. **Other Provisions:**

    A.    [X] The parties do not request a conference with the court before the entry of the scheduling order.

[ ] The parties request a scheduling conference with the court on the following issue(s):

    B.    Alternative Dispute Resolution. [D.Ak. LR 16.2]

[ ] This matter is not considered a candidate for court-annexed alternative dispute resolution.

Law Offices of Robert Herz, P.C.
425 G Street, Suite 600 • Anchorage, AK 99501
Phone 907-277-7171 • Fax 907-277-0281
E-mail rmherz@gci.net

C. The parties [ ] do [X] do not consent to trial before a magistrate judge.

D. Compliance with the Disclosure Requirements of F.R.Civ.P. 7.1

[ ] All parties have complied   [X] Compliance not required by any party

7. **Trial.**

A. The matter will be ready for trial:

[ ] 45 days after the discovery close date.

[X] not earlier than **June 18, 2007**.

B. This matter is expected to take **6** days to try.

C. Jury Demanded [X] Yes   [ ] No

Right to jury trial disputed? [ ] Yes   [X] No

DATED at Anchorage, Alaska, this 1st day of May 2006.

THE LAW OFFICES OF ROBERT HERZ, P.C.
s/ Robert M. Herz
425 G. Street, Suite 600
Anchorage, Alaska 99501
Phone 907-277-7171
Fax 907-277-0281
rmherz@gci.net
AK Bar No. 8706023

s/ Frank S. Koziol
618 Christensen Drive
Anchorage, Alaska 99501
Phone 907-258-7706
Fax 907-258-7707
koziol@gci.net
AK Bar No. 7210054

---

**CERTIFICATE OF SERVICE**
I hereby certify that on May 1, 2006, a copy of the foregoing Scheduling and Planning Conference Report was served via U.S. Mail on Frank Koziol, 618 Christensen Drive, Anchorage, Alaska 99501    s/ Robert Herz