Robert Herz
Law Offices of Robert M. Herz, P.C.
425 G. Street, Suite 600
Anchorage, Alaska 99507
907-277-7171 Phone
907-277-0281 Fax

Counsel for Plaintiff
SCOTT BROWN

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SCOTT BROWN, <br><br> Plaintiff, <br><br> vs. <br><br> FRANK PETERSON, Individually and in His official capacity as a City of Kodiak Police Officer; JEFF HOLDEN, Individually and in his official capacity as a City of Kodiak Police Officer; CITY OF KODIAK; and JOHN AND JANE DOES 1-10, <br><br> Defendants. | Civil No. A05-0002 CV (RRB) |

## JOINT STATUS REPORT

COMES NOW, all parties in the above-referenced caption, by and through their respective counsel, Robert M. Herz, of the Law Offices of Robert Herz, P.C., and Frank S. Koziol, hereby files the status report as follows:

**A.    Nature of the Case.** Plaintiff has alleged that defendants Peterson and Holden, without a warrant, entered and/or invaded the home of plaintiff and unlawfully used force by pepper spraying plaintiff. Defendant Peterson and Holden forcibly removed plaintiff Brown from his residence resulting in re-aggravating an ankle injury.

1.    The lead attorneys are plaintiff's attorney Robert M. Herz and Defendants' attorney, Frank S. Koziol.

2.  Basis for federal jurisdiction is pursuant to 28 U.S.C.§ 1331, 1343, and 1367(a) and 42 U.S.C. § 1983.

3.  The nature of the claims asserted in the complaint are unlawful entry, seizure and arrest; inadequate training, supervision; invasion of privacy; assault and battery; false arrest; malicious prosecution; abuse of process; negligence. The plaintiff suffered loss of liberty; anxiety, emotional distress, and humiliation; lost earnings and earning capacity; he incurred legal expenses as a result of defendants' actions.

4.  All parties have been served.

5.  Principal legal issue is the legal basis for entry into plaintiff's home and subsequent arrest.

6.  Principal factual issue is the factual basis for entry into plaintiff's home and subsequent arrest.

B.  Discovery has not been exchanged at this time. Counsel for the parties met on April 28, 2006. A Scheduling and Planning Conference Report was filed with the court on May 1, 2006 that outlines discovery plans, pretrial motions, and due dates. A status report was filed on March 17, 2006 by defendants' attorney, Frank Koziol. Initial disclosures were exchanged on June 16, 2006.

C.  As reported in the Scheduling and Planning Conference Report, a jury trial has been demanded and it is anticipated to last 6 days.

D.  Settlement has not been discussed at this time.

Law Offices of Robert Herz, P.C.
425 G Street, Suite 600 • Anchorage, AK 99501
Phone 907-277-7171 • Fax 907-277-0281
E-mail rmherz@gci.net

DATED at Anchorage, Alaska, this 19th day of June 2006.

THE LAW OFFICES OF ROBERT HERZ, PC

s/ Robert M. Herz
425 G. Street, Suite 600
Anchorage, Alaska 99501
Phone 907-277-7171
Fax 907-277-0281
rmherz@gci.net
AK Bar No. 8706023

s/ Frank S. Koziol
618 Christensen Drive
Anchorage, Alaska 99501
Phone 907-258-7706
Fax 907-258-7707
koziol@gci.net
AK Bar No. 7210054

Law Offices of Robert Herz, P.C.
425 G Street, Suite 600 • Anchorage, AK 99501
Phone 907-277-7171 • Fax 907-277-0281
E-mail rmherz@gci.net

**CERTIFICATE OF SERVICE**
I hereby certify that on June 19th, 2006, a copy of the foregoing Joint Status Report was served electronically / and via U.S. Mail on Frank Koziol     s/ Robert Herz