```
FRANK S. KOZIOL, ESQ.
Attorney at Law
618 Christensen Drive
Anchorage, Alaska 99501
907-258-7706

Counsel for Defendants
FRANK PETERSON, JEFF HOLDEN,
AND CITY OF KODIAK
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SCOTT BROWN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. A05-0002 CV [RRB] |
| vs. ) | |
| ) | |
| FRANK PETERSON, Individually and ) | STIPULATION TO EXTEND |
| in His official capacity as a ) | PRETRIAL DEADLINE FOR |
| City of Kodiak Police Officer; ) | <u>EXPERT DISCLOSURES</u> |
| JEFF HOLDEN, Individually and in ) | |
| his official capacity as a City ) | |
| Kodiak Police Officer; CITY OF ) | |
| KODIAK; and JOHN AND JANE DOES ) | |
| 1-10, ) | |
| Defendants. ) | |
| _____) | |

COME NOW the Parties, by and through their attorneys of record, and hereby stipulate and agree to extend the deadline for the disclosure of experts in accordance with Rule 26(a)(2) from October 20, 2006 to November 20, 2006.  The reason for this extension is that Defendants want to take the depositions of

Plaintiff Scott Brown, his wife Beverly Brown, and his brother Damon Brown.  The Parties believe they should be able to schedule these depositions within the next month.

| | |
|---|---|
| DATED: 10/20/2006 | LAW OFFICE OF FRANK S. KOZIOL<br>Attorney for Defendants Frank Peterson, Jeff Holden, and City of Kodiak |
| | By: /s Frank S. Koziol<br>Law Office of Frank S. Koziol<br>618 Christensen Drive<br>Anchorage, Alaska 99501<br>Phone: 907-258-7706<br>Fax: 907-258-7707<br>Email: koziol@gci.net<br>ritagutierrez.koziol@gci.net<br>ABA No. 7210054 |
| DATED: 10/20/2006 | LAW OFFICE OF ROBERT M. HERZ<br>Attorney for Plaintiff Scott Brown |
| | By: /s Robert M. Herz (CONSENT GIVEN)<br>Law Office of Robert M. Herz<br>425 "G" Street, Suite 600<br>Anchorage, Alaska 99501<br>Phone: 907-277-7171<br>Fax: 907-277-0281<br>Email: rmherz@gci.net<br>ABA No. 8706023 |

Stipulation to Extend Pretrial Deadline for Expert Disclosures
*Brown v. Peterson, et al.*, Case No. A05-0002 CIV [RRB]
Page 2 of 3

THIS IS TO CERTIFY that a copy of the foregoing was served electronically and by U. S. Mail upon:

Robert M. Herz, Esq.
425 "G" Street, Suite 600
Anchorage, Alaska 99501


/s Frank S. Koziol 10/20/06

Stipulation to Extend Pretrial Deadline for Expert Disclosures
*Brown v. Peterson, et al.*, Case No. A05-0002 CIV [RRB]
Page 3 of 3