FRANK S. KOZIOL, ESQ.
Attorney at Law
618 Christensen Drive
Anchorage, Alaska 99501
907-258-7706

Counsel for Defendants
FRANK PETERSON, JEFF HOLDEN,
AND CITY OF KODIAK


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

SCOTT BROWN,                           )
                                       )
                Plaintiff,             )
                                       ) Case No. A05-0002 CV [RRB]
        vs.                            )
                                       ) ORDER GRANTING
FRANK PETERSON, Individually and )       STIPULATION TO EXTEND
in His official capacity as a    )       PRETRIAL DEADLINE FOR
City of Kodiak Police Officer;   )       EXPERT DISCLOSURES
JEFF HOLDEN, Individually and in )
his official capacity as a City  )
Kodiak Police Officer; CITY OF   )
KODIAK; and JOHN AND JANE DOES   )
1-10,                            )
                Defendants.      )
_____)


        Based on the Stipulation of the Parties, this Court,

hereby grants the Stipulation to Extend Pretrial Deadline for

Expert Disclosures.  The Parties shall exchange expert

disclosures on or before November 20, 2006.

                DATED this ____ of _____, 2006.

_____
RALPH R. BEISTLINE
U. S. DISTRICT COURT JUDGE

THIS IS TO CERTIFY that a copy of the foregoing was
served electronically and by U. S. Mail upon:

Robert M. Herz, Esq.
425 "G" Street, Suite 600
Anchorage, Alaska 99501

/s Frank S. Koziol 10/20/06

Order Granting Stipulation to Extend Pretrial Deadline for Expert Disclosures
*Brown v. Peterson, et al.*, Case No. A05-0002 CIV [RRB]
Page 2 of 2