FRANK S. KOZIOL, ESQ.
Attorney at Law
618 Christensen Drive
Anchorage, Alaska 99501
907-258-7706

Counsel for Defendants
FRANK PETERSON, JEFF HOLDEN,
AND CITY OF KODIAK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SCOTT BROWN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 3:05-cv-0002 [TMB] |
| vs. ) | |
| ) | |
| FRANK PETERSON, Individually and ) | MOTION TO EXTEND |
| in His official capacity as a ) | PRETRIAL DEADLINE FOR |
| City of Kodiak Police Officer; ) | <u>EXPERT DISCLOSURES</u> |
| JEFF HOLDEN, Individually and in ) | |
| his official capacity as a City ) | |
| Kodiak Police Officer; CITY OF ) | |
| KODIAK; and JOHN AND JANE DOES ) | |
| 1-10, ) | |
| Defendants. ) | |

COME NOW DEFENDANTS FRANK PETERSON, JEFF HOLDEN, AND CITY OF KODIAK, by and through their attorney, FRANK S. KOZIOL, and, pursuant to Paragraph 7 of the Scheduling and Planning Order dated May 18, 2006, hereby move this Court to extend the

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

deadline for the disclosure of experts in accordance with Rule 26(a)(2) from November 20, 2006 to December 20, 2006.

This motion is based upon the accompanying memorandum of law and affidavit of counsel. A proposed order accompanies this motion.

DATED 11/20/06

LAW OFFICE OF FRANK S. KOZIOL
Attorney for Defendants Frank Peterson, Jeff Holden, and City of Kodiak

By: /s Frank S. Koziol
Law Office of Frank S. Koziol
618 Christensen Drive
Anchorage, Alaska 99501
Phone: 907-258-7706
Fax: 907-258-7707
Email: koziol@gci.net
ritagutierrez.koziol@gci.net
ABA No. 7210054

THIS IS TO CERTIFY that a copy of the foregoing was served electronically and by U. S. Mail upon:

Robert M. Herz, Esq.
425 "G" Street, Suite 600
Anchorage, Alaska 99501

/s Frank S. Koziol 11/20/06

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

Motion to Extend Pretrial Deadline for Expert Disclosures
*Brown v. Peterson, et al.*, Case No. 3:05-cv-0002 [TMB]
Page 2 of 2