# Frank S. Koziol
ATTORNEY AT LAW

618 CHRISTENSEN DRIVE  
ANCHORAGE, ALASKA 99501

(907) 258-7706  
Fax (907) 258-7707

October 20, 2006

**SENT VIA FACSIMILE AND U. S. MAIL**

Robert Herz, Esq.  
Attorney at Law  
425 "G" Street, Suite 600  
Anchorage, Alaska 99501

Re: Scott Brown v. Peterson, et al.  
    Claimant    :    Scott Brown  
    Insured    :    City of Kodiak  
    Loss of    :    01/04/03  
    File No.    :    2003007773  
    USDC Case No.    :    A05-0002 CV [RRB]

Dear Mr. Herz:

    I note that expert witness disclosures are due today, October 2006. (Scheduling and Planning Order dated May 18, 2006 at paragraph 4) I further note that an extension will routinely be granted for up to two months. (Scheduling and Planning Order dated May 18, 2006 at paragraph 4)

    I suggest we move this deadline to November 20, 2006, an extension of one month. In the interim, I would like to take the depositions of your client, his wife Beverly, and brother Damon. Let me know if you have any depositions you would like to take.

    I have attached a proposed stipulation for your review. If the stipulation is acceptable, please give me your consent to file it electronically with the court. If not, please advise as soon as possible so that I can file the appropriate motion.

Sincerely,

LAW OFFICE OF FRANK S. KOZIOL

Frank S. Koziol

FSK/rb

Enclosure



EXHIBIT A