# Frank S. Koziol
ATTORNEY AT LAW

618 CHRISTENSEN DRIVE
ANCHORAGE, ALASKA 99501

(907) 258-7706
FAX (907) 258-7707

October 27, 2006

**SENT VIA FACSIMILE AND U. S. MAIL**

Robert Herz, Esq.
Attorney at Law
425 "G" Street, Suite 600
Anchorage, Alaska 99501

Re: Scott Brown v. Peterson, et al.
Claimant : Scott Brown
Insured : City of Kodiak
Loss of : 01/04/03
File No. : 2003007773
USDC Case No. : A05-0002 CV [RRB]

Dear Mr. Herz:

The court approved the stipulation for submitting expert reports to November 20, 2006, an extension of one month. As I previously mentioned to you, I would like to take the depositions of your client, his wife Beverly, and brother Damon.

We talked about your sending me a settlement proposal. When may I expect to receive it?

We cannot predict whether the case will settle. Thus, I suggest we schedule the depositions that I requested.

Do you know if the deponents would be willing to come to Anchorage for the depositions. We would both be saving money for our clients. I suggest that we split the costs for your client to come to Anchorage and that my client pays the costs for the other deponents to come to Anchorage. If this is agreeable, let me know what dates would work for you and the deponents. If not, I expect we would need perhaps two days in Kodiak to complete the depositions.

I look forward to hearing from you.

Sincerely,

LAW OFFICE OF FRANK S. KOZIOL

Frank S. Koziol

FSK/rb

EXHIBIT B