FRANK S. KOZIOL, ESQ.
Attorney at Law
618 Christensen Drive
Anchorage, Alaska 99501
907-258-7706

Counsel for Defendants
FRANK PETERSON, JEFF HOLDEN,
AND CITY OF KODIAK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SCOTT BROWN, )<br>)<br>Plaintiff, )<br>) Case No. 3:05-cv-0002 [TMB]<br>vs. )<br>)<br>FRANK PETERSON, Individually and )<br>in His official capacity as a )<br>City of Kodiak Police Officer; ) AFFIDAVIT OF FRANK S. KOZIOL<br>JEFF HOLDEN, Individually and in )<br>his official capacity as a City )<br>Kodiak Police Officer; CITY OF )<br>KODIAK; and JOHN AND JANE DOES )<br>1-10, )<br>Defendants. )<br>_____) | |

STATE OF ALASKA      )
                     ) ss.
THIRD JUDICIAL DISTRICT )

    FRANK S. KOZIOL, being first duly sworn upon his oath,

makes the following statements based on personal knowledge,

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

except as otherwise indicated:

1. I am the attorney for Defendants FRANK PETERSON, JEFF HOLDEN, and CITY OF KODIAK in the above-captioned case.

2. I have only received a partial response to my letter dated October 20, 2006 (oral consent to electronically file the stipulation) and no response to my October 27, 2006 letter.

3. These letters requested the scheduling of the depositions of Plaintiff, his wife, and his brother and the status of Plaintiff's counsel providing a settlement proposal.

4. I have also attempted to contact Plaintiff's counsel by telephone on November 15, 2006, November 16, 2006, and November 17, 2006.

5. I left voice mail messages on each occasion.

6. There has been no response to my voice mail messages.

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

Affidavit of Frank S. Koziol
*Brown v. Peterson, et al.*, Case No. 3:05-cv-0002 [TMB]
Page 2 of 3

      7.    FURTHERMORE, your affiant sayeth naught.

_____
FRANK S. KOZIOL
ABA NO. 7210054

SUBSCRIBED AND SWORN TO before me this _20th_ day of November, 2006.



_____
Notary Public in and for Alaska
My Commission expires: 09/06/09

THIS IS TO CERTIFY that a copy of the foregoing was served electronically and by U. S. Mail upon:

Robert M. Herz, Esq.
425 "G" Street, Suite 600
Anchorage, Alaska 99501

/s Frank S. Koziol 11/20/06

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707