FRANK S. KOZIOL, ESQ.
Attorney at Law
618 Christensen Drive
Anchorage, Alaska 99501
907-258-7706

Counsel for Defendants
FRANK PETERSON, JEFF HOLDEN,
AND CITY OF KODIAK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SCOTT BROWN,<br><br>    Plaintiff,<br><br>vs.<br><br>FRANK PETERSON, Individually and in His official capacity as a City of Kodiak Police Officer; JEFF HOLDEN, Individually and in his official capacity as a City Kodiak Police Officer; CITY OF KODIAK; and JOHN AND JANE DOES 1-10,<br><br>    Defendants. | Case No. A05-0002 CV [TMB]<br><br>MEMORANDUM IN SUPPORT OF MOTION TO EXTEND PRETRIAL DEADLINE FOR <u>EXPERT DISCLOSURES</u> |

The Parties, in a Stipulation to Extend Pretrial Deadline for Expert Disclosures dated October 20, 2006, requested an extension of the deadline for the disclosure expert witnesses and reports. The reason for this first extension was

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

that Defendants wanted to take the depositions of Plaintiff Scott Brown, his wife Beverly Brown, and his brother Damon Brown. The Parties believed they would be able to schedule these depositions within the next month. This Court granted the stipulation in an Order dated October 23, 2006.

Defendants seek a second extension of time from November 20, 2006 to December 20, 2006.[1] The reason for this second extension of time is that Defendants' counsel has only received a partial response to his letter dated October 20, 2006[2] (oral consent to electronically file the stipulation) and no response to his October 27, 2006 letter.[3] These letters requested the scheduling of the above-referenced depositions and the status of Plaintiff's counsel providing a settlement proposal. Defense counsel has also attempted to contact Plaintiff's counsel by telephone on November 15, 2006, November 16, 2006, and November 17, 2006. Defense counsel left voice mail messages on each occasion. However, there has been

---

[1] See Planning and Scheduling Order dated May 18, 2006 at paragraph 7 ("counsel may stipulate to a continuance of not more than two months. . . .").

[2] Exhibit A.

[3] Exhibit B.

Memorandum in Support of Motion to Extend Pretrial Deadline for Expert Disclosures
*Brown v. Peterson, et al.*, Case No. A05-0002 CIV [RRB]
Page 2 of 3

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

no response to his voice messages.[4]

For the aforementioned reasons, this Court should grant the Motion for Extend Pretrial Deadline for Expert Disclosures.

DATED: 11/20/2006

LAW OFFICE OF FRANK S. KOZIOL
Attorney for Defendants Frank Peterson, Jeff Holden, and City of Kodiak

By: /s Frank S. Koziol
Law Office of Frank S. Koziol
618 Christensen Drive
Anchorage, Alaska 99501
Phone: 907-258-7706
Fax: 907-258-7707
Email: koziol@gci.net
ritagutierrez.koziol@gci.net
ABA No. 7210054

THIS IS TO CERTIFY that a copy of the foregoing was served electronically and by U. S. Mail upon:

Robert M. Herz, Esq.
425 "G" Street, Suite 600
Anchorage, Alaska 99501

/s Frank S. Koziol 11/20/06

---

[4] Affidavit of Frank S. Koziol.

Memorandum in Support of Motion to Extend Pretrial Deadline for Expert Disclosures
Brown v. Peterson, et al., Case No. A05-0002 CIV [RRB]
Page 3 of 3

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707