FRANK S. KOZIOL, ESQ.
Attorney at Law
618 Christensen Drive
Anchorage, Alaska 99501
907-258-7706

Counsel for Defendants
FRANK PETERSON, JEFF HOLDEN,
AND CITY OF KODIAK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SCOTT BROWN, )<br><br>Plaintiff, )<br><br>vs. )<br><br>FRANK PETERSON, Individually and )<br>in His official capacity as a )<br>City of Kodiak Police Officer; )<br>JEFF HOLDEN, Individually and in )<br>his official capacity as a City )<br>Kodiak Police Officer; CITY OF )<br>KODIAK; and JOHN AND JANE DOES )<br>1-10, )<br>Defendants. )<br>_____ )<br>) | Case No. A05-0002 CV [TMB]<br><br>MOTION TO COMPEL<br>DISCOVERY COMPLIANCE AND<br>REQUEST FOR STATUS CONFERENCE |

COMES NOW Defendants FRANK PETERSON, JEFFREY HOLDEN,

and CITY OF KODIAK, by and through their attorney, FRANK S.

KOZIOL, and hereby move pursuant to Federal Rule 37(a)(2)(B) for

an order compelling Plaintiff SCOTT BROWN to comply with

discovery.

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

Defendants also seek an order setting a status conference to discuss changing discovery dates.

Defendants have in good faith attempted to obtain compliance from Plaintiff but such compliance was not forthcoming.

This motion is supported by the accompanying memorandum of law and affidavit of counsel. A proposed order also accompanies the motion.

DATED: 12/14/2006                    LAW OFFICE OF FRANK S. KOZIOL
                                     Attorney for Defendants Frank
                                       Peterson, Jeff Holden, and City
                                       of Kodiak


                                     By: /s Frank S. Koziol
                                         Law Office of Frank S. Koziol
                                         618 Christensen Drive
                                         Anchorage, Alaska 99501
                                         Phone: 907-258-7706
                                         Fax: 907-258-7707
                                         Email: koziol@gci.net
                                         ritagutierrez.koziol@gci.net
                                         ABA No. 7210054


THIS IS TO CERTIFY that a copy of the foregoing was
served electronically and by U. S. Mail upon:

Robert M. Herz, Esq.
425 "G" Street, Suite 600
Anchorage, Alaska 99501


/s Frank S. Koziol 12/14/06

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

Motion to Compel Discovery Compliance and Request for Status Conference
*Brown v. Peterson, et al.*, Case No. A05-0002 CIV [TMB]
Page 2 of 2