FRANK S. KOZIOL, ESQ.
Attorney at Law
618 Christensen Drive
Anchorage, Alaska 99501
907-258-7706

Counsel for Defendants
FRANK PETERSON, JEFF HOLDEN,
AND CITY OF KODIAK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SCOTT BROWN,                                       )<br>                                                   )<br>                    Plaintiff,                     )<br>                                                   )<br>          vs.                                      )<br>                                                   )<br> FRANK PETERSON, Individually and )<br>in His official capacity as a      )<br>City of Kodiak Police Officer;     )<br>JEFF HOLDEN, Individually and in )<br>his official capacity as a City    )<br>Kodiak Police Officer; CITY OF     )<br>KODIAK; and JOHN AND JANE DOES     )<br>1-10,                              )<br>                    Defendants.    )<br>                                                   ) | Case No. A05-0002 CV [TMB]<br><br>PROPOSED ORDER GRANTING<br>MOTION TO COMPEL DISCOVERY<br>COMPLIANCE AND REQUEST FOR<br>STATUS CONFERENCE |

        This Court, having considered Defendants' Motion to

Compel Discovery Compliance and Request for Status Conference,

and any opposition thereto, and good cause appearing for the

granting of said motion,

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

IT IS HEREBY ORDERED that Defendants' Motion to Compel Discovery Compliance and Request for Status Conference is granted.  A status conference is scheduled on

_____.

DATED this _____ day of _____, 200_.


_____
TIMOTHY M.  BURGESS
UNITED STATES DISTRICT COURT JUDGE


THIS IS TO CERTIFY that a copy of the foregoing was served electronically and by U. S. Mail upon:

Robert M. Herz, Esq.
425 "G" Street, Suite 600
Anchorage, Alaska 99501


/s Frank S. Koziol 12/14/06

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

Proposed Order Granting Motion to Compel Discovery Compliance and Request for Status Conference
*Brown v. Peterson, et al.,* Case No. A05-0002 CIV [RRB]
Page 2 of 2