FRANK S. KOZIOL, ESQ.
Attorney at Law
618 Christensen Drive
Anchorage, Alaska 99501
907-258-7706

Counsel for Defendants
FRANK PETERSON, JEFF HOLDEN,
AND CITY OF KODIAK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SCOTT BROWN,<br><br>    Plaintiff,<br><br>vs.<br><br>FRANK PETERSON, Individually and in His official capacity as a City of Kodiak Police Officer; JEFF HOLDEN, Individually and in his official capacity as a City Kodiak Police Officer; CITY OF KODIAK; and JOHN AND JANE DOES 1-10,<br><br>    Defendants. | Case No. A05-0002 CV [TMB]<br><br>MEMORANDUM IN SUPPORT OF MOTION TO COMPEL DISCOVERY COMPLIANCE AND <u>REQUEST FOR STATUS CONFERENCE</u> |

### INTRODUCTION

Defendants filed a Motion to Extend Pretrial Deadline for Expert Disclosures dated November 20, 2006. The motion requested an extension until December 20, 2006 so that prior to that date Defendants could depose Plaintiff, his wife, and his

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

brother. No opposition was filed to the motion. The opposition was due December 7, 2006. Defendants expect the court will grant this unopposed motion.

Defendants face a continuing discovery problem. Defense counsel has continued his efforts to contact Plaintiff's attorney to set the depositions since the filing of the referenced motion. Calls have been made and messages have been left with a Plaintiff's attorney's voice recorder machine but no response has occurred. (Affidavit of Frank S. Koziol) Thus, Defendants cannot schedule these depositions without the cooperation of Plaintiff's attorney.

The last contact defense counsel has had with Plaintiff's attorney was approximately October 20, 2006 when Plaintiff's attorney consented to a one month extension for the filing of expert witness disclosures. (Affidavit of Frank S. Koziol)

Additional deadlines are approaching. Final witness lists are due January 5, 2007. All discovery must be completed by February 19, 2007. Defendants are concerned they will not be able to comply with any deadlines because of the failure to obtain discovery cooperation.

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

Memorandum in Support of Motion to Compel Discovery Compliance and Request for Status Conference
Brown v. Peterson, et al., Case No. A05-0002 CIV [TMB]
Page 2 of 4

## ARGUMENT

Defense counsel has had no communication with Plaintiff's attorney for approximately two months despite repeated efforts to contact him. As a result, Defendants cannot conduct the necessary discovery including the deposition of Plaintiff. All pretrial discovery deadlines are, therefore, jeopardized as a result.

Defense counsel is concerned about the welfare of Plaintiff's attorney because it is very unusual for an attorney to ignore a filed motion, ignore repeated phone messages, and jeopardize discovery deadlines, all without explanation.

Defendants request that Plaintiff be ordered to comply with Defendants' discovery requests and that a status conference be ordered with Plaintiff's attorney required to attend. New discovery deadlines would be discussed at the status conference.

## CONCLUSION

Defendants' Motion to Compel Discovery Compliance should be granted and a status conference should be required.

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

Memorandum in Support of Motion to Compel Discovery Compliance and Request for Status Conference
Brown v. Peterson, et al., Case No. A05-0002 CIV [TMB]
Page 3 of 4

DATED: 12/14/2006　　　　　　　　LAW OFFICE OF FRANK S. KOZIOL
　　　　　　　　　　　　　　　　　Attorney for Defendants Frank
　　　　　　　　　　　　　　　　　 Peterson, Jeff Holden, and City
　　　　　　　　　　　　　　　　　 of Kodiak

　　　　　　　　　　　　　　　By:　/s Frank S. Koziol
　　　　　　　　　　　　　　　　　Law Office of Frank S. Koziol
　　　　　　　　　　　　　　　　　618 Christensen Drive
　　　　　　　　　　　　　　　　　Anchorage, Alaska 99501
　　　　　　　　　　　　　　　　　Phone: 907-258-7706
　　　　　　　　　　　　　　　　　Fax: 907-258-7707
　　　　　　　　　　　　　　　　　Email: koziol@gci.net
　　　　　　　　　　　　　　　　　ritagutierrez.koziol@gci.net
　　　　　　　　　　　　　　　　　ABA No. 7210054


THIS IS TO CERTIFY that a copy of the foregoing was served electronically and by U. S. Mail upon:

Robert M. Herz, Esq.
425 "G" Street, Suite 600
Anchorage, Alaska 99501


/s Frank S. Koziol 12/14/06

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

Memorandum in Support of Motion to Compel Discovery Compliance and Request for Status Conference
*Brown v. Peterson, et al.*, Case No. A05-0002 CIV [TMB]
Page 4 of 4