FRANK S. KOZIOL, ESQ.
Attorney at Law
618 Christensen Drive
Anchorage, Alaska 99501
907-258-7706

Counsel for Defendants
FRANK PETERSON, JEFF HOLDEN,
AND CITY OF KODIAK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

SCOTT BROWN,                                )
                                            )
            Plaintiff,                      )
                                            ) Case No. A05-0002 CV [TMB]
      vs.                                   )
                                            )
FRANK PETERSON, Individually and            )
in His official capacity as a               )
City of Kodiak Police Officer;              )
JEFF HOLDEN, Individually and in            ) AFFIDAVIT OF FRANK S. KOZIOL
his official capacity as a City             )
Kodiak Police Officer; CITY OF              )
KODIAK; and JOHN AND JANE DOES              )
1-10,                                       )
                                            )
            Defendants.                     )
_____)

STATE OF ALASKA            )
                           ) ss.
THIRD JUDICIAL DISTRICT    )

        FRANK S. KOZIOL, being first duly sworn upon his oath,

makes the following statements based on personal knowledge,

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

except as otherwise indicated:

1. I am the attorney for Defendants FRANK PETERSON, JEFF HOLDEN, and CITY OF KODIAK in the above-captioned case.

2. No opposition was filed to the motion. The opposition was due December 7, 2006.

3. Defense counsel has continued his efforts to contact Plaintiff's attorney to set the depositions since the filing of the referenced motion.

4. Calls have been made and messages have been left with a Plaintiff's attorney's voice recorder machine but no response has occurred. Thus, Defendants cannot schedule these depositions without the cooperation of Plaintiff's attorney.

5. The last contact defense counsel has had with Plaintiff's attorney was approximately October 20, 2006 when Plaintiff's attorney consented to a one month extension for the filing of expert witness disclosures.

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

  6. FURTHERMORE, your affiant sayeth naught.

                 FRANK S. KOZIOL
                 ABA NO. 7210054

  SUBSCRIBED AND SWORN TO before me this 14TH day of December, 2006.



                 Notary Public in and for Alaska
                 My Commission expires: 9/06/09

THIS IS TO CERTIFY that a copy of the foregoing was served electronically and by U. S. Mail upon:

Robert M. Herz, Esq.
425 "G" Street, Suite 600
Anchorage, Alaska 99501

/s Frank S. Koziol 12/14/06

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

Affidavit of Frank S. Koziol
*Brown v. Peterson, et al.*, Case No. A05-0002 CIV [TMB]
Page 3 of 3