FRANK S. KOZIOL, ESQ.
Attorney at Law
618 Christensen Drive
Anchorage, Alaska 99501
907-258-7706

Counsel for Defendants
FRANK PETERSON, JEFF HOLDEN,
AND CITY OF KODIAK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SCOTT BROWN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. A05-0002 CV [TMB] |
| vs. ) | |
| ) | |
| FRANK PETERSON, Individually and ) | |
| in His official capacity as a ) | |
| City of Kodiak Police Officer; ) | MOTION FOR HEARING/ |
| JEFF HOLDEN, Individually and in ) | REQUEST FOR STATUS CONFERENCE |
| his official capacity as a City ) | |
| Kodiak Police Officer; CITY OF ) | |
| KODIAK; and JOHN AND JANE DOES ) | |
| 1-10, ) | |
| Defendants. ) | |

COME NOW Defendants FRANK PETERSON, JEFFREY HOLDEN, and CITY OF KODIAK, by and through their attorney, FRANK S. KOZIOL, and hereby move, pursuant to D.AK.LR 7.1 and 16.1(d), for the scheduling of a status conference to discuss changing the pretrial deadlines for discovery due to Plaintiffs'

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

discovery non-compliance.[1] Defendants are concerned they will not be able to comply with the current deadlines because of the failure to obtain discovery cooperation.

It is for these reasons that this Court should schedule a status conference requiring Plaintiff's attorney's attendance.

A proposed order also accompanies the motion.

DATED: 12/14/2006

LAW OFFICE OF FRANK S. KOZIOL
Attorney for Defendants Frank Peterson, Jeff Holden, and City of Kodiak

By:  /s Frank S. Koziol
Law Office of Frank S. Koziol
618 Christensen Drive
Anchorage, Alaska 99501
Phone: 907-258-7706
Fax: 907-258-7707
Email: koziol@gci.net
ritagutierrez.koziol@gci.net
ABA No. 7210054

THIS IS TO CERTIFY that a copy of the foregoing was served electronically and by U. S. Mail upon:

Robert M. Herz, Esq.
425 "G" Street, Suite 600
Anchorage, Alaska 99501

/s Frank S. Koziol 12/14/06

---

[1] See also, Defendants' Motion to Compel Discovery Compliance dated December 14, 2006 at Docket Nos. 34-36, which summarizes the non-compliance by Plaintiff.

Motion for Hearing/Request for Status Conference
*Brown v. Peterson, et al.*, Case No. A05-0002 CIV [TMB]
Page 2 of 2

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707