FRANK S. KOZIOL, ESQ.
Attorney at Law
618 Christensen Drive
Anchorage, Alaska 99501
907-258-7706

Counsel for Defendants
FRANK PETERSON, JEFF HOLDEN,
AND CITY OF KODIAK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SCOTT BROWN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. A05-0002 CV [TMB] |
| vs. ) | |
| ) | ORDER GRANTING |
| FRANK PETERSON, Individually and ) | UNOPPOSED MOTION TO WITHDRAW |
| in His official capacity as a ) | MOTION TO COMPEL |
| City of Kodiak Police Officer; ) | <u>DISCOVERY COMPLIANCE</u> |
| JEFF HOLDEN, Individually and in ) | |
| his official capacity as a City ) | |
| Kodiak Police Officer; CITY OF ) | |
| KODIAK; and JOHN AND JANE DOES ) | |
| 1-10, ) | |
| Defendants. ) | |
| _____) | |

This Court, having considered Defendants' Unopposed Motion to Withdraw Motion to Compel Discovery Compliance, and any opposition thereto, and good cause appearing for the granting of said motion,

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

IT IS HEREBY ORDERED that Defendants' Unopposed Motion to Withdraw Motion to Compel Discovery Compliance is granted

DATED this ____ day of _____, 200_.

_____
TIMOTHY M. BURGESS
UNITED STATES DISTRICT COURT JUDGE

THIS IS TO CERTIFY that a copy of the foregoing was served electronically and by U. S. Mail upon:

Robert M. Herz, Esq.
425 "G" Street, Suite 600
Anchorage, Alaska 99501

/s Frank S. Koziol 12/21/06

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

Order Granting Unopposed Motion to Withdraw Motion to Compel Discovery Compliance
*Brown v. Peterson, et al.*, Case No. A05-0002 CIV [TMB]
Page 2 of 2