Robert M. Herz
Law Office of Robert Herz, P.C.
425 G. Street, Suite 600
Anchorage, Alaska 99501
907-277-7171 Phone
907-277-0281 Facsimile

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SCOTT BROWN, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>FRANK PETERSON, Individually and )<br>In His official capacity as a City of Kodiak )<br>Police Officer; JEFF HOLDEN, Individually )<br>and in his official capacity as a City of )<br>Kodiak Police Officer; CITY OF KODIAK; )<br>and JOHN AND JANE DOES 1-10, )<br>)<br>Defendant. )<br>_____) | Case No.:   A05-0002 CR. (RRB)<br><br><br><br>**Stipulation to Extend Discovery Deadlines** |

In accordance with F.R.Civ.P.26(f), a meeting of the parties was held on April 28, 2006. A scheduling and planning conference report was thereafter filed with the court on May 1, 2006 wherein deadlines for discovery were agreed to by the parties. See, Docket No. 20. Subsequently, the court issued a Scheduling and Planning Order on May 18, 2006. See, Docket No. 22.

Since that time, discovery progressed according to the parties agreed upon schedule without difficulty until recently. Pre-Discovery Disclosures required by F.R.Civ.P. 26(a)(1) were exchanged by the parties by June 2, 2006. Preliminary witness lists were exchanged by the parties by August 3, 2006. Supplemental disclosures have been made by both parties on a regular basis.

Discovery had been scheduled to close by February 20, 2007. Hence, reports from retained experts were due no later than 120 days before the close of discovery subject to

Law Offices of Robert Herz, P.C.
425 G Street, Suite 600 • Anchorage, AK 99501
Phone 907-277-7171 • Fax 907-277-0281
E-mail rmherz@gci.net

F.R.Civ.P 26(a)(2)(C), or October 20, 2006. On the eve of this deadline Mr. Koziol notified Mr. Herz that he wanted to schedule three depositions before deciding to retain any experts in this case. The parties also agreed it would be fruitful to discuss settlement before expending resources on experts in this matter. The parties filed a stipulation extending the deadline regarding expert disclosures which the court granted. See, Docket No. 27 and 28. However, on November 1, 2006 Mr. Herz' secretary of the last four years began employment at another office, and shortly after that Mr. Herz fell ill for a significant period of time in November. Mr. Herz is a sole practitioner and with no one in the office answering telephones, or opening mail, Mr. Koziol's attempts to schedule the desired depositions simply could not be accomplished, and with no one in Mr. Herz' office no calls or messages could be or were returned.

The parties agree that in effect they have mutually lost approximately two months of preparation time in this matter, and stipulate that all remaining deadlines in this case should be extended by two months. Hence, the parties agree that the deadline for the close of discovery should now be April 19, 2007. The parties believe that the remaining discovery entails additional depositions, and requests for admissions and/or interrogatories. The parties agree that this remaining discovery can be accomplished by April 19, 2007. The parties' request to extend the discovery deadlines herein comports with the court's Scheduling and Planning Order, as enumerated at paragraph seven (7).

The parties agree that supplementation of disclosures and discovery responses are to be made within 60 days of acquiring new information, and, in no event, no later than 60 days before the close of discovery; and that a final witness list, disclosing all lay and expert witnesses whom a party may wish to call at trial, will be due 45 days prior to the close of discovery. The parties further agree that motions in limine will be due 30 days before trial and dispositive motions 120 days before trial.

The parties will file a request for alternative dispute resolution not later than February 17, 2007, requesting either Mediation, or Early Neutral Evaluation, or Settlement Conference. The parties believe this matter will be ready for trial not earlier than August 18, 2007 and expect this matter is to take 6 days to try.

DATED at Anchorage, Alaska, this 21st day of December 2006.

THE LAW OFFICES OF ROBERT HERZ, P.C.
s/ Robert M. Herz
425 G. Street, Suite 600
Anchorage, Alaska 99501
Phone 907-277-7171
Fax 907-277-0281
rmherz@gci.net
AK Bar No. 8706023

s/ Frank S. Koziol
618 Christensen Drive
Anchorage, Alaska 99501
Phone 907-258-7706
Fax 907-258-7707
koziol@gci.net
AK Bar No. 7210054

**CERTIFICATE OF SERVICE**
I hereby certify that on May 1, 2006, a copy of the foregoing Stipulation to Extend Deadlines was served via U.S. Mail on Frank Koziol, 618 Christensen Drive, Anchorage, Alaska  99501     s/ Robert Herz