FRANK S. KOZIOL, ESQ.
Attorney at Law
618 Christensen Drive
Anchorage, Alaska 99501
907-258-7706

Counsel for Defendants
FRANK PETERSON, JEFF HOLDEN,
AND CITY OF KODIAK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SCOTT BROWN,<br><br>        Plaintiff,<br><br>   vs.<br><br>FRANK PETERSON, Individually and in his official capacity as a City of Kodiak Police Officer; JEFF HOLDEN, Individually and in his official capacity as a City Kodiak Police Officer; CITY OF KODIAK; and JOHN AND JANE DOES 1-10,<br><br>        Defendants. | Case No. A05-0002 CV [RRB]<br><br>REQUEST FOR STATUS CONFERENCE |

      COMES NOW FRANK S. KOZIOL, attorney for Defendants FRANK PETERSON, JEFF HOLDEN, and CITY OF KODIAK and ROBERT M. HERZ, attorney for Plaintiff, hereby responds to this Court's Order (Certification of Readiness for Trial) entered on May 23, 2007, as follows:

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

The parties are not able to certify the information requested in this Court's order, and therefore, in lieu of filing any report, request a status conference with the Court.

DATED: 5/30/07					LAW OFFICE OF FRANK S. KOZIOL
						Attorney for Defendants Frank
						 Peterson, Jeff Holden, and City
						 of Kodiak


						By: /s Frank S. Koziol
						    Law Office of Frank S. Koziol
						    618 Christensen Drive
						    Anchorage, Alaska 99501
						    Phone: 907-258-7706
						    Fax: 907-258-7707
						    Email: koziol@gci.net
						    ritagutierrez.koziol@gci.net
						    ABA No. 7210054

DATED: 5/30/07					LAW OFFICES OF ROBERT HERZ
						Attorney for Plaintiff Scott Brown


						By: /s Robert Herz
						    (CONSENT GIVEN)
						    Law Offices of Robert Herz
						    425 "G" Street, Suite 600
						    Anchorage, Alaska 99501
						    Phone: 907-277-7171
						    Fax: 907-277-0281
						    Email: rmherz@gci.net
						    ABA No. 8706023

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

THIS IS TO CERTIFY that a copy of the foregoing was served electronically and by U. S. Mail upon:

Robert M. Herz, Esq.
425 "G" Street, Suite 600
Anchorage, Alaska 99501

/s Frank S. Koziol 5/30/07

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707