FRANK S. KOZIOL, ESQ.
Attorney at Law
618 Christensen Drive
Anchorage, Alaska 99501
907-258-7706

Counsel for Defendants
FRANK PETERSON, JEFF HOLDEN,
AND CITY OF KODIAK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SCOTT BROWN, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>FRANK PETERSON, Individually and )<br>in his official capacity as a )<br>City of Kodiak Police Officer; )<br>JEFF HOLDEN, Individually and in )<br>his official capacity as a City )<br>Kodiak Police Officer; CITY OF )<br>KODIAK; and JOHN AND JANE DOES )<br>1-10, )<br>Defendants. )<br>_____) | Case No. A05-0002 CV [RRB]<br><br>REQUEST FOR STATUS<br>CONFERENCE |

COMES NOW FRANK S. KOZIOL, attorney for Defendants FRANK PETERSON, JEFF HOLDEN, and CITY OF KODIAK and ROBERT M. HERZ, attorney for Plaintiff, hereby responds to this Court's Order (Certification of Readiness for Trial) entered on May 23, 2007, as follows:

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

The parties are not able to certify the information requested in this Court's order, and therefore, in lieu of filing any report, request a status conference with the Court.

DATED: 5/30/07         LAW OFFICE OF FRANK S. KOZIOL
                       Attorney for Defendants Frank
                        Peterson, Jeff Holden, and City
                        of Kodiak

                       By: /s Frank S. Koziol
                           Law Office of Frank S. Koziol
                           618 Christensen Drive
                           Anchorage, Alaska 99501
                           Phone: 907-258-7706
                           Fax: 907-258-7707
                           Email: koziol@gci.net
                           ritagutierrez.koziol@gci.net
                           ABA No. 7210054

DATED: 5/30/07         LAW OFFICES OF ROBERT HERZ
                       Attorney for Plaintiff Scott Brown

                       By: /s Robert Herz
                           (CONSENT GIVEN)
                           Law Offices of Robert Herz
                           425 "G" Street, Suite 600
                           Anchorage, Alaska 99501
                           Phone: 907-277-7171
                           Fax: 907-277-0281
                           Email: rmherz@gci.net
                           ABA No. 8706023

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

THIS IS TO CERTIFY that a copy of the foregoing was served electronically and by U. S. Mail upon:

Robert M. Herz, Esq.
425 "G" Street, Suite 600
Anchorage, Alaska 99501

/s Frank S. Koziol 5/31/07

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707