MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

SCOTT BROWN     vs.     FRANK PETERSON, ET AL

BEFORE THE HONORABLE TIMOTHY M. BURGESS CASE NO 3:05-CV-00002-TMB

DEPUTY CLERK/RECORDER: CAROLINE EDMISTON/SAMANTHA LARK

APPEARANCES:    PLAINTIFF: ROBERT M. HERZ

                DEFENDANT: FRANK S. KOZIOL, JR.

PROCEEDINGS: STATUS HEARING HELD 06/12/2007:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:32 a.m court convened.

Court and counsel heard re status of case, expert witnesses, filing of motions, and trial date.

Court ordered parties to meet and confer and Mr. Herz to submit a status report regarding scheduling dates on or before **June 23, 2007.**

At 9:50 a.m. court adjourned.

DATE: June 12, 2007    DEPUTY CLERK'S INITIALS: CME/SAL