Robert M. Herz
Law Office of Robert Herz, P.C.
425 G. Street, Suite 600
Anchorage, Alaska 99501
907-277-7171 Phone
907-277-0281 Facsimile

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SCOTT BROWN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.:   A05-0002 CR. (TMB) |
| ) | |
| FRANK PETERSON, Individually and ) | |
| In His official capacity as a City of Kodiak ) | |
| Police Officer; JEFF HOLDEN, Individually) | |
| and in his official capacity as a City of ) | |
| Kodiak Police Officer; CITY OF KODIAK; ) | |
| and JOHN AND JANE DOES 1-10, ) | **Status Report** |
| ) | |
| Defendant. ) | |

This court requested the parties to meet and confer with plaintiff to file a status report with the court by June 23, 2007. See Docket at # 47. The parties discussed the principal issue, that being the reopening of discovery, and have been unable to reach an agreement. Plaintiff will file an appropriate motion for relief by July 1, 2007.

DATED at Anchorage, Alaska, this 22nd day of June 2007.

THE LAW OFFICES OF ROBERT HERZ, P.C.
s/ Robert M. Herz
425 G. Street, Suite 600
Anchorage, Alaska 99501
Phone 907-277-7171
Fax 907-277-0281
rmherz@gci.net
AK Bar No. 8706023

CERTIFICATION
The undersigned certifies that on the 22nd day of June, 2007, a true copy of this document was served on the following attorneys:
Atty. Koziol
Via mail