Robert M. Herz
Law Office of Robert Herz, P.C.
425 G. Street, Suite 600
Anchorage, Alaska 99501
907-277-7171 Phone
907-277-0281 Facsimile

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SCOTT BROWN,                )<br>                                             )<br>          Plaintiff,                  )<br>                                             )<br>vs.                                         )<br>                                             )<br>FRANK PETERSON, Individually and )<br>In His official capacity as a City of Kodiak )<br>Police Officer; JEFF HOLDEN, Individually)<br>and in his official capacity as a City of )<br>Kodiak Police Officer; CITY OF KODIAK; )<br>and JOHN AND JANE DOES 1-10, )<br>                                             )<br>          Defendant.             )<br>_____) | Case No.:   A05-0002 CV. (TMB) |

## MOTION FOR EXTENSION OF TIME
## TO FILE APPROPRIATE MOTION FOR RELIEF

This court requested the parties to meet and confer with plaintiff to file a status report with the court by June 23, 2007. See Docket at # 47. The parties discussed the principal issue, that being the reopening of discovery, and have been unable to reach an agreement. Counsel is currently in trial in Seward, Alaska in <u>State of Alaska vs. Thomas King</u>, Case No. 3SW-06-318 Cr., a double robbery/assault case. Counsel has been diligently preparing for trial, filing pretrial motions, motion in limine, and preparing for witness testimony. Due to time constraints, counsel has been unable to draft a substantive motion for relief. Trial is expected to last two weeks. It is expected that counsel will be back in his office by August 22, 2007.

DATED at Anchorage, Alaska, this 13th day of August 2007.

THE LAW OFFICES OF ROBERT HERZ, P.C.
s/ Robert M. Herz
425 G. Street, Suite 600
Anchorage, Alaska 99501
Phone 907-277-7171
Fax 907-277-0281
rmherz@gci.net
AK Bar No. 8706023

Law Offices of Robert Herz, P.C.
425 G Street, Suite 600 • Anchorage, AK 99501
Phone 907-277-7171 • Fax 907-277-0281
E-mail rmherz@gci.net

**CERTIFICATE OF SERVICE**
I hereby certify that on August 13, 2007, a copy of the foregoing Mtn. for Extension of Time was served electronically to Frank Koziol.
s/ Robert Herz