FRANK S. KOZIOL, ESQ.
Attorney at Law
618 Christensen Drive
Anchorage, Alaska 99501
907-258-7706

Counsel for Defendants
FRANK PETERSON, JEFF HOLDEN,
AND CITY OF KODIAK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SCOTT BROWN,<br><br>                    Plaintiff,<br><br>          vs.<br><br>FRANK PETERSON, Individually and in His official capacity as a City of Kodiak Police Officer; JEFF HOLDEN, Individually and in his official capacity as a City Kodiak Police Officer; CITY OF KODIAK; and JOHN AND JANE DOES 1-10,<br><br>                    Defendants. | Case No. 3:05-cv-0002 [TMB]<br><br>NON-OPPOSITION TO PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE APPROPRIATE MOTION FOR RELIEF |

COME NOW Defendants FRANK PETERSON, JEFF HOLDEN, and CITY OF KODIAK, by and through their attorney, FRANK S. KOZIOL, and hereby submit their non-opposition to Plaintiff's Motion for Extension of Time to File Appropriate Motion for Relief dated

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

August 13, 2007.

DATED at Anchorage, Alaska, this 16th day of August, 2007.

                LAW OFFICE OF FRANK S. KOZIOL
                Attorney for Defendants Frank
                 Peterson, Jeff Holden, and City
                 of Kodiak

By: /s Frank S. Koziol
    Law Office of Frank S. Koziol
    618 Christensen Drive
    Anchorage, Alaska 99501
    Phone: 907-258-7706
    Fax: 907-258-7707
    Email: koziol@qci.net
    ritagutierrez.koziol@qci.net
    ABA No. 7210054

THIS IS TO CERTIFY that a copy of the foregoing was served electronically and by U. S. Mail upon:

Robert M. Herz, Esq.
425 "G" Street, Suite 600
Anchorage, Alaska 99501

/s Frank S. Koziol 8/16/07

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

Non-Opposition to Plaintiff's Motion for Extension of Time to File Appropriate Motion for Relief
*Brown v. Peterson, et al.*, Case No. 3:05-cv-0002 [TMB]
Page 2 of 2