```
                MINUTES OF THE UNITED STATES DISTRICT COURT
                           DISTRICT OF ALASKA
```

 SCOTT BROWN                         vs.   FRANK PETERSON, ET AL

BEFORE THE HONORABLE TIMOTHY M. BURGESS CASE NO. 3:05-cv-00002-TMB

DEPUTY CLERK/RECORDER:          APRIL KARPER

APPEARANCES:   PLAINTIFF:     ROBERT HERZ

               DEFENDANT:     FRANK S. KOZIOL JR.

PROCEEDINGS: HEARING ON MOTION FOR DISCOVERY (DKT 52) (HEARING ON
             EXTENSION OF TIME TO FILE APPROPRIATE MOTION FOR
             RELIEF (DKT 49) HELD AUGUST 24, 2007:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 11:01 a.m. court convened.

Court and counsel heard re plaintiff's Motion for Discovery
Motion to Re-Open Discovery (Dkt 52); briefing due according to
local rules.

At 11:19 a.m. court adjourned.

DATE:     August 24, 2007        DEPUTY CLERK'S INITIALS:   amk

Revised 6/18/07