FRANK S. KOZIOL, ESQ.
Attorney at Law
618 Christensen Drive
Anchorage, Alaska 99501
907-258-7706

Counsel for Defendants
FRANK PETERSON, JEFF HOLDEN,
AND CITY OF KODIAK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SCOTT BROWN, <br><br> Plaintiff, <br><br> vs. <br><br> FRANK PETERSON, Individually and in His official capacity as a City of Kodiak Police Officer; JEFF HOLDEN, Individually and in his official capacity as a City Kodiak Police Officer; CITY OF KODIAK; and JOHN AND JANE DOES 1-10, <br><br> Defendants. | Case No. A05-0002 CV [TMB] <br><br><br><br><br><br><br><br> DEFENDANTS' DISCLOSURE OF <u>EXPERT WITNESS AND REPORT</u> |

    COMES NOW FRANK S. KOZIOL, attorney for Defendants FRANK PETERSON, JEFF HOLDEN, and CITY OF KODIAK and, pursuant to pursuant to the Scheduling and Planning Conference Report, hereby disclose their Expert Witness and Report as follows:

FRANK S. KOZIOL
ATTORNEY AT LAW
18 CHRISTENSEN DRIVE
NCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

Exhibit __A__
Page __1__ of
__17__ Pages

1. Steven N. Jimerfield
P. O. Box 6157
Vancouver, Washington 98668
360-571-9665

Mr. Jimerfield is an expert witness retained by Defendants. Mr. Jimerfield is an use of force expert and will testify in accordance with his attached written report. Mr. Jimerfield relied upon the information set forth in his report and the information sent to him as described in the letter sent to him by Frank S. Koziol and his expert report. This letter is attached. Mr. Jimerfield's curriculum vitae is attached. A listing of Mr. Jimerfield's publications is set forth in his curriculum vitae. Mr. Jimerfield's fee schedule is set forth in his attached report. A listing of cases wherein Mr. Jimerfield has testified is set forth in his attached report. Bates Stamp Nos. 10544-10557.

2. Any necessary expert rebuttal witnesses.

3. Defendants reserve the right to update their expert disclosures as this case proceeds.

FRANK S. KOZIOL
ATTORNEY AT LAW
18 CHRISTENSEN DRIVE
NCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

Defendants' Disclosure of Expert Witness and Report
Brown v. Peterson, et al., Case No. A05-0002 CIV [TMB]
Page 2 of 3

Exhibit A
Page 2 of
17 Pages

DATED at Anchorage, Alaska, this 5th day of March, 2007.

                                      LAW OFFICE OF FRANK S. KOZIOL
                                      Attorney for Defendants Frank
                                      Peterson, Jeff Holden, and City
                                      of Kodiak

                                By: _____
                                       Frank S. Koziol
                                       ABA No. 7210054

THIS IS TO CERTIFY that a copy of the foregoing was personally served on Robert Herz, Esq., at his address of record, this 5th day of March, 2007.

_____
Frank S. Koziol

FRANK S. KOZIOL
ATTORNEY AT LAW
18 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

Defendants' Disclosure of Expert Witness and Report
*Brown v. Peterson, et al.*, Case No. A05-0002 CIV [TMB]
Page 3 of 3

Exhibit A
Page 3 of 17 Pages

Date: March 1, 2007

To: Frank S. Koziol
Attorney At law
618 Christensen Drive
Anchorage, Alaska 99501

MAR 0 2 2007

From: Steven Jimerfield
One-On-One Control Tactics

Reference: Report by Steven Jimerfield; Brown V. Peterson, et al, A05-002 Civil

Documents: Reviewed in Brown V. Peterson et al. A05-002 Civil

Plaintiff's complaint dated January 3, 2005
Separate answer of Jeff Holden and City of Kodiak dated February 7, 2005
Separate answer of Frank Peterson dated April 5, 2005
Stipulation to extend discovery deadlines
Transcript of the deposition of Scott Brown taken on January 16, 2007
Transcript of the deposition of Beverly Brown taken on January 16, 2007
Videotape of the processing of Scott Brown taken on January 2003
Videotape of the in-car video taken January 4, 2003
Indexed information regarding Plaintive Scott Brown
Indexed information regarding City of Kodiak
Indexed information regarding witnesses
Transcript of Trial by Jury (12/10/03 and 12/11/03)
Transcript of evidentiary Hearing (04/03/03)

