FRANK S. KOZIOL, ESQ.
Attorney at Law
618 Christensen Drive
Anchorage, Alaska 99501
907-258-7706

Counsel for Defendants
FRANK PETERSON, JEFF HOLDEN,
AND CITY OF KODIAK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SCOTT BROWN, ) | |
| ) | |
| Plaintiff, ) | |
| ) Case No. A05-0002 CV [RRB] | |
| vs. ) | |
| ) | |
| FRANK PETERSON, Individually and ) | |
| in His official capacity as a ) | |
| City of Kodiak Police Officer; ) | |
| JEFF HOLDEN, Individually and in ) | |
| his official capacity as a City ) | |
| Kodiak Police Officer; CITY OF ) | |
| KODIAK; and JOHN AND JANE DOES ) DEFENDANTS' INITIAL | |
| 1-10, ) DISCLOSURES | |
| Defendants. ) | |
| ) | |

COMES NOW FRANK S. KOZIOL, attorney for Defendants FRANK PETERSON, JEFF HOLDEN, and CITY OF KODIAK and hereby submit the initial disclosures required by Federal Rule of Civil Procedure 26(a)(1) and Local Rule 26.2 of the United States

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

Exhibit B
Page 1 of
14 Pages

District Court for the District of Alaska (D. Ak. LR). These disclosures are based on information presently available to Defendants and will be supplemented pursuant to D. Ak. LR. 26.2(e) as information becomes known to Defendants.

**(A)    The Factual Basis for Defendant's Affirmative Defenses.**

Regarding Defendants' First Affirmative Defense, this affirmative defense asserts a failure to state a claim upon which relief can be granted. This is a legal defense that may be pursued or abandoned based upon future discovery.

Regarding Defendants' Second Affirmative Defense, this "at fault" defense is dependent upon further discovery, especially the deposition of Plaintiff. This Second Affirmative Defense will be supplemented upon the completion of discovery.

Regarding Defendants' Third Affirmative Defense, this assertion of an immunity defense is dependent upon further discovery. This defense will be supplemented or dropped when this discovery is completed.

Regarding Defendants' Fourth Affirmative Defense, this affirmative defense asserts that Defendants have the right to add further affirmative defenses as discovery may reveal are available to them. Defendants will supplement these defenses as appropriate.

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

**(B)   Individuals Likely to Have Discoverable Information.**

The following individuals are likely have discoverable information relevant to disputed facts alleged with particularity in the pleadings.

1. Lt. Dave Billings
   City of Kodiak Fire Department
   219 Lower Mill Bay Road
   Kodiak, Alaska 99615
   907-486-8040

Dave Billings is a firefighter for the City of Kodiak Fire Department. Subject of information: his response to Damon Brown's apparent adverse reaction to pepper spray regarding the January 4, 2003 incident that is the subject of this litigation.

2. Cary Bradbury
   Kodiak Police Department
   217 Mill Bay Road
   Seward, Alaska 99615
   907-486-8000

Cary Bradbury is an officer with the Kodiak Police Department. Subject of information: follow-up investigation regarding the January 4, 2003 incident that is the subject of this litigation.

3. Wade Brennick
   1524 Mission, No. 14
   Seward, Alaska 99615
   Telephone Number Unknown

Subject of information: knowledge of the events leading up to the January 4, 2003 incident that is the subject

FRANK S. KOZIOL
ATTORNEY AT LAW
518 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

Defendants' Initial Disclosure
*Brown v. Peterson, et al.*, Case No. A05-0002 CIV [RRB]
Page 3 of 14

Exhibit B
Page 3 of
14 Pages

of this litigation.

    4.   Beverly Brown
       c/o Robert M. Herz, Esq.
       425 "G" Street, Suite 600
       Anchorage, Alaska 99501
       907-277-7171

Subject of information: the January 4, 2003 incident that is the subject of this litigation.

    5.   Damon Dale Brown
       c/o Robert M. Herz, Esq.
       425 "G" Street, Suite 600
       Anchorage, Alaska 99501
       907-277-7171

Subject of information: the January 4, 2003 incident that is the subject of this litigation.

    6.   Scott Brown
       c/o Robert M. Herz, Esq.
       425 "G" Street, Suite 600
       Anchorage, Alaska 99501
       907-277-7171

Subject of information: the January 4, 2003 incident that is the subject of this litigation and the damages he allegedly sustained as a result of said incident.

