In the Superior Court for the State of Alaska at Kodiak

| | | | |
|---|---|---|---|
| Media No.: | 3KOA03-132 | Judge: | J. Bolger |
| Date: | Wednesday, December 10, 2003 | Clerk: | S. Halcomb |
| Plaintiff: | State of Alaska vs. | | |
| Defendant's Name: | Case No: | DOB: | Address: |
| Scott Brown | 3KO-S03-012 CR | | |

**Type of Proceedings:** Jury Trial

**Counsel Present:**  Plaintiff: J. Slusser, Assistant District Attorney
Defendant: A. Schmitt

**Defendant:** Present

| Bail Set/Continues: | | |
|---|---|---|
| Transport Order: | | |
| Other Court Orders: | | |
| Next Court Date(s) and Time(s): December 11, 2003 at 8:30 a.m. | Type of Hearing(s): Jury Trial Continues | Location: Kodiak |

**Summary of Proceedings:**

<u>**Jury Present**</u>

| Time | Event |
|---|---|
| 8:39:07 AM | On record. |
| 8:39:16 AM | Court identifies case and parties. |
| 8:39:28 AM | Opening Statement by <u>District Attorney</u>. |
| 9:00:07 AM | Opening Statement by <u>Mr. Schmitt</u>. |
| 9:08:30 AM | **COURT:** Addresses both counsel regarding witnesses. Witnesses are excluded as required. Addresses jury regarding instructions regarding witnesses and exhibits; reviews additional instructions. |
| 9:16:53 AM | Mr. Schmitt Would like to discuss an issue before first witness is called. |
| 9:17:10 AM | **BEGIN BENCH CONFERENCE** |
| 9:20:57 AM | **END BENCH CONFERENCE** |
| 9:21:02 AM | District Attorney Calls first witness Sally Magnuson |
| 9:21:46 AM | **Witness Sworn/Affirmed:** Maudean Magnuson |
| 9:22:15 AM | **Direct Examination by** District Attorney Witness discusses her current employment and brief family. Discusses what she saw regarding |

Brown 12-10-03                                                                                                                          Page 1 of 11

000377

Exhibit C           12-10
Page 1 of
11 Pages

| | |
|---|---|
| | Defendant. Was concerned about a child being hurt. Did not contact the police right away. Told daughter about the parking lot incident. Daughter called her approximately 30 minutes later. |
| 9:26:06 AM | Objection, hearsay by Mr. Schmitt |
| 9:26:21 AM | **COURT**: Addresses jury and instructions them on limited purpose only. |
| 9:27:10 AM | **Direct Examination continues by** District Attorney Daughter called and stated she saw same vehicle at Safeway and then I called the police. No further questions at this time. |
| 9:28:33 AM | **Exhibit 1 offered by District Attorney** |
| 9:28:43 AM | **Exhibit 1 admitted** |
| 9:28:56 AM | **Cross Examination by** Mr. Schmitt Older colored truck. I only remember the color of the truck. I don't remember what it looked like. It was a year ago. |
| 9:31:09 AM | Objection by District Attorney<br><br>Mr. Schmitt Recorded and thinks it would be okay to recall her memory. |
| 9:31:37 AM | **COURT**: Allows recording to be played for the witness to refresh her memory. |
| 9:33:19 AM | Recording being played<br><br>District Attorney would like to have tape played so jury can hear tape. |
| 9:33:56 AM | Recording being played so only witness can hear tape recording. |
| 9:34:30 AM | **Cross Examination continues by** Mr. Schmitt This refreshes my memory. Knows what a blind spot is in a vehicle and defines her definition of what a blind spot is. Has been in a vehicle of the size of the mentioned truck. Probably could not see me because I was looking directly into the passenger. |
| 9:36:27 AM | **Redirect Examination by** District Attorney<br><br>Objection by Mr. Schmitt<br><br>**COURT**: Allows.<br><br>**Redirect Examination continues by** District Attorney I believe on the tape it said 20 minutes ago. It's hard to remember how long I was in the store. I don't think time was critical. Did not have a watch. I walked in the door and went to talk to Laurie in the store. Talked to Laurie for a few minutes. Possibly was in the store 10 to 15 minutes. Total time in store according to tape is 20 minutes. Got splattered by rocks and dirt. |

