FRANK S. KOZIOL, ESQ.
Attorney at Law
618 Christensen Drive
Anchorage, Alaska 99501
907-258-7706

Counsel for Defendants
FRANK PETERSON, JEFF HOLDEN,
AND CITY OF KODIAK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SCOTT BROWN, ) | |
| ) | |
| Plaintiff, ) | |
| ) Case No. 3:05-cv-0002 [TMB] | |
| vs. ) | |
| ) | |
| FRANK PETERSON, Individually and ) | |
| in His official capacity as a ) | |
| City of Kodiak Police Officer; ) | |
| JEFF HOLDEN, Individually and in ) | |
| his official capacity as a City ) | |
| Kodiak Police Officer; CITY OF ) | |
| KODIAK; and JOHN AND JANE DOES ) PROPOSED | |
| 1-10, ) ORDER DENYING | |
| Defendants. ) PLAINTIFF'S MOTION TO | |
| ) RE-OPEN DISCOVERY | |

This Court having reviewed Plaintiff's Motion to Re-Open Discovery, and Defendants' Opposition thereto, and good cause appearing for the denial of said motion,

IT IS HEREBY ORDERED that Plaintiff's Motion to Re-

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

Open Discovery is denied.

  IT IS FURTHER ORDERED that dispositive motions are due 120 days from the date of this order.

  DATED this \_\_\_\_ of _____, 2007.

                _____
                TIMOTHY M. BURGESS
                U. S. DISTRICT COURT JUDGE

THIS IS TO CERTIFY that a copy of the foregoing was served electronically and by U. S. Mail upon:

Robert M. Herz, Esq.
425 "G" Street, Suite 600
Anchorage, Alaska 99501

/s Frank S. Koziol 09/05/07

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

Order Denying Plaintiff's Motion to Re-Open Discovery
*Brown v. Peterson, et al.*, Case No. A05-0002 CIV [TMB]
Page 2 of 2