FRANK S. KOZIOL, ESQ.
Attorney at Law
618 Christensen Drive
Anchorage, Alaska 99501
907-258-7706

Counsel for Defendants
FRANK PETERSON, JEFFREY HOLDEN,
AND CITY OF KODIAK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SCOTT BROWN, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 3:05-cv-0002 [TMB] |
| FRANK PETERSON, Individually and in His official capacity as a City of Kodiak Police Officer; JEFF HOLDEN, Individually and in his official capacity as a City Kodiak Police Officer; CITY OF KODIAK; and JOHN AND JANE DOES 1-10, | ) AFFIDAVIT OF FRANK S. KOZIOL |
| Defendants. | ) |

STATE OF ALASKA         )
                                          ) ss.
THIRD JUDICIAL DISTRICT )

      FRANK S. KOZIOL, being first duly sworn upon his oath, makes the following statements based on personal knowledge,

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

except as otherwise indicated:

1. I am the attorney for Defendants FRANK PETERSON, JEFFREY HOLDEN, AND CITY OF KODIAK in the above-captioned case.

2. Since this case was filed, Plaintiff has not sent any discovery requests to Defendants nor has Plaintiff set and taken any depositions.

3. Plaintiff never sought to obtain the personnel records, including training records of Defendant Peterson and dispatcher Douglas Croyle either by stipulated agreement or by motion.

4. Defendants have provided voluminous discovery to Plaintiff. 1,540 pages have been provided less excisions.

5. Plaintiff's attorney has not been grossly negligent. Initial Disclosures were served. A Preliminary Witness List was filed. Plaintiff's attorney attended the depositions of Plaintiff and his wife. A stipulation to extend discovery was entered into by Plaintiff's attorney.

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

Affidavit of Frank S. Koziol
*Brown v. Peterson, et al.*, Case No. 3:05-cv-0002 [TMB]
Page 2 of 3

6.   FURTHERMORE, your affiant sayeth naught.

*/s/ Frank S. Koziol*
FRANK S. KOZIOL
ABA NO. 7210054

SUBSCRIBED AND SWORN TO before me this 5th day of September, 2007.



*/s/ Rita R. Bennett*
Notary Public in and for Alaska
My Commission expires: 09/06/09

THIS IS TO CERTIFY that a copy of the foregoing was served electronically and by U. S. Mail upon:

Robert M. Herz, Esq.
425 "G" Street, Suite 600
Anchorage, Alaska 99501

/s Frank S. Koziol 9/5/07

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707