Robert Herz
Law Offices of Robert M. Herz, P.C.
425 G. Street, Suite 600
Anchorage, Alaska 99507
907-277-7171 Phone
907-277-0281 Fax

Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SCOTT BROWN, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> FRANK PETERSON, Individually and in ) <br> His official capacity as a City of Kodiak ) <br> Police Officer; JEFF HOLDEN, Individually ) <br> and in his official capacity as a City of ) <br> Kodiak Police Officer; CITY OF KODIAK; ) <br> and JOHN AND JANE DOES 1-10, ) <br> ) <br> Defendants. ) | Civil No. A05-0002 CV (RRB) |

STATE OF ALASKA          )
                         ) ss.
THIRD JUDICIAL DISTRICT  )

### AFFIDAVIT OF COUNSEL

Robert M. Herz, being first duly sworn and on his oath, makes the following statements based on personal knowledge:

1. I am the attorney for plaintiff Scott Brown.

2. I did not seek discovery from the time the complaint was filed in January of 2005,

Affidavit of Counsel
Page 1

Law Offices of Robert Herz, P.C.
425 G Street, Suite 600 • Anchorage, AK 99501
Phone 907-277-7171 • Fax 907-277-0281
E-mail rmherz@gci.net

until Mr. Peterson's answer was filed because the Court had essentially stayed the proceedings until Mr. Peterson returned from active military duty, and because no scheduling order had been entered in the case.

3. The Court's Stay of Proceedings was lifted in March of 2006. A scheduling order was entered in May of 2006.

4. Once the case resumed, I reviewed Defendant's initial disclosures, provided over 1,400 pages in initial disclosures and defended the depositions of Scott Brown, his wife, and his brother.

5. I was seriously ill with pneumonia from mid-October until mid-December, 2006. When the undersigned returned to work in mid-December, Counsel communicated to Attorney Koziol that he had been absent from work due to pneumonia for the previous two months and that was why he was unable to communicate with the undersigned during that period of time. Consequently, Defendants sought, and I did not oppose, discovery extensions.

6. When I returned to the office in December of 2006, all parties agreed to extend discovery two additional months to correspond to the two months period the undersigned was unavailable, hence discovery was extended to until April 19, 2007.

7. In mid-February I re-injured my back. The injury location was consistent with the site of an old injury suffered approximately 26 years ago which was surgically repaired at that time. During the last 26 years surgically repaired site has been significantly re-injured on two other previous occasions. Each of these times incapacitating counsel for an extended period of time, usually in excess of several months. This time was no different, and the re- injury was

Affidavit of Counsel
Page 2

severe enough that I was limited to bed rest, and at-home physical therapy and was unable to come to work until after the discovery deadline had passed.

8. In late April, 2007, I started coming to work for very brief periods, slowly working up the tolerance to be able to remain upright and work at my desk for longer and longer periods.

9. By mid-June I was able to work full-time. By that time I had a pending trials set for early July, late July and early August for three cases where those trials had previously been set to begin in the Spring. One of those cases went to trial on August 6, 2007 in Seward, Alaska and Counsel returned to the office on August 22, 2007. The case set for July 25 was postponed to October 3 and the other case set to begin July 9 was postponed to September 17, 2007.

10. I attempted in good faith since my return to work to have the defendants in this case stipulate to the reopening of discovery. In lieu of that I have requested the Court to allow additional discovery as outlined in the Motion to Re-open Discovery, which is narrowly tailored to provide the evidentiary basis I need to move forward with Mr. Brown's claims against Defendants.

11. I regret any inconvenience to the Court, the Defendants and Mr. Brown caused by my illness and injury.

Further your affiant sayeth naught.

_____
Robert M. Herz
Attorney at Law

SUBSCRIBED AND SWORN to before me this 12th day of September, 2007.

_____
NOTARY PUBLIC IN AND FOR ALASKA
My Commission Expires: 7/27/2011

Affidavit of Counsel
Page 3

Law Offices of Robert Herz, P.C.
425 G Street, Suite 600 • Anchorage, AK 99501
Phone 907-277-7171 • Fax 907-277-0281
E-mail rmherz@gci.net