FRANK S. KOZIOL, ESQ.
Attorney at Law
618 Christensen Drive
Anchorage, Alaska 99501
907-258-7706

Counsel for Defendants
FRANK PETERSON, JEFF HOLDEN,
AND CITY OF KODIAK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SCOTT BROWN, <br><br> Plaintiff, <br><br> vs. <br><br> FRANK PETERSON, Individually and in His official capacity as a City of Kodiak Police Officer; JEFF HOLDEN, Individually and in his official capacity as a City Kodiak Police Officer; CITY OF KODIAK; and JOHN AND JANE DOES 1-10, <br><br> Defendants. | Case No. 3:05-cv-0002 [TMB] <br><br><br> STIPULATION AND ORDER REGARDING PRODUCTION BY CITY OF KODIAK OF CONFIDENTIAL, OR POTENTIALLY CONFIDENTIAL, <u>MATERIALS</u> |

COME NOW the parties hereto, by and through their respective attorneys of record, whose signatures appear below, and stipulate and agree:

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

Plaintiff seeks access to the City of Kodiak personnel files of Frank Peterson, Jeffery Holden, and Douglas Croyle. However, these documents are privileged pursuant to Kodiak Municipal Code 2.36.060. In order to preserve confidentiality while permitting Plaintiff discovery, the following agreement has been stipulated to by the parties.

It is hereby stipulated and agreed among the parties, through counsel of record, that the City of Kodiak shall provide Plaintiff's counsel access to personnel files of Frank Peterson, Jeffery Holden, and Douglas Croyle.

It is further agreed that there will be the following exceptions to production, which will be reflected in a privilege log produced by the City of Kodiak to the other parties in this action:

(1) Documents which are confidential as attorney work product or contain privileged attorney-client communications;

(2) Private information related to Frank Peterson such as his social security number and financial records.

(3) Private information related to Jeffery Holden such as his social security number and financial records.

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

Stipulation and Order Regarding Production by the City of Kodiak of Confidential, or Potentially Confidential, Materials
Brown v. Peterson, et al., Case No. 3:05-cv-0002 [TMB]
Page 2 of 5

(4) Private information related to Douglas Croyle such as his social security number and financial records.

It is further agreed:

(1) Any dispute as to discoverability of documents identified on the privilege log shall be resolved by the Court prior to production in this action.

(2) All records produced shall not be placed in the public record without the respective party first obtaining permission from this Court.

(3) In order to protect the confidentiality of the information and documents contained in these files the parties, through counsel, stipulate that the records and information shall be used by counsel and the parties only for the purpose of prosecuting or defending claims in this case, shall be disclosed by counsel only to their staff, consultants and/or experts who agree to abide by this stipulation, and shall be copied only when absolutely necessary by counsel and their staff, consultants, and experts who agree to abide by this stipulation.

(4) Control and distribution of all copies shall be the responsibility of each party's counsel in the case.

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

Stipulation and Order Regarding Production by the City of Kodiak of Confidential, or Potentially Confidential, Materials
Brown v. Peterson, et al., Case No. 3:05-cv-0002 [TMB]
Page 3 of 5

(5) In the event it is necessary for a party to copy a document, this copying will be performed by the party's counsel's own staff and not sent out to a non-party duplication service.

(6) Nothing in this stipulation shall preclude the disclosure of any of the information and/or documents to any witness during any deposition in this case, provided that:

(a) the information and/or documents are disclosed only as described above, and to the court reporter, and the witness attending the deposition;

(b) the court reporter and witness are instructed that they are bound by this stipulation and order of the Court, which shall be attached as an exhibit to the deposition, and

(c) the deposition excerpts and any exhibits which contain confidential information or documents are to be treated as confidential under this stipulation and order.

(7) No access to the information and documents subject to this order shall be given to unrepresented parties absent their direct request and further order of the Court. The represented parties agree to cooperate to the extent that any unrepresented party seeks to request such disclosure from the Court.

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

Stipulation and Order Regarding Production by the City of Kodiak of Confidential, or Potentially Confidential, Materials
*Brown v. Peterson, et al.*, Case No. 3:05-cv-0002 [TMB]
Page 4 of 5

DATED: 11/08/2007

LAW OFFICE OF FRANK S. KOZIOL
Attorney for Defendants Frank Peterson, Jeff Holden, and City of Kodiak

By: /s Frank S. Koziol
Law Office of Frank S. Koziol
618 Christensen Drive
Anchorage, Alaska 99501
Phone: 907-258-7706
Fax: 907-258-7707
Email: koziol@gci.net
ritagutierrez.koziol@gci.net
ABA No. 7210054

DATED: 11/08/2007

LAW OFFICE OF ROBERT M. HERZ
Attorney for Plaintiff Scott Brown

By: /s Robert M. Herz (CONSENT GIVEN)
Law Office of Robert M. Herz
425 "G" Street, Suite 600
Anchorage, Alaska 99501
Phone: 907-277-7171
Fax: 907-277-0281
Email: rmherz@gci.net
ABA No. 8706023

THIS IS TO CERTIFY that a copy of the foregoing was served electronically and by U.S. Mail upon:

Robert M. Herz, Esq.
425 "G" Street, Suite 600
Anchorage, Alaska 99501

/s Frank S. Koziol 11/08/07

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

Stipulation and Order Regarding Production by the City of Kodiak of Confidential, or Potentially Confidential, Materials
*Brown v. Peterson, et al.*, Case No. 3:05-cv-0002 [TMB]
Page 5 of 5