FRANK S. KOZIOL, ESQ.
Attorney at Law
618 Christensen Drive
Anchorage, Alaska 99501
907-258-7706

Counsel for Defendants
FRANK PETERSON, JEFF HOLDEN,
AND CITY OF KODIAK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SCOTT BROWN,<br><br>        Plaintiff,<br><br>vs.<br><br>FRANK PETERSON, Individually and in His official capacity as a City of Kodiak Police Officer; JEFF HOLDEN, Individually and in his official capacity as a City Kodiak Police Officer; CITY OF KODIAK; and JOHN AND JANE DOES 1-10,<br><br>        Defendants. | Case No. 3:05-cv-0002 [TMB]<br><br>PROPOSED ORDER REGARDING PRODUCTION BY CITY OF KODIAK OF CONFIDENTIAL, OR POTENTIALLY CONFIDENTIAL, <u>MATERIALS</u> |

       The Court, finding that the interests of justice and the needs of the litigants outweighs the privacy interests at issue, including those created by, but not limited to, Kodiak Municipal Code 2.36.060, and recognizing the privacy interests

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

of several non-party individuals to the contents therein, hereby orders production of the personnel files of Frank Peterson, Jeffery Holden, and Douglas Croyle, pertinent to this action in accordance with the terms of this stipulation.

    SO ORDERED:

    DATED this _____ day of _____, 2007.

_____
TIMOTHY M. BURGESS
U. S. DISTRICT COURT JUDGE

THIS IS TO CERTIFY that a copy of the foregoing was served electronically and by U. S. Mail upon:

Robert M. Herz, Esq.
425 "G" Street, Suite 600
Anchorage, Alaska 99501

/s Frank S. Koziol 11/08/07

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

Proposed Order Regarding Production by the City of Kodiak of Confidential, or Potentially Confidential, Materials
*Brown v. Peterson, et al.*, Case No. 3:05-cv-0002 [TMB]
Page 2 of 2