Robert Herz
Law Offices of Robert M. Herz, P.C.
425 G. Street, Suite 600
Anchorage, Alaska 99507
907-277-7171 Phone
907-277-0281 Fax

Counsel for Plaintiff
SCOTT BROWN

Law Offices of Robert Herz, P.C.
425 G Street, Suite 600 • Anchorage, AK 99501
Phone 907-277-7171 • Fax 907-277-0281
E-mail rmherz@gci.net

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SCOTT BROWN,<br><br>                    Plaintiff,<br><br>vs.<br><br>FRANK PETERSON, Individually and in<br>His official capacity as a City of Kodiak<br>Police Officer; JEFF HOLDEN, Individually<br>and in his official capacity as a City of<br>Kodiak Police Officer; CITY OF KODIAK;<br>and JOHN AND JANE DOES 1-10,<br><br>                    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>Civil No. A05-0002 CV (RRB) |

**MOTION FOR EXTENSION OF TIME TO COMPLETE DISCOVERY
AND FILE FINAL WITNESS LIST**

COME NOW, plaintiff, Scott Brown, by and through counsel, Robert M. Herz, of the Law Offices of Robert Herz, P.C., moves this court for an extension of time for counsel to complete discovery and file a final witness list.  Counsel has been diligently working on obtaining discovery that would be pertinent in formulating a final witness list and in deciding who should be deposed before the close of discovery.  However, to date the critical documents that would influence those decisions have not been received.  Consequently, an extension of time to file a final witness list is appropriate as well as an extension of time to close discovery to allow depositions is appropriate as well because the discovery process being delayed due to no fault of plaintiff or plaintiff's counsel.

Counsel provides below a time line of the parties' discovery efforts since discovery reopened:

10-4-07:       Order granting plaintiff's motion to reopen discovery. Close of discovery is set for January 2, 2008. Final witness list, disclosing all lay and expert witnesses is due on November 19, 2007. (Exhibit A);

10-9-07:       Plaintiff's First Request for Production. Plaintiff requested defendants to respond within (3) business days indicating whether defendants intended to disclose the requested documents (Exhibit B);

10-11-07:      Defense counsel's legal secretary responded notifying plaintiff's counsel that defense counsel was out of the country, and would return on the 15th and would not be able to respond until October 18, 2007 (Exhibit C);

10-29-07:      Correspondence from defense counsel responding to request dated October 9, 2007. The response includes a proposed stipulation for confidentiality. Defendants assert that documents were "being gathered" and that plaintiff's first request for production would have a timely response (Exhibit D);

11-2-07        Plaintiff's counsel's responds to the proposed stipulation with desired changes (Exhibit E);

11-7-07:       Defense counsel's response to the proposed changes with a new stipulation/order attached (Exhibit F);

11-7-07        Plaintiff's counsel's responded and indicated that the proposed revised stipulation could be filed forthwith (Exhibit G);

11-9-07        Received Defendants' Objections/Responses to Plaintiff's First Request for Production (Exhibit H). Approximately 885 pages of departmental policy/procedure and training manuals.

In response to plaintiff's First Request for Production, plaintiff only has received the Policy and Procedures Manual for the Kodiak Police Department and the training manual for Kodiak Police Dispatchers. The total pages received number approximately 885 pages. However, to date the remainder of the materials requested have not been produced, these materials include the personnel files and other documents that come within the framework of the stipulation entered into by the parties. To date those documents have not

Law Offices of Robert Herz, P.C.
425 G Street, Suite 600 • Anchorage, AK 99501
Phone 907-277-7171 • Fax 907-277-0281
E-mail rmherz@gci.net

been produced presumably because the court has yet signed an order granting the parties stipulation. Counsel considers these documents will be critical and will influence the decision about who should be named to a final witness list and who should be deposed in this case.

As indicated above, counsel has been working diligently in obtaining discovery documents and requires additional time to file a final witness list because documents will be continued to be produced and/or received. Counsel then will need appropriate time to review these documents and decide to what extent to supplement witness lists based upon review of these new discovery documents as well as decide whom to depose based upon these new documents. It has been approximately 45 days since the court entered its order and while discovery has moved forward, the bulk of the critical discovery needed and requested has not yet been received. Plaintiff and plaintiff's counsel have acted diligently, and additional time is now legitimately needed. Counsel requests an extension of discovery by sixty days, and requests that close of discovery be set for March 3, 2008 with Final Witness Lists due 45 days before the close of discovery. Plaintiff also respectfully requests this court issue an order granting the parties stipulation so defendants can provide the necessary discovery that was requested by plaintiff on October 9, 2007.

DATED at Anchorage, Alaska, this 19th day of November 2007.

THE LAW OFFICES OF ROBERT HERZ, PC

s/ Robert M. Herz
425 G. Street, Suite 600
Anchorage, Alaska 99501
Phone 907-277-7171
Fax 907-277-0281
rmherz@gci.net
AK Bar No. 8706023

---

**CERTIFICATE OF SERVICE**

I hereby certify that on November 19, 2007, a copy of the foregoing Motion was served electronically / and via U.S. Mail on Frank Koziol
s/ Robert Herz

---

Law Offices of Robert Herz, P.C.
425 G Street, Suite 600 • Anchorage, AK 99501
Phone 907-277-7171 • Fax 907-277-0281
E-mail rmherz@gci.net