# Law Offices of Robert Herz. P.C.
425 G Street, Suite 600
Anchorage, Alaska 99501
Phone: (907) 277-7171  Fax: (907) 277-0281

October 9, 2007

Frank S. Koziol
618 Christensen Drive
Anchorage, Alaska 99501

    RE:    Scott Brown vs. Frank Peterson, Jeff Holden and City of Kodiak
            Case No. A05-0002 CV [RRB]

Dear Mr. Koziol,

I am enclosing plaintiff's First Request for Production which includes a request to receive the personnel files of Frank R. Peterson, Jeff Holden and Douglas Croyle. In your initial disclosures you indicated that *Defendants have withheld from disclosure the personnel file of Frank R. Peterson pursuant to Kodiak Municipal Code 2.36.020(a), which renders City personnel records, including employment applications and examination of materials, confidential and not open to public inspection*. Please inform me in writing and do so within (3) business days if defendants intend to disclose these requested files or not, so appropriate motions can be filed forthwith.

Sincerely,

Robert Herz
Attorney at Law
ABA 8706023

Enclosure: As stated.

**EXHIBIT B**