**Frank S. Koziol**
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, ALASKA 99501

(907) 258-7706
FAX (907) 258-7707

October 9, 2007

RECEIVED OCT 11 2007 LAW OFFICE OF ROBERT HERZ, P.C.

SENT VIA FACSIMILE AND U. S. MAIL

Robert Herz, Esq.
Attorney at Law
425 "G" Street, Suite 600
Anchorage, Alaska 99501

Re: Scott Brown v. Peterson, et al.
Claimant       : Scott Brown
Insured        : City of Kodiak
Loss of        : 01/04/03
File No.       : 2003007773
USDC Case No.  : 3:05-cv-0002 [TMB]

Dear Mr. Herz:

I am in receipt of your letter dated October 9, 2007. Frank Koziol is out of the country. He is unable to respond to your letter within the time frame you state in your letter (three business days). He will be back in the office on Monday, October 15, 2007. Frank advises he will be able to respond to your letter by Thursday, October 18, 2007.

Sincerely,

LAW OFFICE OF FRANK S. KOZIOL

Rita R. Bennett
Legal Secretary

/rb

**EXHIBIT C**