**Frank S. Koziol**
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, ALASKA 99501

(907) 258-7706
Fax (907) 258-7707

October 25, 2007

SENT VIA FACSIMILE AND U. S. MAIL

Robert Herz, Esq.
Attorney at Law
425 "G" Street, Suite 600
Anchorage, Alaska 99501

RECEIVED OCT 29 2007 LAW OFFICE OF ROBERT HERZ, P.C.

    Re:  Scott Brown v. Peterson, et al.
         Claimant       :  Scott Brown
         Insured        :  City of Kodiak
         Loss of        :  01/04/03
         File No.       :  2003007773
         USDC Case No.  :  3:05-cv-0002 [TMB]

Dear Mr. Herz:

    We are gathering the documents you requested in plaintiff's first request for production and should be able to timely respond.

    As mentioned in prior correspondence, there are some materials requested that are confidential due to City ordinances. After speaking with the appropriate individuals, we are prepared to disclose these documents to you without the need for your filing a motion to compel so long as we can agree to an appropriate stipulation and order which would maintain the confidentiality of these records.

    I am enclosing a proposed stipulation for your review. If it is satisfactory, please give your consent to it and I will file it electronically. If not satisfactory, please advise as to any changes you would want.

                                           Sincerely,

                                           LAW OFFICE OF FRANK S. KOZIOL

                                           FRANK S. KOZIOL

FSK/rb

Enclosure

**EXHIBIT D**