# Law Offices of Robert Herz. P.C.
425 G Street, Suite 600
Anchorage, Alaska 99501
Phone: (907) 277-7171  Fax: (907) 277-0281

November 2, 2007

Frank Koziol
Attorney At Law
618 Christensen Drive
Anchorage, Alaska 99501

*Sent Via Facsimile to 258-7707*

RE:  Scott Brown v. Peterson, et. al.
     A05-0002 CI (TMB)

Dear Mr. Koziol,

In response to your proposed stipulation which was received on October 29, 2007 regarding disclosure of personnel records for defendants the proposal is largely acceptable with the following exceptions.

Page 2, first paragraph, the Kodiak Municipal Code section cited is incorrect and should be KMC 2.36.060.

Page 2 third paragraph subsections (2), (3), (4) APSIN records should be disclosed. Plaintiff is entitled to know about civil, criminal and driving citations, infractions, and misdemeanor and felony charges and convictions.

Page 4 (6) (c). The scope of confidentiality is too broad. Under the proposed version one question about one confidential document would render the entire deposition confidential. Only those portions of the deposition where questions and answers relate to confidential documents or information that were disclosed pursuant to this order should be treated as confidential.

Lastly, any document that was not otherwise privileged before coming into the possession of the City should not be considered confidential or privileged simply because it is now part of or included within the individual's personnel file. For instance, a newspaper article that is clipped and placed in the file would not be considered confidential. Similarly, any personal correspondence from one of the officers or dispatchers, while off duty, to another private individual, who is not a city employee would not normally be privileged information. Especially, if any correspondence is published in any manner, that such correspondence or a copy of it is in the possession of the city and included in the officer's personnel file does not render such correspondence confidential.

**EXHIBIT E**

       With the above exceptions noted, the stipulation proposed is acceptable. If you have any questions, please do not hesitate to call.

                                    Sincerely,

                                    Robert Herz
                                    Attorney