## Frank S. Koziol
### ATTORNEY AT LAW

618 CHRISTENSEN DRIVE  
ANCHORAGE, ALASKA 99501

(907) 258-7706  
FAX (907) 258-7707

November 5, 2007

RECEIVED NOV - 7 2007 LAW OFFICE OF ROBERT HERZ, P.C.

**SENT VIA FACSIMILE AND U. S. MAIL**

Robert Herz, Esq.  
Attorney at Law  
425 "G" Street, Suite 600  
Anchorage, Alaska 99501

Re: Scott Brown v. Peterson, et al.
- Claimant : Scott Brown
- Insured : City of Kodiak
- Loss of : 01/04/03
- File No. : 2003007773
- USDC Case No. : 3:05-cv-0002 [TMB]

Dear Mr. Herz:

We are in receipt of your letter dated November 2, 2007. We have responded to your specific concerns as follows:

1. The KMC citation has been changed to KMC 2.36.060.

2. The "APSIN records" references have been deleted.

3. The word "excerpts" has been inserted at page 4 (6)(c) after the word "deposition."

As to your general concern that documents not otherwise privileged do not become so by finding their way into a personnel file is unwarranted. We do not intend to make such an objection.

These changes have been made and are included in the attached new stipulation and order. If it is acceptable, let me know and we shall file the document.

Sincerely,

LAW OFFICE OF FRANK S. KOZIOL

FRANK S. KOZIOL

FSK/rb

Enclosure

**EXHIBIT F**