# Law Offices of Robert Herz. P.C.
425 G Street, Suite 600
Anchorage, Alaska 99501
Phone: (907) 277-7171  Fax: (907) 277-0281

November 7, 2007

Frank Koziol
Attorney At Law
618 Christensen Drive
Anchorage, Alaska 99501

*Sent Via Facsimile to 258-7707*

RE: Scott Brown v. Peterson, et. al.
A05-0002 CI (TMB)

Dear Mr. Koziol,

In response to your proposed revised stipulation which was received today by mail on November 7, 2007 regarding disclosure of personnel records for defendants, the revised stipulation as drafted is acceptable and may be filed forthwith..

If you have any questions, please do not hesitate to call.

Sincerely,

Robert Herz
Attorney

**EXHIBIT G**
