FRANK S. KOZIOL, ESQ.
Attorney at Law
618 Christensen Drive
Anchorage, Alaska 99501
907-258-7706

Counsel for Defendants
FRANK PETERSON, JEFF HOLDEN,
AND CITY OF KODIAK



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SCOTT BROWN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 3:05-CV-0002 [TMB] |
| vs. | ) |
| | ) |
| FRANK PETERSON, Individually and | ) |
| in His official capacity as a | ) |
| City of Kodiak Police Officer; | ) |
| JEFF HOLDEN, Individually and in | ) |
| his official capacity as a City | ) |
| Kodiak Police Officer; CITY OF | ) |
| KODIAK; and JOHN AND JANE DOES | ) DEFENDANTS' OBJECTIONS/ |
| 1-10, | ) RESPONSES TO PLAINTIFF'S |
| Defendants. | ) FIRST REQUEST FOR PRODUCTION |
| | ) TO DEFENDANTS |

COMES NOW Defendants FRANK PETERSON, JEFF HOLDEN, and
CITY OF KODIAK, by and through their attorney FRANK S. KOZIOL,
and, hereby respond to Plaintiff's First Request for Production
dated October 9, 2007 as follows:

FRANK S. KOZIOL
ATTORNEY AT LAW
CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

**EXHIBIT H**

**REQUEST FOR PRODUCTION NO. 1**  Please produce any and all documents from the personnel file(s) for officer Peterson and officer Holden, including any files at the city human resources office and any separate files maintained at the police department, including any disciplinary records.

**RESPONSE**: Once the court grants the Stipulation and Order Regarding Production by the City of Kodiak of Confidential, or Potentially Confidential, Materials, and the terms and conditions set forth therein, Defendants will disclose the personnel records of Frank Peterson (Bates Stamp Nos. 10098-10221, 10401-10419, 11558-11575, 12571-12605) and Jeffrey Holden (Bates Stamp Nos. 10222-10400, 10420-10439, 11576-11609).

**REQUEST FOR PRODUCTION NO. 2**  Please produce any and all documents from the personnel file(s) for Douglas Croyle, including any files at the city human resources office and any separate files maintained at the police department, including any disciplinary records.

**RESPONSE**:  Once the court grants the Stipulation and Order Regarding Production by the City of Kodiak of Confidential, or Potentially Confidential, Materials, and the terms and conditions set forth therein, Defendants will disclose the personnel records of Douglas Croyle (Bates Stamp Nos. 12455-

RANK S. KOZIOL
ATTORNEY AT LAW
1 CHRISTENSEN DRIVE
CHORAGE, AK 99501
(907) 258-7706
AX (907) 258-7707

Defendants' Objections/Responses to Plaintiff's First Request for Production to Defendants
*Brown v. Peterson, et al.*, Case No. 3:05-cv-0002  [TMB]
Page 2 of 7

12570)

**REQUEST FOR PRODUCTION NO. 3**  Please produce any and all training records and training files for officer Frank Peterson and officer Jeff Holden.

**RESPONSE**: The training records and files regarding Officer Frank Peterson and Officer Jeffrey Holden are contained in the personnel files referred to in response to Request for Production No. 1 and will be disclosed once the court grants the Stipulation and Order Regarding Production by the City of Kodiak of Confidential, or Potentially Confidential, Materials, and the terms and conditions set forth therein.

**REQUEST FOR PRODUCTION NO. 4**  Please produce any and all training records and training files for Douglas Croyle.

**RESPONSE**: The training records and training files for Douglas Croyle are contained in the personnel file referred to in response to Request for Production No. 2 and will be disclosed once the court grants the Stipulation and Order Regarding Production by the City of Kodiak of Confidential, or Potentially Confidential, Materials, and the terms and conditions set forth therein.

RANK S. KOZIOL
ATTORNEY AT LAW
I CHRISTENSEN DRIVE
CHORAGE, AK 99801
(907) 258-7706
AX (907) 258-7707

Defendants' Objections/Responses to Plaintiff's First Request for Production to Defendants
*Brown v. Peterson, et al.*, Case No. 3:05-cv-0002  [TMB]
Page 3 of 7

**REQUEST FOR PRODUCTION NO. 5**  Please produce a complete file of the internal investigation report regarding Officer Frank Peterson and 16 year old J. M. from 2006, including all files maintained by the Kodiak Police Department and any and all files maintained separately by the city of Kodiak, and any report of any investigation that may have been conducted by any contract investigator on behalf of the City of Kodiak and/or Kodiak Police Department.

**RESPONSE**:  Once the court grants the Stipulation and Order Regarding Production by the City of Kodiak of Confidential, or Potentially Confidential, Materials, and pursuant to the terms and conditions set forth therein, Defendants will disclose this information which is contained in the personnel records of Frank Peterson.

