IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SCOTT BROWN,                         )<br>                                      )<br>        Plaintiff,                   )<br>                                      )   Case No. 3:05-cv-0002 TMB<br>    vs.                               )<br>                                      )<br>FRANK PETERSON, Individually and      )<br>in His official capacity as a         )<br>City of Kodiak Police Officer;        )<br>JEFF HOLDEN, Individually and in      ) ORDER<br>his official capacity as a City       ) REGARDING PRODUCTION BY<br>Kodiak Police Officer; CITY OF        ) CITY OF KODIAK OF<br>KODIAK; and JOHN AND JANE DOES        ) CONFIDENTIAL, OR<br>1-10,                                 ) POTENTIALLY CONFIDENTIAL,<br>        Defendants.                   ) <u>MATERIALS</u> | |

The Court, finding that the interests of justice and the needs of the litigants outweighs the privacy interests at issue, including those created by, but not limited to, Kodiak Municipal Code 2.36.060, and recognizing the privacy interests of several non-party individuals to the contents therein, hereby orders production of the personnel files of Frank Peterson, Jeffery Holden, and Douglas Croyle, pertinent to this action in accordance with the terms of this stipulation.

SO ORDERED:

DATED this 30th day of November, 2007.

/s/ Timothy M. Burgess
TIMOTHY M. BURGESS
U. S. DISTRICT COURT JUDGE