Robert Herz
Law Offices of Robert M. Herz, P.C.
425 G. Street, Suite 600
Anchorage, Alaska 99507
907-277-7171 Phone
907-277-0281 Fax

Counsel for Plaintiff
SCOTT BROWN

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SCOTT BROWN,  )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>FRANK PETERSON, Individually and in )<br>His official capacity as a City of Kodiak )<br>Police Officer; JEFF HOLDEN, Individually )<br>and in his official capacity as a City of )<br>Kodiak Police Officer; CITY OF KODIAK; )<br>and JOHN AND JANE DOES 1-10, )<br>)<br>Defendants. ) | Civil No. A05-0002 CV (RRB) |

## MOTION TO EXTEND DISCOVERY DEADLINES

COME NOW, plaintiff, Scott Brown, by and through counsel, Robert M. Herz, of the Law Offices of Robert Herz, P.C., and hereby moves to extend all discovery deadlines by 45 days. The discovery history for this case has been set forth previously. See Docket numbers 52, 54 and 63. Since discovery reopened the parties have diligently worked on discovery in this matter, however, additional time is needed.

In part, additional time is needed because the confidential documents (over 500 hundred pages) released by defendants subject to the parties stipulation, were not provided to plaintiff until December 10, 2007. This was almost two weeks after the court issued its order granting the stipulation. These documents were originally requested by plaintiff on October 8, 2007. The documents were timely forwarded to plaintiff's consulting expert on December

13, three days after they were received. However, since this was so close to the holiday period, plaintiff's experts were on leave during this time and were not available again until early January. Plaintiff is not now asserting any bad intent on the part of defendants, however, the effect of the timing of the release of the confidential documents caused plaintiff to lose a month of the discovery process. The parties had agreed as early as November 7, 2007 that plaintiff was entitled to have access to these documents. Plaintiff's consulting experts need time to finish reviewing these documents, as well as the almost 900 pages discovered to plaintiff on November 10, 2007. The first set of theses documents were timely provided to plaintiff's expert on November 13, 2007.

In addition, plaintiff has requested additional discovery through a formal request of discovery (Plaintiff's Second Request for Production to Defendants). The documents produced pursuant to this request will need to be reviewed by the consulting experts before they can issue a final draft of any written opinion in this matter. It is fairly and reasonably anticipated that all expert reports will be available within the additional time requested by plaintiff assuming the additional documents recently requested by plaintiff are timely provided by defendants.

Although the parties have discussed in a preliminary fashion a deposition schedule for a number of defendants and defendant witnesses, counsel's schedule is such that counsel will need additional time to conduct discovery in this matter. Counsel is in Chicago at this time from January 14, through January 22. One week after returning, counsel will begin a multi count trial involving charges of sexual assault in the first degree and charges of assault in the first and second degree in state court, <u>State v. Dwight</u>, Case No. 3AN-S03-7582 Cr. This trial will begin on January 28 and that trial is expected to last at least two weeks. Approximately one month after that trial is expected to conclude, counsel will travel to Canada with his

daughter who is participating in the Arctic Winter Games in figure skating. During this time counsel will be unavailable from March 8 through March 17, 2008. Consequently, counsel will require additional time to consult with his experts and to integrate the proposed depositions into this schedule. Preliminarily the parties have discussed the possibility of depositions the last week of February and the first week of March as well at the last two weeks of March.

Plaintiff reasonably anticipates and expects that discovery can be concluded within the time proposed by this extension. For the above cited reasons, plaintiff respectfully requests the court grant his motion to extend all discovery deadlines by an additional 45 days.

DATED at Anchorage, Alaska, this 18th day of January 2008.

THE LAW OFFICES OF ROBERT HERZ, PC

s/ Robert M. Herz
425 G. Street, Suite 600
Anchorage, Alaska 99501
Phone 907-277-7171
Fax 907-277-0281
rmherz@gci.net
AK Bar No. 8706023

Law Offices of Robert Herz, P.C.
425 G Street, Suite 600 • Anchorage, AK 99501
Phone 907-277-7171 • Fax 907-277-0281
E-mail rmherz@gci.net

**CERTIFICATE OF SERVICE**
I hereby certify that on January 18, 2008, a copy of the foregoing Motion was served electronically / and via U.S. Mail on Frank Koziol
s/ Robert Herz