FRANK S. KOZIOL, ESQ.
Attorney at Law
618 Christensen Drive
Anchorage, Alaska 99501
907-258-7706

Counsel for Defendants
FRANK PETERSON, JEFF HOLDEN,
AND CITY OF KODIAK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SCOTT BROWN, <br><br> Plaintiff, <br><br> vs. <br><br> FRANK PETERSON, Individually and in His official capacity as a City of Kodiak Police Officer; JEFF HOLDEN, Individually and in his official capacity as a City Kodiak Police Officer; CITY OF KODIAK; and JOHN AND JANE DOES 1-10, <br><br> Defendants. | ) <br> ) <br> ) <br> ) Case No. 3:05-CV-0002 [TMB] <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) DEFENDANTS' RESPONSE TO <br> ) PLAINTIFF'S MOTION TO EXTEND <br> ) <u>DISCOVERY DEADLINES</u> <br> ) |

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

        COMES NOW Defendants FRANK PETERSON, JEFF HOLDEN, and

CITY OF KODIAK, by and through their attorney FRANK S. KOZIOL,

and, hereby submit their response to Plaintiff's Motion to

Extend Discovery deadlines dated January 18, 2008 as follows:

        Discovery currently closes on March 3, 2008 with

motions deadline on April 3, 2008 and final witness list due 45 days before the close of discovery or January 18, 2008. Plaintiff seeks an extension of 45 days for these deadlines for the following reasons:

1.    The Court did not issue its order regarding production of confidential or potentially confidential materials based upon the submitted stipulation until November 30, 2007.

2.    Plaintiff received over 500 pages of these materials on December 10, 2007. Defendants note that these documents were provided six business days after this Court's order with the Defendants' copying the documents for Plaintiff at no expense to Plaintiff.

3.    Plaintiff's experts were on leave during the December holidays and could not review the new documents.

4.    New discovery requests have been sent to Defendants dated January 18, 2008 that Plaintiff wants his experts to consider when responses have been received.

5.    Plaintiff's attorney is doing significant traveling and will be in trial beginning January 28, 2008.

6.    Depositions by Plaintiff need to be scheduled and taken.

Defendants are responsible for a delay of six business days in providing the ordered materials to Plaintiff. That was

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE. AK 99501
(907) 258-7706
FAX (907) 258-7707

Defendants' Response to Plaintiff's Motion to Extend Discovery Deadlines
*Brown v. Peterson, et al.*, Case No. 3:05-cv-0002 [TMB]
Page 2 of 3

a reasonable time frame to copy and deliver the documents to Plaintiff. The Court's order was silent as to how long after the order was signed must the documents be delivered to Plaintiff.

Defendants will suffer no prejudice in having the deadlines extended and, therefore, do not oppose the motion. However, Defendants would expect a similar courtesy from Plaintiff if, under similar circumstances, an extension of a deadline is requested by the Defendants.

LAW OFFICE OF FRANK S. KOZIOL
Attorney for Defendants Frank
 Peterson, Jeff Holden, and City
 of Kodiak

Dated: 01/25/08

By:   /s Frank S. Koziol
       Law Office of Frank S. Koziol
       618 Christensen Drive
       Anchorage, Alaska 99501
       Phone: 907-258-7706
       Fax: 907-258-7707
       Email: koziol@gci.net
       ritagutierrez.koziol@gci.net
       ABA No. 7210054

THIS IS TO CERTIFY that a copy of the foregoing was
served electronically and by U. S. Mail upon:

Robert M. Herz, Esq.
425 "G" Street, Suite 600
Anchorage, Alaska 99501

/s Frank S. Koziol 01/25/08

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

Defendants' Response to Plaintiff's Motion to Extend Discovery Deadlines
*Brown v. Peterson, et al.*, Case No. 3:05-cv-0002  [TMB]
Page 3 of 3