Robert Herz
Law Offices of Robert M. Herz, P.C.
425 G. Street, Suite 600
Anchorage, Alaska 99507
907-277-7171 Phone
907-277-0281 Fax

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SCOTT BROWN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| FRANK PETERSON, Individually and in ) | |
| His official capacity as a City of Kodiak ) | |
| Police Officer; JEFF HOLDEN, Individually ) | |
| and in his official capacity as a City of ) | |
| Kodiak Police Officer; CITY OF KODIAK; ) | |
| and JOHN AND JANE DOES 1-10, ) | Civil No. A05-0002 CV (RRB) |
| ) | |
| Defendants. ) | |

## NOTICE OF ERRATA

COME NOW, plaintiff, Scott Brown, by and through counsel, Robert M. Herz, of the Law Offices of Robert Herz, P.C., hereby notifies the court of an errata in the name of the 28th witness listed on plaintiff's witness list of March 3, 2008. Ms. McMurray's first name is Mary [not Ann] and should reflect same.

DATED at Anchorage, Alaska, this 4th day of March 2008.

THE LAW OFFICES OF ROBERT HERZ, PC

s/ Robert M. Herz
425 G. Street, Suite 600
Anchorage, Alaska 99501
Phone 907-277-7171
Fax 907-277-0281
rmherz@gci.net
AK Bar No. 8706023

**CERTIFICATE OF SERVICE**
I hereby certify that on March 4, 2008, a copy of the foregoing Notice of Errata was served electronically and via U.S. Mail on Frank Koziol
s/ Robert Herz

Law Offices of Robert Herz, P.C.
425 G Street, Suite 600 • Anchorage, AK 99501
Phone 907-277-7171 • Fax 907-277-0281
E-mail rmherz@gci.net