FRANK S. KOZIOL, ESQ.
Attorney at Law
618 Christensen Drive
Anchorage, Alaska 99501
907-258-7706

Counsel for Defendants
FRANK PETERSON AND JEFF HOLDEN

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SCOTT BROWN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 3:05-CV-0002 [TMB] |
| vs. ) | |
| ) | |
| FRANK PETERSON, Individually and ) | |
| in His official capacity as a ) | |
| City of Kodiak Police Officer; ) | |
| JEFF HOLDEN, Individually and in ) | |
| his official capacity as a City ) | |
| Kodiak Police Officer; CITY OF ) | |
| KODIAK; and JOHN AND JANE DOES ) | DEFENDANTS' MOTION TO PERMIT |
| 1-10, ) | FILING OF OVER-LENGTH BRIEF |
| Defendants. ) | |

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

COME NOW Defendants FRANK PETERSON and JEFFREY HOLDEN, by and through their attorney, FRANK S. KOZIOL, and hereby move pursuant to D. Ak. LR 7.1(a) for an order permitting the filing

of an over-length brief.

This motion is supported by the accompanying memorandum of law and affidavit of counsel. A proposed order also accompanies the motion.

```
                            LAW OFFICE OF FRANK S. KOZIOL
                            Attorney for Defendants Frank
                              Peterson and Jeff Holden


Dated: 05/13/08             By: /s Frank S. Koziol
                                Law Office of Frank S. Koziol
                                618 Christensen Drive
                                Anchorage, Alaska 99501
                                Phone: 907-258-7706
                                Fax: 907-258-7707
                                Email: koziol@gci.net
                                ritagutierrez.koziol@gci.net
                                ABA No. 7210054
```

THIS IS TO CERTIFY that a copy of the foregoing was served electronically and by U. S. Mail upon:

Robert M. Herz, Esq.
425 "G" Street, Suite 600
Anchorage, Alaska 99501


/s Frank S. Koziol 05/13/08

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

Defendants' Motion to Permit Filing of Over-Length Brief
*Brown v. Peterson, et al.*, Case No. 3:05-cv-0002 [TMB]
Page 2 of 2