FRANK S. KOZIOL, ESQ.
Attorney at Law
618 Christensen Drive
Anchorage, Alaska 99501
907-258-7706

Counsel for Defendants
FRANK PETERSON AND JEFF HOLDEN

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SCOTT BROWN,<br><br>        Plaintiff,<br><br>    vs.<br><br>FRANK PETERSON, Individually and in His official capacity as a City of Kodiak Police Officer; JEFF HOLDEN, Individually and in his official capacity as a City Kodiak Police Officer; CITY OF KODIAK; and JOHN AND JANE DOES 1-10,<br><br>        Defendants. | Case No. 3:05-CV-0002 [TMB]<br><br><br><br><br>MEMORANDUM IN SUPPORT OF DEFENDANTS PETERSON AND HOLDEN'S MOTION TO PERMIT FILING OF OVER-LENGTH SUMMARY <u>JUDGMENT MEMORANDUM</u> |

<u>INTRODUCTION</u>

Plaintiff has filed claims against two City of Kodiak

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

police officers. The Complaint sets forth eleven causes of action, nine against the two officers.[1]

A 42 U.S.C. § 1983 claim is included in the claims against the officers. Through discovery, including the receipt of expert reports, Plaintiff's federal claims include the following:

1. Unlawful entry.
2. Unlawful arrest.
3. Excessive force.
4. Unlawful failure to provide medical care.

The state claims, which parallel the federal claims, also include invasion of privacy, malicious prosecution, abuse of process, negligence, and intentional infliction of emotional distress.

The multiplicity of claims against the officers include approximately 10 to 15 theories of liability. Further complicating matters, Plaintiff extensively relies upon state court rulings in the various criminal cases against Plaintiff,

---

[1] Complaint dated January 3, 2005 at 6-11.

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

Memorandum in Support of Defendants' Motion to Permit Filing of Over-Length Brief
*Brown v. Peterson, et al.*, Case No. 3:05-cv-0002  [TMB]
Page 2 of 6

the outcome of which was favorable to Plaintiff.[2]

Plaintiff's reliance on state court rulings suggest that Plaintiff will attempt to use offensive collateral estoppel to resolve some of the liability claims. At a minimum, Plaintiff will refer to the state court rulings as persuasive authority for a like determination by this Court. (Affidavit of Frank S. Koziol)

The volume of discovery materials has been extensive. Plaintiff has disclosed 1,433 pages and Defendants have disclosed 3,794 pages for a total of over 5,000 pages. Nineteen depositions have been taken. (Affidavit of Frank S. Koziol)

Given the multiplicity and complexity of the issues involved, and the extensive prior state criminal court history that must be cited and discussed, the Defendants hereby request they be permitted to file an over-length memorandum in support of their Motion for Summary Judgment.[3] Specifically, Defendants

---

[2]Id. at 4-5.

[3]Exhibit A.

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

Memorandum in Support of Defendants' Motion to Permit Filing of Over-Length Brief
*Brown v. Peterson, et al.*, Case No. 3:05-cv-0002 [TMB]
Page 3 of 6

seek to file a 65 page brief.[4] (Affidavit of Frank S. Koziol) Voluminous exhibits, A through AV, are attached to the Motion for Summary Judgment.[5] As a time saving measure, Defendants will submit these voluminous exhibits once the Court grants the Motion to Permit Filing of Over-Length Brief.

## APPLICABLE RULES

Prior to December 2007, memorandums of law could not exceed 50 pages. This has since been changed to 25 pages.[6] The local rules contemplate that over-length briefs may be filed.[7]

## ARGUMENT

Defendants believe the Court will be better informed and better able to resolve the many issues presented in this case by permitting the filing of an over-length brief for the following reasons:

---

[4] The City of Kodiak will file a separate Motion for Summary Judgement with accompanying memorandum within the page limits set forth in the local rules. (Affidavit of Frank S. Koziol)

[5] See, Exhibit A, List of Exhibits at vi-ix.

[6] D. Ak. LR 10.1(m).

[7] Id. at (b)(1)[A] (requiring briefs exceeding 25 pages to be provided for use by the judge in chambers).

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

Memorandum in Support of Defendants' Motion to Permit Filing of Over-Length Brief
Brown v. Peterson, et al., Case No. 3:05-cv-0002  [TMB]
Page 4 of 6

1. Plaintiff was indicted three separate times, successfully obtained a suppression order, and was acquitted in a jury trial. Describing this legal odyssey and the effect on this civil case will involve considerable discussion in the brief.

2. As suggested by the voluminous discovery including many depositions, the facts involving the claims are extensive and vigorously disputed. Plaintiff and his experts have asserted that the Defendants and another employee of the City of Kodiak are untruthful in some of their sworn testimony. An extensive discussion of the facts is necessary in the brief.

3. Many theories of liability are presented both on federal and state claims. Each theory must not only be presented and discussed but most involve Defendants' defense that they are entitled to qualified immunity. Separate issues of qualified immunity are presented for the federal and state claims and even among such claims. This will require an extensive discussion in the brief.

## CONCLUSION

For the aforementioned reasons, this Court should

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

Memorandum in Support of Defendants' Motion to Permit Filing of Over-Length Brief
Brown v. Peterson, et al., Case No. 3:05-cv-0002  [TMB]
Page 5 of 6

grant the motion to permit the filing of an over length brief.

                                        LAW OFFICE OF FRANK S. KOZIOL
                                        Attorney for Defendants Frank
                                        Peterson and Jeff Holden

Dated: 05/13/08                  By:  /s Frank S. Koziol
                                              Law Office of Frank S. Koziol
                                              618 Christensen Drive
                                              Anchorage, Alaska 99501
                                              Phone: 907-258-7706
                                              Fax: 907-258-7707
                                              Email: koziol@gci.net
                                              ritagutierrez.koziol@gci.net
                                              ABA No. 7210054

THIS IS TO CERTIFY that a copy of the foregoing was served electronically and by U. S. Mail upon:

Robert M. Herz, Esq.
425 "G" Street, Suite 600
Anchorage, Alaska 99501


/s Frank S. Koziol 05/13/08

---

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

Memorandum in Support of Defendants' Motion to Permit Filing of Over-Length Brief
*Brown v. Peterson, et al.*, Case No. 3:05-cv-0002   [TMB]
Page 6 of 6