FRANK S. KOZIOL, ESQ.
Attorney at Law
618 Christensen Drive
Anchorage, Alaska 99501
907-258-7706

Counsel for Defendants
FRANK PETERSON AND JEFF HOLDEN

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SCOTT BROWN, )<br>)<br>      Plaintiff, )<br>) Case No. 3:05-CV-0002 [TMB]<br>      vs. )<br>)<br>FRANK PETERSON, Individually and )<br>in His official capacity as a )<br>City of Kodiak Police Officer; )<br>JEFF HOLDEN, Individually and in )<br>his official capacity as a City )<br>Kodiak Police Officer; CITY OF )<br>KODIAK; and JOHN AND JANE DOES )<br>1-10, ) <u>AFFIDAVIT OF FRANK S. KOZIOL</u><br>      Defendants. )<br>_____ ) | |

STATE OF ALASKA        )
                       ) ss.
THIRD JUDICIAL DISTRICT )

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

FRANK S. KOZIOL, being first duly sworn upon his oath, makes the following statements based on personal knowledge, except as otherwise indicated:

1. I am the attorney for Defendants FRANK PETERSON, JEFF HOLDEN, and CITY OF KODIAK in the above-captioned case.

2. Plaintiff's reliance on state court rulings suggest that Plaintiff will attempt to use offensive collateral estoppel to resolve some of the liability claims. At a minimum, Plaintiff will refer to the state court rulings as persuasive authority for a like determination by this Court.

3. The volume of discovery materials has been extensive. Plaintiff has disclosed 1,433 pages and Defendants have disclosed 3,794 pages for a total of over 5,000 pages. Nineteen depositions have been taken.

4. Defendants seek to file a 65 page brief.

5. The City of Kodiak will file a separate Motion for Summary Judgement with accompanying memorandum within the page limits set forth in the local rules.

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

Affidavit of Frank S. Koziol
*Brown v. Peterson, et al.*, Case No. 3:05-cv-0002   [TMB]
Page 2 of 3

6.   FURTHERMORE, your affiant sayeth naught.

_____
FRANK S. KOZIOL
ABA NO. 7210054


SUBSCRIBED AND SWORN TO before me this __13TH__ day of May, 2008.



_____
Notary Public in and for Alaska
My Commission expires: 09/06/09


THIS IS TO CERTIFY that a copy of the foregoing was served electronically and by U. S. Mail upon:

Robert M. Herz, Esq.
425 "G" Street, Suite 600
Anchorage, Alaska 99501


/s Frank S. Koziol 05/13/08

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

Affidavit of Frank S. Koziol
*Brown v. Peterson, et al.*, Case No. 3:05-cv-0002   [TMB]
Page 3 of 3