FRANK S. KOZIOL, ESQ.
Attorney at Law
618 Christensen Drive
Anchorage, Alaska 99501
907-258-7706

Counsel for Defendant
CITY OF KODIAK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SCOTT BROWN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 3:05-CV-0002 [TMB] |
| vs. ) | |
| ) | |
| FRANK PETERSON, Individually and ) | |
| in His official capacity as a ) | |
| City of Kodiak Police Officer; ) | |
| JEFF HOLDEN, Individually and in ) | |
| his official capacity as a City ) | |
| Kodiak Police Officer; CITY OF ) | |
| KODIAK; and JOHN AND JANE DOES ) | |
| 1-10, ) | CITY OF KODIAK'S MOTION FOR |
| Defendants. ) | SUMMARY JUDGMENT |
| ) | |

COMES NOW Defendant CITY OF KODIAK, by and through its

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

attorney, FRANK S. KOZIOL, and, pursuant to Rule 56 of the Federal Rules of Civil Procedure, hereby moves this Court for an order granting summary judgment to Defendant City of Kodiak.

This motion is supported by the accompanying memorandum of law. A proposed order also accompanies the motion.

                                      LAW OFFICE OF FRANK S. KOZIOL
                                      Attorney for Defendant City
                                         of Kodiak

Dated: 5/19/08                By:  /s Frank S. Koziol
                                            Law Office of Frank S. Koziol
                                            618 Christensen Drive
                                            Anchorage, Alaska 99501
                                            Phone: 907-258-7706
                                            Fax: 907-258-7707
                                            Email: koziol@gci.net
                                            ritagutierrez.koziol@gci.net
                                            ABA No. 7210054

THIS IS TO CERTIFY that a copy of the foregoing was served electronically and by U. S. Mail upon:

Robert M. Herz, Esq.
425 "G" Street, Suite 600
Anchorage, Alaska 99501

/s Frank S. Koziol 5/19/08

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

Defendant City of Kodiak's Motion for Summary Judgment
*Brown v. Peterson, et al.*, Case No. 3:05-cv-0002 [TMB]
Page 2 of 2