FRANK S. KOZIOL, ESQ.
Attorney at Law
618 Christensen Drive
Anchorage, Alaska 99501
907-258-7706

Counsel for Defendant
CITY OF KODIAK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SCOTT BROWN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 3:05-cv-0002 [TMB] |
| vs. ) | |
| ) | |
| FRANK PETERSON, Individually and ) | |
| in His official capacity as a ) | |
| City of Kodiak Police Officer; ) | |
| JEFF HOLDEN, Individually and in ) | |
| his official capacity as a City ) | |
| Kodiak Police Officer; CITY OF ) | |
| KODIAK; and JOHN AND JANE DOES ) | PROPOSED |
| 1-10, ) | ORDER GRANTING |
| Defendants. ) | CITY OF KODIAK'S MOTION FOR |
| ) | SUMMARY JUDGMENT |

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

This Court having reviewed City of Kodiak's Motion for

Summary Judgment, and any opposition thereto, and good cause appearing for the granting of said motion,

IT IS HEREBY ORDERED that City of Kodiak's Motion for Summary Judgment is granted.

DATED this ____ of _____, 2008.

_____
TIMOTHY M. BURGESS
U. S. DISTRICT COURT JUDGE

THIS IS TO CERTIFY that a copy of the foregoing was served electronically and by U. S. Mail upon:

Robert M. Herz, Esq.
425 "G" Street, Suite 600
Anchorage, Alaska 99501

/s Frank S. Koziol 5/ __ /08

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

Proposed Order Granting City of Kodiak's Motion for Summary Judgment
*Brown v. Peterson, et al.*, Case No. 3:05-cv-0002 [TMB]
Page 2 of 2