# MINUTES OF THE UNITED STATES DISTRICT COURT
# DISTRICT OF ALASKA

*Brown v. Peterson, et al.*

Case No. 3:05-cv-0002 TMB

By:             THE HONORABLE TIMOTHY M. BURGESS

<u>PROCEEDINGS</u>:    ORDER FROM CHAMBERS

At Docket 72, Defendants Frank Peterson and Jeff Holden have filed a motion seeking leave to file a 65-page memorandum in support of their motion for summary judgment. As Defendants acknowledge, Local Rule 10.1(m) limits principal briefs or memoranda of law in civil cases to 25 pages "[u]nless otherwise ordered."
     In recognition of the number of causes of action set forth in the Plaintiff's complaint, the Court GRANTS the Defendants' motion to file an over-length brief, but limits the over-length brief to 35 pages.

Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.

DATE: May 19, 2008