Robert Herz
Law Offices of Robert M. Herz, P.C.
425 G. Street, Suite 600
Anchorage, Alaska 99507
907-277-7171 Phone
907-277-0281 Fax

Counsel for Plaintiff
SCOTT BROWN

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SCOTT BROWN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| FRANK PETERSON, Individually and in ) | |
| His official capacity as a City of Kodiak ) | |
| Police Officer; JEFF HOLDEN, Individually ) | |
| and in his official capacity as a City of ) | |
| Kodiak Police Officer; CITY OF KODIAK; ) | |
| and JOHN AND JANE DOES 1-10, ) | Civil No. A05-0002 CV (RRB) |
| ) | |
| Defendants. ) | |

## MOTION FOR EXTENSION OF TIME TO FILE MOTIONS

COME NOW, plaintiff, Scott Brown, by and through counsel, Robert M. Herz, of the Law Offices of Robert Herz, P.C., moves this court for an extension of time for counsel to file motions on behalf of plaintiff.

The parties completed discovery by the deadline established by the court, including 19 depositions. The last deposition taken was on April 11, 2008. Discovery closed on April 17, 2008. The court allowed approximately 30 days following the close of discovery to file motions in this case, said motions being due May 19, 2008. Counsel is requesting an additional 30 days to file motions.

Law Offices of Robert Herz, P.C.
425 G Street, Suite 600 • Anchorage, AK 99501
Phone 907-277-7171 • Fax 907-277-0281
E-mail rmherz@gci.net

Counsel was out of state from April 13 to April 22, 2008. Upon counsel's return counsel completed the evidentiary hearing in *U.S. v. Gonzalez*, 3:08 Cr-0002 (TMB) on April 23. From Wednesday, April 24 to Tuesday, May 6, as an example, counsel also participated in another seven miscellaneous hearings, participated in at least 10 different client meetings, visited incarcerated clients on two different afternoons, as well as conducted the myriad other business associated with being a sole practictioner. Since, May 7 counsel has been working on briefing in response to a twenty-two page Ruling and Recommendation in *U.S. v. Gonzalez, supra,* which involved reviewing four days of evidentiary hearing testimony, and conducting additional legal research. That briefing is due today. Counsel, as well, has been preparing for depositions in a federal civil forfeiture case, said depositions to be conducted on May 21, 2008, as well as continuing to attend numerous miscellaneous hearings and meetings with clients.

Counsel has motions due by May 31, 2008 in three other cases, *State v. Murphy*, 4MC-056-002, and *State v. Donnelly* 3AN-07-11607 and 7493. Consequently, counsel respectfully requests that he be granted an additional 30 days to prepare motions in the above entitled action.

DATED at Anchorage, Alaska, this 19th day of May 2008.

THE LAW OFFICES OF ROBERT HERZ, PC

s/ Robert M. Herz
425 G. Street, Suite 600
Anchorage, Alaska 99501
Phone 907-277-7171
Fax 907-277-0281
rmherz@gci.net
AK Bar No. 8706023

**Law Offices of Robert Herz, P.C.**
425 G Street, Suite 600 • Anchorage, AK 99501
Phone 907-277-7171 • Fax 907-277-0281
E-mail rmherz@gci.net

---

**CERTIFICATE OF SERVICE**
I hereby certify that on May 19, 2008, a copy of the foregoing Motion was served electronically / and via U.S. Mail on Frank Koziol    s/ Robert Herz