Robert Herz
Law Offices of Robert M. Herz, P.C.
425 G. Street, Suite 600
Anchorage, Alaska 99507
907-277-7171 Phone
907-277-0281 Fax

Counsel for Plaintiff
SCOTT BROWN

<div style="text-align:left; writing-mode: vertical-rl;">

**Law Offices of Robert Herz, P.C.**
425 G Street, Suite 600 • Anchorage, AK 99501
Phone 907-277-7171 • Fax 907-277-0281
E-mail rmherz@gci.net

</div>

## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SCOTT BROWN, )<br><br>Plaintiff, )<br><br>vs. )<br><br>FRANK PETERSON, Individually and in )<br>His official capacity as a City of Kodiak )<br>Police Officer; JEFF HOLDEN, Individually )<br>and in his official capacity as a City of )<br>Kodiak Police Officer; CITY OF KODIAK; )<br>and JOHN AND JANE DOES 1-10, )<br><br>Defendants. )<br>_____ ) | Civil No. A05-0002 CV (RRB) |

### ORDER

     Based upon the Motion for Extension of Time to File Motions and this Court being fully advised in the premises;

     IT IS HEREBY ORDERED that the Motion is GRANTED. Counsel shall have until June 20, 2008 to file motions on behalf of plaintiff.

     DONE at Anchorage, Alaska, this _____ day of _____ 2008.


_____
JUDGE OF THE UNITED STATES DISTRICT COURT