Robert Herz
Law Offices of Robert M. Herz, P.C.
425 G. Street, Suite 600
Anchorage, Alaska 99507
907-277-7171 Phone
907-277-0281 Fax

Counsel for Plaintiff
SCOTT BROWN

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SCOTT BROWN,<br><br>    Plaintiff,<br><br>vs.<br><br>FRANK PETERSON, Individually and in His official capacity as a City of Kodiak Police Officer; JEFF HOLDEN, Individually and in his official capacity as a City of Kodiak Police Officer; CITY OF KODIAK; and JOHN AND JANE DOES 1-10,<br><br>    Defendants. | Civil No. A05-0002 CV (RRB) |

**CONDITIONAL NON-OPPOSITION TO DEFENDANT'S MOTIONI TO FILE OVER-LENGTH MEMORANDUM**

COME NOW, plaintiff, Scott Brown, by and through counsel, Robert M. Herz, of the Law Offices of Robert Herz, P.C., and conditionally non-opposes defendants' motion to file an over-length memorandum.

Defendant has proposed filing an over-length memorandum that is 65 pages in length not including attachments and exhibits. This is almost three times the length allowed by rule. Given the length and complexity of defendants' motion, plaintiff non-opposes such an lengthy memorandum being filed so long as plaintiff is afforded additional time to respond to defendants' motion. Normally, plaintiff's response to defendants' motion would be due within 15 days of the filing of defendants' motion. See Local Rule 7.1(e). Counsel requests

that if the court allows the filing of defendants' over-length memorandum that plaintiff be afforded an additional 15 days to file any opposition to said motion, and that said opposition be due on or before June 20, 2008.

DATED at Anchorage, Alaska, this 19th day of May 2008.

THE LAW OFFICES OF ROBERT HERZ, PC

s/ Robert M. Herz
425 G. Street, Suite 600
Anchorage, Alaska 99501
Phone 907-277-7171
Fax 907-277-0281
rmherz@gci.net
AK Bar No. 8706023

Law Offices of Robert Herz, P.C.
425 G Street, Suite 600 • Anchorage, AK 99501
Phone 907-277-7171 • Fax 907-277-0281
E-mail rmherz@gci.net

**CERTIFICATE OF SERVICE**
I hereby certify that on May 19, 2008, a copy of the foregoing Motion was served electronically / and via U.S. Mail on Frank Koziol   s/ Robert Herz

1