Robert Herz
Law Offices of Robert M. Herz, P.C.
425 G. Street, Suite 600
Anchorage, Alaska 99507
907-277-7171 Phone
907-277-0281 Fax

Counsel for Plaintiff
SCOTT BROWN

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SCOTT BROWN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| FRANK PETERSON, Individually and in ) | |
| His official capacity as a City of Kodiak ) | |
| Police Officer; JEFF HOLDEN, Individually ) | |
| and in his official capacity as a City of ) | |
| Kodiak Police Officer; CITY OF KODIAK; ) | |
| and JOHN AND JANE DOES 1-10, ) | Civil No. A05-0002 CV (RRB) |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER

Based upon the Conditional Non-Opposition to Defendants' Motion to File Overlength Memorandum and this Court being fully advised in the premises;

IT IS HEREBY ORDERED Plaintiff shall have until June 20, 2008 to file any opposition to Defendants' Motion for Summary Judgment.

DONE at Anchorage, Alaska, this _____ day of _____ 2008.

_____
JUDGE OF THE UNITED STATES DISTRICT COURT

Law Offices of Robert Herz, P.C.
425 G Street, Suite 600 • Anchorage, AK 99501
Phone 907-277-7171 • Fax 907-277-0281
E-mail rmherz@gci.net