FRANK S. KOZIOL, ESQ.
Attorney at Law
618 Christensen Drive
Anchorage, Alaska 99501
907-258-7706

Counsel for Defendants
FRANK PETERSON AND JEFF HOLDEN

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SCOTT BROWN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 3:05-CV-0002 [TMB] |
| vs. ) | |
| ) | |
| FRANK PETERSON, Individually and ) | |
| in His official capacity as a ) | |
| City of Kodiak Police Officer; ) | |
| JEFF HOLDEN, Individually and in ) | |
| his official capacity as a City ) | |
| Kodiak Police Officer; CITY OF ) | |
| KODIAK; and JOHN AND JANE DOES ) | DEFENDANTS FRANK PETERSON'S |
| 1-10, ) | AND JEFF HOLDEN'S MOTION FOR |
| Defendants. ) | <u>SUMMARY JUDGMENT</u> |
| ) | |

COME NOW Defendants FRANK PETERSON and JEFF HOLDEN, by

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

and through their attorney, FRANK S. KOZIOL, and, pursuant to Rule 56 of the Federal Rules of Civil Procedure, hereby move this Court for an order granting summary judgment to Defendants Frank Peterson and Jeff Holden.

This motion is supported by the accompanying memorandum of law. A proposed order also accompanies the motion.

LAW OFFICE OF FRANK S. KOZIOL
Attorney for Defendants Frank
Peterson and Jeff Holden

Dated: 5/23/08    By: /s Frank S. Koziol
Law Office of Frank S. Koziol
618 Christensen Drive
Anchorage, Alaska 99501
Phone: 907-258-7706
Fax: 907-258-7707
Email: koziol@gci.net
ritagutierrez.koziol@gci.net
ABA No. 7210054

THIS IS TO CERTIFY that a copy of the foregoing was served electronically and by U. S. Mail upon:

Robert M. Herz, Esq.
425 "G" Street, Suite 600
Anchorage, Alaska 99501

/s Frank S. Koziol 5/23/08

Defendants Frank Peterson's and Jeff Holden's Motion for Summary Judgment
*Brown v. Peterson, et al.*, Case No. 3:05-cv-0002   [TMB]
Page 2 of 2

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707