Exhibit A

Transcript of The
Deposition of Douglas
Croyle Taken on April 9,
2008

FILED CONVENTIONALLY

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707