Exhibit D

Excerpts of Transcript of
Grand Jury Proceedings of Testimony
of Laura Skonberg on March 23, 2003

FILED CONVENTIONALLY

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707