Exhibit E

Excerpts of Transcript of Grand Jury
Proceedings of Testimony of
Laura Skonberg on June 5, 2003

FILED CONVENTIONALLY

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707