Exhibit J

Transcript of the Deposition of
Jeffrey H. Holden Taken on April 2, 2008

FILED CONVENTIONALLY

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707