Exhibit M

Police Car Video Cam
Videotape

TO BE SUBMITTED AFTER
COURT RULES ON MOTION
TO PERMIT SUBMISSION

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707