Exhibit T

Misdemeanor Complaint Dated January 6, 2003
and Affidavit by Police Officer
in Support of Complaint
Dated January 4, 2003 in
State of Alaska v. Brown, 3KO-03-12 Cr.

FILED CONVENTIONALLY

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707