Exhibit Y

Transcript of Proceedings
Regarding Evidentiary Hearing on
Motion to Suppress Dated April 3, 2003

FILED CONVENTIONALLY

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707