Exhibit AM

Indictment Dated June 19, 2003
in <u>State v. Brown</u>, 3KO-S03-373 Cr.

FILED CONVENTIONALLY

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707