Exhibit AO

Decision Regarding Order
Dismissing Indictment Dated November 5, 2003
in <u>State v. Brown</u>, 3KO-03-373 Cr.

FILED CONVENTIONALLY

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707