Exhibit AT

Transcript of Deposition of
Edward O. Mott Taken on April 8, 2008

FILED CONVENTIONALLY

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707