Exhibit AU

<u>Harveston v. Cunningham</u>,
216 Fed.Appx. 682, WL 34424 (C.A.9 (Wash.))

FILED CONVENTIONALLY

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707