Exhibit AV

Transcript of Deposition of Cary Bradbury
Taken on April 2, 2008 - **WITHDRAWN**

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707