FRANK S. KOZIOL, ESQ.
Attorney at Law
618 Christensen Drive
Anchorage, Alaska 99501
907-258-7706

Counsel for Defendants
FRANK PETERSON AND JEFF HOLDEN

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SCOTT BROWN,<br><br>   Plaintiff,<br><br>  vs.<br><br>FRANK PETERSON, Individually and in His official capacity as a City of Kodiak Police Officer; JEFF HOLDEN, Individually and in his official capacity as a City Kodiak Police Officer; CITY OF KODIAK; and JOHN AND JANE DOES 1-10,<br><br>   Defendants. | Case No. 3:05-cv-0002 [TMB]<br><br><br><br><br><br><br><br>PROPOSED<br>ORDER GRANTING FRANK<br>PETERSON'S AND JEFF HOLDEN'S<br><u>MOTION FOR SUMMARY JUDGMENT</u> |

   This Court having reviewed Frank Peterson's and Jeff

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

Holden's Motion for Summary Judgment, and any opposition thereto, and good cause appearing for the granting of said motion,

    IT IS HEREBY ORDERED that Frank Peterson's and Jeff Holden's Motion for Summary Judgment is granted.

    DATED this \_\_\_\_ of _____, 2008.

                                      TIMOTHY M. BURGESS
                                      U. S. DISTRICT COURT JUDGE

THIS IS TO CERTIFY that a copy of the foregoing was served electronically and by U. S. Mail upon:

Robert M. Herz, Esq.
425 "G" Street, Suite 600
Anchorage, Alaska 99501

/s Frank S. Koziol  5/23/08

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

Proposed Order Granting Frank Peterson's and Jeff Holden's Motion for Summary Judgment
*Brown v. Peterson, et al.*, Case No. 3:05-cv-0002 [TMB]
Page 2 of 2