FRANK S. KOZIOL, ESQ.
Attorney at Law
618 Christensen Drive
Anchorage, Alaska 99501
907-258-7706

Counsel for Defendants
FRANK PETERSON AND JEFF HOLDEN

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SCOTT BROWN,<br><br>        Plaintiff,<br><br>    vs.<br><br>FRANK PETERSON, Individually and in His official capacity as a City of Kodiak Police Officer; JEFF HOLDEN, Individually and in his official capacity as a City Kodiak Police Officer; CITY OF KODIAK; and JOHN AND JANE DOES 1-10,<br>        Defendants. | Case No. 3:05-CV-0002 [TMB]<br><br>DEFENDANTS' MOTION FOR SHORTENED TIME ON DEFENDANTS' MOTION TO PERMIT SUBMISSION OF AUDIO AND VIDEOTAPES AS EXHIBITS TO DEFENDANTS PETERSON AND HOLDEN'S MOTION FOR SUMMARY JUDGMENT |

COME NOW Defendants FRANK PETERSON and JEFFREY HOLDEN, by and through their attorney, FRANK S. KOZIOL, and hereby move pursuant to D. Ak. LR 7.2(c) for an order shortening time on the

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

accompanying Motion to Permit Submission of Audio and Videotapes as Exhibits to Defendants Peterson and Holden's Motion for Summary Judgment.

This motion is supported by the accompanying affidavit of counsel. A proposed order also accompanies the motion.

                                      LAW OFFICE OF FRANK S. KOZIOL
                                      Attorney for Defendants Frank
                                          Peterson and Jeff Holden

Dated: 05/23/08            By:  /s Frank S. Koziol
                                           Law Office of Frank S. Koziol
                                           618 Christensen Drive
                                           Anchorage, Alaska 99501
                                           Phone: 907-258-7706
                                           Fax: 907-258-7707
                                           Email: koziol@gci.net
                                           ritagutierrez.koziol@gci.net
                                           ABA No. 7210054

THIS IS TO CERTIFY that a copy of the foregoing was served electronically and by U. S. Mail upon:

Robert M. Herz, Esq.
425 "G" Street, Suite 600
Anchorage, Alaska 99501

/s Frank S. Koziol 05/23/08

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

Defendants' Motion for Shortened Time on Defendants' Motion to Permit Submission of Audio and Videotapes as Exhibits to Defendants Peterson and Holden's Motion for Summary Judgment
*Brown v. Peterson, et al.*, Case No. 3:05-cv-0002 [TMB]
Page 2 of 2