FRANK S. KOZIOL, ESQ.
Attorney at Law
618 Christensen Drive
Anchorage, Alaska 99501
907-258-7706

Counsel for Defendants
FRANK PETERSON AND JEFF HOLDEN

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SCOTT BROWN,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>FRANK PETERSON, Individually and in His official capacity as a City of Kodiak Police Officer; JEFF HOLDEN, Individually and in his official capacity as a City Kodiak Police Officer; CITY OF KODIAK; and JOHN AND JANE DOES 1-10,<br><br>　　　　Defendants. | Case No. 3:05-CV-0002 [TMB]<br><br>PROPOSED ORDER GRANTING DEFENDANTS' MOTION FOR SHORTENED TIME ON DEFENDANTS' MOTION TO PERMIT SUBMISSION OF AUDIO AND VIDEOTAPES AS EXHIBITS TO DEFENDANTS PETERSON AND HOLDEN'S MOTION FOR SUMMARY JUDGMENT |

This Court, having considered Defendants' Motion for Shortened Time on Motion to Permit Submission of Audio and Videotapes as Exhibits to Defendants Peterson and Holden's

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

Motion for Summary Judgment, and any opposition thereto, and good cause appearing for the granting of said motion,

  IT IS HEREBY ORDERED that Defendants' Motion for Shortened Time is granted. Plaintiff's opposition is due _____.

  DATED this \_\_\_\_ day of _____, 2008.

_____
TIMOTHY M. BURGESS
UNITED STATES DISTRICT COURT JUDGE

THIS IS TO CERTIFY that a copy of the foregoing was served electronically and by U. S. Mail upon:

Robert M. Herz, Esq.
425 "G" Street, Suite 600
Anchorage, Alaska 99501

/s Frank S. Koziol 05/23/08

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

Proposed Order Defendants' Motion for Shortened Time on Defendants' Motion to Permit Submission of Audio and Videotapes as Exhibits to Defendants Peterson and Holden's Motion for Summary Judgment
*Brown v. Peterson, et al.*, Case No. 3:05-cv-0002 [TMB]
Page 2 of 2