FRANK S. KOZIOL, ESQ.
Attorney at Law
618 Christensen Drive
Anchorage, Alaska 99501
907-258-7706

Counsel for Defendants
FRANK PETERSON AND JEFF HOLDEN

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SCOTT BROWN, )<br>)<br>  Plaintiff, )<br>) Case No. 3:05-CV-0002 [TMB]<br>  vs. )<br>)<br>FRANK PETERSON, Individually and )  AFFIDAVIT OF FRANK S. KOZIOL<br>in His official capacity as a ) IN SUPPORT OF<br>City of Kodiak Police Officer; ) DEFENDANTS' MOTION FOR<br>JEFF HOLDEN, Individually and in ) SHORTENED TIME ON<br>his official capacity as a City ) DEFENDANTS' MOTION TO PERMIT<br>Kodiak Police Officer; CITY OF ) SUBMISSION OF AUDIO AND<br>KODIAK; and JOHN AND JANE DOES ) VIDEOTAPES AS EXHIBITS TO<br>1-10, ) DEFENDANTS PETERSON AND<br>  Defendants. ) HOLDEN'S MOTION FOR SUMMARY<br>  ) JUDGMENT | |

STATE OF ALASKA          )
                         ) ss.
THIRD JUDICIAL DISTRICT  )

  FRANK S. KOZIOL, being first duly sworn upon his oath,

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

makes the following statements based on personal knowledge, except as otherwise indicated:

1. I am the attorney for Defendants FRANK PETERSON and JEFFREY HOLDEN in the above-captioned case.

2. Defendants Frank Peterson and Jeff Holden are simultaneously filing a Motion to Permit Submission of Audio and Videotapes as Exhibits to Defendants Peterson and Holden's Motion for Summary Judgment. The audiotape and videotapes are exhibits to the Memorandum in Support of the Defendants Peterson's and Holden's Motion for Summary Judgment.

3. The reasons for the submission of the audiotapes and videotapes are set forth in the accompanying Motion to Permit Submission of Audio and Videotapes as Exhibits to Defendants Peterson and Holden's Motion for Summary Judgment.

4. Shortened time on the Motion to Permit Submission of Audio and Videotapes as Exhibits to Defendants Peterson and Holden's Motion for Summary Judgment is necessary, since these exhibits support the facts set forth by Defendants in their Motion for Summary Judgment and illustrate for the Court the events observed and encountered by Peterson and sets forth Mr.

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

Affidavit of Frank S. Koziol in Support of Defendants' Motion for Shortened Time on Defendants' Motion to Permit Submission of Audio and Videotapes as Exhibits to Defendants Peterson and Holden's Motion for Summary Judgment
*Brown v. Peterson, et al.*, Case No. 3:05-cv-0002 [TMB]
Page 2 of 4

Brown's appearance and demeanor.

5.   Plaintiff's attorney has not been notified of the Motion to Permit Submission of Audio and Videotapes as Exhibits to Defendants Peterson and Holden's Motion for Summary Judgment other than by this motion.

6.   Defendants are not sure what position will be taken by Plaintiff's attorney on the motions for shortened time and permit submission of exhibits.

7.   Defendants would extend any similar courtesy to Plaintiff's attorney.

8.   FURTHERMORE, your affiant sayeth naught.

_____
FRANK S. KOZIOL
ABA NO. 7210054

SUBSCRIBED AND SWORN TO before me this 23rd day of May, 2008.



_____
Notary Public in and for Alaska
My Commission expires: 9/06/09

FRANK S. KOZIOL
ATTORNEY AT LAW
818 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

Affidavit of Frank S. Koziol in Support of Defendants' Motion for Shortened Time on Defendants' Motion to Permit Submission of Audio and Videotapes as Exhibits to Defendants Peterson and Holden's Motion for Summary Judgment
*Brown v. Peterson, et al.*, Case No. 3:05-cv-0002   [TMB]
Page 3 of 4

THIS IS TO CERTIFY that a copy of the foregoing was served electronically and by U. S. Mail upon:

Robert M. Herz, Esq.
425 "G" Street, Suite 600
Anchorage, Alaska 99501


/s Frank S. Koziol 05/23/08

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

Affidavit of Frank S. Koziol in Support of Defendants' Motion for Shortened Time on Defendants' Motion to Permit Submission of Audio and Videotapes as Exhibits to Defendants Peterson and Holden's Motion for Summary Judgment
*Brown v. Peterson, et al.*, Case No. 3:05-cv-0002   [TMB]
Page 4 of 4