FRANK S. KOZIOL, ESQ.
Attorney at Law
618 Christensen Drive
Anchorage, Alaska 99501
907-258-7706

Counsel for Defendants
FRANK PETERSON AND JEFF HOLDEN

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SCOTT BROWN,<br><br>             Plaintiff,<br><br>     vs.<br><br>FRANK PETERSON, Individually and in His official capacity as a City of Kodiak Police Officer; JEFF HOLDEN, Individually and in his official capacity as a City Kodiak Police Officer; CITY OF KODIAK; and JOHN AND JANE DOES 1-10,<br><br>             Defendants. | Case No. 3:05-CV-0002 [TMB]<br><br>DEFENDANTS' MOTION TO PERMIT SUBMISSION OF AUDIO AND VIDEOTAPES AS EXHIBITS TO DEFENDANTS PETERSON AND HOLDEN'S MOTION FOR SUMMARY JUDGMENT |

COME NOW Defendants FRANK PETERSON and JEFFREY HOLDEN, by and through their attorney, FRANK S. KOZIOL, and pursuant to D. Ak. LR 7.1, hereby move this Court for an order permitting

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

them to submit as exhibits to their Motion for Summary Judgment the following media tapes:

1. Exhibit M - Police car video cam videotape
2. Exhibit N - Frank Peterson scene audiotape
3. Exhibit P - Holding room videotape

This motion is supported by the accompanying memorandum of law. A proposed order also accompanies the motion.

                              LAW OFFICE OF FRANK S. KOZIOL
                              Attorney for Defendants Frank
                                Peterson and Jeff Holden

Dated: 05/23/08             By: /s Frank S. Koziol
                                Law Office of Frank S. Koziol
                                618 Christensen Drive
                                Anchorage, Alaska 99501
                                Phone: 907-258-7706
                                Fax: 907-258-7707
                                Email: koziol@gci.net
                                ritagutierrez.koziol@gci.net
                                ABA No. 7210054

THIS IS TO CERTIFY that a copy of the foregoing was served electronically and by U. S. Mail upon:

Robert M. Herz, Esq.
425 "G" Street, Suite 600
Anchorage, Alaska 99501

/s Frank S. Koziol 05/23/08

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

Defendants' Motion to Permit Submission of Audio and Videotapes as Exhibits to Peterson's and Holden's Motion for Summary Judgment
*Brown v. Peterson, et al.*, Case No. 3:05-cv-0002 [TMB]
Page 2 of 2