FRANK S. KOZIOL, ESQ.
Attorney at Law
618 Christensen Drive
Anchorage, Alaska 99501
907-258-7706

Counsel for Defendants
FRANK PETERSON AND JEFF HOLDEN

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SCOTT BROWN, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>FRANK PETERSON, Individually and )<br>in His official capacity as a )<br>City of Kodiak Police Officer; )<br>JEFF HOLDEN, Individually and in )<br>his official capacity as a City )<br>Kodiak Police Officer; CITY OF )<br>KODIAK; and JOHN AND JANE DOES )<br>1-10, )<br>Defendants. )<br>) | Case No. 3:05-CV-0002 [TMB]<br><br><br><br>PROPOSED ORDER GRANTING<br>DEFENDANTS' MOTION TO PERMIT<br>SUBMISSION OF AUDIO AND<br>VIDEOTAPES AS EXHIBITS TO<br>DEFENDANTS PETERSON AND<br>HOLDEN'S MOTION FOR SUMMARY<br>JUDGMENT |

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

This Court, having considered Defendants Frank Peterson's and Jeffrey Holden's Motion to Permit Submission of Audio and Videotapes as Exhibits to their Motion for Summary

Judgment, and any opposition thereto, and good cause appearing for the granting of said motion,

IT IS HEREBY ORDERED that Defendants Frank Peterson's and Jeffrey Holden's Motion to Permit Submission of Audio and Videotapes as Exhibits to their Motion for Summary Judgment is granted.  Defendants shall submit a notice of submission of:

1. Police car video cam videotape (Exhibit M).
2. Frank Peterson scene audiotape (Exhibit N).
3. Holding room videotape (Exhibit P).

DATED this ____ of _____, 2008.

_____
TIMOTHY M. BURGESS
U. S. DISTRICT COURT JUDGE

THIS IS TO CERTIFY that a copy of the foregoing was served electronically and by U. S. Mail upon:

Robert M. Herz, Esq.
425 "G" Street, Suite 600
Anchorage, Alaska 99501

/s Frank S. Koziol 05/23/08

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

Order Granting Defendants' Motion to Permit Submission of Audio and Videotapes as Exhibits to Peterson's and Holden's Motion for Summary Judgment
*Brown v. Peterson, et al.*, Case No. 3:05-cv-0002  [TMB]
Page 2 of 2