FRANK S. KOZIOL, ESQ.
Attorney at Law
618 Christensen Drive
Anchorage, Alaska 99501
907-258-7706

Counsel for Defendants
FRANK PETERSON AND JEFF HOLDEN

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SCOTT BROWN,<br><br>   Plaintiff,<br><br>  vs.<br><br>FRANK PETERSON, Individually and in His official capacity as a City of Kodiak Police Officer; JEFF HOLDEN, Individually and in his official capacity as a City Kodiak Police Officer; CITY OF KODIAK; and JOHN AND JANE DOES 1-10,<br><br>   Defendants. | )<br>)<br>)<br>) Case No. 3:05-CV-0002 [TMB]<br>)<br>)<br>)<br>)<br>)<br>) MEMORANDUM IN SUPPORT OF<br>) DEFENDANTS' MOTION TO PERMIT<br>) SUBMISSION OF AUDIO AND<br>) VIDEOTAPES AS EXHIBITS TO<br>) DEFENDANTS PETERSON AND<br>) HOLDEN'S MOTION FOR SUMMARY<br>) JUDGMENT |

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

Defendants Frank Peterson and Jeffrey Holden have filed a Motion for Summary Judgment. Defendants seek permission to submit to the Court the following media tapes to support

facts set forth in their motion:

1. Police car video cam videotape (Exhibit M).

2. Frank Peterson scene audiotape (Exhibit N).

3. Holding room videotape (Exhibit P).

Defendants would like the Court to (1) view the videotape of the police car video cam to see the events observed by Peterson, (2) listen to the scene audiotape to hear Peterson's encounter with Mr. Brown prior to and including Mr. Brown's arrest, and (3) view the videotape of the holding room to see Mr. Brown's appearance and demeanor.

D.Ak. LR 10.1(c)(3)[B] requires that the exhibit be "accessible and readable." If Defendants are permitted to submit the above-referenced media, then these exhibits will be "accessible" to the Court. Also, Defendants have attached to their Motion for Summary Judgment transcripts of the scene audiotape and the processing tape (holding room videotape). Therefore, two of the exhibits are also "readable."

It is for these reasons that Defendants request that they be permitted to submit the above-referenced media in support of their Motion for Summary Judgment.

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

Memorandum in Support of Defendants' Motion to Permit Submission of Audio and Videotapes as Exhibits to Peterson's and Holden's Motion for Summary Judgment
Brown v. Peterson, et al., Case No. 3:05-cv-0002   [TMB]
Page 2 of 3

                                      LAW OFFICE OF FRANK S. KOZIOL
                                      Attorney for Defendants Frank
                                          Peterson and Jeff Holden

Dated: 05/23/08                      By:  /s Frank S. Koziol
                                            Law Office of Frank S. Koziol
                                            618 Christensen Drive
                                            Anchorage, Alaska 99501
                                            Phone: 907-258-7706
                                            Fax: 907-258-7707
                                            Email: koziol@gci.net
                                            ritagutierrez.koziol@gci.net
                                            ABA No. 7210054

THIS IS TO CERTIFY that a copy of the foregoing was served electronically and by U. S. Mail upon:

Robert M. Herz, Esq.
425 "G" Street, Suite 600
Anchorage, Alaska 99501

/s Frank S. Koziol 05/23/08

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

Memorandum in Support of Defendants' Motion to Permit Submission of Audio and Videotapes as Exhibits to Peterson's and Holden's Motion for Summary Judgment
*Brown v. Peterson, et al.*, Case No. 3:05-cv-0002 [TMB]
Page 3 of 3