MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

*Brown v. Peterson, et al.*

Case No. 3:05-cv-00002-TMB

By:             THE HONORABLE TIMOTHY M. BURGESS

<u>PROCEEDINGS</u>:     ORDER FROM CHAMBERS

  At Docket 82, Defendants Frank Peterson and Jeffrey Holden have moved for expedited consideration of their motion to permit submission of audio and videotapes as exhibits to their motion for summary judgment (Dkt. 84).
  The Court GRANTS the motion for expedited consideration and establishes the following briefing schedule: Any opposition or response from Plaintiff Scott Brown to the motion at Docket 84 must be filed on or before Friday, May 30, and any reply from the Defendants must be filed on or before Wednesday, June 4, 2008.

Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.

DATE: May 23, 2008