FRANK S. KOZIOL, ESQ.
Attorney at Law
618 Christensen Drive
Anchorage, Alaska 99501
907-258-7706

Counsel for Defendants
FRANK PETERSON AND JEFF HOLDEN

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SCOTT BROWN, <br><br>        Plaintiff, <br><br>        vs. <br><br> FRANK PETERSON, Individually and in His official capacity as a City of Kodiak Police Officer; JEFF HOLDEN, Individually and in his official capacity as a City Kodiak Police Officer; CITY OF KODIAK; and JOHN AND JANE DOES 1-10, <br><br>        Defendants. | Case No. 3:05-CV-0002 [TMB] <br><br><br><br><br><br><br> DEFENDANTS' NOTICE OF FILING EXHIBITS TO PETERSON AND HOLDEN'S MOTION FOR SUMMARY JUDGMENT |

COME NOW Defendants FRANK PETERSON and JEFFREY HOLDEN,

by and through their attorney, FRANK S. KOZIOL, and hereby

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

notify the Court and counsel of the submission of the exhibits[1]

to Defendants Peterson and Holden's Motion for Summary Judgment

(Dkt. No. 80) filed on May 23, 2008.

LAW OFFICE OF FRANK S. KOZIOL
Attorney for Defendants Frank
 Peterson and Jeff Holden

Dated: 05/27/08            By:  /s Frank S. Koziol
                                Law Office of Frank S. Koziol
                                618 Christensen Drive
                                Anchorage, Alaska 99501
                                Phone: 907-258-7706
                                Fax: 907-258-7707
                                Email: koziol@gci.net
                                ritagutierrez.koziol@gci.net
                                ABA No. 7210054

THIS IS TO CERTIFY that a copy of the foregoing was
served electronically and by U. S. Mail upon:

Robert M. Herz, Esq.
425 "G" Street, Suite 600
Anchorage, Alaska 99501

/s Frank S. Koziol 05/27/08

--------------------------

    [1]The binder containing Exhibits A-AV to was mailed to
Plaintiff's counsel on May 23, 2008.

Defendants' Notice of Filing Exhibits to Peterson's and Holden's Motion for
Summary Judgment
*Brown v. Peterson, et al.*, Case No. 3:05-cv-0002  [TMB]
Page 2 of 2

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707