

8/16/51 Safeway Gold Flatbed Truck
45-50 Selief Pillar MTN
FAST + Reckless

Laurie Skenberg - 6 5548°

8/16/57 SAFeway
Black hair - stubble
Blondish hair -

DOT 484

Alan Schmidt - Lawyer
9496

Ex. B
44



1709
1219 Purton
Beverly Brown
486-1478

m3    537 666707

1710    5C 18'/15 A/S
        62 A/C

1711    27 29X 6837118 6930959
13      med
        1-10:80
14      62
16      20 KPD J
17      62 KPD
18      K18 27 29 WA BROWN DD.519 PB
24      K18 T+TWS
28      K18 '/S   Med to Hog
28      5C15 18 'S

(43)