POLICE TAPE 10445

S. BROWN CASE

P 2 RB
OCT 2 3 2006

RECORDED CALL

Ex. C

Computer Matrix Court Reporters    PH --907-243-0668    jpk@gci.net
                                   FAX - 907-243-1473   sahile@gci.net

Page 2

```
 1              PROCEEDINGS
 2   Side A
 3   Bates No. 10445
 4       DISPATCHER: Police Department.
 5       MS. SCONBERG: Hi, I am a -- I just left Safeway and
 6   there was a gold flatbed truck in front of me, they were
 7   sliding sideways through Safeway parking lot and I followed
 8   them up Selief. They were probably doing about 45/50 up
 9   Selief.
10       DISPATCHER: Uh-huh.
11       MS. SCONBERG: Went sideways, did a 360 fight in front of
12   me, so I followed them up the street to try to get their
13   license plate number.
14       DISPATCHER: Uh-huh.
15       MS. SCONBERG: And they just went up Pillar Mountain.....
16       DISPATCHER: Oh.
17       MS. SCONBERG: .....going sideways and fishtailing
18   and.....
19       DISPATCHER: They don't have any studs or anything,
20   uh.....
21       MS. SCONBERG: They appear.....
22       DISPATCHER: .....big tires?
23       MS. SCONBERG: They appear to be drunk.
24       DISPATCHER: Oh, fun, okay.
25       MS. SCONBERG: And they were just -- I'll be surprised if
```

Page 3

```
 1   they make it down off Pillar Mountain.
 2       DISPATCHER: All right. So they're up there now then?
 3       MS. SCONBERG: Yeah, they were driving way out of control
 4   and very reckless and they threw rocks all over a lady in
 5   Safeway parking lot.
 6       DISPATCHER: Okay.
 7       MS. SCONBERG: They were very bad.
 8       DISPATCHER: Okay.
 9       MS. SCONBERG: But you could see the skid marks on Selief
10   where they spun around and did the full circle in the middle of
11   the road they were going so fast.
12       DISPATCHER: Okay. Can I get your name and a phone
13   number?
14       MS. SCONBERG: Lori Sconberg and I'm calling from cell
15   phone.
16       DISPATCHER: Okay.
17       MS. SCONBERG: But I'm heading back to my house which is
18   486-5548.
19       DISPATCHER: Okay.
20       MS. SCONBERG: But they just went up Pillar Mountain right
21   now.
22       DISPATCHER: Okay. I'll let the officers know.
23       MS. SCONBERG: Thanks.
24       DISPATCHER: Thanks.
25       MS. SCONBERG: Bye-bye.
```

Page 4

```
 1       DISPATCHER: Thanks, Lori.
 2       (End of call)
 3       DISPATCHER: Kodiak Police Department.
 4       UNIDENTIFIED VOICE: Yeah, I just have sort of a
 5   complaint.
 6       UNIDENTIFIED VOICE: 10 (indiscernible) description on
 7   that vehicle.
 8       DISPATCHER: Hang.....
 9       UNIDENTIFIED VOICE: I was just in Safeway about.....
10       DISPATCHER: Okay, hang on, just a second.
11       UNIDENTIFIED VOICE: Okay.
12       DISPATCHER: 10 headquarters, it's a gold flatbed truck
13   supposedly went up Pillar.
14       Okay, you were just in Safeway?
15       UNIDENTIFIED VOICE: Yeah, about 20 minutes ago. And as I
16   got out of my car to go in the store, there was this flatbed
17   truck, it's kind of goldy, beige, older flatbed truck with
18   duals on the back, I got a good look at them.
19       DISPATCHER: Okay. Did they have a tool box or anything
20   on it?
21       UNIDENTIFIED VOICE: You know, it happened so fast.....
22       DISPATCHER: Okay.
23       UNIDENTIFIED VOICE: .....I couldn't tell you. The
24   passenger -- riding in the passenger has black hair and a very
25   dark stubble, hasn't shaved for a couple of days.
```

Page 5

```
 1       DISPATCHER: Okay.
 2       UNIDENTIFIED VOICE: The driver, I think, had kind of
 3   bushy blondish hair, but they said, oh, go ahead and motioned
 4   for me to go in front of them and as I started to walk they
 5   floored it, and they spun rocks clear across the front of the
 6   Safeway store and just covered me with rocks an I didn't even
 7   get their license plate number.
 8       DISPATCHER: Okay, well, that's the vehicle we're on now.
 9       UNIDENTIFIED VOICE: Well, good, I hope you get them.
10       DISPATCHER: Okay. Yeah -- we had a call, somebody else
11   had called in and said that you'd gotten pelted with rocks but
12   they're after this vehicle.
13       UNIDENTIFIED VOICE: Okay. Well, I hope they get them.
14       DISPATCHER: It's a gold flatbed and it's got dualies.
15       UNIDENTIFIED VOICE: Yeah.
16       DISPATCHER: Okay.
17       UNIDENTIFIED VOICE: It's got duals on the back, I got a
18   good look at them.
19       DISPATCHER: Okay.
20       UNIDENTIFIED VOICE: All right.
21       DISPATCHER: All right, I'm sorry, but we'll see if we can
22   catch them.
23       UNIDENTIFIED VOICE: Thank you, bye.
24       DISPATCHER: Okay.
25       (End of call)
```