```
              IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
                         THIRD JUDICIAL DISTRICT

STATE OF ALASKA,              )
                              )
         Plaintiff,           )
                              )
    v.                        )
                              )
SCOTT R. BROWN,               )
                              )
         Defendant.           )
                              )

                              VOLUME I

                TRANSCRIPT OF GRAND JURY PROCEEDINGS

                                        Kodiak, Alaska
                                        March 27, 2003
                                        8:39 o'clock a.m.

APPEARANCES:
                                        JOSEPH S. SLUSSER, ESQ.
                                        Assistant District Attorney
                                        424 Marine Way, Suite 202
                                        Kodiak, Alaska
```

DEPOSITION SERVICES
P.O. Box 3629; Kodiak, AK 99615; (907) 486-6221
E-mail: herter@ptialaska.net  Web Site: alaskacourtreporter.com

000268

EXHIBIT A

Ex. D

State of Alaska v. Scott R. Brown

PAGE 11

1  MR. SLUSSER: I think that's all the questions that I have.
2  A   Okay.
3  MR. SLUSSER: But I'll ask the Grand Jury if they have any
4  questions, sir.
5  BY UNIDENTIFIED JURORS:
6  Q   Could you see the driver of the truck before he spun out
7      there in front of you?
8  A   All I could see was like this angle. To actually look at
9      him and say that was the -- no, I could not.
10 Q   Did your passenger see all this happening?
11 A   He was reading the newspaper.
12 Q   Oh, gee.
13 A   He wasn't paying any attention.
14 MR. SLUSSER: Sir.
15 Q   Do you think the driver of the vehicle saw you or saw the
16     passenger give you the go ahead to walk in front of him?
17 A   This would be -- only be my opinion.
18 Q   Right.
19 A   I don't think so because the driver seemed to be -- of
20     course he could have looked and I didn't notice -- seemed
21     to be looking straight ahead, and the passenger just turned
22     to me like this and went this way. And I then looked and
23     stepped. So whether he even saw me, I don't know.
24 MR. SLUSSER: Okay. I think that's all the questions. Do
25 you mind asking your daughter if she'd like to come in.

PAGE 12

1  A   I can do that.
2  MR. SLUSSER: And I think I want to just excuse Ms.
3  Magnuson if that's okay with everybody.
4  UNIDENTIFIED JUROR: Yes.
5  MR. SLUSSER: Okay.
6  (Witness summoned)
7  THE CLERK: Could you stand, please, and raise your right
8  hand.
9  (Oath administered)
10 MS. SKONBERG: Yes.
11 THE CLERK: Be seated, please.
12 MS. SKONBERG: Thank you.
13       LAURA JEAN (ph) SKONBERG
14 called as a witness on behalf of the plaintiff testified as
15 follows on:
16       DIRECT EXAMINATION
17 THE CLERK: Will you please state your full name and spell
18 your first and last name.
19 A   Laura Jean Skonberg. Laura L-a-u-r-a Skonberg
20     S-k-o-n-b-e-r-g.
21 BY MR. SLUSSER:
22 Q   Ms. Skonberg, thanks for coming here today. We have a few
23     questions to ask. Do you remember -- or I'd like you to
24     think back to January 4th of this year late afternoon. Do
25     you remember running into your ma in the Safeway store here

PAGE 13

1      in Kodiak?
2  A   Yes, I do.
3  Q   Did anything seem unusual about her behavior, or did she
4      bring up anything unusual when she talked to you?
5  A   Yes, she brought up the incident in the parking lot, and
6      she seemed startled.
7  Q   Did you and your ma then go ahead and finish your grocery
8      shopping after you talked about this?
9  A   We did. I went my way and got my stuff and she went her
10     way and got her things.
11 Q   Okay. When you finished up, where did you go?
12 A   I left Safeway, went to pick up my children. So I went
13     down Mill Bay to Birch up to Thorsheim, picked up my
14     children.
15 Q   Now, we don't need to know an exact address.
16 A   Okay.
17 Q   Or anything.
18 A   Okay.
19 Q   But can you tell us about where they are located.
20 A   On the corner of Birch and Thorsheim.
21 Q   And why did they happen to be out that area?
22 A   That's their grandparents. That's where my -- that's where
23     I was picking my children up from.
24 Q   Okay. Can you tell us a little bit about the kids, their
25     ages and so forth.

PAGE 14

1  A   My son is six, my daughter is nine.
2  Q   And -- okay. Your voice is a little bit soft.
3  A   Okay.
4  Q   Mine can be soft too, I'm.....
5  A   Okay.
6  Q   Anyhow, you picked them up, is that right?
7  A   Uh-huh, I picked them up and then I went to my house which
8      is on Selief. So of course I turned onto Selief off of
9      Maple. And as I was -- do you want me to.....
10 Q   Yeah, let me just ask a question.
11 A   Okay.
12 Q   Were the kids in the car with you at this point?
13 A   Yes, they were.
14 Q   And where were they seated?
15 A   My son was in the front seat, my daughter was in the back
16     seat.
17 Q   Okay. You're going to tell us something else happened.
18 A   As I was going down Selief, right before the stop sign that
19     comes off of Lynden down to Selief, I witnessed the gold
20     Dodge truck coming at a high rate of speed up Selief, run
21     -- he was kind of swerving. Ran the stop sign. Went right
22     beside my car, and right behind my car he actually lost
23     control and went in a full 360 circle. Stopped and then he
24     sped at a high rate of speed on up the street.
25     Where I turned around, I turned around at the stop

