```
 1            IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
 2                         THIRD JUDICIAL DISTRICT
 3   ─────────────────────────────
     STATE OF ALASKA,            )
 4                               )
               Plaintiff,        )
 5                               )
          v.                     )
 6                               )
     SCOTT R. BROWN,             )
 7                               )
               Defendant.        )
 8                               )
     ─────────────────────────────
 9   Case No. 3KO-S03-0012 CR
10                                     VOLUME I
11                     TRANSCRIPT OF GRAND JURY PROCEEDINGS
12
                                       Kodiak, Alaska
13                                     June 5, 2003
                                       8:36 o'clock a.m.
14   APPEARANCES:
                                       JOSEPH S. SLUSSER, ESQ.
15                                     Assistant District Attorney
                                       424 Marine Way, Suite 202
16                                     Kodiak, Alaska
17
18
19
20
21
22
23
24
25
```

6/23/03

KODIAK REPORTING & TRANSCRIPTION
P.O. Box 3629; Kodiak, AK 99615; (907) 486-6221
E-mail: herter@ptialaska.net  Web Site: alaskacourtreporter.com

Ex. E

000164

EXHIBIT A

```
 1  have to swear you in.
 2      MS. SKONBERG: Okay.
 3      (Oath administered)
 4      MS. SKONBERG: Yes.
 5      THE CLERK: You may be seated.
 6      MS. SKONBERG: Thank you.
 7                    LAURA SKONBERG
 8  called as a witness on behalf of the plaintiff testified as
 9  follows on:
10                    DIRECT EXAMINATION
11      THE CLERK: And for the record, state your full name and
12  spell your first and last name.
13  A   Laura Skonberg. Laura L-a-u-r-a, Skonberg S-k-o-n-b-e-r-g.
14  BY MR. SLUSSER:
15  Q   Ms. Skonberg, what do you do here in Kodiak?
16  A   I am a housing advocate at Kodiak Island Housing Authority.
17  Q   And may I ask how long have you lived her in town.
18  A   I've lived in Kodiak for 11 years.
19  Q   Now, ma'am, do you know someone named Sally Magnuson?
20  A   Yes, that's my mother.
21  Q   Do you recall seeing her in the late afternoon in the area
22      of Safeway on January 4th of this year?
23  A   Yes, I do.
24  Q   What happened during that encounter? What sort of an
25      encounter was that?
```

KODIAK REPORTING & TRANSCRIPTION
P.O. Box 3629, Kodiak, AK 99615; (907) 486-6221
E-mail: herter@ptialaska.net  Web Site: alaskacourtreporter.com

Page 2

000170

EXHIBIT A

| | | |
|---|---|---|
| 1 | A | I was on my way to the store shopping when she -- when she |
| 2 | | was already in the store. She came and had told me about |
| 3 | | an incident that occurred in the parking lot, and she |
| 4 | | seemed startled. |
| 5 | Q | And did she give you a description of the vehicle? |
| 6 | A | Yes, she did. |
| 7 | Q | Now, after you talked with her about that, did you continue |
| 8 | | your shopping? |
| 9 | A | I continued my shopping. |
| 10 | Q | And then what happened? |
| 11 | A | I left the store to go pick up my children. |
| 12 | Q | Now, where were your children? |
| 13 | A | They were at 1110 Thorsheim at their grandparent's house. |
| 14 | Q | So that would be on the other end of town? |
| 15 | A | Yes. |
| 16 | Q | I'm going to pause a moment because there's a plane. |
| 17 | | (Pause) And about how much time passed between the period |
| 18 | | when you heard about this incident involving your mom and |
| 19 | | when you actually went and had the kids in your car, having |
| 20 | | picked them up? |
| 21 | A | Approximately a half hour. |
| 22 | Q | Now, can you tell me after you picked up the -- well, let |
| 23 | | me -- tell me about the kids. How old are they? |
| 24 | A | Nine and six. |
| 25 | Q | Are they two girls, boy and girl, two boys? |

Page 8

KODIAK REPORTING & TRANSCRIPTION
P.O. Box 3629; Kodiak, AK 99615; (907) 486-6221
E-mail: herter@ptialaska.net Web Site: alaskacourtreporter.com

000171

EXHIBIT A

```
1   A   My daughter is nine and my son is six.
2   Q   Anything unusual happen after you picked them up?
3   A   I picked them up and was continuing home on Selief when I
4       seen the vehicle. You want me to go into.....
5   Q   Go ahead. Maybe you can tell us how you recognized the
6       vehicle.
7   A   I recognized the vehicle as my mom had described it as gold
8       Dodge flatbed. And I was coming up to the stop sign on
9       Selief as I seen it coming at me at a high rate of speed,
10      fishtailing a little bit. Ran the stop sign, passed me,
11      and two vehicle lengths behind my car he lost control and
12      went in a complete 360 down the middle of the road, paused
13      and regained, and started speeding back up Selief.
14          I had turned around, tried to catch him to get his
15      license plate number, and he sped up Pillar Mountain.
16  Q   Do you remember whether you were successful in getting his
17      license number or not?
18  A   I did get his license number.
19  Q   Now.....
20  A   And I called and reported it. I called on my cell phone to
21      the police station and reported the incident.
22  Q   Now, before he passed you, did you have any safety concerns
23      for either yourself or your kids?
24  A   I did. At the rate of speed he was going and ran through
25      the stop sign, I was concerned that he could hit us and
```

Page 4

KODIAK REPORTING & TRANSCRIPTION
P.O. Box 3629; Kodiak, AK 99615; (907) 486-6221
E-mail: berter@ptialaska.net  Web Site: alaskacourtreporter.com

