# REGISTER OF INCIDENTS/OFFENSES

| Case No. 1 | Date Reported or Known 2 | Time Reported 3 | Offense 4 | CIRCUMSTANCES (State time and place, property taken and other details of offenses) 5 | Complainant 6 | Address 7 | Officer Assigned 8 | ACTION TAKEN: (State property recovered, persons arrested or other facts of disposition) | Case No. 1 |
|---|---|---|---|---|---|---|---|---|---|
| 200300101 | 1-4 | 1653 | Patrol | Gold Parked sweeping did 360's on solar Lake | Sgt Stenberg | Sch'y | Peterson | Att Scott Brown | 0121 |
| 0102 | 1-4 | 1711 | Medical Transport | 911 Acc w/ Beverly Brown Spooky Bedia | Beverly Brown | Scty | Holdem Peterson | AT03000047 | 0122 |
| 0103 | 1-4 | 1754 | Traffic Offense | Rpt Vehicle parked illegally Chevy Amex | Grey Amex | 1912 VA Parks | Peterson Ent | | 0123 |
| 0104 | 1-4 | 1844 | Assist | L.E. for investigation | Froomel | 725 Ingleheam | Peterson Patrol | | 0124 |
| 0105 | 1-4 | 1905 | Patrol | | Froomel | Ast | Fronel | AT0300 00048 | 0125 |
| 0106 | 1-4 | 2102 | Medical Assist | Ran into Black truck o/b Michelle Brian Witt | 1719 Schely | Patrol | | 0126 |
| 0107 | 1-4 | 2150 | Assist | Stand Ind by or Levinal Warkepan of Owens Matthew Berestolf | KPD | Patrol | | | 0127 |
| 0108 | 1-5 | 0043 | Security Check | Rpt Escape fine Domestic Assault/Matthew Berestolf | | FH | At0300000 49 | | 0128 |
| 0109 | 1-5 | 0109 | DVI | Apt after activities – Harborside Cafe/Simmons | (KPD) | Simmons | | | 0129 |
| 0110 | 1-5 | 0100 | Accessory TR on vehicle 74 | | KPD | Parks | | | 0130 |
| 0111 | 1-5 | 0824 | Traffic Offense | Communications Rpt threats by tenant Gabriela Lozano | Fir Tenaza | Arrested; David K. Anderson | | | 0131 |
| 0112 | 1-5 | 0330 | Suspicious Custom | Rpt vehicle w/headlight cut | Ofc Dyer | KPD | Dyer | | 0132 |
| 0113 | 1-5 | 0852 | Suspicious Conditions | 911 Wipers up on vehicles | OFC Dyer | KPD | Dyer | | 0133 |
| 0114 | 1-5 | 0855 | ASSIST | Rpt violating court order | Dora Toro | 1132 Hillside | Parker/Dyer | Att: Jesus Toro Sr. | 0134 |
| 0115 | 1-5 | 0910 | Suspicious Custom | Rpt vehicle parked in roadway | Alan Stover | 2765 Dali Lake | Burroughs | Ast #03000050 | 0135 |
| 0116 | 1-5 | 1054 | ASSIST | on 59BCy b/o Laney Shaw | Ofc Parker | KPD | Parker | | 0136 |
| 0117 | 1-5 | 1054 | Health Safety | Recoile Runner throwup | Trp Burroughs | AST | Burroughs | Ast #03000051 | 0137 |
| 0118 | 1-5 | 1323 | MVA Property | Rpt debris in road | OFC Parker | KPD | Parker | | 0138 |
| 0119 | 1-5 | 1440 | Larceny Auto | Rpt 2 vehicle accident | OFC Parker | KPD | Parker | | 0139 |
| 0120 | 1-5 | 1705 | GARF Alarm | Rpt silent Alarm – interior | Sueann Webster | 1210 Schely | Dyer Porter Petersen | | 0140 |

Ex. F