DATE 01 04 2003  TIME 1653  SH C  CASE# 20030101

CITIZEN REPORT DWI - REDDI
ASSIST INSIDE ALASKA

C
R
I
M
E

U 9404
C 9605
R
#

LOC SELIEF TOWARDS PILLAR MTN

NAME LAURIE SKONBERG  PH# 486-5548  JUV  MO# 01

ADD SELIEF

DRUG  ALC X  ARST X  INFO  CS  DV  ASLT  AST X  GANG  STLN  RTVWD

CALLED ON CELLPHONE REPORTING A GOLDEN FLAT-BED TRUCK LEFT SAFEWAY PARKING LOT AT
HIGH RATE OF SPEED, SPRAYED GRAVEL ALL OVER FEMALE AND STOREFRONT.
SWERVING/WEAVING DID 360 ON SELIEF, WENT UP PILLAR MTN ROAD.  CALL FROM FEMALE
STATING
GOLDEN TRUCK W/DUALIES ON BACK SPRAYED GRAVEL ON HER AT SAFEWAY, PASSENGER DARK
HAIRED AND SCRUFFY FROM NOT SHAVING, DRIVER BLONDISH HAIRED INDIVIDUAL.  DWT484
LOCATED.  ARRESTED: SCOTT R. BROWN W/MA DOB 08/16/63 ADL 6918319 , DUI
AST 03000047 AGENCY ASSIST

LOG  RFT X  OFC K20/K18/E62/5C15/5C18  DISP CROYLE

Ex. G

10082