## KODIAK POLICE DEPARTMENT
## KODIAK, ALASKA

DESK OFFICER: CROYLE

DATE: JANUARY 04, 2003

SHIFT: C 1600-0000

PAGE: -15-

1K1 CHIEF KAMAI
1K2 LT ELLIS
1K3 SGT VALERIO
1K4 SGT BOHAC
1K5 SGT MALONEY
1K6 SGT JOHNSTON
1K7 SGT BRADBURY

1K8 OFC
1K9 OFC PYLES
1K10 OFC
1K12 OFC HOPKINS
1K13 OFC
1K14 OFC OLSON
1K16 OFC PUTNEY
1K18 OFC HOLDEN
1K19 OFC
1K20 OFC PETERSON
1K21 OFC GREEN
1K22 OFC PARKER
1K23 OFC HOSIER
1K24 OFC DYER
1K25 OFC SMITH

1K41 SGT PERRY
1K42 OFC PETERSON
1K43 OFC VIALL
1K44 OFC HATFIELD
1K45 OFC CROYLE
1K46 OFC SHIELDS
TEMP

3K1 SGT INGRAM
3K2
3K4
3K5
3K 8 CO OWENS
3K10 BUCKEY
3K11 CO BORGER
3K14 CO SIMMONS
TEMP

4K40 CSO ERICKSON
5K50 HO HARRY

CHAPLAINS
6K62 SMITH
6K63
6K64
6K65 DAVIS
6K70

| TIME | TO | FROM | MESSAGE |
|---|---|---|---|
| 1605 | | 1863 | Change Freq → KPD |
| 09 | | K62 | 4/5 |
| 14 | | K62 | 10-6 Post |
| 16 | | K62 | 4/5 |
| 21 | | K62 | 10-6 Sldenurews followup |
| 21 | | K63 | 4/5 |
| 25 | | K63 | 10-7 |
| 34 | | K62 | 4/5 |
| 40 | | K62 | AST |
| 56 | | K20 | 4/5 |
| 59 | | K18 | 4/5 |
| 59 | | K20 | 7 coming down DWT 484 |
| 59 | | K18 | Birch Thorsheim |
| 1700 | | K20 | ① DWT 484 |
| 1700 | K20 | | Copy ① DWT 484 - Another call states vehicle has Duallies on back passenger Dark Haired unshaven driver Blond Hair |

Ex. H

10463

KODIAK POLICE DEPARTMENT

PAGE: 14

| TIME | TO | FROM | MESSAGE |
|---|---|---|---|
| 2101 | | K20 | Individual tried going into house / came out w/ him - Rig in street |
| 01 | K20 | | 10-20 - what is location |
| 02 | K20 | | what is location |
| 03 | K20 | | car on street |
| 03 | K48 | | 10-20 Pillar Mtn - heading down the gravel pit toward Thorsheim |
| 04 | | K20 | on Purtov 1219 |
| 04 | | K48 | K20 code 4 on 1219 Purtov en |
| 04 | | K20 | need you now |
| 05 | | K20 | K18 need you now |
| 05 | | K18 | copy |
| 06 | | SC11 | Responding SC11 to 1219 Purtov |
| 06 | | SC15 | ? on |
| 06 | | 62 | YS |
| 06 | SC15 | | K20 K18 on Reddi 1219 Purtov Req assistance |
| 06 | | SC15 | ENR |
| 07 | | K18 | A/9 |
| 09 | | SC18 | SC18 enr |
| 10 | | 62 | AS |
| 11 | | K20 | 27 29 XZ 693718  6930959 |
| 11 | FH | | Amb call |
| 11 | FH | | Amb call Request amb 1219 Purtov officers on scene |
| 12 | | M3 | Resp |
| 12 | M3 | | Resp to 1219 Purtov |

10464

(35)

## KODIAK POLICE DEPARTMENT

AGE: 17

| TIME | TO | FROM | MESSAGE |
|---|---|---|---|
| 1713 | K20 | | info Joseph Brown, Beverly Brown |
| 13 | | K20 | 1/s : 10-80 10-55 name unknown will provide at station |
| 13 | | E62 | 1/s |
| 13 | K18 | K | STATUS |
| 13 | | K18 | 10-60 Medic o/s |
| 14 | | K20 | Jail |
| 16 | | E62 | KPD |
| 18 | K18 | | STATUS |
| 18 | | K18 | 29 29 w/a OCN: BROWN DD 319 PB |
| 21 | K18 | | info DAMON Brown |
| 21 | | K18 | 10.4 |
| 24 | K18 | | STATUS |
| 24 | | K18 | code 4 |
| 28 | | K18 | 1/s |
| 28 | | M3 | en/ Hospital |
| 28 | | SC15 | 1/s |
| 28 | | SC18 | 1/s |
| 32 | | K18 | KPD |
| 35 | | M3 | At Hospital |
| 40 | | K18 | 1/s |
| 42 | | SC15 | 1/s |
| 43 | | K18 | Hospital follow up |
| 43 | | M3 | Available Providence |
| 47 | | M3 | Returning to QTRS |
| 50 | | SC18 | 10-6 w/ stop |
| 54 | | M3 | QTRS |

10465

36