```
 1            IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
 2                        THIRD JUDICIAL DISTRICT
 3    _____
      STATE OF ALASKA,                )
 4                                    )
              Plaintiff,              )
 5                                    )
         v.                           )
 6                                    )
      SCOTT R. BROWN,                 )
 7                                    )
              Defendant.              )
 8    _____)
 9    Case No. 3KO-S03-0012 CR
10                              VOLUME I
11                 TRANSCRIPT OF GRAND JURY PROCEEDINGS
12                                       Kodiak, Alaska
                                         June 5, 2003
13                                       8:36 o'clock a.m.
14    APPEARANCES:                       JOSEPH S. SLUSSER, ESQ.
                                         Assistant District Attorney
15                                       424 Marine Way, Suite 202
                                         Kodiak, Alaska
16
17
18
19
20
21
22
23
24
25
```

Handwritten: 6/23/03

KODIAK REPORTING & TRANSCRIPTION
P.O. Box 3629; Kodiak, AK 99615; (907) 486-6221
E-mail: herter@ptialaska.net  Web Site: alaskacourtreporter.com

Ex. K

000164

EXHIBIT A

TABLE OF CONTENTS

| WITNESSES | DIRECT |
|---|---|
| Maudean Magnuson | 3 |
| Laura Skonberg | 7 |
| Frank Robert Peterson, Jr. | 13 |

Page 2

000165

KODIAK REPORTING & TRANSCRIPTION
P.O. Box 3629; Kodiak, AK 99615; (907) 486-6221
E-mail: herren@ptialaska.net  Web Site: alaskacourtreporter.com

EXHIBIT A

```
 1                    P R O C E E D I N G S
 2   3KOGJ03-12
 3   08:36:40
 4        (This portion not requested)
 5   10:45:19
 6        MR. SLUSSER:  All right.  I'll ask Ms. Magnuson to come.
 7   We can stay on the record, I think.
 8        (Witness summoned)
 9        THE CLERK:  If you want to stand and raise your right hand,
10   we'd like to swear you in.
11        (Oath administered)
12        MS. MAGNUSON:  Yes.
13        THE CLERK:  You may be seated.
14                       MAUDEAN MAGNUSON
15   called as a witness on behalf of the plaintiff, testified as
16   follows on:
17                     DIRECT EXAMINATION
18        THE CLERK:  And for the record, state your full name and
19   spell your first and last name, please.
20   A    Maudean Magnuson, M-a-u-d-e-a-n, Magnuson M-a-g-n-u-s-o-n.
21   BY MR. SLUSSER:
22   Q    All right.  Ms. Magnuson, maybe we'll just start out by
23        asking what do you do here in town, ma'am.
24   A    I'm chapter manager of the Red Cross and I work on the TEN
25        BEARS, the charter boat in the summer.
```

KODIAK REPORTING & TRANSCRIPTION
P.O. Box 3629; Kodiak, AK 99615; (907) 486-6221
E-mail: berter@ptialaska.net  Web Site: alaskacourtreporter.com

000166

EXHIBIT A

```
 1   Q   Ma'am, how long have you happened to live in Kodiak?
 2   A   Nine years.
 3   Q   I'd like you to think back if you would to last January 4th
 4       perhaps the late afternoon.  Do you recall being in the
 5       area of the Safeway shopping center?
 6   A   Yes.
 7   Q   And do you remember roughly about what time this would have
 8       been?
 9   A   Afternoon.  It's a long time ago.  Maybe 4 o'clock,
10       3 o'clock; later in the afternoon, I believe.
11   Q   All right.  Do you remember anything unusual happening out
12       in the parking lot?
13   A   Yes.  I pulled in and parked, those planters that are
14       there, I pulled in and parked by the planters.  Got out.
15       Come around the planter.  There was this old gold flatbed
16       truck sitting next to the planter.  And I come around
17       between the truck and the planter.  And I looked up and the
18       guy in the passenger door waved like this, go on around.  I
19       took about two steps to go in front of the truck to go
20       across to the store, and the driver just floored it and
21       just covered me with dirt and rocks and water.  And he did
22       that clear across the front of the store as far as he could
23       go, and then turned right on the last aisle and took off.
24           I was, you know, it made me mad, but if a little kid
25       had pulled away from his parents, it would have been over.
```

Page 4

KODIAK REPORTING & TRANSCRIPTION
P.O. Box 3629; Kodiak, AK 99615; (907) 486-6221
E-mail: herter@ptialaska.net  Web Site: alaskacourtreporter.com

