TRANSCRIPT OF POLICE TAPE

OFFICER FRANK PETERSON

OCT 2 3 2006

**Ex. O**

POLICE TAPE 10446

S. BROWN CASE

2 (Pages 2 to 5)

Page 2

1  PROCEEDINGS
2  Side A
3  BATES NO. 10446
4      MS. BROWN: Scott.
5      MR. S. BROWN: Nope.
6      MS. BROWN: Scotty, listen to me.
7      OFFICER PETERSON: Headquarters, 20, the individual ran
8  into the house.....
9      MS. BROWN: (Indiscernible) you're making it worse.
10     OFFICER PETERSON: .....I'm with him right now.
11     MR. S. BROWN: (Indiscernible)
12     MS. BROWN: Scott. Scotty.
13     MR. S. BROWN: No.
14     MS. BROWN: Come on out. This is just going to cause a
15 lot of problems. Please.
16     OFFICER PETERSON: I'm on Purtov. You'll see.....
17     MS. BROWN: Please.
18     OFFICER PETERSON: .....my vehicle as you come up. It's
19 the house right there.
20     MS. BROWN: Scott. My hands are shaking, honey. Please,
21 Scott. Scotty. Talk to me.
22     MR. S. BROWN: No. No.
23     MS. BROWN: Scott. You've got to come out.
24     MR. S. BROWN: I gotta to pee.
25     MS. BROWN: Well, then pee and then come out. Okay?

Page 3

1      MR. S. BROWN: Nope.
2      MS. BROWN: Do you have to sets of handcuffs?
3      OFFICER PETERSON: Yeah, I do.
4      MS. BROWN: Okay. Because his arms are big and they won't
5  go (indiscernible).
6      OFFICER PETERSON: Okay.
7      MS. BROWN: Scott. You're scaring me, okay?
8      MR. S. BROWN: (Indiscernible) they're idiots. God damn,
9  I didn't do shit.
10     MS. BROWN: Well.....
11     OFFICER PETERSON: So come out and talk to me about it
12 then.
13     MS. BROWN: Then come out.
14     MR. S. BROWN: What?
15     MS. BROWN: Then come.....
16     MR. S. BROWN: No.
17     MS. BROWN: .....out.
18     MR. S. BROWN: I'm going to the bathroom. Leave me alone.
19     MS. BROWN: Scott, shit's going to happen and you're
20 making it worse.
21     MR. S. BROWN: Bull shit.
22     MS. BROWN: You.....
23     MR. S. BROWN: Get out of my house. This is home
24 invasion.
25     MS. BROWN: Scott.

Page 4

1      MR. S. BROWN: It's home invasion.
2      MS. BROWN: And this is stupidity what you're doing.
3      MR. S. BROWN: No, it ain't.
4      MS. BROWN: Yes, it is.
5      MR. S. BROWN: You guys are idiots.
6      MS. BROWN: If this was one of.....
7      MR. S. BROWN: (Indiscernible - simultaneous speech).....
8      MS. BROWN: .....your kids, you would be freaking out.
9      MR. S. BROWN: Get out of my house.
10     MS. BROWN: Scott, you know that's not.....
11     OFFICER PETERSON: (Indiscernible)
12     MS. BROWN: .....going to happen. You're -- you're
13 causing a problem. Now come on.
14     MR. S. BROWN: No. I did nothing wrong. Nothing.
15     MS. BROWN: Then come out and talk.
16     MR. S. BROWN: No.
17     MS. BROWN: You're making this a lot worse, you know that.
18 Don't you?
19     MR. S. BROWN: No.
20     MS. BROWN: You're going to have.....
21     MR. S. BROWN: (Indiscernible) what they're doing.
22     MS. BROWN: Scott, you have one.....
23     MR. S. BROWN: (Indiscernible - simultaneous speech).....
24     MS. BROWN: .....officer right now.
25     MR. S. BROWN: .....get out of my house. They've got to

Page 5

1  get a search warrant. Get out of my house.
2      OFFICER PETERSON: No.
3      MS. BROWN: Scott.
4      MR. S. BROWN: I did nothing wrong. Why did they pull me
5  over, tell me?
6      MS. BROWN: I -- I don't know.
7      MR. S. BROWN: Well, ask him.
8      MS. BROWN: Okay. He says you were driving recklessly.
9      MR. S. BROWN: Bull shit.
10     MS. BROWN: Scott, you know we have one officer here now.
11 We're going to have a whole bunch, and it's going to be a mess,
12 and you're going to make a fool out of yourself in front of
13 your kids and all the neighbors. Now come on.
14     OFFICER PETERSON: 18, what's you're 20?
15     MR. S. BROWN: I wasn't even driving.
16     MS. BROWN: Scott, you get out here and deal with this
17 like a man.
18     MR. S. BROWN: Whatever.
19     MS. BROWN: Go in here, please. Go -- come on.
20     OFFICER PETERSON: Okay, man.
21     MS. BROWN: Your son is standing here, Scott.
22     MR. S. BROWN: (Indiscernible)
23     MS. BROWN: Will you deal.....
24     MR. S. BROWN: (Indiscernible)
25     MS. BROWN: .....with this?

Computer Matrix Court Reporters      PH --907-243-0668
                                     FAX - 907-243-1473

jpk@gci.net
sahile@gci.net

POLICE TAPE 10446                                                                                          S. BROWN CASE

3 (Pages 6 to 9)

Page 6

1  OFFICER PETERSON: Okay. Let's have a seat, Scott.
2  MR. S. BROWN: (Indiscernible)
3  MS. BROWN: Sit down at the table.
4  OFFICER PETERSON: Go ahead and have a seat.
5  MR. S. BROWN: No. I'm fine right here. You.....
6  MS. BROWN: You.....
7  MR. S. BROWN: .....go ahead and have a seat.
8  MS. BROWN: No, come on, sit.....
9  MR. S. BROWN: (Indiscernible)
10 MS. BROWN: (Indiscernible) be a man.....
11 MR. S. BROWN: Why would.....
12 MS. BROWN: .....get over here.
13 MR. S. BROWN: Why would people chase me.....
14 MS. BROWN: (Indiscernible)
15 MR. S. BROWN: .....into my God damn house when.....
16 MS. BROWN: (Indiscernible)
17 MR. S. BROWN: .....I ain't been doing wrong.
18 OFFICER PETERSON: How much have you had to drink today?
19 MR. S. BROWN: Nothing.
20 MS. BROWN: (Indiscernible)
21 OFFICER PETERSON: Nothing? You're -- you're swaying
22 where you're standing. You're having a hard time.....
23 MR. S. BROWN: I'll tell you what.....
24 OFFICER PETERSON: .....walking.
25 MR. S. BROWN: .....I'm in my own house.

Page 7

1  OFFICER PETERSON: Okay.
2  MR. S. BROWN: Are you going to arrest me in my own house?
3  OFFICER PETERSON: Okay. Do you want to cooperate with
4  me?
5  MR. S. BROWN: I want to cooperate with you.
6  OFFICER PETERSON: Okay.
7  MS. BROWN: Scotty.
8  MR. S. BROWN: Okay.
9  OFFICER PETERSON: Okay. I -- I think.....
10 MR. S. BROWN: Well, you tell me what I did, okay?
11 (Indiscernible)
12 OFFICER PETERSON: I think you're intoxicated. I
13 tried.....
14 MR. S. BROWN: I don't.....
15 OFFICER PETERSON: .....to stop you.
16 MR. S. BROWN: Well, I'll tell.....
17 OFFICER PETERSON: I told you to.....
18 MR. S. BROWN: .....you what, I was just in my own
19 bathroom.
20 OFFICER PETERSON: No, I followed you.....
21 MS. BROWN: Quit yelling.
22 OFFICER PETERSON: .....inside. I told you to sop.
23 MS. BROWN: Quit yelling.
24 MR. S. BROWN: Bull shit. You didn't tell me to stop.
25 OFFICER PETERSON: Yes, I did.

Page 8

1  MR. S. BROWN: There was nothing. When I.....
2  MS. BROWN: (Indiscernible)
3  MR. S. BROWN: .....stopped -- I don't even have keys to
4  the vehicle that you said I was driving.
5  OFFICER PETERSON: I saw you get out of the driver's seat.
6  I saw you park your car.
7  MR. S. BROWN: Bull shit.
8  OFFICER PETERSON: Okay. Let's go outside.
9  MS. BROWN: (Indiscernible) Can I get my son
10 (indiscernible - simultaneous speech).....
11 MR. S. BROWN: No. I'm not -- I'm not.....
12 MS. BROWN: .....(indiscernible - simultaneous
13 speech).....
14 MR. S. BROWN: .....going outside.
15 MS. BROWN: .....for him to straighten it out?
16 OFFICER PETERSON: That's fine.
17 MR. S. BROWN: I'll tell you what.....
18 MS. BROWN: Billy, go straight (indiscernible).....
19 MR. S. BROWN: .....you (indiscernible) you chased me in
20 here and you arrest me in here (indiscernible).....
21 OFFICER PETERSON: 18, what's your 20?
22 MS. BROWN: Scott.
23 OFFICER PETERSON: Scott, I smell a strong odor of alcohol
24 on your breath.
25 MR. S. BROWN: Go ahead.

Page 9

1  OFFICER PETERSON: Okay.
2  MR. S. BROWN: I drank it when I came in.
3  OFFICER PETERSON: I'm on Purtov. What's the address
4  here?
5  MS. BROWN: 1219.
6  MR. S. BROWN: 1219, sir.
7  OFFICER PETERSON: 1219 Purtov.
8  MR. S. BROWN: Yeah. I'll tell you what. I'm in my own
9  damn house. I'll drink (indiscernible).....
10 OFFICER PETERSON: No, you won't.
11 MR. S. BROWN: Hey.
12 OFFICER PETERSON: Hey, you put that down right now.
13 MR. S. BROWN: You.....
14 OFFICER PETERSON: Put it down right now.
15 MR. S. BROWN: No. No.
16 OFFICER PETERSON: I'm going to spray you, sir.
17 MS. BROWN: Scott.
18 MR. S. BROWN: Go ahead.
19 MS. BROWN: Scott, don't. Don't. Please don't.
20 OFFICER PETERSON: Okay. You're under arrest.
21 MS. BROWN: Scott. Oh, man, why did you do that?
22 MR. S. BROWN: Oh, shit.
23 MS. BROWN: (Indiscernible)
24 OFFICER PETERSON: Let's go.
25 MS. BROWN: (Indiscernible) shit.