Experience:

Retired Alaska State Trooper with 22 years of service with the department.
Prior law enforcement experience: one year Juneau, Alaska, Police Department; five years United States Coast Guard, Criminal Investigator, Intelligence Division. Seven years staff instructor, Department of Public Safety Academy, Sitka, Alaska, as the Physical Trainer, Defensive Tactics and Use of Force Instructor. Certified by the Superior Courts, State of Alaska, as an expert witness in the Use of Force. Currently teaching Control Tactics throughout United States, Europe and West Indies. See attached CV for further training.

Scope of Testimony:

I was retained by the Law Firm of Frank S. Koziol to review the aforementioned materials and render an opinion as to the use and application of force. I am being compensated at a retainer fee of $2500 dollars and $100 dollars per hour, to review reports, depositions; render an opinion and testify in court. Should travel be necessary, compensation will be paid for hotel, meals and rent-

Exhibit A
Page 4 of
17 Pages

a-car.

## Factual Summary:

On Saturday, January 4, 2003, a complaint was received by the Kodiak Police Department, of a gold colored flat bed truck bearing Alaska License "DWT 484" being driven in a reckless manner from the Safeway lot going up Pillar Mountain Road. Officer Peterson observed the vehicle which he followed to 1319 Purtov. Officer Peterson observed Scott Brown exit the vehicle and run to a residence. Officer Peterson gave foot pursuit and yelled at Mr. Brown to stop. Mr. Brown entered the residence and went into the bathroom. Officer Peterson followed Brown into the residence and requested he exit the bathroom. Brown exited the bathroom at his wife's request, went into the kitchen where he sat down and grabbed a beer. Officer Peterson advised Mr. Brown he was under arrest for DUI and requested he put down the beer. Mr. Brown refused and proceeded to open the beer. Officer Peterson advised Brown that if he drank the beer he would be pepper sprayed. Brown told the officer to get out of his house; he could do what he wanted to in his house and started drinking the beer. Officer Peterson then sprayed Mr. Brown with pepper spray. Brown continued to drink the beer at which time Officer Peterson knocked the beer from Brown's hand. Brown then attempted to wash the pepper spray from his face. Officer Peterson then attempted to arrest and handcuff Brown, who resisted the officer's attempt. Officer Holden then arrived as backup and sprayed Mr. Brown with pepper spray, assisting Officer Peterson in handcuffing Brown. Brown was then taken to Kodiak Police Department for processing. During the processing procedure Brown was uncooperative and remained obnoxious throughout the contact. He made comments as to wanting to assault the Officers. Officer Peterson remained calm throughout the contact at the police department. Brown eventually took a breath test on the DATAMASTER cdm., which indicated a breath alcohol level of .185

## Prior Expert Testimony:

I have provided expert deposition and testimony in the last four years for Saloka V. MOA Conley, for Clapp Peterson Stowers, 2001, Anchorage, Alaska; Melvin V. Jodan Inc. Anchorage, Alaska, 2004; Akpik V. North Slope Borough, Frank S. Koziol, Attorney At Law, 2006.

## OPINION:

I have reviewed the aforementioned materials provided by Frank S. Koziol, Attorney at Law, Anchorage, Alaska. For this opinion I have relied on training and experience as a law enforcement officer and training officer.

On careful review of the aforementioned documents, Officer Peterson did not use excessive force against Scott Brown. The force was reasonable and necessary and within Department policy.

Officer Peterson followed Scott Brown to his residence at 1219 Purtov where Scott Brown exited his vehicle and ran into his residence, locking himself in the bathroom. Officer Peterson gave foot pursuit and followed Brown into his residence and requested he come out of the bathroom.