    7.   City of Kodiak Representative
       ***Attorney-Client Privilege Applies***
       c/o Frank S. Koziol, Esq.
       618 Christensen Drive
       Anchorage, Alaska 99501
       907-258-7706

Subject of information: the January 4, 2003 incident that is the subject of this litigation.

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

Defendants' Initial Disclosure
*Brown v. Peterson, et al.*, Case No. A05-0002 CIV [RRB]
Page 4 of 14

Exhibit B
Page 4 of
14 Pages

8. Douglas Croyle
   Kodiak Police Department
   217 Mill Bay Road
   Kodiak, Alaska 99615
   907-486-8000

Douglas Croyle is a dispatcher for the Kodiak Police Department. Subject of information: events leading up to the January 4, 2003 incident that is the subject of this litigation.

9. Department of Administration
   Division of Motor Vehicles
   1300 W. Benson Boulevard, Suite 100
   Anchorage, Alaska 99503
   907-269-3770

Subject of information: Scott Brown's driver's license information.

10. District Attorney's Office
    518 W. Marine Way, Suite 202
    Kodiak, Alaska 99615
    907-486-5744

Subject of information: <u>State of Alaska v. Scott Brown</u>, 3KO-03-12 CR.

11. Frank Dorner
    City of Kodiak Fire Department
    219 Lower Mill Bay Road
    Kodiak, Alaska 99615
    907-486-8040

Frank Dorner is a firefighter for the City of Kodiak Fire Department. Subject of information: his response to Damon Brown's apparent adverse reaction to pepper spray regarding the January 4, 2003 incident that is the subject of this litigation.

FRANK S. KOZIOL
ATTORNEY AT LAW
616 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

Defendants' Initial Disclosure
*Brown v. Peterson, et al.*, Case No. A05-0002 CIV [RRB]
Page 5 of 14

Exhibit B
Page 5 of
14 Pages

12. Trooper Chris Hill
    Detachment "C"
    2921 #A Mill Bay Road
    Kodiak, Alaska 99615
    907-486-4121

Chris Hill is an Alaska State Trooper. Subject of information: the January 4, 2003 incident that is the subject of this litigation.

13. Jeffery Holden-**Attorney-Client Privilege Applies**
    c/o Frank S. Koziol, Esq.
    618 Christensen Drive
    Anchorage, Alaska 99501
    907-258-7706

Subject of information: the January 4, 2003 incident that is the subject of this litigation.

14. Trooper Alan Jones
    Detachment "C"
    2921 #A Mill Bay Road
    Kodiak, Alaska 99615
    907-486-4121

Alan Jones is an Alaska State Trooper. Subject of information: the January 4, 2003 incident that is the subject of this litigation.

15. Police Chief T. C. Kamai
    **Attorney-Client Privilege Applies**
    c/o Frank S. Koziol, Esq.
    618 Christensen Drive
    Anchorage, Alaska 99501
    907-258-7706

T. C. Kamai is the police chief for the City of Kodiak. Subject of information: the January 4, 2003 incident

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

Defendants' Initial Disclosure
Brown v. Peterson, et al., Case No. A05-0002 CIV [RRB]
Page 6 of 14

Exhibit B
Page 6 of 14 Pages

that is the subject of this litigation.

    16.    Maudean Magnuson
            4228 Parkside Drive
            Kodiak, Alaska 99615
            907-481-1676

Subject of information: the Safeway parking lot incident on January 4, 2003.

    17.    Debra Marlar
            City of Kodiak
            Office of the Clerk
            710 Mill Bay Road, Room 220
            Kodiak, Alaska 99615
            907-486-8636

Subject of information: may have knowledge regarding the January 4, 2003 incident that is the subject of this litigation.

    18.    Joseph McDonald-Brown
            c/o Robert M. Herz, Esq.
            425 "G" Street, Suite 600
            Anchorage, Alaska 99501
            907-277-7171

Subject of information: the January 4, 2003 incident that is the subject of this litigation.

    19.    Corporal Owens
            Kodiak Police Department
            217 Mill Bay Road
            Kodiak, Alaska 99615
            907-486-8000

Subject of information: jail log entries for Scott Brown regarding the January 4, 2003 incident that is the subject of this litigation.