| Time | Event |
|---|---|
| 9:39:38 AM | **Recross Examination by** Mr. Schmitt<br>Just in and out of the store.<br><br>District Attorney calls witness Laurie Skonberg |
| 9:40:39 AM | **Witness Sworn/Affirmed:**<br>Laura Skonberg |
| 9:41:16 AM | **Direct Examination by** District Attorney<br>Talked about family. Exhibit 1 was reviewed by witness. States those are pictures of her daughter and son. Ran into her mother at Safeway. Her mother told her that a truck threw gravel at her. I did not call the police at that time. Continued shopping. Talked to mother 5 minutes. Shopped for 15 to 20 minutes. Picked up children on way home. Children were at in-laws house. In-laws are Skonbergs. Went down Mill Bay Road to pick up children. Told briefly in-laws what happened to mother. Stayed at in-laws for approximately 10 minutes. After I left in-laws, went up Selief to home. Witness stands up to map and shows on map route traveled home. Witness returns to box. |
| 9:47:30 AM | As I approached intersection saw truck who ran stop sign and went past my car. That car did not stop or slow down. 100% sure that the car did not stop. Car was going approximately 40 mph. Car was coming toward me approaching the stop sign fishtailing. Her children were in the vehicle. The vehicle matched same description that mother made. I was concerned for my children's safety. Concerned that he was going to hit us. Was shaken by the rate of speed and fishtailing. Watched him do a 360. Nervous when coming at her and was scared when he lost control. When he passed me he was in his lane. He was behind my car when he lost control. When he passed it was approximately 5 feet away from my car. I slowed down to stop at stop sign. When he passed me he did 360 and then slowed for a moment and then went fast up the street. I turned around to get license plate number. I made a U-turn in the road to try to catch him and got his license plate number. I was going 20 mph. I could see him until he went up Pillar Mountain. Called police on cell phone. I told mother what happened. I called mother when I got home. Called mother from my home. |
| 9:53:56 AM | District Attorney<br>No further questions at this time.<br><br>**COURT:**<br>Instructs jury and takes 10 minute break. |
| 09:55:04 | **Jury Absent** |
| 9:55:32 AM | **COURT:**<br>Addresses counsel. Is either party going to ask for a lesser offense<br><br>Both counsel are not going to be asking for lesser offense. |
| 9:56:44 AM | Off record |
| 10:05:44 AM | **Jury Present** |
| 10:06:57 AM | On record.<br><br>Court identifies case and parties |

Brown 12-10-03

000379  Page 3 of 11

Exhibit C
Page 3 of 11 Pages

| | |
|---|---|
| 10:07:11 AM | **Cross Examination by** Mr. Schmitt<br>Called the police while in car and called mother from home. Approximately 45 minutes elapsed from the time I left Safeway and got home. I cannot recall if I was in Safeway first or not. Yes this happened a year ago. First time I saw truck was at Lynden Way and Selief. I did not see truck prior to that time. When he was coming at me he did not done a 360. As it passed me it was in his lane. 5 feet away from my car. I did not see the driver in the vehicle. Car was past me before 360. I cannot recall exactly the distance behind me before 360. Car is approximately 15 feet long and truck is approximately 30 feet long. Truck was moving away from me behind. I was in fear when he was fishtailing. When he lost control behind me I was really concerned. I was approaching the stop sign. I did not stop until he passed me. I stopped when I saw him lose control. I was approximately 20 feet behind the stop sign. |
| 10:13:09 AM | I was a few feet from stop sign. You can see through stop sign. I was not thinking it would do a 360 past me. He went in a complete circle. Mr. Schmitt reviews charges |
| | Objection by District Attorney |
| | **Court** – sustained |
| | **Cross Examination continues by** Mr. Schmitt<br>I did not know what he was being charged for. |
| | Objection to points by District Attorney |
| | **COURT:** ask about points not law |
| 10:15:29 AM | **Cross Examination continues by** Mr. Schmitt<br>I was in fear when he was coming toward me fish tailing. When the truck lost control I was in more fear. I gave the police the license plate number while I was following truck. Best can recall it was sloppy that day on the roads. Does not recall if it was icy. |
| | **Mr. Schmitt** – do you know that Mr. Brown is being charged with a felony assault. |
| | Objection by District Attorney. |
| | **COURT:** be more specific |
| 10:18:16 AM | **Cross Examination Continues by** Mr. Schmitt<br>Does not recall if road was icy. It happened a year ago |
| | Objection, asked and answered by District Attorney. |
| 10:18:51 AM | **Court** – overruled |
| | **Cross Examination continues by** Mr. Schmitt<br>I cannot recall 100% if it was icy. I don't recall if I said there was ice on the road. |
| | Objection - District Attorney prefers tape to be played |
| | **Court** – overruled |
| | Witness reads transcript of tape recording. |