**REQUEST FOR PRODUCTION NO. 6**  Please produce a current training manual for dispatchers at the Kodiak Police Department, and if different, the training manual for dispatchers that was in effect at the time of the incident that is the subject of this lawsuit.

**RESPONSE**: See attached (Bates Stamp Nos. 12532-12570).

**REQUEST FOR PRODUCTION NO. 7**  Please produce dispatcher Douglas Croyle's personal log books for the 60 day

FRANK S. KOZIOL
ATTORNEY AT LAW
CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

Defendants' Objections/Responses to Plaintiff's First Request for Production to Defendants
*Brown v. Peterson, et al.*, Case No. 3:05-cv-0002  [TMB]
Page 4 of 7

period surrounding this incident.  These "personal" log books are kept and maintained by Kodiak Police Department.

> **RESPONSE**: None.

> **REQUEST FOR PRODUCTION NO. 8**  Please produce radio logs for the time period surrounding this incident, and any audio recordings of any conversations between dispatcher Douglas Croyle and Officer Frank Peterson pertaining to this incident that is the subject of this lawsuit.

> **RESPONSE**: Radio logs from the incident of January, 2003 do not exist as they have been destroyed/disposed of through the Records Management System.

> **REQUEST FOR PRODUCTION NO. 9**  Please produce any and all computer records generated as a result of this call/accident.

> **RESPONSE**: See the documents previously disclosed in Defendants' Initial Disclosures dated June 16, 2006.

> **REQUEST FOR PRODUCTION NO. 10**  Please produce any and all internal police correspondence, emails, memorandums, and letters generated as a result of this incident.

> **RESPONSE**: See the documents previously disclosed in Defendants' Initial Disclosures dated June 16, 2006.

> **REQUEST FOR PRODUCTION NO. 11**  Please produce the

RANK S. KOZIOL
ATTORNEY AT LAW
CHRISTENSEN DRIVE
CHORAGE, AK 99501
(907) 258-7706
AX (907) 258-7707

Defendants' Objections/Responses to Plaintiff's First Request for Production to Defendants
*Brown v. Peterson, et al.*, Case No. 3:05-cv-0002  [TMB]
Page 5 of 7

department policy and procedures manual that was in effect in
2003 (the same manual is used by both sworn and civil personnel)
that all employees receive when hired.

    **RESPONSE**: See attached.  (Bates Stamp Nos. 11610-
12454)

    **REQUEST FOR PRODUCTION NO. 13**  Please produce a list
of all persons employed as dispatchers during the period of time
Douglas Croyle was so employed, including the name of the
person, their last known address and telephone number and any
known identifying information such as date of birth, driver's
license number and/or social security numbers.

    **OBJECTION/RESPONSE**: Defendants object to the
disclosure of dates of birth, driver's license number and/or
Social Security numbers for individuals employed as dispatchers
at the time Mr. Croyle was employed.  Notwithstanding this
objection, see the following list:

    (1) Nancy Perry, Kodiak Police Department, 217 Lower
Mill Bay Road, Kodiak, Alaska, 99615, 907-486-8000.

    (2) DaLana Hatfield, Kodiak Police Department, 217
Lower Mill Bay Road, Kodiak, Alaska, 99615, 907-486-8000.

    (3) Lisa Peterson, Box 514, Pullman, Washington 99163,
Telephone Number Unknown.

RANK S. KOZIOL
\TTORNEY AT LAW
I CHRISTENSEN DRIVE
CHORAGE, AK 99501
(907) 258-7706
AX (907) 258-7707

Defendants' Objections/Responses to Plaintiff's First Request for Production
to Defendants
*Brown v. Peterson, et al.*, Case No. 3:05-cv-0002  [TMB]
Page 6 of 7

(4) Karen Viall, 6819 SW Wilsonville Road, Apt. 63, Wilsonville, Oregon, 97070, Telephone Number Unknown.

(5) Doug Croyle, 895 10th NE, Mountain Home Idaho 83647, 208-587-3229.

(6) Dave Shields is deceased.

(7) Russ Josephson, 814 Willow Street, Kodiak, Alaska 99615, Telephone Number Unknown.

DATED at Anchorage, Alaska, this __8th__ day of November, 2007.

LAW OFFICE OF FRANK S. KOZIOL
Attorney for Defendants Frank
  Peterson, Jeff Holden, and City
  of Kodiak

By: _____
        Frank S. Koziol
        ABA No. 7210054

THIS IS TO CERTIFY that the original of the foregoing was served by mail upon Robert M. Herz, Esq., at his address of record, this __8th__ day of November, 2007.

_____
        Frank S. Koziol

RANK S. KOZIOL
ATTORNEY AT LAW
CHRISTENSEN DRIVE
CHORAGE, AK 99501
(907) 258-7706
AX (907) 258-7707

Defendants' Objections/Responses to Plaintiff's First Request for Production to Defendants
*Brown v. Peterson, et al.,* Case No. 3:05-cv-0002  [TMB]
Page 7 of 7