Deposition Services                                   000272          907-486-6221

EXHIBIT

State of Alaska v. Scott R. Brown

PAGE 15

1 sign, and attempted following him. Got his license plate
2 number, called the police station, reported what had
3 happened. And then I thought, you know, I -- so I talked
4 to them until he sped up Pillar, and I told them that's the
5 direction he had gone in. But he was in front of me going
6 still at a high rate of speed up Selief, over probably 45
7 miles an hour up Selief.
8 Q   Now, before he passed you, were you able to see his car and
9     the manner he was controlling the vehicle?
10 A   I seen him as he was coming at me, and you could tell that
11    he was going very fast and starting, you know, he was kind
12    of fishtailing in the gravel on Selief. And he went --
13    never even slowed down at the stop sign. He blew through
14    the stop sign.
15 Q   And how did you feel as he was coming at you?
16 A   I was a little startled thinking this person's going to
17    lose control and hit my car.
18 Q   Were you concerned for your safety?
19 A   I was concerned for my safety and I was even more concerned
20    after I watched him lose control and go in a full circle
21    right after he passed my vehicle.
22 Q   Okay. Why were you concerned for your safety?
23 A   I didn't want myself or my children to be in harm's way
24    and, you know, after seeing what had happened if it would
25    have been -- I would have been just a second further back

PAGE 16

1  down the road, he would have hit my car and harmed myself
2  or my children. So I was scared seeing him coming at me
3  fishtailing and then to see what happened right behind my
4  car.
5 Q   Now, were you actually able to get the license number?
6 A   I thought that I did give the license plate number to the
7     police when I called in. I can't remember. I know I had
8     them on the phone and I was behind him and I described the
9     gold flatbed truck going up Selief at a high rate of speed.
10 Q  What did you do after all this happened then? After you
11    reported it to the police and so forth.
12 A  I turned around and went back home.
13 Q  All right.
14    MR. SLUSSER: Well, Ms. Skonberg, that's all the questions
15 I have.
16 BY UNIDENTIFIED JURORS:
17 Q  You say that he spun out as he passed you after running a
18    stop sign at an intersection.
19 A  Mm-hmm.
20 Q  And you then turned around and followed him?
21 A  I got to the stop sign, and I was able to turn around. And
22    I did turn around and to follow him to report his.....
23 Q  How fast did you have to go to get close enough to read his
24    license plate? Do you recall?
25 A  I was actually going 40 when I tried to catch him on

PAGE 17

1    Selief, and he was outrunning me when I was doing 40 miles
2    an hour.
3 Q   Did you ever have a chance to see the driver?
4 A   I did not see the driver.
5     MR. SLUSSER: Okay, other questions? Well, thank you very
6 much.
7     UNIDENTIFIED JUROR: One question.
8     MR. SLUSSER: Oh, we do.
9 BY UNIDENTIFIED JURORS:
10 Q  Could you tell how many people were in the car?
11 A  There was two people in the vehicle.
12 Q  Okay.
13 A  I mean, you were able to see that there was two people.
14 Q  Could you tell if they were male or female?
15 A  Both male, I believe. They looked ma -- I mean, you know,
16    from a distance.
17 Q  Were the windows tinted on that or clear windows? Did you
18    notice?
19 A  I -- I believe they were clear windows.
20    MR. SLUSSER: More questions? Okay. I think that's it. I
21 think -- and I think you're excused too if that's okay with the
22 Grand Jury. So I know you've been waiting around a long time.
23 I apologize for that, but you can go have lunch now.
24 A  Okay, thank you.
25    MR. SLUSSER: Would you ask Officer Peterson to come in.

PAGE 18

1  Do you know who he is or do you want me to go get him? Okay.
2  (Witness summoned)
3  THE CLERK: Raise your right hand, please.
4  (Oath administered)
5  MR. PETERSON: I do.
6  THE CLERK: Please be seated.
7  MR. PETERSON: Thank you.
8       FRANK ROBERT PETERSON, JR.
9  called as a witness on behalf of the plaintiff, testified as
10 follows on:
11         DIRECT EXAMINATION
12 THE CLERK: And could you please give your full name and
13 spell your first and last name.
14 A  Frank Robert Peterson, Jr. First name F-r-a-n-k. Last
15    name P-e-t-e-r-s-o-n.
16 THE CLERK: Thank you.
17 BY MR. SLUSSER:
18 Q  Officer Peterson, what do you do here in Kodiak as part of
19    your regular duties at the police department?
20 A  As a police officer I'm responsible for patrolling the city
21    and making sure everybody's abiding by the traffic laws.
22 Q  Where did you get your training, sir?
23 A  I trained for three months at the state public safety
24    academy in Sitka. And I also received three months of
25    on-the-job training.

Deposition Services                    907-486-6221

000273

EXHIBIT