000172

EXHIBIT A

```
 1            injure myself or the kids.
 2     Q      Well, can you tell us about how fast he was going would you
 3            guess?
 4     A      I would guess he was going at over 40 miles an hour on
 5            Selief.
 6     Q      And was this a full-sized pickup or was it a mini-pickup
 7            or.....
 8     A      No, it was a full-size Dodge pickup and it was older.
 9     Q      And when you say he did a 360-degree turn, did that appear
10            to be a controlled turn or.....
11     A      It was not a controlled turn.  It was obvious he had lost
12            control of his vehicle.
13     Q      Ma'am, exactly how close to your own vehicle was it that he
14            had actually lost control when he did that 360-degree turn?
15     A      Approximately two vehicle lengths.
16     Q      And in your experience, what would happen if a car of that
17            size, given that speed, had actually hit your vehicle?
18     A      It would've hit my vehicle?  It probably would've either
19            rolled it over or crushed in the whole side of my car,
20            pushing it up against the other parked vehicles that were
21            parked on Selief.
22     Q      And given what you observed on that day as the car was
23            coming toward you, what if any injuries do you think could
24            have occurred to people in the car?
25     A      I think we would've obtained serious injury if he would
```

Page 10

KODIAK REPORTING & TRANSCRIPTION
P.O. Box 3629; Kodiak, AK 99615; (907) 486-6221
E-mail: herter@ptialaska.net  Web Site: alaskacourtreporter.com

000173

EXHIBIT A

1   have hit us at the speed he was going.
2 Q   Okay. And he didn't strike your vehicle, but was the
3   closest he came to your vehicle?
4 A   When he went by me, he was in his -- he was over in fact in
5   his lane at that time, but when he lost control it was two
6   vehicle lengths away, which if I would have been just a
7   fraction of a second, you know, back down the road, it
8   would have -- he would have hit us.
9 Q   And when he lost control and did the 360-degree turn two
10   vehicle lengths behind your own, did he stay in his own
11   lane?
12 A   No, he went -- he went -- lost control and he was heading
13   both right down the center of the road when he was
14   spinning.
15   MR. SLUSSER:   Okay, Ms. Skonberg, I think that's all the
16   questions that I have, but I'll ask the Grand Jury if they have
17   any questions.
18   Anybody have any questions?
19 BY UNIDENTIFIED JURORS:
20 Q   How did you get his license plate?
21 A   I turned around right where I was and I followed him and
22   got his license plate.
23 Q   This was on the paved section?
24 A   No, it was on the gravel section, right at the stop sign at
25   Selief and Lynden. And he was -- I turned around and I was

Page 11

KODIAK REPORTING & TRANSCRIPTION
P.O. Box 3629; Kodiak, AK 99615; (907) 486-6221
E-mail: herter@ptialaska.net  Web Site: alaskacourtreporter.com

EXHIBIT A

```
 1         able to get his license plate. And as he was pulling away
 2         from me driving very -- at a high rate of speed up
 3         Selief.....
 4    Q    That's a 20 mile-an-hour zone, isn't it?
 5    A    It's a 20 mile-an-hour street with lots of children,
 6         people.
 7    Q    Was it icy?
 8    A    It was not icy, mm-mmh.
 9         (Whispered conversation)
10    A    Wet.
11         MR. SLUSSER: All right. Ma'am, thank you very much. I
12         think that's all the questions.
13    A    Okay.
14         MR. SLUSSER: Would you -- could I ask you to ask Officer
15         Peterson to come in.
16    A    Sure.
17         MR. SLUSSER: Thank you.
18         And I have a request to read the Indictment again that
19         talks about what he's charged with.
20         (DA reads Indictment)
21         UNIDENTIFIED JUROR: So the recklessly part means they
22         don't have to prove intent?
23         MR. SLUSSER: Why don't you -- let me come get you, I'm
24         sorry.
25         MR. PETERSON: Okay.
```

Page 12

KODIAK REPORTING & TRANSCRIPTION
P.O. Box 3629; Kodiak, AK 99615; (907) 486-6221
E-mail: herter@ptialaska.net  Web Site: alaskacourtreporter.com

000174

EXHIBIT A

```
 1         MR. SLUSSER:  I'll be just a moment.
 2         MR. PETERSON:  All right.
 3         MR. SLUSSER:  In order to prove this charge, we have to
 4    prove all of the elements.  That includes a reckless state of
 5    mind.  Actually we don't -- we have to show that there's
 6    probable cause, that there was a good reason.  Among other
 7    things, he behaved recklessly, then reckless state of mind.  And
 8    I'll go ahead and read recklessly one more time as well.
 9         (DA reads definition)
10         MR. SLUSSER:  And that last part just means that just
11    because someone's intoxicated, they still -- you still apply a
12    sober person's standard.  It is in the sense that -- and I'll
13    repeat that.  A person who is unaware of a risk, which the
14    person would have been aware had that person not been
15    intoxicated, acts recklessly with respect to the risk.
16         Okay.  I'll go ahead and get Officer Peterson then.
17         (Witness summoned)
18         (Oath administered)
19         MR. PETERSON:  I do.
20         THE CLERK:  And for the record -- you may be seated.
21         MR. PETERSON:  Thank you.
22              FRANK ROBERT PETERSON, JR.
23    called as a witness on behalf of the plaintiff, testified as
24    follows on:
25                     DIRECT EXAMINATION
```

Page 13

KODIAK REPORTING & TRANSCRIPTION
P.O. Box 3629; Kodiak, AK 99615; (907) 486-6221
E-mail: herter@ptialaska.net  Web Site: alaskacourtreporter.com

000175

EXHIBIT A