000167

EXHIBIT A

1  Q   As he was proceeding after flooring it and he was
2      proceeding through the parking lot, how fast was he going?
3  A   I have no idea, but he was going very fast.
4  Q   Now, can you tell me, you mentioned in front of a planter.
5      Is there one planter or are there more than one planters?
6  A   There's two planters there. This was the one closest to
7      the liquor store side.
8  Q   And do you know why he might have been parked in that
9      particular area?
10 A   Have no idea. They were both in the truck when I pulled up
11     there, so.....
12 Q   Can you tell me Ms. Magnuson what sort of truck was this?
13 A   Make, I would have guessed it was Chevrolet or
14     International. It was gold, it was a flatbed, and I
15     believe it had a tool box across the back of the cab.
16 Q   Now, can you tell me once you went -- or what did you do
17     after you were sprayed with gravel and so forth and so on.
18 A   Cussed. I went on into the store, and I ran into my
19     daughter that was in there shopping, and I told her what
20     had happened in the parking lot. Then we each went our own
21     way and I went home. And as she was going home, she got in
22     a tanglement with assumably the same vehicle and called me
23     and told me what had happened. And that she had called KPD
24     and turned him in. And.....
25 Q   Okay. Probably what we'll do, and I don't want to be rude,

Page 5

KODIAK REPORTING & TRANSCRIPTION
P.O. Box 3629; Kodiak, AK 99615; (907) 486-6221
E-mail: herter@ptialaska.net  Web Site: alaskacourtreporter.com

000168

EXHIBIT A

```
 1        but we'll probably just -- she's not ready to testify.
 2        We'll just ask her directly for what happened there.
 3   A    Yeah.
 4   Q    But did you continue your shopping then?
 5   A    Yeah, I finished my shopping and just went on home.
 6   Q    Right. And what's your daughter's name that you spoke
 7        with?
 8   A    Laurie Skonberg.
 9   Q    And do you feel that there was any risk to yourself had you
10        walked in front of that pickup truck?
11   A    If I'd have got another step and turned in front of him,
12        he'd have flattened me, yeah.
13        MR. SLUSSER: Okay. I think that's all the questions that
14   I have. I'll ask the Grand Jury if they have any questions.
15        No. All right. Well, thank you very much, ma'am. Would
16   you ask your daughter if she'd come in.
17        (Witness summoned)
18        UNIDENTIFIED JUROR: What was the charge again?
19        MR. SLUSSER: Oh, it was assault in the third degree and
20   it's -- I'll go ahead and read it very briefly. Well, let me
21   wait till after this witness, okay.
22        UNIDENTIFIED JUROR: Okay.
23        MR. SLUSSER: Remind me to read that.
24        UNIDENTIFIED JUROR: Yes.
25        THE CLERK: Can you stand and raise your right hand. I
```

Page 6

KODIAK REPORTING & TRANSCRIPTION
P.O. Box 3629; Kodiak, AK 99615; (907) 486-6221
E-mail: herter@ptialaska.net  Web Site: alaskacourtreporter.com

000169

EXHIBIT A

```
 1   have to swear you in.
 2       MS. SKONBERG:  Okay.
 3       (Oath administered)
 4       MS. SKONBERG:  Yes.
 5       THE CLERK:  You may be seated.
 6       MS. SKONBERG:  Thank you.
 7                    LAURA SKONBERG
 8   called as a witness on behalf of the plaintiff testified as
 9   follows on:
10                   DIRECT EXAMINATION
11       THE CLERK:  And for the record, state your full name and
12   spell your first and last name.
13   A   Laura Skonberg.  Laura L-a-u-r-a, Skonberg S-k-o-n-b-e-r-g.
14   BY MR. SLUSSER:
15   Q   Ms. Skonberg, what do you do here in Kodiak?
16   A   I am a housing advocate at Kodiak Island Housing Authority.
17   Q   And may I ask how long have you lived her in town.
18   A   I've lived in Kodiak for 11 years.
19   Q   Now, ma'am, do you know someone named Sally Magnuson?
20   A   Yes, that's my mother.
21   Q   Do you recall seeing her in the late afternoon in the area
22       of Safeway on January 4th of this year?
23   A   Yes, I do.
24   Q   What happened during that encounter?  What sort of an
25       encounter was that?
```

Page 2

KODIAK REPORTING & TRANSCRIPTION
P.O. Box 3629; Kodiak, AK 99615; (907) 486-6221
E-mail: herter@ptialaska.net  Web Site: alaskacourtreporter.com

000170

EXHIBIT A