POLICE TAPE 10446        S. BROWN CASE

4 (Pages 10 to 13)

Page 10

1  MR. S. BROWN: I'll tell you what, buddy.....
2  MS. BROWN: Come on, wipe your face. Wipe your face.
3  OFFICER PETERSON: (Indiscernible) get back.
4  MS. BROWN: Oh, man, you back off, man.
5  OFFICER PETERSON: Get back. Go. Go.
6  MS. BROWN: Damon, go in your room.
7  OFFICER PETERSON: 18, I need you now.
8  (Coughing)
9  MS. BROWN: Keep walking.
10 MR. D. BROWN: I am.
11 MS. BROWN: No, keep walking.
12 OFFICER PETERSON: 18, I need you now.
13 MR. S. BROWN: I'll tell you what.....
14 MS. BROWN: No, you ain't going (indiscernible, coughing).
15 MR. S. BROWN: What's he doing?
16 MS. BROWN: Damon.
17 MR. D. BROWN: What?
18 MS. BROWN: (Indiscernible) arrest.
19 MR. D. BROWN: What's he doing?
20 OFFICER PETERSON: Let's go. You're under arrest, let's
21 go.
22 MR. S. BROWN: No.
23 MS. BROWN: (Indiscernible)
24 (Indiscernible - simultaneous speech, coughing)
25 OFFICER PETERSON: Sir, stop resisting me. You're

Page 11

1  under.....
2  MR. S. BROWN: For what?
3  OFFICER PETERSON: .....arrest for DWI.
4  MR. S. BROWN: Bull shit, I wasn't even driving.
5  OFFICER PETERSON: (Indiscernible)
6  MS. BROWN: Come here.
7  (Indiscernible - simultaneous speech)
8  OFFICER PETERSON: Keep going. Keep going. Keep going.
9  (Indiscernible - simultaneous speech)
10 OFFICER PETERSON: Knock it off, stop resisting me.
11 UNIDENTIFIED VOICE: Okay. Okay. (Indiscernible)
12 MS. BROWN: (Indiscernible)
13 OFFICER PETERSON: Stand back.
14 MS. BROWN: Get away (indiscernible).
15 MR. S. BROWN: No.
16 OFFICER PETERSON: Stop resisting me.
17 MR. S. BROWN: Ow. (Indiscernible)
18 (Indiscernible - simultaneous speech, yelling)
19 OFFICER PETERSON: Stop resisting. Get your hands behind
20 your back.
21 (Indiscernible, yelling)
22 MR. S. BROWN: No.
23 OFFICER PETERSON: Hey, you will put your hand behind your
24 back. (Indiscernible).
25 (Indiscernible - simultaneous speech, yelling)

Page 12

1  MS. BROWN: (Indiscernible) spayed some pepper spray and I
2  got my brother-in-law freaking out.
3  OFFICER PETERSON: Does he have a history of epilepsy or
4  anything like that?
5  MS. BROWN: No. (Indiscernible)
6  UNIDENTIFIED VOICE: Calm down. Calm down.
7  OFFICER PETERSON: (Indiscernible) Let's go.
8  MR. S. BROWN: I wasn't even driving.
9  OFFICER PETERSON: Yes, you were.
10 MR. S. BROWN: (Indiscernible)
11 (Indiscernible - simultaneous speech, yelling)
12 MS. BROWN: Hey, let me -- can I pull his pants up?
13 OFFICER PETERSON: I'll pull them up.
14 MR. S. BROWN: God damn it, you motherfuckers.
15 MS. BROWN: Scott, hold up, hold up, Scott, stop, stop,
16 I'm right here baby, I'm right here. You.....
17 MR. S. BROWN: You mother (Indiscernible).
18 MS. BROWN: I've got (indiscernible).
19 MR. S. BROWN: (Indiscernible) off.
20 MS. BROWN: I will. Okay. Hold on.
21 MR. S. BROWN: God damn it. I'll tell you what.....
22 MS. BROWN: Hold on.
23 MR. S. BROWN: .....(indiscernible) and -- hey.....
24 MS. BROWN: Okay.
25 MR. S. BROWN: .....(indiscernible).....

Page 13

1  MS. BROWN: Scott, don't say no more. Nothing, honey.
2  MR. S. BROWN: I've got.....
3  MS. BROWN: Nothing, honey. Okay?
4  MR. S. BROWN: I didn't do nothing.
5  MS. BROWN: Okay.
6  MR. S. BROWN: I wasn't even driving.
7  UNIDENTIFIED VOICE: (Indiscernible)
8  MR. S. BROWN: Ow. Ow. Ow.
9  OFFICER PETERSON: Stop resisting. Walk. Walk.
10 MR. S. BROWN: My ankle is sprained, you fucking idiot.
11 OFFICER PETERSON: 18 go ahead. You're -- you're what?
12 10-4. Hold him. (Indiscernible).
13 (Indiscernible)
14 OFFICER PETERSON: Going to lock them?
15 UNIDENTIFIED VOICE: Yeah.
16 OFFICER PETERSON: Go ahead and get in, Scott.
17 MR. S. BROWN: Fuck you, I can't even see, fuck, I'm
18 blind.
19 OFFICER PETERSON: Step up, Scott. We'll help you. Step
20 up.
21 MR. S. BROWN: Fuck, you guys.
22 OFFICER PETERSON: Step up.
23 MR. S. BROWN: You know, my elbow's been operated on.
24 (Indiscernible - simultaneous speech).....
25 OFFICER PETERSON: Well, if you would.....

Computer Matrix Court Reporters    PH --907-243-0668      jpk@gci.net
                                   FAX - 907-243-1473      sahile@gci.net

### Page 14

1  UNIDENTIFIED VOICE: (Indiscernible)
2  OFFICER PETERSON: .....have been cooperative. Stop
3  resisting.
4  MR. S. BROWN: Fuck you, you were in my fucking house.
5  Ow.
6  (Indiscernible)
7  MR. S. BROWN: Ow. Ow. (Indiscernible)
8  OFFICER PETERSON: Okay.
9  UNIDENTIFIED VOICE: (Indiscernible)
10 OFFICER PETERSON: No.
11 UNIDENTIFIED VOICE: Do you want me to lock it?
12 OFFICER PETERSON: Just stand by.
13 UNIDENTIFIED VOICE: (Indiscernible) for somebody
14 (indiscernible).
15 OFFICER PETERSON: We've got an ambulance on the way. Are
16 you all right.
17 UNIDENTIFIED VOICE: (Indiscernible)
18 OFFICER PETERSON: Have you got a history of medical
19 conditions?
20 UNIDENTIFIED VOICE: (Indiscernible).
21 OFFICER PETERSON: Can you ID everybody in here for me?
22 UNIDENTIFIED VOICE: Yeah.
23 OFFICER PETERSON: Sorry about that.
24 MS. BROWN: That's okay.
25 OFFICER PETERSON: I'm shaking just as much as you are.

### Page 15

1  Was he drinking here or was he drinking some place else?
2  MS. BROWN: I guess some place else.
3  OFFICER PETERSON: Okay.
4  MS. BROWN: He hasn't been home all day.
5  OFFICER PETERSON: Okay. Do you have ID, ma'am?
6  MS. BROWN: Do I?
7  OFFICER PETERSON: Yes.
8  MS. BROWN: Yes.
9  OFFICER PETERSON: And do you have ID for him also? He
10 didn't have any on him.
11 MS. BROWN: I don't know where it is.
12 OFFICER PETERSON: Okay.
13 MS. BROWN: If he doesn't have it (indiscernible).
14 OFFICER PETERSON: Did you move the vehicle?
15 UNIDENTIFIED VOICE: Yes.
16 OFFICER PETERSON: Okay. Is it open right now?
17 UNIDENTIFIED VOICE: Yes.
18 OFFICER PETERSON: Okay.
19 MS. BROWN: (Indiscernible)
20 OFFICER PETERSON: I don't know.
21 MS. BROWN: How did -- could somebody explain to me what
22 he did?
23 OFFICER PETERSON: Okay. We got a report that he was
24 fishtailing from Safeway on Selief, and he did a 360 in the
25 middle of the road.