Brown came out of the bathroom at his wife's insistence. Brown sat down at the table and grabbed a beer. Officer Peterson told Brown to put the beer down. Mr. Brown told Officer Peterson to get out of his house that he had done nothing wrong and he could drink in his house. Officer Peterson gave him an order to put the beer down as he was under arrest or he would be sprayed with pepper spray. Brown ignored the order and drank the beer. At that point, having been told by Officer Peterson he was under arrest, Mr. Brown was resisting arrest. When Officer Peterson attempted to handcuff Mr. Brown, he resisted by not allowing his hands to go behind his back and comply. Officer Holden responded as backup and sprayed Brown again. Brown continued to struggle until placed in restraints.

All force this far was simply to control and attempt to restrain Mr. Brown. Brown admits he was resisting the officer's attempts to restrain him. When questioned as to excessive force, his only comment as to anything being excessive was the Officer's in his house illegally. During his Deposition Mr. Brown was asked approximately 12 times what he felt was excessive and his response was that he was dragged, torn from his bathroom and the house. In his own statement he felt that Officer Peterson was afraid of him. Based on Mr. Brown's feeling that Officer Peterson was in great fear of him as he stated in his Deposition, "Officer Peterson looked like a little boy ready to pee his pants." Officer Peterson used bear minimal force on Brown. Had Officer Peterson been in a state of fear, as Brown indicated he perceived Officer Peterson to be, Officer Peterson could have used much greater force.

During the DUI process, Brown was continually obnoxious by making threats and being uncooperative. His only complaint of anything being excessive was the fact he felt he was taken from his residence illegally. During the DUI process, after being told to sit and refusing numerous times, he was pushed into a chair. Officer Peterson showed great restraint during the DUI processing at Kodiak Police Department. I do not know of many officers who would have remained so calm with such an obnoxious uncooperative person.

Future Appointed Work:

I have been asked to review any additional deposition that may be taken, to review any expert opinions Plaintiff may provide, and to review any further discovery responses that may be provided in this case. If Plaintiff provides or has more experts and they provide additional opinion or expert reports, I may supplement this opinion.

Steven N. Jimerfield
One-On-One Control Tactics
03/01/07

Exhibit A
Page 6 of
17 Pages

*Frank S. Koziol*
ATTORNEY AT LAW

618 CHRISTENSEN DRIVE
ANCHORAGE, ALASKA 99501

(907) 258-7706
FAX (907) 258-7707

February 6, 2007

SENT VIA EMAIL AND FEDERAL EXPRESS

Steven N. Jimerfield
805 NE 126th Street
Vancouver, Washington 98685

> Re: Scott Brown v. Peterson, et al.
> Claimant     : Scott Brown
> Insured      : City of Kodiak
> Loss of      : 01/04/03
> File No.     : 2003007773
> USDC Case No.: A05-002 CV (TMB)

Dear Mr. Jimerfield:

I have been retained to represent the City of Kodiak Police Department and Officers Frank Peterson and Jeff Holden in a lawsuit filed against them by plaintiff Scott Brown in the United States District Court.

This letter will confirm that I have retained your services as a consultant/expert in this lawsuit. Please find enclosed a check for your retainer fee in the amount of $2,500.00.

Please note that expert reports are due March 5, 2007. I realize this is a short time for you to review enclosed materials. However, please let me know when you think you might be able to complete your report, in light of your travel schedule. No trial date has yet been set.