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

20. Frank Peterson
    ***Attorney-Client Privilege Applies***
    c/o Frank S. Koziol, Esq.
    618 Christensen Drive
    Anchorage, Alaska 99501
    907-258-7706

Subject of information: the January 4, 2003 incident that is the subject of this litigation.

21. Ronald Sears
    Kodiak Police Department
    217 Mill Bay Road
    Kodiak, Alaska 99615
    907-486-8000

Corrections Officers for the City of Kodiak. Subject of information: jail health screening of Scott Brown regarding the January 4, 2003 incident that is the subject of this litigation.

22. Dave Shields
    Kodiak Police Department
    217 Mill Bay Road
    Kodiak, Alaska 99615
    907-486-8000

Dave Shields is the evidence custodian for the Kodiak Police Department. Subject of information: evidence regarding the January 4, 2003 incident that is the subject of this litigation.

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

Defendants' Initial Disclosure
*Brown v. Peterson, et al.*, Case No. A05-0002 CIV [RRB]
Page 8 of 14

Exhibit B
Page 8 of 14 Pages

23. Laurie Skonberg
P. O. Box 950
217 Mill Bay Road
Kodiak, Alaska 99615
907-486-5548

Subject of information: call to Kodiak Police Department reporting excessive speed and spraying of gravel by a golden colored flat-bed pickup truck on January 4, 2003.

24. Kyle Valerio
**Attorney-Client Privilege Applies**
Kodiak Police Department
217 Mill Bay Road
Kodiak, Alaska 99615
907-486-8000

Kyle Valerio is the breath test supervisor for the Kodiak Police Department. Subject of information: the January 4, 2003 incident that is the subject of this litigation.

25. All persons or entities to be set forth by Plaintiff in his disclosures and documents filed to date.

26. All persons or entities set forth in Defendants' disclosures hereby attached.

27. Plaintiff Scott Brown's treating physicians and health care professionals/providers identified in Plaintiff's medical records have relevant information regarding Plaintiff's alleged injuries and medical condition.

(C) **Written or Recorded Statements.**

See the attached Kodiak Police Department narrative

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

*Brown v. Peterson, et al.*, Case No. A05-0002 CIV [RRB]
Page 9 of 14

Exhibit B
Page 9 of 14 Pages

reports (Bates Stamp Nos. 10041-10046, 10072-10073), Affidavit by Police Officer in Support of Complaint (Bates Stamp No. 10062), Transcript of grand jury proceedings Volume I dated June 5, 2003 in State of Alaska v. Scott Brown, 3KO-S03-0012 CR (Bates Stamp Nos. 10685-10707), Transcript of grand jury proceedings Volume I dated May 27, 2003 in State of Alaska v. Scott Brown, 3KOGJ03-6 (Bates Stamp Nos. 10788-10799), Transcript of grand jury proceedings Volume I dated June 19, 2003 in State of Alaska v. Scott Brown, 3KOGJ03-5 (Bates Stamp Nos. 10995-11009).

### (D) Discoverable Documents.

Defendants object to the disclosure of all documents, correspondence and notes that are privileged and protected under the attorney-client privilege and the work-product rule. Defendants also object to the production of any opinions, conclusions, and/or mental impressions of Defendants' insurance company's adjusters. See, Langdon v. Champion, 752 P.2d 999, 1007 n.14 (Alaska 1988).

Notwithstanding these objections, See the attached documents. Bates Stamp Nos. 10001-11540.

Pursuant to ARCP 26(b)(5), the following documents, described by Bates number and description, are privileged and protected under the attorney-client privilege and work-product

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

Defendants' Initial Disclosure
*Brown v. Peterson, et al.*, Case No. A05-0002 CIV [RRB]
Page 10 of 14

Exhibit B
Page 10 of
14 Pages

rule and are not subject to disclosure or have been redacted accordingly:

| | |
|---|---|
| 10054-10061, 10065-10070, 10451, 10458-10459, 10486-10499, 10869-10870, 10895-10908, 10910-10915, 11146-11159, 11171-11184, 11202-11215, 11332-11345, 11351-11352, 11519 | Defendants have withheld from disclosure the Alaska Public Safety Information Network (APSIN) records because it requires the disclosure of sensitive and confidential information pursuant to law enforcement practices. See, Thoma v. Hickel, 947 P.2d 816, 821-823 (Alaska 1997); 13 AAC 25.260 and 13 AAC 25280. |
| 10098-10221, 10401-10419 | Defendants have withheld from disclosure the personnel file of Frank R. Peterson pursuant to Kodiak Municipal Code 2.36.020(a), which renders City personnel records, including employment applications and examination of materials, confidential and not open to public inspection. |
| 10222-10400, 10420-10439 | Defendants have withheld from disclosure the personnel file of Frank R. Peterson pursuant to Kodiak Municipal Code 2.36.020(a), which renders City personnel records, including employment applications and examination of materials, confidential and not open to public inspection. |