| | |
|---|---|
| 10:22:44 AM | **Cross Examination continues by** Mr. Schmitt |
| | Would like to offer exhibit of 911 tape |
| | District Attorney – no objections |
| | **COURT:** – tape will be played into the record. |
| 10:24:02 AM | 911 tape played for record. |
| 10:25:18 AM | **Cross Examination continues by** Mr. Schmitt |
| | Mr. Schmitt reads and displays tape recording of 911. Ms. Skonberg recalls saying this. I cannot recall if I have made other 911 calls before. |
| 10:27:19 AM | **BEGIN BENCH CONFERENCE** |
| 10:28:18 AM | **END BENCH CONFERENCE** |
| 10:28:27 AM | **Cross Examination continues by** Mr. Schmitt |
| | Mr. Schmitt offered 911 call report to show that reports have been made before – 9 different times since January of this year. Ms. Skonberg – Most of these are for work. Mr. Schmitt – go back to January last year. Ms. Skonberg – I was shaking when this all happened. I was probably going 5 to 10 mph. I was coming to stop, as he passed I was looking in my mirror at that time. I was looking at the one in the middle. All the questions for now. |
| 10:32:11 AM | **Redirect Examination by** District Attorney |
| | I did not see the events at Safeway. I assumed that my mom would call that in. I don't have doubt that it happened |
| | Objection, hearsay by Mr. Schmitt |
| | **Court** – sustained |
| 10:33:53 AM | **Redirect Examination continues by** District Attorney |
| | There are 10 "911" calls. We call from work. I work at the front desk at work. I usually call 486-8000 number. When I called police for this incident dialed 486-8000 number. Never called police before for anything concerning me or my family. This was the first. I was shaken at that point. My priority was to get over the events that took place |
| 10:36:49 AM | Witness excused |
| 10:37:01 AM | District Attorney calls witness |
| 10:37:50 AM | **Witness Sworn/Affirmed:** |
| | Douglas Croyle |
| 10:38:20 AM | **Direct Examination by** District Attorney |
| | Dispatch for Kodiak Police Department. I receive all calls to the station not just 911 calls. Recalls getting a call from this incident just a little before 5:00 in the evening. First call was a female. Was a call from cell phone and reported a vehicle on Selief doing 360 and running stop sign. Stated she followed the vehicle down Selief. Officers were in station at that time. Gave description of the vehicle to Officer Pedersen and Officer Holden and that the suspect was going toward Pillar Mountain. I was the only person on shift. I used term REDDI call. Term used for citizen report driving while intoxicated. Got another call from another female and described same |