### Page 16

1  MS. BROWN: You're kidding.
2  OFFICER PETERSON: No. I come down, turned on my lights
3  down on Maple, he's on his way up, and I came and followed him.
4  I saw him get out of the vehicle right here, and he just come
5  running in here. I told him to stop. He didn't stop, so I
6  followed him in. Okay?
7  MS. BROWN: Okay.
8  OFFICER PETERSON: Just -- do you want to sit down?
9  MS. BROWN: No, I'm (indiscernible).....
10 OFFICER PETERSON: Okay.
11 MS. BROWN: .....(indiscernible).
12 OFFICER PETERSON: 14 to Scope 40, give me 27-29 times
13 two. The first is 6937118 and the second is 6930959.
14 UNIDENTIFIED VOICE: (Indiscernible)
15 OFFICER PETERSON: Huh? Oh, thanks. Okay. Jeff, there's
16 one more individual in there. Can you contact him, ID him?
17 JEFF: Okay.
18 OFFICER PETERSON: Get their phone number, mailing
19 address, stuff like that. I'm going to transport him right
20 away so I can decontaminate him.
21 JEFF: Okay. Don't be embarrassed to call
22 (indiscernible).
23 UNIDENTIFIED VOICE: Dammit, you ain't got
24 (indiscernible).....
25 UNIDENTIFIED VOICE: There wasn't -- there wasn't anything

### Page 17

1  wrong with it. I mean, I just needed him.....
2  UNIDENTIFIED VOICE: Oh.
3  UNIDENTIFIED VOICE: .....because he wasn't -- he wasn't
4  active. (Indiscernible) I need an ambulance. Can you
5  (indiscernible).....
6  OFFICER PETERSON: I was.....
7  UNIDENTIFIED VOICE: (Indiscernible) well, he said he
8  needed (indiscernible).
9  OFFICER PETERSON: The other guy was going into seizures
10 or something like that.....
11 UNIDENTIFIED VOICE: Okay.
12 OFFICER PETERSON: .....from the.....
13 UNIDENTIFIED VOICE: Were you ever.....
14 OFFICER PETERSON: .....pepper spray.
15 UNIDENTIFIED VOICE: .....able to find your
16 (indiscernible).....
17 OFFICER PETERSON: (Indiscernible) are you going back to
18 the station?
19 UNIDENTIFIED VOICE: Yeah.
20 OFFICER PETERSON: Why don't you give me a hand with him
21 when I get back there?
22 UNIDENTIFIED VOICE: I will.
23 UNIDENTIFIED VOICE: So this other guy is the guy that was
24 doing the seizures?
25 OFFICER PETERSON: I think he's still in there. He

POLICE TAPE 10446   S. BROWN CASE

6 (Pages 18 to 21)

Page 18

1  doesn't -- hadn't given me his ID yet.
2      UNIDENTIFIED VOICE: Okay. (Indiscernible) these IDs
3  (indiscernible)?
4      OFFICER PETERSON: Yeah. Oh, stand by (indiscernible).
5      UNIDENTIFIED VOICE: (Indiscernible)
6      OFFICER PETERSON: All right.
7      UNIDENTIFIED VOICE: (Indiscernible)
8      OFFICER PETERSON: Yep, we're going.
9      UNIDENTIFIED VOICE: (Indiscernible)
10     OFFICER PETERSON: Thanks.
11     (Radio traffic)
12     MR. S. BROWN: (Indiscernible)
13     OFFICER PETERSON: Headquarters 20.
14     RADIO: 13 (ph) (indiscernible).
15     MR. S. BROWN: You invaded my home.
16     OFFICER PETERSON: 10-4 (indiscernible).
17     MR. S. BROWN: My First Amendment right (indiscernible).
18     RADIO: (Indiscernible) 20.
19     OFFICER PETERSON: (Indiscernible) with 110-80. Unknown
20  as to his name. 18 will get that from his spouse.
21     RADIO: (Indiscernible) 13.
22     (Pause)
23     MR. S. BROWN: I want my lawyer. I want Mr. Schmitt.
24     (Pause)
25     RADIO: Headquarters, 22 2-10.

Page 19

1      RADIO: 10-4.
2      MR. S. BROWN: All I had to do was pee. You guys invaded
3  my home with no recourse.
4      (Pause)
5      OFFICER PETERSON: Headquarters, (indiscernible) 10-19
6  (indiscernible).
7      MR. S. BROWN: You know what?
8      RADIO: 10-60.
9      MR. S. BROWN: I've got a bad ankle.
10     OFFICER PETERSON: Okay, Scott. We're going to try
11  and.....
12     MR. S. BROWN: I'm serious.
13     OFFICER PETERSON: I know. I know.
14     MR. S. BROWN: (Indiscernible) my elbow is fucked up, too.
15     OFFICER PETERSON: Okay. Which ankle is it, your left or
16  your right?
17     MR. S. BROWN: My right.
18     OFFICER PETERSON: Okay. This one. Okay. I'm going to
19  pull you back, okay?
20     MR. S. BROWN: (Indiscernible)
21     OFFICER PETERSON: Go ahead, step down.
22     MR. S. BROWN: (Indiscernible)
23     OFFICER PETERSON: Step down. Step down. There's the
24  ground right there.
25     MR. S. BROWN: I can't -- I can't see shit.

Page 20

1      OFFICER PETERSON: I know. The ground's right there,
2  though. I was just telling you where it was. Okay? Stand up.
3      MR. S. BROWN: You know what?
4      OFFICER PETERSON: What's that? Come on.
5      MR. S. BROWN: (Indiscernible)
6      OFFICER PETERSON: Come on. All right. Careful now.
7  Walk this way.
8      MR. S. BROWN: (Indiscernible) You know what?
9  (Indiscernible)
10     OFFICER PETERSON: What's that?
11     MR. S. BROWN: My fucking pants are (indiscernible).
12     OFFICER PETERSON: Come on.
13     MR. S. BROWN: God dammit.
14     OFFICER PETERSON: Okay. Let's go.
15     MR. S. BROWN: (Indiscernible) Can you at least grab my
16  (indiscernible).
17     OFFICER PETERSON: Okay.
18     MR. S. BROWN: (Indiscernible)
19     OFFICER PETERSON: Have you got it? Don't fall on me.
20     MR. S. BROWN: I can't see. I can't (indiscernible).....
21     OFFICER PETERSON: Okay. You're walking straight.
22  Walking straight.
23     MR. S. BROWN: Okay. Okay. My -- my ankle is fucked up
24  (indiscernible).
25     OFFICER PETERSON: Okay.

Page 21

1      MR. S. BROWN: (Indiscernible)
2      OFFICER PETERSON: You don't have to walk very far and
3  I'll have you sit down, all right?
4      MR. S. BROWN: (Indiscernible)
5      OFFICER PETERSON: Okay. Face -- face the wall, I'll get
6  those handcuffs off you, all right?
7      MR. S. BROWN: (Indiscernible)
8      OFFICER PETERSON: Lean against the wall.
9      MR. S. BROWN: (Indiscernible)
10     OFFICER PETERSON: Lean against the wall.
11     MR. S. BROWN: (Indiscernible)
12     OFFICER PETERSON: Hey, Ron. Ron? Ron?
13     UNIDENTIFIED VOICE: (Indiscernible)
14     MR. S. BROWN: No problem, man. I ain't -- I ain't doing
15  (indiscernible).
16     OFFICER PETERSON: (Indiscernible)
17     UNIDENTIFIED VOICE: (Indiscernible)
18     MR. S. BROWN: I ain't doing nothing (indiscernible).
19     OFFICER PETERSON: Huh?
20     UNIDENTIFIED VOICE: (Indiscernible)
21     MR. S. BROWN: (Indiscernible) that shit (indiscernible).
22  I'm going to (indiscernible).
23     UNIDENTIFIED VOICE: (Indiscernible)
24     MR. S. BROWN: No.
25     OFFICER PETERSON: Okay.



Computer Matrix Court Reporters    PH --907-243-0668                jpk@gci.net
                                   FAX - 907-243-1473               sahile@gci.net

POLICE TAPE 10446 S. BROWN CASE

7 (Pages 22 to 25)

Page 22

1 MR. S. BROWN: God dammit. (Indiscernible)
2 UNIDENTIFIED VOICE: (Indiscernible)
3 MR. S. BROWN: I never, ever did the shit (indiscernible).
4 UNIDENTIFIED VOICE: All right. (Indiscernible)
5 MR. S. BROWN: Never.
6 OFFICER PETERSON: Okay. Put your hand on the wall. Put
7 it right up there.
8 MR. S. BROWN: No problem, man. See my elbow? My
9 elbow.....
10 OFFICER PETERSON: Keep it there.
11 MR. S. BROWN: .....was just operated on, man.
12 (Indiscernible) fucking (indiscernible).
13 OFFICER PETERSON: Go ahead and sit down, Scott.
14 UNIDENTIFIED VOICE: Okay. Okay. To your right. To your
15 right. To your right. Sit right here in the chair, okay?
16 MR. S. BROWN: Oh, to my right?
17 UNIDENTIFIED VOICE: Yeah, to your right. To your right,
18 to your right.....
19 MR. S. BROWN: Here?
20 UNIDENTIFIED VOICE: .....side. This right.
21 MR. S. BROWN: Oh.
22 UNIDENTIFIED VOICE: There's a chair there.
23 MR. S. BROWN: I -- what the fuck do you want me to do?
24 OFFICER PETERSON: Sit down on the chair, Scott.
25 MR. S. BROWN: God dammit, you guys give me some

Page 23

1 (indiscernible).....
2 OFFICER PETERSON: I'm going to. Sit down first.
3 MR. S. BROWN: .....(indiscernible - simultaneous
4 speech).....
5 OFFICER PETERSON: Sit down.
6 MR. S. BROWN: (Indiscernible)
7 OFFICER PETERSON: Scott, sit down.
8 UNIDENTIFIED VOICE: (Indiscernible)
9 MR. S. BROWN: Ow.
10 OFFICER PETERSON: Sit down.
11 MR. S. BROWN: Ow.
12 UNIDENTIFIED VOICE: (Indiscernible) sit down, okay?
13 MR. S. BROWN: God dammit. (Indiscernible) I didn't
14 (indiscernible) I wonder if doctors here would look.....
15 UNIDENTIFIED VOICE: Okay. Then just sit.....
16 MR. S. BROWN: .....my (indiscernible) ankle is crushed
17 (ph). (Indiscernible) it was stepped on (indiscernible).
18 OFFICER PETERSON: (Indiscernible) for me.
19 MR. S. BROWN: God dammit, you guys. I never did nothing
20 wrong, man. Nothing.
21 (Radio in background)
22 MR. S. BROWN: (Indiscernible) fuck you all
23 (indiscernible). Where are you going with my (indiscernible)
24 you've got to rip me out of my own fucking house.
25 OFFICER PETERSON: Okay. This is water, Scott, okay?