I am enclosing copies of the following file materials for your review and consideration:

   1. Plaintiff's complaint dated January 3, 2005.

   2. Separate answer of Jeff Holden and City of Kodiak dated February 7, 2005.

   3. Separate answer of Frank Peterson dated April 5, 2006.

   4. Stipulation to extend discovery deadlines.

   5. Transcript of the deposition of Scott Brown taken on January 16, 2007.

Steven N. Jimerfield
February 6, 2007
Page 2

    6. Transcript of the deposition of Beverly Brown taken on January 16, 2007.

    7. Videotape of the processing of Scott Brown taken on January 4, 2003.

    8. Videotape of the in-car video taken on January 4, 2003.

    9. Indexed information regarding plaintiff Scott Brown.

    10. Indexed information regarding City of Kodiak.

    11. Indexed information regarding witnesses.

    12. Transcript of trial by jury (12/10/03 and 12/11/03).

    13. Transcript of evidentiary hearing (4/3/03).

    Any expert report you generate must comply with specific provisions contained in Alaska Rule of Civil Procedure (ARCP) 26. I am enclosing a copy of ARCP 26 for your review. I specifically draw your attention to subsection (a)(2)(B), which mandates your expert report shall be signed and contain the following:

    1. A complete statement of all opinions to be expressed and the basis and reasons therefor;

    2. The data or other information considered by the witness in forming the opinions;

    3. Any exhibits to be used as a summary of or support for the opinions;

    4. The qualifications of the witness, including a list of all publications authored by the witness within the preceding ten years;

    5. The compensation to be paid for the study and testimony; and

    6. A listing of any other cases in which the witness has testified as an expert at trial or by deposition within the preceding four years.

    For any required information not contained in your curriculum vitae, I need you to supply me with a separate letter setting forth the information mandated by ARCP 26(a)(2)(B).

Exhibit A
Page 8 of 17 Pages

10548

Steven N. Jimerfield
February 6, 2007
Page 3

    Please provide me with an updated curriculum vitae and fee schedule.

                        Sincerely,

                        LAW OFFICE OF FRANK S. KOZIOL

                        Frank S. Koziol

FSK/rb

Enclosures

| Witness | # |
|---|---|
| Bradbury, Cary | 1 |
| Brennick, Kevin Wade | 2 |
| Brown, Beverly | 3 |
| Brown, Damon Dale | 4 |
| Croyle, Douglas | 5 |
| Hulsey, Saben (Ray) | 6 |
| Hulsey, Tammy | 7 |
| Magnuson, Maudean | 8 |
| McDonald-Brown, Joseph William | 9 |
| Peterson, Troy | 10 |
| Thomas, Tiffany Mary | 11 |
| Skonberg, Calvin | 12 |
| Skonberg, Laurie/Laura | |
| Young male lying across the back of D. Brown | |

File Name:

Brown

v.

PETERSON, ET AL.

Witnesses

Path: N:\Rita\Brown-Scott In Use\misc\Witnesses.Index.wpd

Exhibit __A__
Page __10__ of
__17__ Pages

10550

**File Name:**

Brown

v.

PETERSON, ET AL.

Plaintiff's Information

| | # |
|---|---|
| **Brown**, Scott - KPD report regarding 1/4/03 incident | 1 |
| DA Criminal Case Intake & Disposition 1/4/03 incident | 2 |
| State of Alaska, Div. of Motor Vehicles Notice & Order of Revocation | 3 |
| Misdemeanor complaint DWI 1/4/03 incident | 4 |
| KPD report, and other documents regarding 11/26/99 incident | 5 |
| DA Criminal Case Intake & Disposition 11/26/99 incident | 6 |
| Other incidents involving Brown | 7 |
| | 8 |
| Plaintiff's attorney - Robert Herz | 9 |
| Transcript of the processing tape of Scott Brown taken on 1/4/03 | 10 |
| Confidential Kodiak City jail health screening form dated 1/4/03 | 11 |
| Jail log entries concerning the booking of Scott Brown on 1/4/03 | 12 |
| 2/14/03 Plaintiff's Testimony at DMV hearing | 13 |

Path: N:\Rita\Brown-Scott In Use\misc\Plaintiffs.Information.Index.wpd

File Name:

Brown

v.

PETERSON, ET AL.