Pursuant to Civil Rule 26(b)(3) and Hayes v. Xerox Corp., 718 P.2d 929, 940-943 (Alaska 1986) (mental impressions of the attorney or other representative of the party), the following document, described by Bates number and description, is privileged and protected under work product and attorney-

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

Defendants' Initial Disclosure
Brown v. Peterson, et al., Case No. A05-0002 CIV [RRB]
Page 11 of 14

Exhibit **B**
Page **11** of
**14** Pages

client privilege and is not subject to disclosure or has been redacted accordingly:

| | |
|---|---|
| 10501 | Mental impressions of attorney on trial report, DA File No. KO03-00019 |
| 10502-10503, 10942-10943 | Handwritten notes by DA representative dated 7/18/03-4/21/03, 7/18/03-10/23/03 |
| 10539, 10541, 11355 | Handwritten notes containing mental impressions by DA |
| 10546-10547, 11466-11467 | Confidential DA communications |
| 10506, 10539, 10541, 10727, 11025, 11232, 11299-11300, 11368-11369, 11422-11423, 11448, 11450, 11457-11462, 11464-11465, 11503-11504, 11517 | Handwritten notes by DA |
| 11093-11094, 11218, 11229-11231, 11365-11366, 11383-11385, 11510 | DA notes on cross-examination |

**(E)  Photographs, Diagrams or Videotapes.**

See the attached photographs. (Bates Stamp Nos. 11537-11540, 11371-11382). Defendants do not possess any diagrams. Upon a reasonable notice given, Defendants will make available for inspection and copying the following:

(1) Videotape "200300101 PIR 8304-1." (Bates Stamp No. 10440)

(2) Audiotape "Analog Audio Out Take From 1-4-03

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

Station Video." (Bates Stamp No. 10441)

(3) Videotape "200300101 PIR 8304-2." (Bates Stamp No. 10442)

(4) CD "Video CD Portion of PIR 8304-2, Crime Lab # 03-1028-1." (Bates Stamp No. 10443)

(5) Audiotape "4-3-03 Evid. Hrg. Analog." (Bates Stamp No. 10444)

(6) Audiotape "200300101 PIR 8304-6 3 calls." (Bates Stamp No. 10445)

(7) Microcassette "200300101 PIR 8304-3." (Bates Stamp No. 10446)

(8) Microcassette "200300101 PIR 8304-4." (Bates Stamp No. 10447)

(9) Microcassette "200300101 PIR 8304-5." (Bates Stamp No. 10448A)

### (F) Insurance Agreements.

Defendants, upon reasonable notice given, will make available for copying and inspection the applicable AML/JIA Participant Coverage Memorandum Declarations.

### (G) Categories of Damages Claimed.

The documents or other evidentiary material Defendants possess regarding Plaintiff's damages are set forth in Plaintiff's Complaint and the documents attached hereto.

FRANK S. KOZIOL
ATTORNEY AT LAW
818 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

Defendants' Initial Disclosure
Brown v. Peterson, et al., Case No. A05-0002 CIV [RRB]
Page 13 of 14

Exhibit B
Page 13 of 14 Pages

DATED at Anchorage, Alaska, this 16th day of June, 2006.

                LAW OFFICE OF FRANK S. KOZIOL
                Attorney for Defendants Frank
                  Peterson, Jeff Holden, and City
                  of Kodiak

                By: _____
                      Frank S. Koziol
                      ABA No. 7210054

THIS IS TO CERTIFY that a copy of the foregoing was personally served on Robert Herz, Esq., at his address of record, this 16th day of June, 2006.

_____
Frank S. Koziol

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

Defendants' Initial Disclosure
*Brown v. Peterson, et al.*, Case No. A05-0002 CIV [RRB]
Page 14 of 14

Exhibit B
Page 14 of 14 Pages