Brown 12-10-03

| | |
|---|---|
| 10:43:12 AM | vehicle. Witness refers to his notes. No objections.<br>First call was at 4:50 p.m. and follow-up call at 5:00 p.m. Approximately 10 minutes apart. Been with City of Kodiak since 2000.<br><br>Objection by Mr. Schmitt<br><br>**Court** – overruled<br><br>**Direct Examination continues by** District Attorney<br>Several hundred calls since employed.<br><br>Objection, foundation by Mr. Schmitt |
| 10:45:14 AM | District Attorney – wants to know how<br><br>**COURT:** - allows to ask question on foundation basis. |
| 10:45:47 AM | **Direct Examination continues by** District Attorney<br>We keep a case card on each incident. One thing we do is go through a review process for every 911 call to talk about what we could have done better and evaluate call and train. Sometimes we learn more about case during this review. Accuracy for 911 calls are probably 9 out of 10. People are upset usually when they call. Job as dispatch is to take information and pass it on. Unless people are at the sight it is not uncommon for someone to call about incidents a couple of hours later. |
| 10:50:40 AM | **Cross Examination by** Mr. Schmitt<br>Initial call was on Selief. Caller stated vehicle did 360 on Selief. I did not listen to recording. Last time reviewed tape was approximately 1 month ago. I'm pretty sure that she stated he ran stop sign. |
| 10:51:57 AM | Witness excused |
| 10:52:00 AM | **COURT:** - instruction given to jury regarding opinion of witness. |
| 10:53:24 AM | **Witness Sworn/Affirmed:**<br>    Frank Peterson, Jr. |
| 10:53:54 AM | **Direct Examination by** District Attorney<br>Police officer of City of Kodiak. Explains type of work he does as a patrol officer. States training and how long lived in Kodiak. Recalls incident in January. Was in the police station when initial call came in. More information was given to him in route to scene. Was looking for a truck and described truck. I went up Pillar Mountain. There was another officer in a different vehicle named Jeff Holden. I was senior officer on duty. I made decisions. I instructed Officer Holden to stop vehicle because I thought the vehicle was following me down the mountain. I saw gold colored flatbed pickup truck coming down be the water tanks. I turned on lights and it also turns on video camera. In this case I turned on my video camera prior to lights. I turned on my lights because I partner was not behind me. |
| 11:01:22 AM | Witness approaches map and shows jury where incident occurred. |
| 11:02:43 AM | Witness returns to box. On Purtov the vehicle pulled into a residence and stopped. Saw Mr. Brown exit the vehicle. Driver immediately went to house. I wanted to make sure that driver was safe to drive and procedure is to check someone when we receive a REDDI report. I asked the driver to stop several times. There was no response by driver and driver went into the house. |

| Time | Event |
|---|---|
| 11:06:27 AM | Witness recognizes video tape. **Exhibit 2 offered by District Attorney** |
| | District Attorney - Tape is cued up to only the portion of the tape that is involving this case |
| 11:08:07 AM | COURT: **Exhibit 2 admitted** only the portion of the tape that is relevant to this case |
| 11:09:13 AM | Video tape played for juror. Witness explains what is happening as video tape is being played for the juror. |
| 11:10:50 AM | Objection – video stopped by Mr. Schmitt. |
| 11:11:05 AM | BEGIN BENCH CONFERENCE |
| 11:11:32 | END BENCH CONFERENCE |
| 11:11:41 AM | Video tape rewound for jury to review. |
| | COURT: - instructions jury to disregard portion of video tape not relevant to case. |
| 11:13:21 AM | Video played for jury without commentary by witness. |
| 11:15:39 AM | Video replay completed. |
| 11:16:01 AM | Witness returns to box. After looking at video I went to Safeway to see if I could find something that matched the description of the box. Shows Exhibit 3 to witness. This accurately matches the description of the box saw in the video. |
| | **Exhibit 3 offered by District Attorney** |
| | Mr. Schmitt – Officer you did not retrieve this from the home. |
| 11:18:49 AM | Witness - No not the actual box. |
| 11:18:54 AM | COURT: - instructions to jury |
| 11:19:12 AM | **Direct Examination continues by** District Attorney<br>What do you specifically look for to stop someone? |
| | Objection, asked and answered |
| | Court – overruled |
| 11:21:18 AM | We I receive call we also look for probable cause. We look for watery eyes. We look for alcohol in the vehicle. It is a possibility someone could be drinking while their driving or on medication. Has worked as police officer for 4 years and probably made 4,000 stops. About 10% of the time the defendant decides to clean car. |
| 11:23:54 AM | Witness excused. |
| 11:24:05 AM | BEGIN BENCH CONFERENCE |
| 11:28:10 AM | END BENCH CONFERENCE |