Page 24

1 MR. S. BROWN: (Indiscernible - simultaneous speech).
2 OFFICER PETERSON: We're going to spray it on your face,
3 okay? It's going to cool you down. Okay. Here, take it, you
4 can do it, okay? Spray your face down as you need it. Here's
5 a rag for you. You can wipe down your face, okay? What's your
6 last name, Scott?
7 MR. S. BROWN: What the fuck do you think it is, idiot?
8 OFFICER PETERSON: I don't know.
9 MR. S. BROWN: It ain't Green. (Indiscernible) Oh, shit,
10 (indiscernible) burns.
11 OFFICER PETERSON: I know. But what's your last name,
12 sir?
13 MR. S. BROWN: I've never had that. (Indiscernible)
14 OFFICER PETERSON: It's not a very good experience for the
15 first time.
16 MR. S. BROWN: You know what? I want my fucking lawyer
17 now.
18 OFFICER PETERSON: Okay.
19 MR. S. BROWN: Now.
20 OFFICER PETERSON: What's your last name, Scott?
21 MR. S. BROWN: I want my lawyer now.
22 OFFICER PETERSON: Okay. I need to know your last name.
23 MR. S. BROWN: I want Mr. Schmitt.
24 OFFICER PETERSON: I need to know your last name.
25 MR. S. BROWN: (Indiscernible) I'm giving you nothing.

Page 25

1 You invaded my house. I want my fucking lawyer. I want my
2 phone call. I want it now.
3 OFFICER PETERSON: Okay. There's a phone right here if
4 you.....
5 MR. S. BROWN: Fifth Amendment.....
6 OFFICER PETERSON: .....think you can use.
7 MR. S. BROWN: .....rights are invoked now.
8 OFFICER PETERSON: Okay. I still need to know your last
9 name.
10 MR. S. BROWN: Brown.
11 OFFICER PETERSON: Brown. Scott Brown. What's your birth
12 date, Scott.
13 MR. S. BROWN: (Indiscernible) born (indiscernible).
14 OFFICER PETERSON: What's your birth date?
15 MR. S. BROWN: You know what? I ain't playing your
16 fucking games.
17 OFFICER PETERSON: Okay. Scott, I just need to know your
18 birth date (indiscernible).....
19 MR. S. BROWN: I'm not playing your games. Quit.
20 OFFICER PETERSON: This isn't a game, Scott. I just need
21 to know your birth date.
22 MR. S. BROWN: Yeah, it's a fucking game.
23 OFFICER PETERSON: What's your birth date.
24 MR. S. BROWN: I've been in the military (ph) before. You
25 know what, you get nothing. Name, rank and serial number, and

POLICE TAPE 10446                                                    S. BROWN CASE

8 (Pages 26 to 29)

Page 26

1  that's it.
2      OFFICER PETERSON: Okay. What's your serial number then?
3      MR. S. BROWN: 537666907.
4      OFFICER PETERSON: 6907?
5      MR. S. BROWN: Yep. And that's it.
6      OFFICER PETERSON: Hey, Doug?
7      UNIDENTIFIED VOICE: Yeah?
8      OFFICER PETERSON: Would you run a check on a social
9  security number for me?
10     UNIDENTIFIED VOICE: Sure.
11     MR. S. BROWN: (Indiscernible)
12     OFFICER PETERSON: 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.
13     MR. S. BROWN: You know what? I'm (indiscernible)
14 American. You know what, you can't touch me for it (ph). I
15 never done nothing wrong. You (indiscernible) are fucking with
16 the wrong guy. Chase me in my own fucking house.....
17     OFFICER PETERSON: Did you want to.....
18     MR. S. BROWN: .....for nothing.
19     OFFICER PETERSON: .....call a lawyer? Did you want to
20 call a lawyer?
21     MR. S. BROWN: Yes.
22     OFFICER PETERSON: Okay.
23     MR. S. BROWN: I want Mr. Schmitt (indiscernible).
24     OFFICER PETERSON: Okay.
25     MR. S. BROWN: And I'd like to talk to him.

Page 27

1      OFFICER PETERSON: Alan Schmitt?
2      MR. S. BROWN: Yep.
3      OFFICER PETERSON: Okay. We've got a phone over here.
4  Since you've been pepper sprayed, you can't see. I'll dial the
5  number for you, okay?
6      MR. S. BROWN: What? No. I don't want (indiscernible)
7  I'll dial the number myself when I can see.
8      OFFICER PETERSON: Okay. So you want to wait then?
9      MR. S. BROWN: Yep.
10     OFFICER PETERSON: Okay.
11     UNIDENTIFIED VOICE: (Indiscernible)
12     OFFICER PETERSON: Scott Brown?
13     UNIDENTIFIED VOICE: Yep.
14     OFFICER PETERSON: Okay. Thank you.
15     (Radio in background)
16     UNIDENTIFIED VOICE: (Indiscernible)
17     OFFICER PETERSON: Okay. Okay. That bottle is still at
18 your feet if your face is burning.
19     MR. S. BROWN: I don't like dealing with all you fucking
20 ass holes. You know what? You guys are the biggest pricks
21 I've ever fucking known in my whole life. I've never done a
22 (indiscernible) fucking thing in my life, and today
23 (indiscernible) either.
24     OFFICER PETERSON: Okay. Scott, when somebody's arrested
25 for DWI.....

Page 28

1      MR. S. BROWN: No, I ain't going.....
2      OFFICER PETERSON: .....they're required by law to.....
3      MR. S. BROWN: .....to (indiscernible - simultaneous
4  speech) for DWI, because.....
5      OFFICER PETERSON: .....you're required by law.....
6      MR. S. BROWN: .....I wasn't driving drunk.....
7      OFFICER PETERSON: You're required by law.....
8      MR. S. BROWN: .....(indiscernible - simultaneous
9  speech).....
10     OFFICER PETERSON: .....to provide a breath sample.
11     MR. S. BROWN: You know what, hey, shut up.
12     OFFICER PETERSON: I'll read you the (indiscernible).....
13     MR. S. BROWN: I (indiscernible) for my lawyer
14 (indiscernible).....
15     OFFICER PETERSON: So, Mr. Brown, you're under arrest for
16 the offense of operating or driving a motor vehicle while
17 intoxicated.
18     MR. S. BROWN: (Indiscernible)
19     OFFICER PETERSON: You're being asked to submit to a
20 chemical test of your breath.....
21     MR. S. BROWN: No. You ripped me out of my own God
22 damn.....
23     OFFICER PETERSON: .....to measure the alcohol content of
24 your breath.
25     MR. S. BROWN: .....house. That sucks. You know what?

Page 29

1      OFFICER PETERSON: Refusal to submit to a chemical
2  test.....
3      MR. S. BROWN: Hey.
4      OFFICER PETERSON: .....can be either Class A
5  misdemeanor.....
6      MR. S. BROWN: Blah, blah, blah.
7      OFFICER PETERSON: .....or a Class C felony.....
8      MR. S. BROWN: Officer, you're full of shit.
9      OFFICER PETERSON: .....if you have been twice
10 convicted.....
11     MR. S. BROWN: (Indiscernible)
12     OFFICER PETERSON: .....of either driving while
13 intoxicated or refusal to take a chemical test in the last five
14 years. The penalty for refusing to take the test is a Class C
15 felony with a maximum sentence of five years in jail and a.....
16     MR. S. BROWN: (Indiscernible)
17     OFFICER PETERSON: .....$50,000 fine.
18     MR. S. BROWN: (Indiscernible)
19     OFFICER PETERSON: Otherwise the penalty.....
20     MR. S. BROWN: (Indiscernible)
21     OFFICER PETERSON: .....is a Class A misdemeanor which has
22 a maximum sentence of one year in jail and a $5,000 fine. If
23 you are convicted of refusal to submit to a chemical test, the
24 court must impose the same mandatory minimum sentence as if you
25 were convicted of driving while intoxicated.

Computer Matrix Court Reporters     PH --907-243-0668              jpk@gci.net
                                    FAX - 907-243-1473             sahile@gci.net

Page 30

1   MR. S. BROWN: Exactly (ph).
2   OFFICER PETERSON: Refusal to submit to a chemical
3   test.....
4   MR. S. BROWN: (Indiscernible - simultaneous speech).....
5   OFFICER PETERSON: .....will result in the denial or
6   revocation.....
7   MR. S. BROWN: .....rips you out of (indiscernible -
8   simultaneous speech).....
9   OFFICER PETERSON: .....of your driver's license or
10  (indiscernible) drive.....
11  MR. S. BROWN: .....(indiscernible - simultaneous
12  speech).....
13  OFFICER PETERSON: .....whether or not you are found
14  guilty.....
15  MR. S. BROWN: .....in my bathroom.....
16  OFFICER PETERSON: .....of driving while intoxicated. And
17  (indiscernible).....
18  MR. S. BROWN: .....(indiscernible - simultaneous
19  speech).....
20  OFFICER PETERSON: .....the effective date of the
21  revocation and explains the procedure.....
22  MR. S. BROWN: Forget it.
23  OFFICER PETERSON: .....to contest the revocation.....
24  MR. S. BROWN: (Indiscernible)
25  OFFICER PETERSON: .....by administrative

Page 31

1   (indiscernible).....
2   MR. S. BROWN: You're an idiot.
3   OFFICER PETERSON: .....will be provided to you by a law
4   enforcement officer.
5   Refusal to submit to a chemical test may be used against
6   you in a civil and criminal action or proceeding.....
7   MR. S. BROWN: (Indiscernible)
8   OFFICER PETERSON: .....arising out of an act alleged to
9   have been committed while.....
10  MR. S. BROWN: Hey.
11  OFFICER PETERSON: .....operating in a motor vehicle.
12  MR. S. BROWN: Shut up.
13  OFFICER PETERSON: The type of test you are being.....
14  MR. S. BROWN: (Indiscernible)
15  OFFICER PETERSON: .....requested to take is a breath
16  test.
17  MR. S. BROWN: (Indiscernible)
18  OFFICER PETERSON: Neither your right to speak with an
19  attorney nor your right to remain silent gives you the right to
20  refuse to submit to a chemical test.
21  MR. S. BROWN: I want my attorney.
22  OFFICER PETERSON: Okay. There's a phone right there.
23  You can call him any time.
24  MR. S. BROWN: Exactly.
25  OFFICER PETERSON: Are you going to provide breath test?