City of Kodiak Information

| | |
|---|---|
| BRADBURY, Cary, KPD | 1 |
| CROYLE, Douglas, KPD | 2 |
| KAMAI, Charles, KPD chief of police | 3 |
| MARLAR, Debra, City Clerk | 4 |
| OWENS, Corporal Memorandum dated 2/2/05 re: 1/4/03 booking of Scott Brown | 5 |
| KPD report, regarding 01/04/03 incident | 6 |
| KPD use of force policy in effect at time of the incident | 7 |
| KPD supplemental report dated 11/26/99 and related documents regarding assault at the Mecca Bar | 8 |
| | 9 |
| | 10 |
| KPD oleoresin capsicum aerosol training | 11 |
| Valerio, Kyle | 12 |
| | 13 |
| | 14 |
| | 15 |

Path: N:\Rita\Brown-Scott in Use\misc\CityofKodiak.Information.Index.wpd

Exhibit __A__
Page __12__ of __17__ Pages

Steven N. Jimerfield
P.O. Box 6157
Vancouver, WA 98668
360-571-9665 (work/home) 360-608-0564 (cell) E-mail: Rokudan@juno.com

**QUALIFICATION SUMMARY**
Retired from the Alaska State Troopers in June of 1997.
Over twenty-eight years experience in law enforcement.
Over twenty years experience in training law enforcement personnel in defensive/control tactics. Experience in training principles and methods of curriculum development.

**PUBLICATIONS**
*One-On-One Control: Safe Street Tactics for Law Enforcement* - Published 1999, Ray and Roo Enterprises
*Cold Weather One-On-One Control* - Published 2001, Ray and Roo Enterprises.
"Cold Weather Control" - 10/99, *Defensive Tactics Newsletter*
"Keeping Negatives Out of Defensive Training" - 10/00, *Defensive Tactics Newsletter*

**EDUCATION**
Crook County High School, Prineville, Oregon, 1964 - Graduate
University of Alaska, 1976 - 16 credit hours
Hawkeye Institute of Technology, Waterloo Iowa, 1992 - 2.4 CEU
University of Northern Iowa, 1993 - 4.5 CEU

**EMPLOYMENT HISTORY**

| | |
|---|---|
| 1997 - Present | One on One Control Tactics, Vancouver, WA Owner/Instructor. Trainer and consultant in defensive tactics including pepper spray and ASP Baton. Traveling Trainer for Alaska Police Standards Council. |
| | Skid Car Systems, Portland, Oregon. Trainer. |
| 1992 – 1997 | Department of Public Safety Training Academy, Sitka, Alaska. Full time staff instructor. Promoted to rank of Corporal in 1993. |
| 1991 - 1992 | Department of Public Safety Training Academy, Sitka, Alaska. Part-time staff instructor, part-time post trooper which included patrol duties and criminal investigations locally and in outlying villages. |
| 1975 - 1991 | Department of Public Safety, Alaska State Troopers; Ketchikan, Juneau and Anchorage. Full time patrol duties and narcotics investigations. |

1

**LAW ENFORCEMENT RESPONSIBILITIES/DUTIES**
<u>Patrol</u>: Responsible for patrolling five villages; fulfilling cooperative patrol agreement with United Stated Forest Service; criminal investigations; criminal law enforcement; traffic law enforcement; civil and criminal process service; law enforcement patrol; search and rescue; rural enforcement; prisoner transport; assist municipal police; and other law enforcement duties as assigned.

<u>Public Safety Training Academy</u>: Instructor for the following subjects: Defensive Tactics Training; the Role of Corrections; Landlord Tenant Law; Alcoholic Beverage Statutes; Cap Stun; Alaska Criminal Statutes; Alaska Traffic Regulations; the Criminal Justice System; the Role of Law Enforcement; the ASP Tactical Baton; and Skid Car driving instructor. Also responsible for all physical and personal training.

Responsible for the development, coordination and presentation of programs for the Alaska State Trooper Recruit Academy; Municipal Police Officer and Village Public Safety Officer Basic Training Course; basic defensive tactics courses for Alaska Marine Highways; Alaska State Park Service; National Park Service; Coast Guard sea survival; and numerous other agencies.