| Time | Event |
|---|---|
| 11:28:16 AM | **COURT:**<br>Addresses jury regarding delay.<br>District Attorney calls next witness |
| 11:29:33 AM | **Witness Sworn/Affirmed:**<br>Cary Bradbury |
| 11:29:55 AM | **Direct Examination by** District Attorney<br>Employed by Kodiak Police Department. Assist with investigations, assigned to drug enforcement until. Worked for Kodiak Police Department 7 years. Drive the road 2 to 3 times a week. |
| 11:31:40 AM<br>11:32:04 AM | **BEGIN BENCH CONFERENCE**<br>**END BENCH CONFERENCE** |
| 11:32:34 AM | **Direct Examination continued by** District Attorney<br>Construction on road since January putting in new utilities; etc.<br><br>Objection, foundation by Mr. Schmitt |
| 11:33:37 AM | **Court** – sustained. |
| 11:33:38 | **Direct Examination continued by** District Attorney<br>I have seen truck and am familiar with length. I have seen vehicles skid and do 360 turns. Based on speed and road conditions truck could do 360 on that road. Witness approaches map and points to various areas. Witness demonstrates areas to pull off. I think it would be more dangerous to be on Pillar Mountain road. |
| 11:38:40 AM | **Cross Examination by** Mr. Schmitt<br>Detective off and on for 2 years. January I was patrol sergeant. Everyday I drove down Selief Road as part of my job. I viewed video tape to refresh my memory. Cold and icy no rain. |
| 11:39:51 AM | **District Attorney** - No redirect. |
| 11:40:04 AM | Witness excused |
| 11:41:41 AM | **COURT:**   - advises jury of bus ride and instructions jury regarding discussion of case. |
| 11:43:10 AM | **Jury Absent** |
| 11:43:39 AM | **COURT:**<br>Proposes someone state to the jury regarding direction and streets.<br><br>**District Attorney**<br>I will instruct bus driver to announce names of streets.<br><br>**Mr. Schmitt**<br>No objection.<br><br>**COURT:**   - break until 11:55 a.m. Court inquires how long Mr. Schmitt will take for examination. |

| | |
|---|---|
| 11:47:45 AM | Mr. Schmitt – approximately 1 to 1.5 hours.<br>Off record. |
| | **Jury View** |
| 12:29:38 PM | On record. |
| 12:29:45 PM | Court identifies case and parties<br><br>**COURT:**<br>Returned from jury view. Driver did an excellent job. Described route of trip. No discussion on trip.<br><br>**District Attorney**<br>Calvin Skonberg is in Anchorage due to weather problems. Mr. Skonberg was subpoenaed. Mr. Schmitt is not planning on starting his case until tomorrow. Requested that last witness be heard for tomorrow. |
| 12:32:04 PM | **Mr. Schmitt**<br>Planning to make motion based on evidence after Mr. Skonberg testifies. Planning on calling a witness and may last 15 minutes for his testimony.<br><br>**COURT:**<br>If he can appear today we can go ahead and hear him today. |
| | **Jury Present** |
| 12:35:01 PM | **Witness Sworn/Affirmed:**<br>    Joseph MacDonald-Brown |
| 12:35:38 PM | **Direct Examination by** District Attorney<br>Knows truck that belongs to step-dad. Truck was moved because it was crooked in the driveway. Has reparked vehicle before because it is so big. Step dad is capable of parking vehicle. |
| 12:37:17 PM | **Cross Examination by** Mr. Schmitt<br>Comfortable being here today. I have been in truck several times as passenger. Usually truck is parked at an angle because driveway is small. Unsure how many times parked crooked in past. Length makes truck difficult to park. |
| 12:39:19 PM | **Redirect Examination by** District Attorney<br>Step dad usually drives truck. Dad has more experience driving truck. Would not say he parks better just went and repositioned it. |
| 12:40:11 PM | Witness excused.<br><br>Mr. Schmitt calls witness |
| 12:41:01 PM | **Witness Sworn/Affirmed:**<br>    Kevin Brennick |
| 12:41:37 PM | **Direct Examination by** Mr. Schmitt<br>Was closing shop on Saturday around 4:00 p.m. and Mr. Brown came to my shop. He was with |