Page 32

1   MR. S. BROWN: Yeah.
2   OFFICER PETERSON: Okay. Here's.....
3   MR. S. BROWN: I'm going to give it to you. But I want my
4   attorney first.
5   OFFICER PETERSON: Like I said, there's a phone right
6   there.
7   MR. S. BROWN: (Indiscernible) talk to (indiscernible).
8   OFFICER PETERSON: And like it says here, I'll be.....
9   MR. S. BROWN: (Indiscernible) to use it.
10  OFFICER PETERSON: Okay. Step on up.
11  MR. S. BROWN: I can't see.
12  OFFICER PETERSON: Do you want me to lead you to it? Do
13  you want me to dial it for you?
14  MR. S. BROWN: No.
15  OFFICER PETERSON: I told you I would.
16  MR. S. BROWN: I don't wan you to dial shit for me. You
17  know what? I'm going to sit right here.....
18  OFFICER PETERSON: Okay.
19  MR. S. BROWN: .....you know.....
20  OFFICER PETERSON: While you're sitting there.....
21  MR. S. BROWN: .....(indiscernible).....
22  OFFICER PETERSON: Like I said, neither.....
23  MR. S. BROWN: .....(indiscernible - simultaneous
24  speech).....
25  OFFICER PETERSON: .....your right to speak with an

Page 33

1   attorney nor your right to remain.....
2   MR. S. BROWN: You know what? I.....
3   OFFICER PETERSON: .....silent gives you the right to
4   refuse.....
5   MR. S. BROWN: .....want my attorney here.....
6   OFFICER PETERSON: .....to submit to a chemical test.
7   MR. S. BROWN: .....and my attorney is Alan Schmitt, and
8   you know what? You're full of shit. You cannot come into my
9   house, drag me out, drag me down here, give me a DWI for
10  nothing. I was not home (ph).
11  OFFICER PETERSON: Are you going to provide a breath
12  sample, sir?
13  MR. S. BROWN: I will provide you with one.
14  OFFICER PETERSON: Okay.
15  MR. S. BROWN: As soon as my attorney gets here.
16  OFFICER PETERSON: Okay. No, sir. That's not the way it
17  works.
18  MR. S. BROWN: Yes.
19  OFFICER PETERSON: You can call.....
20  MR. S. BROWN: I want my attorney now first.
21  OFFICER PETERSON: .....your -- you can call your attorney
22  if you'd like. Okay. But he's not going to come down here,
23  he's not going to be here (indiscernible).....
24  MR. S. BROWN: Whatever. I was in my God damn bathroom
25  (indiscernible) piss. (Indiscernible)

Page 34

1   OFFICER PETERSON: Okay. Like I said, it doesn't matter.
2   Your attorney can't be here. You can call him on the phone.
3   MR. S. BROWN: I did not drive my truck while drinking any
4   alcohol.
5   OFFICER PETERSON: Okay.
6   MR. S. BROWN: That's what I want on the program there.
7   OFFICER PETERSON: Okay.
8   MR. S. BROWN: Right there.
9   OFFICER PETERSON: That won't be a problem if you provide
10  a breath sample, right?
11  MR. S. BROWN: I will.
12  OFFICER PETERSON: Okay. We'll have to wait.....
13  MR. S. BROWN: I want my.....
14  OFFICER PETERSON: .....15 (ph) minutes.
15  MR. S. BROWN: .....attorney.
16  OFFICER PETERSON: He can't be here.
17  MR. S. BROWN: Why not?
18  OFFICER PETERSON: Because he can't be here while we're
19  doing this. You can call him.....
20  MR. S. BROWN: Bull shit.
21  OFFICER PETERSON: You can call him, and the phone's right
22  there. And I told you I'd.....
23  MR. S. BROWN: I want him.....
24  OFFICER PETERSON: .....dial it for you.
25  MR. S. BROWN: .....then.

Page 35

1   OFFICER PETERSON: He can't be here.
2   MR. S. BROWN: I.....
3   OFFICER PETERSON: You can call him.
4   MR. S. BROWN: I want my attorney.
5   OFFICER PETERSON: You can call him.
6   MR. S. BROWN: I want him now.
7   OFFICER PETERSON: Are you going to call him?
8   MR. S. BROWN: Yeah.
9   OFFICER PETERSON: Okay. Do you want me to dial it for
10  you or are you going to dial it?
11  MR. S. BROWN: I'll try.
12  OFFICER PETERSON: Do you want me to dial it for you?
13  MR. S. BROWN: Ha, that way you can hear (ph) shit from
14  me. You already ripped me out of my own God damn house.
15  OFFICER PETERSON: Okay. So you're not going to do it?
16  MR. S. BROWN: What? No.
17  OFFICER PETERSON: (Indiscernible)
18  MR. S. BROWN: I'm not saying I'm not going to do it. You
19  know what though? You already got me out of my house. Shit.
20  I (indiscernible) my aftershave and (indiscernible) lotion.
21  What the fuck.
22  OFFICER PETERSON: Oh, while you were in the bathroom?
23  MR. S. BROWN: Yeah.
24  OFFICER PETERSON: Okay. How big is your aftershave?
25  MR. S. BROWN: Shit. (Indiscernible)

Page 36

1   OFFICER PETERSON: Aftershave?
2   MR. S. BROWN: What the fuck.
3   OFFICER PETERSON: In your bathroom?
4   MR. S. BROWN: (Indiscernible)
5   OFFICER PETERSON: Okay.
6   MR. S. BROWN: (Indiscernible) ingrate (ph) or something.
7   OFFICER PETERSON: So are you going to provide a breath
8   sample for you?
9   MR. S. BROWN: Well, fuck, I'll (indiscernible) fucking
10  (indiscernible), you know what?
11  OFFICER PETERSON: Okay. You're -- you're talking.....
12  MR. S. BROWN: You know what? You ripped into my
13  house.....
14  OFFICER PETERSON: Okay.
15  MR. S. BROWN: .....ripped me out.
16  OFFICER PETERSON: Okay. You're telling me you're going
17  to provide a sample, but.....
18  MR. S. BROWN: You.....
19  OFFICER PETERSON: .....you're not -- you're not.....
20  MR. S. BROWN: You abused me.....
21  OFFICER PETERSON: Okay. It doesn't (indiscernible).....
22  MR. S. BROWN: .....by spraying shit in my fucking
23  face.....
24  OFFICER PETERSON: Okay.
25  MR. S. BROWN: .....when I was cooperating.

Page 37

1   OFFICER PETERSON: Okay. You weren't cooperating. You
2   grabbed that (indiscernible).....
3   MR. S. BROWN: The hell I wasn't.
4   OFFICER PETERSON: You grabbed the (indiscernible).....
5   MR. S. BROWN: You know what? It's me against you.
6   OFFICER PETERSON: Okay.
7   MR. S. BROWN: You know what?
8   OFFICER PETERSON: What?
9   MR. S. BROWN: You're wrong.
10  OFFICER PETERSON: Okay.
11  MR. S. BROWN: You know what? And I can't fucking see,
12  and so how in the hell can I dial.....
13  OFFICER PETERSON: I told you I'd.....
14  MR. S. BROWN: .....(indiscernible).....
15  OFFICER PETERSON: .....dial it for you. I told you I'd
16  dial it.....
17  MR. S. BROWN: I don't trust you.
18  OFFICER PETERSON: Do you want to have the trooper dial it
19  for you?
20  MR. S. BROWN: A trooper? What the fuck, no trooper was
21  in my damn house, not that I saw.
22  OFFICER PETERSON: He wasn't in your house. So do.....
23  MR. S. BROWN: Exactly.
24  OFFICER PETERSON: .....you trust him? I'm just wondering
25  if you want.....

POLICE TAPE 10446                                                S. BROWN CASE

11 (Pages 38 to 41)

Page 38

1  MR. S. BROWN: No.
2  OFFICER PETERSON: .....him to dial it for you.
3  MR. S. BROWN: What do you want? What do you want from
4  me?
5  OFFICER PETERSON: I want.....
6  MR. S. BROWN: Huh?
7  OFFICER PETERSON: .....I want you to provide.....
8  MR. S. BROWN: Do you want.....
9  OFFICER PETERSON: .....a breath sample.
10 MR. S. BROWN: .....(indiscernible) hear (ph) you. Oh, do
11 you want to fuck Scott for something he didn't do? Oh, well,
12 Scott, is -- you know, fucking let me do that, right? Wrong.
13 I'll tell you what. I will not concede to anything.
14 OFFICER PETERSON: Okay.
15 MR. S. BROWN: I will not.
16 OFFICER PETERSON: You're not going.....
17 MR. S. BROWN: You know what?
18 OFFICER PETERSON: .....to provide a breath sample?
19 MR. S. BROWN: You leave me along. I did not give you
20 or.....
21 OFFICER PETERSON: Okay. You're not going to provide a
22 breath sample.....
23 MR. S. BROWN: You know what?
24 OFFICER PETERSON: .....right now?
25 MR. S. BROWN: You violated my criminal (ph) rights. You

Page 39

1  tore me out of my home.
2  OFFICER PETERSON: Are you going to provide a breath
3  sample, Scott?
4  MR. S. BROWN: I'll tell you what. I'm going to give you
5  any fucking thing you want.
6  OFFICER PETERSON: Okay.
7  MR. S. BROWN: You know what? I can't fucking see
8  nothing.
9  OFFICER PETERSON: Okay.
10 MR. S. BROWN: And I want that on record. I don't -- I
11 can't see anything, or I can't do anything. You won't give me
12 my lawyer. You won't call my lawyer. You won't do anything.
13 OFFICER PETERSON: Do you want me to call your lawyer for
14 you?
15 MR. S. BROWN: You know what? I'm going to call my own
16 damn lawyer and I want you to clear my eyes up, because I can't
17 fucking see.
18 OFFICER PETERSON: I told you there's water at your feet.
19 You (indiscernible).
20 MR. S. BROWN: You know what?
21 OFFICER PETERSON: You threw it down. There's a rag right
22 there.....
23 MR. S. BROWN: You.....
24 OFFICER PETERSON: .....for you, too.
25 MR. S. BROWN: .....are so full of shit, that if I met you

Page 40

1  on a curvy (ph) road I'd (indiscernible) piss on you.
2  Side B
3  OFFICER PETERSON: Okay.
4  MR. S. BROWN: You know what (indiscernible).
5  UNIDENTIFIED VOICE: (Indiscernible)
6  MR. S. BROWN: (Indiscernible)
7  UNIDENTIFIED VOICE: I was going to (indiscernible).....
8  MR. S. BROWN: (Indiscernible) is no fucking idiot, like
9  you (indiscernible). You chase me in my fucking house, held me
10 in my bathroom for over five minutes.
11 OFFICER PETERSON: What's that?
12 UNIDENTIFIED VOICE: (Indiscernible)
13 MR. S. BROWN: You know what? You guys usually
14 (indiscernible) like you mother fuckers, but, you know what,
15 can I (indiscernible).
16 (Voices in the background, it sounds like on the
17 telephone)
18 UNIDENTIFIED VOICE: He's in church.
19 OFFICER PETERSON: Okay.
20 MR. S. BROWN: Take me home.
21 OFFICER PETERSON: Mr. Brown, your lawyer's at church.
22 MR. S. BROWN: Just take me home.
23 OFFICER PETERSON: You're not going home. You're under
24 arrest.
25 MR. S. BROWN: Bull shit.