**MILITARY HISTORY**
1970 - 1975     United States Coast Guard Intelligence, Criminal Investigator.

1964 - 1970     United States Coast Guard, 1st Class Boatswains Mate

**KNOWLEDGE, SKILLS AND ABILITIES**
- Advanced Police Physical Fitness Specialist; Certified Personal Trainer - Cooper Aerobic Institute, Dallas, Texas
- ASP Tactical Baton - Armament Systems and Procedures Institute
- Instructor Development (2001-E) - Washington State Criminal Justice Center
- Instructor, Use of Force - Southeastern Center for Police Law and Liability Management - Department of Public Safety, Sitka, Alaska
- The Reid Method of Criminal Interviews
- Field Training Officer - Department of Public Safety, Sitka, Alaska
- Law Enforcement Life Saving/First Aid - Department of Public Safety, Sitka, Alaska
- Managing Search Operations - Emergency Response Institute, Inc.
- Skid Car Instructor - Pitarresi Pro-Driving Skills, Portland, Oregon
- EVOC Instructor - Federal Law Enforcement Training Center, Artesia, New Mexico

**CERTIFICATIONS:**
- Advanced Certificate, Certified Police Officer - Alaska Police Standards Council
- Certified Police Instructor - Alaska Police Standards Council
- Certified Police Instructor, Use of Force - Alaska Police Standards Council
- Certified Instructor/Trainer Police Defensive Tactics - Alaska Police Standards Council
- Certified by the Alaska Superior Court System as an expert witness in Self-Defense,

2

10554

Use and Application of Pepper Spray, and Use of Force
- Certified Advanced Police Physical Fitness Specialist, and Certified Personal Trainer - Cooper Aerobic Institute
- Certified Police Self-Defense Instructor - Police Self Defensive Tactics Instructors International (PSDI)
- Certified as Qualified Rappeller - Department of the Army, Joint Readiness Training Center
- Active Counter Measures Weapon Control Instructor; Active Counter Measures Simulation Instructor; Active Counter Measures Unarmed Blocking and Striking Techniques Instructor; and Active Counter Measures Simulation Training Program Development Instructor - Active Counter Measures Systems
- ASP Tactical Baton Trainer and Instructor Trainer - Armament Systems and Procedures Institute
- Instructor, Weapons Retention Kutz Method - Kutz Weapon Retention System
- Intermediate Instructor, Kokusai Nihon Unarmed Control Tactics - International Martial Art Association Police Division, United States Branch (Tokyo Police)
- Certified Coach - American Coaching Effectiveness Program
- Certified Senior Coach and Certified Senior Examiner in Judo - United States Judo Association
- Certified Senior Examiner in JuJitsu - United States Judo Association, JuJitsu Division
- 10th Degree Black Belt, Taiho Jitsu - United States Martial Arts Association
- 8th Degree Black Belt, Judo – United States Martial Arts Association
- 10th Degree Black Belt, JuJitsu – United States Martial Arts Association
- 5th degree Black Belt, karate-United States Martial Arts Association
- Yudansha Taigu 2005 United States Martial Arts Association
- Assistant Director, Police Self Defense Division, United Stated Martial Arts Association
- Nage No Kata Instructor - United States Judo Association
- 6th Degree Black Belt, Judo - United States Judo Association
- 6th Degree Black Belt, JuJitsu - United States Judo Association, JuJitsu Division
- 4th Degree Black Belt, Karate - Dragon Te Association, United States Karate Alliance and United States Martial Arts Association
- 3rd Degree Black Belt Modern Self Defense Organization, Austria
- Certified Instructor, Police Self-Defense - International Martial Arts Association, USA Branch, Police Division
- Certified Instructor, Judo and Karate - International Martial Arts Association, World Headquarters, Tokyo, Japan
- Cultural Contacts Instructor, "Train the Trainer - A Professional Police Response to Cultural Diversity" - Cultural Contacts Training Institute
- O.C.A.T. Instructor Trainer - R.E.B. Security
- Monadnock PR-24 Instructor - Monadnock Training Council
- Pressure Point Control Defensive Tactics System Instructor; Pressure Point Control Tactics Spontaneous Knife Defense System Instructor; and Pressure Point Control Tactics Instructor - Pressure Point Control Tactics Management Systems
- Marine Safety Instructor - Alaska Marine Safety Education Association (AMSEA)