| | |
|---|---|
| | me for approximately 30 minutes. Informs the court regarding occupation. Works Union Tire & Brake. Known Scott for a few years. Have a good relationship, good friend. Mr. Brown came by to talk about tires for traction. Told him that he was slipping and sliding because of the ice. I usually have customer leave vehicle all day for drilling studs into tires. We are friends and I have about 2,000 tires to look at. I went outside and actually looked at his truck. I was face-to-face, side-by-side looking at tires. Spent time in shop talking. No beverages being served. I think Mr. Brown had a cane that day because of his knee. Have gotten together with Mr. Brown three or four times since January. Seemed to be friction between him and his brother. Condition of truck was immaculate. He keeps it in perfect shape. Pretty sure about times because I have a family. |
| 12:49:15 PM | **Cross Examination by** District Attorney<br>Usually check the clock before I leave the shop. Pretty sure about time. Inquires move to Kodiak. Fishing buddies for various fish. Also hunts deer together. Good friends. We drank together on more than one occasion. Would not like anything bad to happen to Mr. Brown. Lot of dirt in shop and rubber smell in the back. Contact with Mr. Brown was in all three portions of the sop. I did not look in truck to see if there was alcohol. Do not know what he did before he came to shop.<br><br>Objection, speculation by Mr. Schmitt |
| 12:53:25 PM | **Cross Examination continued by** District Attorney<br>Rephrased question – had no idea what he did before he came to shop. I have no idea what he did when he left. Have gotten together a couple of times. I have not discussed case with Mr. Brown. I don't even know what it is all about. The times we have met in the past we did not spend that much time together. I think when we met he was just stopping by the shop to say hi. Also spoke with him at his home one time for approximately 15 minutes. |
| 12:56:45 PM | **Redirect Examination by** Mr. Schmitt<br>I do not bend any truth under oath. I take it serious. I tell the truth the way I know it.<br><br>Witness excused |
| 12:57:29 PM<br>12:58:21 pm | **BEGIN BENCH CONFERENCE**<br>**END BENCH CONFERENCE**<br><br>COURT:<br>Address the jury regarding status of case and deliberation schedule. Reiterated instructions not to discuss case. |
| 1:01:01 PM | **Jury Absent** |
| 1:01:39 PM | COURT:<br>Address possible motion by Mr. Schmitt<br><br>Mr. Schmitt<br>Motion is made regarding fear of imminent physical injury at that point and time. Her fear occurred after truck passed her. Argument regarding current charges. Request for judgment of acquittal regarding assault 3 charge. |
| 1:04:13 PM | District Attorney<br>Reads law and cites case law from Court of Appeals. Argument regarding Ms. Skonberg's fear. |

Brown 12-10-03

Page 10 of 11

000386

Exhibit C
Page 10 of
11 Pages

| Time | Entry |
|---|---|
| 1:07:19 PM | **Mr. Schmitt**<br>Argument regarding "imminent". Cites case 892 P.2d 184. Argument regarding case law. Imminent fear has to be shown by the state and has not proved that. |
| 1:09:39 PM | **COURT:**<br>I'll review Ms. Skonberg's testimony. I will look at cases counsel have cited and will make a decision tomorrow. Questions regarding jury instructions. |
| 1:10:31 PM | **Mr. Schmitt**<br>Would like to add instruction. Submitted instruction to Court. |
| 1:10:59 PM | **District Attorney**<br>I have some additional instructions as well. Submitted instructions to Court. |
| 1:12:36 PM | **COURT:**<br>Limited instruction since no objection will advise after Mr. Skonberg testifies. Addresses instructions submitted by both counsel. Counsel to look at instructions tonight and Court will discuss tomorrow morning. |
| 1:14:38 PM | **District Attorney**<br>Additional argument regarding motion. Mr. Brown was indicted based on Ms. Skonberg's testimony and same with reindictment. |
| 1:16:34 PM | **Mr. Schmitt**<br>Initial motion to dismiss was because degree was inadequate to grand jury. |
| 1:17:10 PM | **COURT:**<br>Discusses jury instruction proposals. Discusses tomorrows schedule. |
| 1:18:09 PM | Off record. |

Brown 12-10-03

000387

Page 11 of 11

Exhibit C
Page 11 of
11 Pages