Page 41

1  OFFICER PETERSON: You're under arrest for DWI.
2  MR. S. BROWN: For what?
3  OFFICER PETERSON: DWI.
4  MR. S. BROWN: I -- I ain't fucking drunk.
5  OFFICER PETERSON: Okay.
6  MR. S. BROWN: I'm fucking stoned on God damn pepper spray
7  or whatever the fuck that was.
8  OFFICER PETERSON: Well, if you'll provide a breath sample
9  for me, I mean, that should clear everything up, right?
10 MR. S. BROWN: You chase me into my fucking house? I'm
11 going to sue you.
12 OFFICER PETERSON: Okay. That's fine. But we.....
13 MR. S. BROWN: (Indiscernible)
14 OFFICER PETERSON: .....need to take care of business
15 right now, okay?
16 MR. S. BROWN: No. I'm going to sue you idiots.
17 OFFICER PETERSON: I know.
18 MR. S. BROWN: Some (indiscernible).....
19 OFFICER PETERSON: But I need to do.....
20 MR. S. BROWN: .....(indiscernible - simultaneous speech)
21 OFFICER PETERSON: .....my job, all right?
22 MR. S. BROWN: Go ahead. Do it.
23 OFFICER PETERSON: Okay. So you're willing to
24 provide.....
25 MR. S. BROWN: Okay. Do it.

POLICE TAPE 10446                                                                 S. BROWN CASE

12 (Pages 42 to 45)

### Page 42

1  OFFICER PETERSON: .....a breath sample?
2  MR. S. BROWN: Whatever you want.
3  OFFICER PETERSON: Okay. We have to wait 15 minutes,
4  okay?
5  MR. S. BROWN: Whatever you fucking want.
6  OFFICER PETERSON: Okay. During that 15 minutes, you need
7  to make sure.....
8  MR. S. BROWN: (Indiscernible)
9  OFFICER PETERSON: .....you don't put anything in your
10 mouth.
11 MR. S. BROWN: (Indiscernible) my lawyer -- my lawyer now,
12 and I would like to confer with him, and then I'll be right
13 back with you.
14 OFFICER PETERSON: Okay. We told you your lawyer's at
15 church. Okay? We tried to get ahold of him for you.
16 MR. S. BROWN: My lawyer's at church?
17 OFFICER PETERSON: Yes, he is.
18 MR. S. BROWN: It's fucking Saturday.
19 OFFICER PETERSON: Trooper Hill called his house, and he
20 family said he was at church.
21 MR. S. BROWN: I'm at (indiscernible). Am I at Kodiak
22 P.D.?
23 OFFICER PETERSON: Yes, sir, you are.
24 MR. S. BROWN: What -- what's a trooper doing calling
25 anyway?

### Page 43

1  OFFICER PETERSON: Because you asked him to.
2  MR. S. BROWN: Where's my house at?
3  OFFICER PETERSON: On Purtov.
4  MR. S. BROWN: Is that in the city of Kodiak?
5  OFFICER PETERSON: Yes, it is.
6  MR. S. BROWN: Why is a trooper calling my house?
7  OFFICER PETERSON: He's not calling your house.
8  TROOPER HILL: Because he asked me to. He asked me to
9  (indiscernible).
10 MR. S. BROWN: You know what? You know what? You guys
11 have (indiscernible). You know what? I'm not guilty of
12 anything. Except for blowing snot on your boots.
13 TROOPER HILL: (Indiscernible)
14 MR. S. BROWN: I wish I could, you know. I was 10 years
15 in the army, and you know what? You (indiscernible) mother
16 fucking deserve a spit from me. So what do you think about
17 that?
18 OFFICER PETERSON: That's fine. We have to wait 15
19 minutes.
20 MR. S. BROWN: (Indiscernible)
21 OFFICER PETERSON: We have to wait 15 minutes before you
22 provide a breath sample, okay?
23 MR. S. BROWN: Whatever. Whatever.
24 OFFICER PETERSON: Okay. During that 15 minutes, you need
25 to make sure.....

### Page 44

1  MR. S. BROWN: (Indiscernible) 15 minutes. You.....
2  OFFICER PETERSON: No, it hasn't. You need to make sure
3  you don't put anything in your mouth. Okay?
4  MR. S. BROWN: You know what?
5  OFFICER PETERSON: And you need to make sure you don't
6  burp anything up, okay?
7  MR. S. BROWN: Hey, buddy.
8  OFFICER PETERSON: Yeah?
9  MR. S. BROWN: You just make sure you don't put nothing up
10 your ass (ph). Fucking fag.
11 OFFICER PETERSON: Did you understand what I said?
12 MR. S. BROWN: Do you understand what I'm saying?
13 OFFICER PETERSON: I heard what.....
14 MR. S. BROWN: (Indiscernible)
15 OFFICER PETERSON: .....you said. I heard what you said.
16 MR. S. BROWN: Okay. Now just shut up.
17 OFFICER PETERSON: Now, did you -- did you hear what I
18 said?
19 MR. S. BROWN: Shut up. I'm the one with -- with the
20 right here. You're just a God damn patrolman.
21 OFFICER PETERSON: Okay.
22 MR. S. BROWN: You are to uphold Alaska law. You -- I
23 have rights. I want my lawyer here before I take any test.
24 OFFICER PETERSON: Okay. Your lawyer's not coming her.
25 MR. S. BROWN: Well, that's what I want.

### Page 45

1  OFFICER PETERSON: Does that mean you're not going to
2  provide a breath sample?
3  MR. S. BROWN: No. I'll give you anything you God damn
4  want.
5  OFFICER PETERSON: You'll give me a breath sample?
6  MR. S. BROWN: I'll give you any God damn thing you want,
7  buddy.
8  OFFICER PETERSON: Okay.
9  MR. S. BROWN: I'll -- I'll piss in your fucking pocket if
10 you want me to.
11 OFFICER PETERSON: That's all right. I don't need that.
12 MR. S. BROWN: Exactly. You know what, I'm against you.
13 OFFICER PETERSON: Okay.
14 MR. S. BROWN: You know what? I ain't fucking stupid.
15 Today is my first fucking day, and you know what? You're
16 wrong. I ain't drunk, and I ain't fucking stupid. My fucking
17 eyes are peppered out. And you know what? And you're going to
18 pay for that.
19 OFFICER PETERSON: How am I going to pay for that?
20 MR. S. BROWN: I'm going to sue you.
21 OFFICER PETERSON: Okay.
22 MR. S. BROWN: Fucking idiots. (Indiscernible), isn't it?
23 If you gotta shit, I might be spraying on you. Fuck that shit.
24 UNIDENTIFIED VOICE: I don't have any (indiscernible), do
25 you have anything?

Page 46

1  MR. S. BROWN: You know what, I was 10 years.....
2  OFFICER PETERSON: Basic.
3  MR. S. BROWN: .....in the military.
4  UNIDENTIFIED VOICE: Okay.
5  MR. S. BROWN: You can't fuck with me. You dumb ass.
6  Bitch. (Indiscernible) fucking cop. You're an idiot.
7  (Indiscernible) fuck with (indiscernible). (Indiscernible)
8  shit, man, go in the kitchen and drag him out of his house with
9  his kids watching and shit. You're a real fucking man, ain't
10 you? Ain't you? (Indiscernible) shit. I ain't forgetting
11 you. You know what? You're wrong and I'm right. You've got
12 nothing to say, do you?
13 OFFICER PETERSON: What do you want me to say? You won't
14 listening to me anyways.
15 MR. S. BROWN: Huh?
16 OFFICER PETERSON: You won't listen to me anyways.
17 MR. S. BROWN: You know why?
18 OFFICER PETERSON: Why?
19 MR. S. BROWN: Because you're fucking stupid. You ripped
20 me out of my own bathroom in my fucking house. You weren't
21 behind me, and you didn't have the lights on me. You didn't
22 have shit on me. Why did you chase me into my house, huh?
23 OFFICER PETERSON: Because I -- I was behind you, and
24 I.....
25 MR. S. BROWN: No, you weren't.