3

- Skid Car Instructor - Pitarresi Pro-Driving Skills (Skid Car USA)
- Driver Instructor Training Program (EVOC) - Federal Law Enforcement Training Center, Artesia, New Mexico

**PROFESSIONAL AFFILIATIONS**
- Alaska Peace Officer's Association
- American Police Academy
- American Police Hall of Fame
- American Society for Law Enforcement Trainers
- Association of Professional Law Enforcement Emergency Vehicle Response Trainers (ALERT)
- Fraternal Order of Alaska State Troopers
- Instructor, International Martial Arts Association, Police Division
- Past Member, Board of Directors, Alaska Marine Safety Education Association (AMSEA)
- Police Marksman Association
- Regional Director, International Martial Arts Association, World Headquarters in Tokyo, Japan
- Regional Director, Police Defensive Tactics Instructors International
- Who's Who in American Law Enforcement
- Director United States Martial Arts Association Law Enforcement Division
- United International Federation of Martial Arts (U.I.F.M.A.)
- United States Representative, International Security and Bodyguard Organization, Austria

**AWARDS**

State of Alaska Legislature, Citation for Bravery April 27, 1979
Department of Public Safety Commendation for Bravery June 8, 1979
Alaska State Troopers "A" Detachment Outstanding Post Trooper of The Year 1990
Meritorious Service Medal, Meritorious Service Ketchikan Police Department 1991
Department of Public Safety Training Academy Trooper of the Year 1996
Department of Public Safety Division of Alaska State Troopers, Division Trooper of The Year 1996
Alaska Legislature Citation, Honoring, Steven Jimerfield, Trooper of The Year March 19, 1997
*Defensive Tactics Newsletter*, Leadership Award for Criminal Justice Defensive Tactics
Inducted into United States Martial Arts Hall of Fame, 08/2000 (Silver Life Award)
Inducted into Action Martial Arts Magazine Hall of Fame, 01/2001 (Outstanding Contributor to the Martial Arts Grand master)
Inducted into Martial Arts Masters Pioneers & legends Hall of Fame 07/2001 (Most Distinguished Master of the Year)
Inducted into The Universal Martial Art Hall of Fame 07/2001 (Law Enforcement Trainer of the year)
Inducted into the United States Martial Arts Hall of Fame 8/2001 (Master Instructor of the year)

**(Awards continued)**

Inducted into The World Karate Union Hall of Fame 07/2002 (Master Instructor of the Year Control Tactics)
Inducted into United States Martial Arts Hall of Fame 8/2002 (Most Distinguished Master of the Year
Inducted into The United States martial Arts Hall of Fame 6/26/2003 (Grand Master of the Year)
Inducted into The Universal Martial Arts Hall of Fame 7/12/2003 (Law Enforcement Defense Tactics Instructor of the Year)
Inducted into United States Martial Arts Hall of Fame 7/2004 (The Phillip S. Porter Life Time Achievement Award)
Awarded Rank and Title Yudansha Taigu 2005 at USMA Hall of Fame
Inducted into The Universal Martial Arts Hall of Fame July 30, 2005 (Most Outstanding Grandmaster)
Inducted into The Universal Martial Arts Hall of Game July 08, 2006 (Man of the Year- Law Enforcement)
Inducted into the United States Martial Arts Hall of Fame August 25, 2006 (T.P Legget Distinguished Service Award)
Action Magazine Martial Arts Hall of Fame January 06, 2007 (Spirit Award, Continuance of Excellence as a Ambassador in the Martial Arts)