Page 47

1  OFFICER PETERSON: .....did have my lights on.
2  MR. S. BROWN: You were going up Pillar Mountain, weren't
3  you? I was sitting in the passenger seat. You're.....
4  OFFICER PETERSON: Okay.
5  MR. S. BROWN: .....a fucking idiot.
6  OFFICER PETERSON: Why did you get out of the driver's
7  seat then?
8  MR. S. BROWN: That's the -- that's the way I always get
9  out. What (indiscernible) with the keys to the truck?
10 OFFICER PETERSON: Why didn't you tell me about it when
11 I.....
12 MR. S. BROWN: Where's the keys.....
13 OFFICER PETERSON: .....first talked to you.
14 MR. S. BROWN: .....to the truck?
15 OFFICER PETERSON: Why didn't you tell me that when I.....
16 MR. S. BROWN: Where's the keys.....
17 OFFICER PETERSON: .....first talked to you?
18 MR. S. BROWN: .....to the truck at?
19 OFFICER PETERSON: They're inside the house somewhere. It
20 doesn't matter.
21 MR. S. BROWN: Bull shit if it doesn't matter.
22 OFFICER PETERSON: It does -- I saw you get out of the
23 driver's seat.
24 MR. S. BROWN: I wasn't driving the truck.
25 OFFICER PETERSON: Who was driving it then?

Page 48

1  MR. S. BROWN: I don't know. I'm too stupid.
2  OFFICER PETERSON: I didn't say you were stupid, Mr.
3  Brown.
4  MR. S. BROWN: I'm stupid. I don't know anyway (ph). Go
5  ahead, do what the fuck you want, but you know what? I'm suing
6  you.
7  OFFICER PETERSON: Okay.
8  MR. S. BROWN: Okay. Say what you want, my Fifth
9  Amendment -- Amendment rights have been violated. You're going
10 to get it, that's all I know. Yeah, how (indiscernible). You
11 know what? (Indiscernible) I wasn't blowing snot like that,
12 but you're the one that made it happen. I'm not a fucking pig
13 (ph) and I'm not a fucking idiot.
14 OFFICER PETERSON: I didn't say you were, Mr. Brown.
15 MR. S. BROWN: You know what? You're on the wrong side of
16 me now. You know what? I've been a law abiding citizen all of
17 my life. I spent years in the army doing a lot of things for
18 my country. You know what? (Indiscernible)
19 (Radio and voices in the background)
20 MR. S. BROWN: What do you guys do anyway?
21 (Indiscernible) regs and follow people and invade their house
22 or what?
23 OFFICER PETERSON: No, sir.
24 MR. S. BROWN: That's what it looks like to me. You know
25 what?

Page 49

1  OFFICER PETERSON: What's that?
2  MR. S. BROWN: I wish I could make you eat that, but I
3  know when I'm outnumbered. So anyway. Are you going to help
4  me, or what the hell can you do?
5  OFFICER PETERSON: Okay. It's almost time to take the
6  breath test, provide your breath test, okay?
7  MR. S. BROWN: (Indiscernible) No. You get this shit off
8  my face.
9  OFFICER PETERSON: Okay. The only thing is time. That's
10 why.....
11 MR. S. BROWN: No.
12 OFFICER PETERSON: .....I gave you the water bottle.
13 MR. S. BROWN: Uh-uh. No. God damn, I can't even see
14 nothing. I'm going to run my head into a fucking wall.
15 OFFICER PETERSON: Okay. You said you'd provide a breath
16 sample, right?
17 MR. S. BROWN: I will, but, damn, you've got to get rid of
18 this shit.
19 OFFICER PETERSON: Use the water like I told you.
20 MR. S. BROWN: God damn, I keep (indiscernible).
21 OFFICER PETERSON: That's the only thing that's going to
22 help.
23 MR. S. BROWN: You (indiscernible) my fucking ankle, you
24 fucking bitch. You fucking -- I'm going to sue you.
25 OFFICER PETERSON: Okay. That's your left ankle. You

Page 50

1  told me it was your right ankle.
2      MR. S. BROWN: You know what? I wish you'd
3  (indiscernible). You know what? I'd like to see how well
4  you'd think if someone dragged you out of your house, spray you
5  with a bunch of shit, fucking ram (ph) me in the fucking
6  (indiscernible), spray (indiscernible). You're fucking punks.
7  A guy like me? You've got to take me. You know why? Because
8  you're a pussy. (Indiscernible) pepper spray on you. Oh, my.
9  I'll do any God damn thing you want, (indiscernible). I want
10 my lawyer. Get my lawyer.
11     TROOPER HILL: Are you asking me to try and call him
12 again?
13     MR. S. BROWN: Give me the (indiscernible).
14     TROOPER HILL: Do you want to try to call him?
15     MR. S. BROWN: (Indiscernible) fucking you. Fucking to
16 one sided fucking operation here. All you guys do is bull
17 shit. You've got company (ph), and (indiscernible).
18     OFFICER PETERSON: (Indiscernible, loud alarm type sound)
19 portable off. The portable?
20     MR. S. BROWN: (Indiscernible) Oh, hey, get back here in
21 the room with the fucking phones. If that's my lawyer, I ain't
22 talking to him, until I'm talking to him.
23     UNIDENTIFIED VOICE: (Indiscernible)
24     MR. S. BROWN: No, (indiscernible) I ain't doing
25 (indiscernible). No. No. Fuck off. That's bogus. Fuck.

Page 51

1  You guys just want to torture me. I know that.
2      TROOPER HILL: He's still not home, but -- so I left a
3  message for him to call.
4      MR. S. BROWN: I can't believe you guys. You fucking pull
5  me out of my own fucking (indiscernible), out of my bathroom no
6  less. I wasn't drunk, I wasn't even drinking until you came.
7  Hey, you can go on and do a decontamination (ph), and
8  (indiscernible, loud alarm type sound) 349 (ph).
9      OFFICER PETERSON: In the army?
10     MR. S. BROWN: Yeah. Ten years. (Indiscernible) fuck,
11 I'd bust your ass. I've never done nothing (indiscernible).
12 Fucking let me go. You'd never see me again. Fucking idiot.
13 You know what? I'm going to cause problems for you. You know
14 why? Because you're wrong. I wasn't driving drunk.
15     OFFICER PETERSON: Okay. Mr. Brown, if you're going to
16 provide a breath sample, the time is now. Okay? It's ready.
17     MR. S. BROWN: Hey, you know what?
18     OFFICER PETERSON: What's that?
19     MR. S. BROWN: When I provide a breath sample, my lawyer's
20 going to be here, right?
21     OFFICER PETERSON: Sir, you -- no, this is your time
22 right.
23     MR. S. BROWN: I'm not refusing.
24     OFFICER PETERSON: Your lawyer cannot be here. If you
25 don't blow into this, that means you're refusing.

Page 52

1      MR. S. BROWN: Whatever.
2      OFFICER PETERSON: Okay. Are you going to provide a
3  breath sample for me?
4      MR. S. BROWN: Yes.
5      OFFICER PETERSON: Okay. Come on over here. Put down the
6  bottle.
7      MR. S. BROWN: Oh, and what's in here?
8      OFFICER PETERSON: Water.
9      MR. S. BROWN: Yeah, right.
10     OFFICER PETERSON: Put it down. Come on over here. Okay.
11 This is this -- this is the.....
12     MR. S. BROWN: (Indiscernible)
13     OFFICER PETERSON: .....(indiscernible) right here.
14     MR. S. BROWN: Hey, you've got my wallet, right.....
15     OFFICER PETERSON: No.
16     MR. S. BROWN: .....with all my money?
17     OFFICER PETERSON: It wasn't on you. This is the mouth
18 piece here. You need to take a deep breath, close your lips
19 around the mouth piece and blow as hard as you can for as long
20 as you can.
21     MR. S. BROWN: What are you (indiscernible) or something?
22     OFFICER PETERSON: Yes, I do. I (indiscernible).
23     MR. S. BROWN: Fucking gang member.
24     OFFICER PETERSON: Deep -- a deep breath and blow. Okay.
25 You need to keep blowing as long as you can, probably about 10

Page 53

1  seconds. 1, 2, 3, 4, 5, 6, 7, 8, 9, 10. Perfect. Go and have
2  a seat, Mr. Brown.
3      MR. S. BROWN: Hell, no, I want to see.
4      OFFICER PETERSON: I'll let you know as soon as it's done,
5  okay?
6      MR. S. BROWN: What?
7      OFFICER PETERSON: I'll let you know. It's going to take
8  a while for it to clear itself, okay?
9      MR. S. BROWN: Oh, what the fuck. Man, you
10 (indiscernible, machine noises). You know what?
11 (Indiscernible) I'm going (indiscernible) fucking
12 (indiscernible).
13     OFFICER PETERSON: Okay. Mr. Brown, the instrument's
14 showing it was an invalid test, okay? I'm not sure if that
15 means.....
16     MR. S. BROWN: (Indiscernible)
17     OFFICER PETERSON: .....there's too much alcohol in the
18 air.
19     MR. S. BROWN: Come on.
20     OFFICER PETERSON: Or if you didn't blow -- blow properly.
21 What I'm going to do is I'm going to open the door.
22     MR. S. BROWN: What the fuck.
23     OFFICER PETERSON: I'm sorry. I'm going to open the door,
24 and try to clear out the air in here.
25     MR. S. BROWN: Only because you want it to be -- you know

Page 54

1  what? I want my lawyer here now.
2      OFFICER PETERSON: Okay. This is showing.....
3      MR. S. BROWN: I want my.....
4      OFFICER PETERSON: .....it's invalid, okay?
5      MR. S. BROWN: .....lawyer. Thank you.
6      OFFICER PETERSON: Sit down.
7      MR. S. BROWN: Yeah, I'm going to sit down all right.
8  Give me my lawyer, sir. I want my lawyer.
9      OFFICER PETERSON: We tried to call him twice.
10     MR. S. BROWN: (Indiscernible)
11     OFFICER PETERSON: Did they -- did they say what time he'd
12 be back?
13     TROOPER HILL: (Indiscernible).....
14     OFFICER PETERSON: Okay.
15     TROOPER HILL: .....to the house.
16     OFFICER PETERSON: Okay.
17     TROOPER HILL: She (ph) said (indiscernible).
18     MR. S. BROWN: You know what? You guys are
19 (indiscernible, equipment noise).
20     OFFICER PETERSON: Okay. You understand this is -- this
21 is my job. This is what I have to do, okay?
22     MR. S. BROWN: You know what? My job is citizen of
23 America. Yeah. You have the wrong fucking job, and I want to
24 make sure you don't do it to anyone else.
25     OFFICER PETERSON: Okay. I'm going to have to ask you to

Page 55

1  provide another breath sample, okay, since that one was
2  invalid?
3      MR. S. BROWN: No. I want my lawyer.
4      OFFICER PETERSON: You're not going to provide a breath
5  sample for me?
6      MR. S. BROWN: Yeah, I will.
7      OFFICER PETERSON: Okay.
8      MR. S. BROWN: I will do it. You (indiscernible) to get
9  me on that little technical bull shit, fucking bull shit.
10 (Indiscernible) fucking stupid. God damn that shit burns, boy.
11 It's a wonder you ain't got holes all through these walls and
12 shit. (Indiscernible) What's all that beeping (indiscernible,
13 machine noise)?
14     OFFICER PETERSON: Just me putting the information into
15 the -- the data master.
16     MR. S. BROWN: You know what? (Indiscernible, machine
17 noise). (Indiscernible) mean shit to you. I haven't broke the
18 law, I didn't do nothing.
19     OFFICER PETERSON: Did you burp something up from your
20 stomach?
21     MR. S. BROWN: What?
22     OFFICER PETERSON: Did you just burp something up from
23 your stomach when you burped?
24     MR. S. BROWN: Yeah.
25     OFFICER PETERSON: You did? Okay. We're going to have to

Page 56

1  wait another 15 minutes then before you can provide a breath
2  sample. You need to make sure that you don't burp anything up.
3      MR. S. BROWN: What?
4      OFFICER PETERSON: It makes the test look worse than it
5  actually is.
6      MR. S. BROWN: You know what? Dude, just fucking take me
7  home.
8      OFFICER PETERSON: I can't do that.
9      MR. S. BROWN: I ain't done fucking shit wrong. I feel
10 like (indiscernible), but I don't have self-control
11 (indiscernible).
12     OFFICER PETERSON: I appreciate it.
13     MR. S. BROWN: Come on, man. What the fuck, I ain't done
14 shit wrong.
15     OFFICER PETERSON: Why wouldn't you talk to me then?
16     MR. S. BROWN: I'm -- I'm lonely (ph). Just -- just take
17 me home.
18     OFFICER PETERSON: Who was driving?
19     MR. S. BROWN: Not me.
20     OFFICER PETERSON: Okay.
21     MR. S. BROWN: Can you take me home?
22     OFFICER PETERSON: No.
23     MR. S. BROWN: (Indiscernible) you got me out of my God
24 damn bathroom. I'll tell you what. I want my lawyer now.
25     OFFICER PETERSON: I told you, we tried calling him, and

Page 57

1  he's not at home.
2      MR. S. BROWN: Well, you never let me try calling him.
3      OFFICER PETERSON: Would you like to try calling him?
4      MR. S. BROWN: Yeah.
5      OFFICER PETERSON: Okay. Go ahead and stand up. Do you
6  know his phone number?
7      MR. S. BROWN: No.
8      OFFICER PETERSON: Okay. His phone number is on the wall
9  right there. Okay? You have to dial 9 before you dial his
10 number. Do you see it?
11     MR. S. BROWN: Oh, yeah.
12     OFFICER PETERSON: There you go. Dial 9 before you dial
13 his number. Dial 9.
14     UNIDENTIFIED VOICE: (Indiscernible)
15     (Pause)
16     UNIDENTIFIED VOICE: (Indiscernible)
17     OFFICER PETERSON: Probably. Did you dial his office or
18 his home, after hours?
19     MR. S. BROWN: I don't know.
20     OFFICER PETERSON: Okay.
21     MR. S. BROWN: I dialed Alan Schmitt, (indiscernible).
22     OFFICER PETERSON: Okay. He's got two numbers up there.
23 One's for after hours, and since it's the weekend, it's going
24 to be that one. So it's going to be the 5314 number.
25     (Pause)

POLICE TAPE 10446                                                    S. BROWN CASE

16 (Pages 58 to 61)

Page 58

1    MR. S. BROWN: Hey, Alan, this is Scott Brown at 537-65-
2  6907. The cops got me. They ripped me out of my own house,
3  and put me under arrest, pulled me out of my own bathroom and
4  said I was driving a truck that did something wrong. I don't
5  know what the hell wrong. But anyway, I have (indiscernible)
6  call (indiscernible) and somewhere (ph) going on the same one,
7  and I just need you to get over here. Thank you. 'Bye. I'm
8  (indiscernible). 'Bye.
9    OFFICER PETERSON: Okay. It's 6:00 o'clock. We have to
10 wait another 15 minutes before providing the next sample, okay?
11   MR. S. BROWN: Whatever.
12   OFFICER PETERSON: And like I said, you need to make sure
13 you don't burp anything up from your stomach.
14   MR. S. BROWN: What?
15   OFFICER PETERSON: Bring anything up from your stomach.
16 Don't -- don't do that, okay?
17   MR. S. BROWN: I didn't do it (indiscernible).
18   OFFICER PETERSON: Okay. If you do it, and you keep on
19 doing it, that's an indication to me that you're not willing to
20 provide a breath sample.
21   MR. S. BROWN: I told you I'm willing.
22   OFFICER PETERSON: Then you need to make sure that you
23 don't burp anything.....
24   MR. S. BROWN: (Indiscernible - simultaneous speech).....
25   OFFICER PETERSON: .....for another few minutes, okay?

Page 59

1    MR. S. BROWN: You know what?
2    OFFICER PETERSON: What's that?
3    MR. S. BROWN: You're just trying to piss me off, aren't
4  you?
5    OFFICER PETERSON: No, I'm not. I'm not. I'm just.....
6    MR. S. BROWN: Bull shit.
7    OFFICER PETERSON: Hey, I'm telling you.....
8    MR. S. BROWN: You know what?
9    OFFICER PETERSON: What?
10   MR. S. BROWN: You're -- are so full of fucking shit, I
11 didn't (ph) fucking hire (ph) a God damn garbage truck and get
12 a straighter answer.
13   OFFICER PETERSON: What did.....
14   MR. S. BROWN: God dammit.
15   OFFICER PETERSON: What did (indiscernible).....
16   MR. S. BROWN: I'm not fucked up. You know what? You're
17 going to be a fool here. Do what you want, buddy.
18   OFFICER PETERSON: Okay.
19   MR. S. BROWN: You know what? I'm going to own your
20 fucking car.
21   OFFICER PETERSON: Okay.
22   MR. S. BROWN: That's what I do.
23   OFFICER PETERSON: During the 15 minutes, make sure you
24 don't burp anything up, okay?
25   MR. S. BROWN: Do you know what (indiscernible)?

Page 60

1    OFFICER PETERSON: You're a mechanic.
2    MR. S. BROWN: Exactly.
3    UNIDENTIFIED VOICE: (Indiscernible) right there.
4    MR. S. BROWN: You know what? You're no more of a man
5  than I am.
6    UNIDENTIFIED VOICE: I never said I was.
7    MR. S. BROWN: Exactly. And I know you're not. And I
8  know for certain you're not. A fucking boy is all you are.
9  Fucking new. A 24-year old (indiscernible) is all you are,
10 with a fucking badge. You know what I am?
11   OFFICER PETERSON: What's that?
12   MR. S. BROWN: I've got a whole lot more than you have. I
13 was 10 years in the military for one.
14   OFFICER PETERSON: That's impressive. It is.
15   MR. S. BROWN: Exactly. I was E-5 in four years. And
16 I've done way more.....
17   OFFICER PETERSON: (Indiscernible)
18   MR. S. BROWN: .....than you will ever fucking do. You
19 know what? To bust a guy in his own house, out of his own
20 fucking bathroom. I'm fucking proud of you. (Indiscernible)
21 marriage (ph) and all (indiscernible), and I'm fucking proud of
22 you. You're a fucking homo (ph). I want my fucking lawyer and
23 I want him now. I don't care. Give me a different lawyer.
24   OFFICER PETERSON: There's several right here if you want
25 to call.

Page 61

1    MR. S. BROWN: (Indiscernible) Go ahead, dial them up. I
2  can't see the numbers (indiscernible).
3    OFFICER PETERSON: Yes, you can. You dialed your lawyer's
4  number. You can come up here and dial. I'm not going to dial
5  any more. Okay?
6    MR. S. BROWN: After you guys broke my fucking ankle.....
7    OFFICER PETERSON: Use.....
8    MR. S. BROWN: .....you fucking idiots.
9    OFFICER PETERSON: Use the after hours number.
10   MR. S. BROWN: You're a fucking idiot. Dial 9 first?
11   OFFICER PETERSON: Yes, sir.
12   MR. S. BROWN: 9-4-8.....
13          (END OF TAPE)

```
                                    Page 62
 1            C E R T I F I C A T E
 2  UNITED STATES OF AMERICA)
                            ) ss.
 3  STATE OF ALASKA         )
 4      I, Joseph P. Kolasinski, Notary Public in and for the
    State of Alaska, and Reporter for Computer Matrix, do hereby
 5  certify:
 6      THAT the foregoing recorded statement was transcribed
    under my direction and reduced to print to the best of our
 7  knowledge and ability from a audiotape provided by Mr. Frank
    Koziol;
 8
        THAT the Transcript as heretofore annexed is a true and
 9  correct transcription of said tape requested to be transcribed.
10      THAT the original of said Transcript has been filed with:
11      Mr. Frank S. Koziol
        618 Christensen Drive
12      Anchorage, Alaska  99501
13      I further certify that I am not a relative, nor employee,
    nor attorney, nor of counsel of any of the parties to the
14  foregoing matter, nor in any way interested in the outcome of
    the matter therein named.
15
        IN WITNESS WHEREOF, I have hereunto set my hand and
16  affixed my seal this 18th day of October 2006.
17
18          Joseph P. Kolasinski
            Notary Public in and for Alaska
19          My Commission Expires: 03/12/08
20
21
22
23
24
25
```