PROCESSING TAPE

OF

SCOTT BROWN

January 4, 2003

P           RB
MAY - 7 2008

Ex. Q

SCOTT BROWN                                1/4/2003                         PROCESSING TAPE
Vol 1

2 (Pages 2 to 5)

Page 2

```
1            PROCEEDINGS
2    (On record)
3    (Side A)
4    Q = OFFICER PETERSON;  A = MR. BROWN
5  Q  .....sit down, all right.
6  A  Goddamn you. You fucking get the shit out of my eye, man.
7     Goddamn it.
8  Q  Stay cool. Get those -- get those hands on top.....
9  A  Man.....
10 Q  Lean against the wall.
11 A  .....you get this shit out of my.....
12 Q  Lean against the wall.
13 A  .....fucking eyes, please. Fuck. (indiscernible) what
14    the fuck are you doing?
15 Q  Let's get those cuffs off, okay.
16 A  Okay.
17 Q  (Indiscernible).....
18 A  No problem, man. I -- I ain't doing fuck. I ain't -- I
19    ain't got shit against you. I got nothing against you.
20    Get that shit out of my fucking eyes, man.
21 Q  We will. We will. We will.
22 A  Now.
23 Q  Okay.
24 A  Goddamn it. You guys are like fucking Nazis, man. Fuck,
25    I never ever did this shit (indiscernible) prisoner.
```

Page 3

```
1     Never.
2  Q  Keep your hands on the wall, put right up on the wall.
3  A  No problem, man. See my elbow. My elbow was just
4     operated on, man. You guys fucking torqued me off.
5  Q  Go sit down, Scott. Okay. Okay. To your right. To your
6     right. To your right. To your right there's a chair,
7     okay.
8  A  This is my right?
9  Q  Yeah, to your right. To your right.
10 A  Here.
11 Q  Your right side, this way. Okay. There's a chair there.
12 A  I -- what the fuck do you want me to do?
13 Q  Sit down in the chair, Scott.
14 A  Goddamn it. You guys give me something for my fucking
15    eye.
16 Q  I'm going to, sit down first. Sit down.
17 A  Give me something.
18 Q  Scott, we will. Just sit down.
19 A  Ouch.
20 Q  Sit down.
21 A  Ouch.
22 Q  Okay. Sit down, okay.
23 A  Goddamn it.
24 Q  (Indiscernible)
25 A  Fuck. I ain't kidding you guys, man. My fucking ankle is
```

Page 4

```
1     fucked up. I'm under a doctor's care, look.
2  Q  Okay. Then just sit down.
3  A  My fucking ankle is fucked. You guys stepped all over it.
4  Q  (Indiscernible) for me.
5  A  Goddamn it, you guys. I never did nothing wrong, man.
6     Nothing. You guys are fucking full of shit.
7  Q  Don't wipe it on the wall, please.
8  A  Fuck, man. What the fuck do you want me to do, huh? Put
9     yourself in my fucking place. You guys ripped me out of
10    my own fucking house.
11 Q  Okay. This is water, okay?
12 A  I never done nothing.
13 Q  Okay. Going to spray it on your face, okay. This is
14    going to cool you down. Okay. Spray your face you can do
15    it, okay. Spray your face now that you need it. Here's a
16    rag for you. Wipe down your face, okay. What's your last
17    name, Scott?
18 A  What the fuck you think it is, idiot?
19 Q  I don't know.
20 A  It ain't ream. God, shit can burn.
21 Q  I know. What's your last name, sir?
22 A  I've never had that before.
23 Q  It's not a very good experience for the first time.
24 A  You know what, I want my fucking lawyer now.
25 Q  Okay.
```

Page 5

```
1  A  Now.
2  Q  What's your last name, Scott?
3  A  I want my lawyer now.
4  Q  Okay. I need to know your.....
5  A  I want Mr. Schmidt.
6  Q  I need to know your last name.
7  A  Nope. I ain't giving you nothing. You invaded my house.
8     I want my fucking lawyer. I want my phone call. I want
9     it now.
10 Q  Okay. There's a phone right here if you
11    (indiscernible).....
12 A  Fifth amendment rights are invoked, now.
13 Q  Okay. I still need to know your last name.
14 A  Brown.
15 Q  Brown? Scott Brown?
16 A  Yeah.
17 Q  What's your birth date, Scott?
18 A  Fucking I was born, fuck, you guys.
19 Q  What's your birth date?
20 A  You know what, I ain't playing your fucking games.
21 Q  Okay, Scott, I just need to know your birth date.
22 A  I'm not playing your games. Quit.
23 Q  This isn't a game, Scott, just need to know your birth
24    date.
25 A  Yeah. It's a fucking game.
```

SCOTT BROWN                            1/4/2003                         PROCESSING TAPE
Vol 1

3 (Pages 6 to 9)

Page 6

1  Q   What's your birth date?
2  A   I was in the military before. You know what, you get
3      nothing. Name, rank, serial number, that's it.
4  Q   Okay. What's your serial number, then?
5  A   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.
6  Q   6907?
7  A   Yep, and that's it.
8  Q   Hey, Doug, you want to check on a Social Security number
9      for me?
10 A   Fuck, I'm all American.....
11 Q   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.
12 A   You know what, I'm all American -- you know what, you
13     can't touch me, boys. I never done nothing wrong.
14     (Off record)
15     (On record)
16 Q   Okay. See that bottle still at your feet if your face is
17     burning.
18 A   I hope I blow it all over you fucking assholes. You know
19     what, you guys are the biggest pricks I ever fucking known
20     in my whole life. I never done a motherfucking thing
21     wrong, and today ain't bad for either.
22 Q   Okay, Scott, when somebody's arrested for DWI.....
23 A   Nope.....
24 Q   .....(indiscernible).....
25 A   .....I ain't arrested for DWI because I wasn't driving

Page 7

1      drunk.....
2  Q   .....(indiscernible).....
3  A   .....so shut the fuck up.
4  Q   .....(indiscernible) breath sample.
5  A   You know what, hey, shut up.
6  Q   I'll read you this (indiscernible).....
7  A   I do shit when my lawyer tells me.
8  Q   Okay, Mr. Brown, you're under arrest for the offense of
9      operating or driving a motor vehicle while intoxicated.
10 A   Nope.
11 Q   You're being asked to commit to a chemical test for your
12     breath.....
13 A   Oh, and you ripped my out.....
14 Q   .....(indiscernible).....
15 A   .....of my own Goddamn house, huh?
16 Q   .....refusing to submit to (indiscernible) test.....
17 A   You know what? Hey.
18 Q   .....can be either (indiscernible).....
19 A   Blah, blah, blah.....
20 Q   .....(indiscernible).....
21 A   .....fucking, you're full of shit.
22 Q   .....if you have been.....
23 A   You know what.....
24 Q   .....(indiscernible) driving while intoxicated or refusing
25     to take a chemical test in the last five years.....

Page 8

1  A   Whatever. Shut up.
2  Q   .....the penalty for refusing to take a test is a class C
3      felony with a maximum sentence.....
4  A   Whatever. Whatever.
5  Q   .....of five years in jail.....
6  A   Whatever.
7  Q   .....and a $50,000 fine.
8  A   Well, just get my lawyer here and we will see.....
9  Q   Otherwise we will (indiscernible) class D misdemeanor
10     which has a maximum sentence of one year in jail and a
11     $5000 fine. If you are convicted of refusal to commit to
12     a chemical test, the court must impose the same mandatory
13     minimum sentence as if you were convicted of driving while
14     intoxicated.
15 A   (Indiscernible).
16 Q   Refusal to submit to the chemical test.....
17 A   When the police come to your own private house.....
18 Q   .....will result (indiscernible).....
19 A   .....rip you out of the fucking bathroom.....
20 Q   .....(indiscernible).....
21 A   .....where I drank a lot of whiskey in my bathroom.....
22 Q   .....(indiscernible).....
23 A   .....and they take you downtown. No, sorry.
24 Q   .....(indiscernible).....
25 A   Forget it.

Page 9

1  Q   .....(indiscernible).....
2  A   You're losing. You're an idiot.
3  Q   .....will be provided to you by a law enforcement officer.
4      Refusal to submit to a chemical test may be used against
5      you in a civil or.....
6  A   Whatever.
7  Q   .....criminal action or (indiscernible).....
8  A   (Indiscernible). You know what?
9  Q   .....(indiscernible) committed while operating a motor
10     vehicle.
11 A   Hey, shut up.
12 Q   (Indiscernible).....
13 A   I'll give you whatever you want.
14 Q   .....(indiscernible).....
15 A   I was not drunk.
16 Q   .....know your right to speak to an attorney, know your
17     right to remain silent, gives you the right to refuse to
18     submit to a chemical test.
19 A   I want my attorney.
20 Q   Okay. There's one right there, you can call him any time.
21 A   Exactly.
22 Q   Are you going to provide a breath test?
23 A   Yeah.
24 Q   Okay.
25 A   Yeah. I'm going to give it to you. I want my attorney

SCOTT BROWN　　　　　　　　1/4/2003　　　　　　　　PROCESSING TAPE
Vol 1

4 (Pages 10 to 13)

### Page 10

1　　first.
2　Q　Like I said, there's a phone right there.
3　A　Exactly.
4　Q　And like it says right here.....
5　A　I would like to use it.
6　Q　Okay. Step on up.
7　A　I can't see.
8　Q　You want me to lead you to it? You want me to dial it for
9　　you?
10　A　No. I don't want you to dial shit for me. You know what,
11　　I'm going to sit right here.
12　Q　Okay.
13　A　You know.....
14　Q　While you sitting there.....
15　A　.....for along ass time.
16　Q　.....(indiscernible).....
17　A　(Indiscernible).....
18　Q　.....you have the right to speak to an attorney, know your
19　　right.....
20　A　You know what.....
21　Q　.....to remain silent.....
22　A　.....all I want is my attorney here.....
23　Q　.....(indiscernible).....
24　A　.....and my attorney is Alvin Schmidt. And you know what,
25　　you're full of shit. You cannot come into my house, drag

### Page 11

1　　me out, drag me down here, give me a DWI for nothing. I
2　　was not drunk.
3　Q　Are you providing a breath sample, sir?
4　A　I will provide you with one.....
5　Q　Okay.
6　A　.....as soon as my attorney gets here.
7　Q　Okay. No, sir. That's not the way it works.
8　A　Yes.
9　Q　(Indiscernible).....
10　A　I want my attorney now.
11　Q　.....(indiscernible). You can call your attorney if you
12　　like, okay, but he's not going to come down here; he's not
13　　going to be here.....
14　A　Whatever. I was in my Goddamn bathroom. I drank a fifth
15　　of whiskey in there.
16　Q　Okay. Like I said, it doesn't matter, your attorney can't
17　　be here. You can call him on the phone.....
18　A　I did not drive my truck while drinking any alcohol.
19　Q　Okay.
20　A　That's what I want on the program there.....
21　Q　Okay.
22　A　.....right there.
23　Q　That won't be a problem if you provide a breath sample,
24　　right.
25　A　I will.

### Page 12

1　Q　Okay. We have to wait 15 minutes.....
2　A　I want my attorney.
3　Q　He can't be here.
4　A　Why not?
5　Q　Because he can't be here while we're doing this. You can
6　　call him.....
7　A　Bullshit.
8　Q　.....you can call him, and the phone's right there, and I
9　　told you I'll dial it for you.
10　A　I want him, man. I.....
11　Q　He can't be here.
12　A　.....I want my attorney.
13　Q　You can call him.
14　A　I want him, now.
15　Q　You going to call him?
16　A　Yeah.
17　Q　Okay. You want me to dial it for you, or are you going to
18　　dial it?
19　A　I'll try.
20　Q　You want me to dial it for you?
21　A　Fuck, I don't want you to do shit for me. You already
22　　ripped me out of my own Goddamn house.
23　Q　Okay. So you're not going to do it?
24　A　What? No.
25　Q　Call your attorney.

### Page 13

1　A　I'm not saying that I'm not going to do it. You know
2　　what, though, you already got me out of my house. Shit I
3　　drank my aftershave and my Goddamn lotion. What the fuck.
4　Q　While you were in the bathroom?
5　A　Yeah.
6　Q　Okay. How big your aftershave?
7　A　Shit, I got Jack Daniel's, brother.
8　Q　Aftershave?
9　A　What the fuck.
10　Q　In your bathroom?
11　A　What do you think I am?
12　Q　Okay.
13　A　Saying I'm some kind of (indiscernible) or what?
14　Q　So you'll provide a breath sample for me?
15　A　Fuck, I'll do whatever the fuck you want. You know
16　　what.....
17　Q　(Indiscernible).....
18　A　.....you know what, you ripped into my house.....
19　Q　Okay.
20　A　.....ripped me out.....
21　Q　Okay. You're telling me you're going to provide a
22　　sample.....
23　A　You.....
24　Q　.....but you're not -- you're not.....
25　A　.....you abused me.....

Computer Matrix, LLC　　　　Phone - 907-243-0668　　　　jpk@gci.net
700 W. 2nd Ave., Anchorage, AK 99501　　Fax　　907-243-1473　　　sahile@gci.net

Page 14

1  Q  Okay. It doesn't mean.....
2  A  .....by spraying shit in my fucking face.....
3  Q  Okay.
4  A  .....when I was cooperating.
5  Q  Okay. You weren't cooperating. You grabbed the.....
6  A  The hell I wasn't.
7  Q  .....you grabbed (indiscernible).....
8  A  You know what, it's me against you.
9  Q  Okay.
10 A  You know what?
11 Q  What?
12 A  You're wrong.
13 Q  Okay.
14 A  You know what, and I can't fucking see him, so how the
15    hell can I dial the Goddamn telephone?
16 Q  We can dial it for you. I told you.....
17 A  I don't want trust you.
18 Q  You want to have the trooper dial it for you?
19 A  A trooper. What the fuck, no trooper was in my damn
20    house, not that I saw.
21 Q  He wasn't in your house, so do you.....
22 A  Exactly.
23 Q  I'm just wondering if you want.....
24 A  No.
25 Q  .....him to dial it for you?

Page 15

1  A  What do you want? What do you want from me?
2  Q  I want.....
3  A  Huh?
4  Q  I want you to give me.....
5  A  Do you want something I can't give you? Oh, you want a
6     blood drop [sic] for something he didn't do. Oh, well,
7     Scott's going to let you fucking do that, right. Wrong.
8     I tell you what, I will not concede anything.
9  Q  Okay.
10 A  I will not.
11 Q  You're not going.....
12 A  You know what.....
13 Q  .....to give a breath sample?
14 A  .....you did me wrong. I did not do you wrong.
15 Q  Okay. You're not going to provide us a breath sample?
16 A  You know what, you violated my civil rights. You tore me
17    out of my home.
18 Q  Are you providing a breath sample, sir?
19 A  I tell you what, I'm going to give you any fucking thing
20    you want.
21 Q  Okay.
22 A  You know what, I can't fucking see nothing.
23 Q  Okay.
24 A  And I want that on record. I don't -- I can't see
25    anything. I don't -- I can't do anything. You won't give

Page 16

1     me my lawyer. You won't call my lawyer. You won't do
2     anything.
3  Q  You want me to call your lawyer for you?
4  A  You know what, I want to call my own damn lawyer, and I
5     want you to clear my eyes up because I can't fucking see,
6     man.
7  Q  I told you there's water at your feet.
8  A  You know what.....
9  Q  You threw it down. There's a rag there at your feet.
10 A  .....you are so full shit that if I met you on a country
11    road I'd beat the piss out of you.
12 Q  You would.
13 A  Exactly. You know why? Because you ain't a fucking man,
14    you're fucking sissy bitch.
15 Q  Just for that you'd beat the shit out of me?
16 A  You know what, you're wrong, buddy, about me. You're
17    fucking wrong. And why you can't see it, I don't know.
18    You're fucking new. I don't know. All I am, I'm a lowly
19    fucking mechanic. I make cars work, that's all I do.
20 Q  There's nothing wrong with that.
21 A  You know what.....
22 Q  There's nothing wrong with that.
23 A  .....you -- you though, something's wrong with you. You
24    chased me into my fucking home for nothing. I didn't even
25    know I was wrong for anything. All I had to do is go pee.

Page 17

1  Q  Okay.
2  A  What the fuck. You never told me to pull over. You never
3     told me anything. You never did anything to me. Next
4     thing I know, there's cops at my fucking door saying, come
5     out. I didn't know nothing.
6  Q  Okay. Why didn't you come out of the bathroom when I told
7     you?
8  A  Because I was going to the bathroom, you fucking idiot.
9  Q  No you weren't, you were holding the door open.
10 A  What?
11 Q  You were holding the door open.
12 A  I was holding the door open. You're a fucking fool.
13 Q  Okay.
14 A  Get the fuck out of here.
15 Q  Okay. So you're not.....
16 A  You know what, you're -- you're a fucking rookie. You're
17    -- you know what?
18 Q  What?
19 A  I'm going to sue you.
20 Q  Okay. That's your right, sir.
21 A  Exactly.
22 Q  Are you going to provide a breath sample for me?
23 A  Exactly. Shut up, now.
24 Q  Are you going to provide a breath sample for me?
25 A  Yep.

### Page 18

1  Q  Okay.
2  A  I'll do it.
3  Q  Okay.
4  A  You know what?
5  Q  What's that?
6  A  You're going to fucking lose.
7  Q  Okay. We have to wait 15 minutes before you provide a
8     breath sample, okay.
9  A  (Indiscernible) DNA, breath sample, fucking fuck you.
10    You're a fucking idiot. I never done nothing wrong.
11    Nothing. You're a fucking fool. I want my lawyer now.
12 Q  You want me to call him for you?
13 A  Yep.
14 Q  Okay, I'll do that.
15 A  Do it. And you know what, if I don't call him and I don't
16    talk to him, it ain't legal.
17    TROOPER HILL: Yeah. I'm going to call the number.
18 A  Yeah, well, whatever.
19    TROOPER HILL: (Indiscernible)
20 A  You're the idiot, right.
21    TROOPER HILL: (Indiscernible).
22 Q  Okay.
23 A  You know what, you're a fucking fool, man.
24 Q  (Indiscernible)
25 A  I ain't no fucking idiot like you guys are. You chased me

### Page 19

1     in my fucking house.....
2  Q  I'm sorry.....
3  A  .....held me in my bathroom for over five minutes.
4     (Indiscernible - background voices)
5  A  You know what, you guys usually ain't bad on -- like these
6     motherfuckers, but you know what, tonight I ain't
7     (indiscernible).
8     TROOPER HILL: Okay, I got you. (Indiscernible) Bye-bye.
9     He's at church.
10 Q  Okay.
11    TROOPER HILL: (Indiscernible)
12 A  Take me home.
13 Q  Mr. Brown, your lawyer's at church.
14 A  Just take me home.
15 Q  You're not going home. You're under.....
16 A  Bullshit.
17 Q  .....arrest. You're under arrest for DWI.
18 A  For what?
19 Q  DWI.
20 A  I -- I ain't fucking drunk.
21 Q  Okay.
22 A  I'm fucking stoned.....
23 Q  Okay.
24 A  .....on Goddamn pepper spray or whatever the fuck it was.
25 Q  Well, will you provide a breath sample for me? I mean,

### Page 20

1     that should clear everything up, right?
2  A  After you chased me into my fucking house. I want to sue
3     you.
4  Q  Okay. That's fine.
5  A  Okay.
6  Q  But we need to take care of business right now, okay.
7  A  Well, I'm going to sue you any fucking way.
8  Q  I know.
9  A  So (indiscernible).....
10 Q  But I need to do my job, all right.
11 A  .....okay, well, go ahead.....
12 Q  Okay.
13 A  .....do it.
14 Q  So you will.....
15 A  Okay. Do.....
16 Q  .....provide a breath sample?
17 A  .....whatever you want.
18 Q  We have to wait 15 minutes, okay.
19 A  Whatever you fucking want.
20 Q  Okay. And in that 15 minutes.....
21 A  Sure.
22 Q  .....you better make sure you don't put anything in your
23    mouth.
24 A  I want my fucking lawyer. I want him now. And I'd like
25    to confer with him, and then I'll be right back with you.

### Page 21

1  Q  Okay. We told you your lawyer's at church. Okay, we
2     tried to get a hold of him.
3  A  My lawyer's at church?
4  Q  Yes, he is.
5  A  It's fucking Saturday.
6  Q  Trooper Hill called his house, and his family said that he
7     was at church.
8  A  I'm at -- where -- am I at Kodiak PD?
9  Q  Yes, sir, you are.
10 A  What -- what's a trooper doing calling anyway?
11 Q  Because you asked him.
12 A  Where's my house at?
13 Q  On (indiscernible).
14 A  Is that within Kodiak?
15 Q  Yes, it is.
16 A  Why does trooper call my house?
17 Q  He's not calling your house.
18    TROOPER HILL: Because you asked me to. You asked me to
19    -- you.....
20 A  You know what.....
21 Q  .....asked me to call your attorney.
22 A  .....you know what, you guys have dug a hole. You know
23    what, I'm not guilty of anything (blows nose) except for
24    blowing snot on your boots if I could. I wish I could,
25    you know. I was 10 years in the Army, you know what, you

### Page 22

1   cheese dicks wouldn't fucking deserve a spit for me. So
2   what do you think about that?
3 Q You have to wait 15 minutes.....
4 A Cheese dicks.
5 Q .....you have to wait 15 minutes before you provide a
6   breath sample, okay.
7 A Whatever. Whatever.
8 Q During that 15 minutes.....
9 A Has it been 15 minutes, yet?
10 Q No it hasn't. Need to make sure you don't put anything in
11   your mouth, okay.
12 A You know what?
13 Q And you need to make sure you don't burp anything up,
14   okay.
15 A Hey, buddy.....
16 Q Yeah.
17 A .....you just make sure you don't put nothing up his ass.
18   Fucking fag.
19 Q Did you understand what I said?
20 A Do you understand what I'm saying?
21 Q I heard what you said.
22 A You're a fag.
23 Q I heard what you said.
24 A Okay. Shut up.
25 Q Now, did you hear what I said?

### Page 23

1 A Shut up. I'm the one with the -- with the rights here.
2   You're just a Goddamn patrolman.
3 Q Okay.
4 A You are to up hold Alaska law. You -- I have rights. I
5   want my lawyer here before I take any test.
6 Q Okay. You're lawyer's not coming here.
7 A Well, that's what I want.
8 Q Does that mean you're not going to provide the breath
9   sample?
10 A No. I'll give you anything you Goddamn want.
11 Q You'll give me your breath sample?
12 A I'll give you any Goddamn thing you want.....
13 Q Okay.
14 A .....buddy. I'll -- I'll piss in your fucking pocket if
15   you want me to.
16 Q It's all right, you don't have to do that.
17 A Exactly. You know what, I'm going to get you.
18 Q Okay.
19 A You know what, I ain't fucking stupid. Today ain't my
20   first fucking day, and you know what, you're wrong. I
21   ain't drunk, and I ain't fucking stupid. My fucking eyes
22   are peppered out. And you know what, you're going to pay
23   for that.
24 Q How am I going to pay for that?
25 A I'm going to sue.

### Page 24

1 Q Okay.
2 A Fucking idiots. What the hell, this shit is something
3   else, ain't it. If it's shit, I'd like spray it on you.
4 Q (Indiscernible)
5 A You know what, I'm 10 years in the military.
6 Q Okay.
7 A You can't fuck with me. You're a dumb ass bitch. I mean,
8   fuck with a guy, fucking spray him with shit in his own
9   kitchen and drag him out of his house with his kids
10   watching and shit. You're a real fucking man, ain't you?
11   Ain't you? You proud of that shit? I ain't forgetting
12   you. You know what, you're wrong, and I'm right. You got
13   nothing to say, do you?
14 Q What do you want me to say? You won't listen to me
15   anyways.
16 A Huh?
17 Q You won't listen to me anyways.
18 A You know why?
19 Q Why?
20 A Because you're fucking stupid. You ripped me out of my
21   own bathroom in my fucking house. You weren't behind me.
22   You didn't have the lights on me. You didn't have shit on
23   me. Why did you chase me into my house, huh?
24 Q Because I -- I was behind you.....
25 A No you weren't.

### Page 25

1 Q .....(indiscernible).
2 A You were going up Pillar Mountain, weren't you? I was
3   sitting in the passenger's seat. You're a fucking idiot.
4 Q Why did you get out of the driver's seat, then?
5 A That's the -- that's the way I always get out. Where the
6   hell's the keys to the truck?
7 Q Why didn't you tell me that? (Indiscernible).
8 A Where's the keys to the truck?
9 Q Why didn't you tell me that when (indiscernible)?
10 A Where's the keys to the truck at?
11 Q They're inside the house somewhere, it doesn't matter.
12 A Bullshit, if it doesn't matter.
13 Q It doesn't. I saw you.....
14 A I wasn't driving the truck.
15 Q Who was driving it, then?
16 A I don't know. I'm too stupid.
17 Q I didn't say you were stupid, Mr. Brown.
18 A I'm stupid. I don't know who was. Go ahead and do with
19   the fuck you want me. You know what, I'm suing you.
20 Q Okay.
21 A Yeah. So you know my Fifth amend -- amendment rights have
22   been violated. You're going to get it, that's all I know.
23 Q (Indiscernible)
24 A You know what, if I was in your house, I wouldn't blow
25   snot like that, but you're the one that made it happen.

SCOTT BROWN                        1/4/2003                          PROCESSING TAPE
Vol 1

8 (Pages 26 to 29)

Page 26

1     I'm not a fucking pig, and I'm not a fucking idiot.
2  Q  I didn't say you were, Mr. Brown.
3  A  You know what, you're on the wrong side of me now. You
4     know what, I've been a law abiding citizen all of my life.
5     I spent years in the Army doing a lot of things for my
6     country. You know what, (indiscernible). What do you
7     guys do anyway, just pick out one on the (indiscernible)
8     and follow him home and invade their house or what?
9  Q  No, sir.
10 A  That's what it looks like to me. You know what?
11 Q  What's that?
12 A  I wish I could make you eat that, but I know I'm
13    outnumbered. So anyway -- you going to help me or what
14    the hell can you do?
15 Q  Okay. It's almost time to take the breath test, provide
16    the breath test, okay?
17 A  Well, no, you get the shit off of my face.
18 Q  Okay. The only thing is time. That's why.....
19 A  No, unh-unh.....
20 Q  .....I gave you a water bottle.
21 A  .....no. Goddamn, I can't stand it. I'm going to run my
22    head through that fucking wall.
23 Q  You said you'd provide a breath sample, right?
24 A  I will, but Goddamn you got to get rid of this shit.
25 Q  Use the water like I told you.

Page 27

1  A  Goddamn, I keep on.....
2  Q  What do you want me to do to help?
3  A  See my fucking ankle, you fucking bitch. Fucking.....
4  Q  That's your left ankle. You told me it was your right
5     ankle.
6  A  You know what, I wish you'd (indiscernible) that. You
7     know what, I'd like to see how well you'd think, someone
8     drag you out of your house, spray you with a bunch of
9     shit, fucking ram you in a fucking car, spray you again.
10    You're fucking puss. A guy like me, you can't take me.
11    You know why, because you're a pussy. I'll pepper spray
12    on you. I'll do any Goddamn thing you want. I'm hot. I
13    want my lawyer. Get my lawyer.
14    TROOPER HILL: Are you asking me to start calling again?
15 A  Give me that damn phone.
16    TROOPER HILL: You want to try to call him?
17 A  I don't care. Fucking you, fuck it's a one-sided fucking
18    operation here. All you guys do is bullshit. If you got
19    Copenhagen. Anyone?
20    (Indiscernible background voices)
21 A  Oh, hey, get back in the room with my fucking phone. If
22    that's my lawyer, I'm ain't talking to him 'til I talk to
23    him [sic]. Nope. Fuck, I'm ain't doing that. Nope.
24    Nope. Fuck that, that's bogus.
25 Q  Okay. (Indiscernible)

Page 28

1  A  Fuck, you guys are wanting to torture me, I know that.
2     TROOPER HILL: He's still not home, but I left a message
3     for him to call.
4  A  I can't believe you guys. Fucking pull me out of my own
5     fucking house, out of my bathroom no less. I wasn't
6     drunk. I wasn't even drinking until you came. Oh, my
7     God. Hey, I used to belong to the decontamination unit.
8     At least 40 times now.
9  Q  In the Army?
10 A  Yeah. Ten years. I was a E5, fuck, I'd bust your ass.
11    Never done nothing over there. Fucking let me go. You'd
12    never see me again, fucking idiot. You know what, I'm
13    going to call -- call them for you. You know why, because
14    you were wrong. I was not drunk.
15 Q  Okay. If you're going to provide a breath sample the time
16    is now, okay.
17 A  Hey, you know what?
18 Q  What's that?
19 A  When I provide a breath sample, my lawyer's going to be
20    here, right?
21 Q  Sir, you -- no. This is your time right now.
22 A  I'm not refusing.
23 Q  Your lawyer cannot be here. If don't blow into this, that
24    means you're refusing.
25 A  Whatever.

Page 29

1  Q  Are you going to provide a breath sample for me?
2  A  Yeah.
3  Q  Okay. Come over here. Put down the bottle.
4  A  Oh, and what's in here?
5  Q  Water.
6  A  Yeah, right.
7  Q  Put it down. Come on over here. Okay. This is a
8     (indiscernible).....
9  A  You know me, right. Hey, you all have my wallet, right,
10    you know, with all my money?
11 Q  Wasn't on you. This is the mouth piece, okay, and then
12    you take a deep breath, place your lips on the mouth piece
13    and blow as hard as you can for as long as you can.
14 A  What do you write on yourself?
15 Q  Yes, I do write on myself.
16 A  Fucking gangbanger.
17 Q  Need to take a deep breath and blow. And you keep blowing
18    as long as you can for about 10 seconds. One, two, three,
19    four, five, six, seven, eight, nine, ten. Perfect. Go
20    ahead and have a seat, Mr. Brown.
21 A  No, I want to see.
22 Q  I'll let you know as soon as it's done, okay.
23 A  What?
24 Q  I'll let you know. It's going to take a while for it to
25    clear itself, okay.

Computer Matrix, LLC                Phone - 907-243-0668            jpk@gci.net
700 W. 2nd Ave., Anchorage, AK 99501   Fax    907-243-1473           sahile@gci.net

SCOTT BROWN                    1/4/2003                    PROCESSING TAPE
Vol 1

9 (Pages 30 to 33)

Page 30

1  A  What the fuck. Man, you ripped my pants, too. You know
2     what, you're lucky I was in the military. I wasn't in the
3     fucking (indiscernible) with you here.
4  Q  Okay, Mr. Brown, the instrument's showing that it was an
5     invalid test, okay.
6  A  What?
7  Q  I'm not sure if that means if there's too much alcohol in
8     the air.....
9  A  Come on.
10 Q  .....or if you didn't blow through it properly. That
11    means I'm going to open the door.
12 A  What the fuck.
13 Q  I'm sorry. I'm going to open the door, try to clear out
14    the air in here.
15 A  Oh, you want it to be -- you know what, I want my lawyer
16    here now.
17 Q  This is showing that (indiscernible), okay.
18 A  I want my lawyer, thank you.
19 Q  Sit down.
20 A  Yeah. I'm sitting down all right. Give me my lawyer,
21    sir. I want my lawyer.
22 Q  We tried calling him twice.
23 A  (Indiscernible)
24    (Indiscernible - background voices)
25 A  You know what, you guys are barking up the wrong fucking

Page 31

1     tree.
2  Q  Okay. You understand this is my job, this is what I have
3     to do, okay.
4  A  You know what, my job is citizen of America. Yeah, you
5     have the wrong fucking job, and I want to make sure you
6     don't do it to anyone else. Fuck.
7  Q  Okay. I'm going to have to ask you to -- to provide
8     another breath sample, okay, since that one was invalid.
9  A  No. I want my lawyer.
10 Q  You -- you're not going to provide a breath sample for me?
11 A  Yeah, I will.
12 Q  Okay.
13 A  I will do it. Because you ain't getting me on that little
14    technical fucking bullshit, fucking bullshit you guys do.
15    It's fucking stupid. Goddamn that shit burns, boy. It's
16    a wonder you ain't got holes all through this walls and
17    shit. What's all that beep beeping.....
18 Q  It's just me putting information into the -- the data
19    machine.
20 A  You know what, you fuckers are going to pay for what you
21    did to me. I never did shit to you. I never broke the
22    law. I never did nothing.
23 Q  Did you burp something up from your stomach?
24 A  What?
25 Q  Did you just burp something up from your stomach when

Page 32

1     you.....
2  A  Yeah.
3  Q  You did? Okay. We're going to have to wait another 15
4     minutes then before you can provide a breath sample. You
5     got to make sure you don't burp anything up.
6  A  What?
7  Q  It makes the test look worse than it actually is.
8  A  You know what, dude, just fucking take me home.
9  Q  I can't do that.
10 A  I ain't done fucking shit wrong. I feel like throwing it
11    through the wall, but I won't. I have self-control, man.
12 Q  I appreciate it.
13 A  Come on, man. What the fuck. I ain't done shit wrong.
14 Q  Why don't you talk to me then?
15 A  I -- I'm willing. Could you just take me home?
16 Q  Who was driving?
17 A  Not me. Can you take me home? You ain't going to get
18    nothing. You got me out of my Goddamn bathroom. I tell
19    you what, I want my lawyer now.
20 Q  I told you we tried calling him, and he's not at home.
21 A  Well, you never let me try calling him.
22 Q  Would you like to try calling him?
23 A  Yeah.
24 Q  Okay. Go ahead and stand up. Do you know his phone
25    number?

Page 33

1  A  No.
2  Q  Okay. His phone number's on the wall right there, okay.
3     You have to dial nine before you -- you dial his number.
4     See it?
5  A  Oh, yeah I (indiscernible).
6  Q  Dial nine before you dial his number. Dial nine.
7     (Off record)
8     (On record)
9  Q  Okay, it's 6:00 o'clock, we have to wait another 15
10    minutes before providing the next sample, okay.
11 A  Whatever.
12 Q  Like I said, you need to make sure you don't burp anything
13    up from your stomach.
14 A  What?
15 Q  Bring anything up from your stomach, don't -- don't do
16    that, okay.
17 A  I can do it if I want to.
18 Q  Okay, if you do it and you keep on doing it, that's
19    indication to me that you're not willing to provide a
20    breath sample.
21 A  I told you I'm willing.
22 Q  Then you need to make sure that you don't burp.....
23 A  Goddamn it.
24 Q  .....anything up in the next 15 minutes, okay.
25 A  You know what?

Page 34

1  Q  What's that?
2  A  You're just trying to piss me off, aren't you?
3  Q  No, I'm not. I'm not.
4  A  Bullshit.
5  Q  Hey, I'm telling you.....
6  A  You know what, you are so full of fucking shit, I can
7     fucking hire a Goddamn garbage truck and get a straighter
8     answer.
9  Q  What.....
10 A  Goddamn it. I'm not.....
11 Q  .....what do you.....
12 A  .....fucked up. You know what, you're going to be a fool
13    here. Do what you want, buddy.
14 Q  Okay.
15 A  You know what, I'm going to own your fucking car.
16 Q  Okay.
17 A  That's what I do.
18 Q  During the 15 minutes, you say.....
19 A  You know what I am?
20 Q  You're a mechanic.
21 A  Exactly. Exactly. You know what, you're no more of a man
22    than I am.
23    UNIDENTIFIED VOICE: I never said I was.
24 A  Exactly. And I know you're not. And I know for certain
25    you're not. You're a fucking boy is all you are. Like a

Page 35

1     little 24-year-old punk, is all you are with a fucking
2     badge. You know what I am?
3  Q  What's that?
4  A  I've done a whole lot more than you have. I was 10 years
5     in the military, boy.
6  Q  That's impressive.
7  A  Exactly. I was E5 in four years. I've done way more than
8     you'll ever fucking do. You know what, to bust a guy in
9     his own house, out of his own fucking bathroom, I'm
10    fucking proud of you. Fuck you. Fucking American all the
11    way. I'm fucking proud of you. You're a fucking homo. I
12    want my fucking lawyer, and I want him now. I don't care,
13    give me a different lawyer.
14 Q  There's several right here.
15 A  I don't care.
16 Q  Want me to call him?
17 A  Go ahead, dial him up. I can't see the numbers correctly.
18 Q  You have your lawyer's number, you can come up here and
19    dial him. I'm not going to dial anymore.
20 A  Okay. I'll do it. Now, if you guys bump my fucking ankle
21    and you fucking idiots.
22 Q  Use the after hours number.
23 A  You're a fucking idiot.
24    (Off record)
25    (On record)

Page 36

1  A  I've already paid him several thousand. So I think that
2     should be okay.
3  Q  Got another 10 minutes of the observation period, okay.
4     Just a reminder.....
5  A  Whatever, sir.
6  Q  .....just a reminder during that period, don't burp
7     anything.....
8  A  You know what.....
9  Q  .....don't put anything in your mouth.
10 A  .....I just burped.
11 Q  Okay. You did that intentionally.
12 A  No.
13 Q  You did.
14 A  I just had to burp.
15 Q  You did that intentionally. I can tell when someone does
16    it intentionally or not.
17 A  You're a fucking lying motherfucker.
18 Q  I'm going to give you one more opportunity.
19 A  For what?
20 Q  One more opportunity to provide a breath sample.
21 A  Whatever you want. I already fucking told you.....
22 Q  All I need.....
23 A  .....whatever.
24 Q  .....is a 15 minute observation period. During that 15
25    minutes.....

Page 37

1  A  Fine. I don't give a shit.
2  Q  We have to start over now.
3  A  I'm getting sick of your fucking shit. You fucking ripped
4     me out of my own Goddamn house for not doing nothing, and
5     now I'm down here giving breath samples, number 2 now, so
6     what the fuck do you want from me?
7  Q  Mr. Brown, I'm trying to explain it.
8  A  Mr. Brown. Mr. Shithead Peterson, what the fuck you want?
9  Q  I'm trying to explain it to you.
10 A  You know what?
11 Q  What? I'm going to start the 15 minute observation period
12    over again. This is your last chance to provide the
13    breath sample.
14 A  Whatever. Go.
15 Q  Okay. It's now 1606.
16 A  I don't care. If you want it now I'll just do it now.
17 Q  I told you.....
18 A  I don't care.
19 Q  .....you have to wait 15 minutes.
20 A  I don't care. I'll -- I'm not drunk anyhow.
21 Q  This is procedure.
22 A  You know what?
23 Q  This is what I have to do.
24 A  I'm not fucking drunk anyhow. What the fuck do you want
25    from me?

Page 38

1  Q  I want a breath sample from you.
2  A  Well, let's do it now.
3  Q  I told you we have to wait 15 minutes.
4  A  Fuck. You know what, I'm getting sick of you.
5  Q  You still have to wait for 15 minutes.
6  A  You know what, I'm a perfect citizen. I'm 39 years old.
7     I've never been fucking arrested for shit.
8  Q  Okay. That's fine.
9  A  So what the fuck do you want from me?
10 Q  I told you a 15 minute observation period.
11 A  You know what?
12 Q  What?
13 A  I'm sick of your shit.
14 Q  Are you saying you don't want to provide a breath sample?
15 A  No, I want to. I want to do anything you want me to do.
16 Q  Well, then we have to wait 15 minutes.
17 A  You know what, when you sprayed me twice with that fucking
18    shit and you know what, I don't forgive that.
19 Q  Okay. (Indiscernible)
20 A  And you know what, when I see you again.....
21    (End Side A)
22    (Begin Side B)
23 A  .....I'm going to give you some of that.
24 Q  We're going to wait 15 minutes.....
25 A  How would you like some of that in your fucking face you

Page 39

1     fucking freak? I tell you what, it ain't fucking nice.
2     Have you ever had some of that shit in your eyes?
3  Q  Yep.
4  A  Is that nice shit?
5  Q  No, it's not. Not supposed to be.
6  A  I tell you what, I don't like that shit, and I don't
7     proclaim it. I would never do that to someone, except for
8     you. You did it to me two times. Tell you what, I got
9     your fucking number. You know what, and I love the cops,
10    man. My brother-in-law is a fucking California highway
11    patrol. And he's far from you. And he's a stater (ph).
12    You ain't nothing but a fucking peon. Tell you what, I'm
13    better on your side than against you. I say right now,
14    you just fucking call my wife and have her come get me and
15    let me roll. I ain't got no key, I wasn't driving, so
16    what do you want? I don't know what you're doing. I was
17    in my own Goddamn house, in my own Goddamn bathroom, doing
18    whatever the fuck I want. I'm the only one who knows what
19    I was doing in there.
20 Q  Stay there.
21 A  You're an idiot.
22 Q  Your lawyer's on the phone for you if you want to talk to
23    talk to him.
24 A  Yep, I want to.
25 Q  Wait till it rings. Wait till it rings.

Page 40

1  A  I'm going to get you. What your name?
2  Q  Officer Peterson.
3  A  Okay, Peterson. Me and you's doing battle now. My
4     fucking gun, I hope you got six loads in you. I tell you
5     what, I ain't fucking with you. Now, do you want to drop
6     me off or leave or -- you want to let me alone or let me
7     go? Whatever you want. Whatever you want I -- is it
8     suppose to ring or something or what?
9     UNIDENTIFIED VOICE: It's got a vibrating. Pick it up.
10 A  What? What? What?
11 Q  Hello. Yeah, put it back down.
12 A  Wait till they get the recorders going.
13 Q  Okay. Pick it up.
14 A  Hello. Hello, Alvin, this is Scott Brown.
15    (Off record)
16    (On record)
17 A  Is the time right?
18 Q  Nope. We have to start the 15 minutes over again.
19 A  Why?
20 Q  Because you're on the phone with your lawyer. We're not
21    allowed to observe you during that time, okay, while
22    you're.....
23 A  What?
24 Q  .....talking to your lawyer, nothing that you say or
25    do.....

Page 41

1  A  That's bullshit.
2  Q  .....is -- we can use against -- we can't use any of that
3     against you.
4  A  Well, why were you listening to it, then?
5  Q  Because it was still -- I wasn't listening to it.
6  A  You know what, you should have been flushing your head
7     down the toilet.
8  Q  Okay. We're starting the 15 minute observation over
9     again, okay.
10 A  You're a fucking idiot.
11 Q  It's 6:13 right now.
12 A  You know what, (indiscernible). You're a fucking idiot.
13    Sorry you had to meet me that way.
14 Q  I am too.
15 A  I am a really nice person.
16 Q  Most people that we deal with are usually really nice
17    people.
18 A  But you know what, you're a fucking prick.
19 Q  Okay.
20 A  Can't help that. Shit, looks like you had an accident
21    (indiscernible) fuck if I still had enough money I could
22    maybe buy my way out, huh, from the Kodiak PD. You guys
23    wouldn't have a smoke, do you?
24 Q  No.
25 A  I chew regularly. Oh, what are you marking my demeanor as

SCOTT BROWN  
Vol 1                    1/4/2003                    PROCESSING TAPE

12 (Pages 42 to 45)

Page 42

1  the fucking pepper spray wears off, you fucking freak?
2  Q  Marking the time.
3  A  You know what, I'd loved to meet you somewhere, boy.
4  Q  Did you burp anything up from your stomach?
5  A  What?
6  Q  Did you just burp anything up from your stomach?
7  A  Not on purpose.
8  Q  Okay. We'll have to start the 15 minutes over again,
9     then.
10 A  Fuck that.
11 Q  That's the way it is.
12 A  The -- just the fucking roll on it, man. What the fuck.
13 Q  I'm telling you.
14 A  You know what, I ain't drunk any fucking way.
15 Q  Okay.
16 A  I got a nice truck, what, you want to drive it? Fuck,
17    I'll let you.
18 Q  Don't want to drive it. (Indiscernible).
19 A  What the fuck.
20 Q  All right.
21 A  I wasn't driving it anyhow. What the fuck you want from
22    me?
23 Q  Who was driving it?
24 A  I ain't telling you. I ain't got to tell you.
25 Q  Okay.

Page 43

1  A  What the fuck, who do you think you are, the wizard of
2     fucking Oz or what? You know what, this has -- this has
3     gone too fucking far, don't you think?
4  Q  I'll go as far as -- as it takes to get your breath
5     sample.
6  A  What? I'm going to give it to you right now, you want it?
7  Q  I told you we have to wait 15 minutes. I can't take it
8     unless there's a 15 minute observation.
9  A  You know what?
10 Q  What's that?
11 A  You're so full of shit I'm about fucking sick.
12 Q  Policy. It's written down.
13 A  Where?
14 Q  In our policy.
15 A  Oh, standard operating procedure?
16 Q  (Indiscernible).....
17 A  Well, you know what, SOP sucks. You know why, it don't
18    work.
19 Q  Okay. That's what I have to do, though.
20 A  You know what I'd rather do?
21 Q  What's that?
22 A  Fuck, if I seen a guy run into his house, run into the
23    fucking bathroom, I'd tear the fucking door down. Can
24    you?
25 Q  Obviously, I didn't.

Page 44

1  A  Because you're a fucking pansy.
2  Q  Okay.
3  A  Fuck. You know what, it wouldn't -- we wouldn't be
4     nowhere different than any fucking way anywheres, anyhow,
5     anyhow, anyway. You know what, if there's a criminal.....
6  Q  (Indiscernible)
7  A  .....you know what, you won't.....
8  Q  Did you burp something.....
9  A  .....you know why?
10 Q  .....up from your stomach?
11 A  What?
12 Q  You just burped again. Did you burp anything up from your
13    stomach?
14 A  Where do you burp from your fucking asshole?
15 Q  Okay. There's two different ways. You can burp something
16    up from your stomach or it can be a dry burp. If you
17    burp, just getting rid of air or if liquid comes up your
18    stomach.....
19 A  Sir. Sir.
20 Q  Yeah. That's why I say if you burp something up.....
21 A  Okay. Whatever. However you want to write it down. I
22    don't care.
23 Q  Did you burp something up from your stomach?
24 A  Probably.
25 Q  Was it dry, or did you have -- was it wet?

Page 45

1  A  I'm not going to answer that.
2  Q  Okay. I'm going to start the procedure over one more
3     time. This is your last chance.
4  A  What. Come on.....
5  Q  This is.....
6  A  .....man.
7  Q  .....no, this is it.
8  A  No, man.
9  Q  This is it.
10 A  Come on.
11 Q  One more time.
12 A  What?
13 Q  Fifteen minutes from now, if you burp again, it's over
14    with. I'll charge you with refusal, okay.
15 A  No. Let's just.....
16 Q  (Indiscernible)
17 A  .....fucking do it right now. Who gives a fuck, I don't
18    care.
19 Q  All right.
20 A  Because I don't. I ain't drunk any fucking way, and I
21    wasn't driving anyhow. So what do you want from me?
22    Let's just blow it.
23 Q  Got to wait 15 minutes.
24 A  Okay. I've done it before.
25 Q  Make sure you don't burp anything from your stomach, okay?

Computer Matrix, LLC                Phone - 907-243-0668              jpk@gci.net
700 W. 2nd Ave., Anchorage, AK 99501    Fax   907-243-1473            sahile@gci.net

Page 46

1  A   I just did again. Well, you know, it's kind of hard with
2      all that shit you fucking guys shoveled me, you know what
3      I mean.
4  Q   I'm done.
5  A   No. No. No, I want to do it. No. No, I'm blowing the
6      cap, yes, sir.
7  Q   Let's see, how many times did.....
8  A   No, sir.
9  Q   .....I tell you.....
10 A   No, sir.
11 Q   .....(indiscernible).....
12 A   I want to blow it.
13 Q   .....(indiscernible).....
14 A   Nope, I didn't.
15 Q   .....three.....
16 A   I did not do that.
17 Q   .....four, five.....
18 A   No, sir.
19 Q   .....six, seven chances.
20 A   No, sir. I did not blow that last one.....
21 Q   .....(indiscernible).....
22 A   .....nope. Nope. No, sir. No, I have to drive for my
23     job, sir. I want to take the test, sir.
24 Q   This is your last chance (indiscernible).....
25 A   I'll blow in it as hard as I can. Sir, I promise, I'll

Page 47

1      blow it right now.
2  Q   I'll give you 15 minutes.
3  A   Sir.....
4  Q   I want you.....
5  A   .....I want to.....
6  Q   .....I don't want you to say anything during that 15
7      minutes.
8  A   .....I will not.
9  Q   Nothing.
10 A   I promise you.
11 Q   And don't burp or it's all over.
12 A   I won't.
13 Q   Okay. Fifteen minutes, 1821 right now.
14 A   Sir, I promise, I'll -- I'll do it right now, I'm not
15     drunk.
16 Q   Fifteen minutes.
17     UNIDENTIFIED VOICE: All right, don't say another word in
18     that 15 minutes. Here we go.
19 A   You -- you're a little rough on the old neckline, ain't
20     you? You're about the dumb looking motherfucker.
21     Fucking-A, I'm going to get you.
22 Q   You just burped again, didn't you?
23     UNIDENTIFIED VOICE: Yes, he did.
24 A   No, I did not. I did not burp. I did not burp.
25 Q   I saw it and the other officer saw it.

Page 48

1  A   I did not burp. Who.....
2  Q   We're done.
3  A   .....I did not burp.
4  Q   We're done.
5  A   No, sir.
6  Q   I (Indiscernible)
7  A   I did not burp, sir.
8  Q   You have the right to an independence test of blood.
9  A   I did not.....
10 Q   You're under arrest for the offense of driving while
11     intoxicated.....
12 A   No, sir.
13 Q   .....(indiscernible).....
14 A   No, sir. I did not burp.
15 Q   .....(indiscernible).....
16 A   Sir. I want to give you the test.
17 Q   .....(indiscernible).....
18 A   Sir. I did not burp.
19 Q   .....blood will be drawn by qualifying personnel and
20     (indiscernible).....
21 A   I did not burp.
22 Q   .....if you are still in custody at the time the test is
23     administered, you'll be transported to the test free of
24     charge. The blood will be held at the (indiscernible) for
25     save keeping, and you or your attorney will have to

Page 49

1      contact the Kodiak Police department to make arrangements
2      for the blood to be sent for testing. Or, if you wish to
3      have an independent chemical test of your own choosing,
4      you must make your own arrangements and it must be
5      administered by a qualified person and you must pay for it
6      yourself. You will be given a reasonable amount of time
7      to make these arrangements, and if after making these
8      arrangements for a test you are still in custody, you will
9      be transported for the testing for the administering of
10     the test free of charge if it is within Kodiak city
11     limits.
12 A   Sir, I did not burp.
13 Q   (Indiscernible).....
14 A   I did not burp.
15 Q   .....(indiscernible).....
16 A   We're still on that 15 minutes.
17 Q   .....(indiscernible) can be used against you. I cannot
18     give you any legal or medical advise. If you have any
19     questions you should ask your legal and health advisors.
20     At this time you must decide whether or not you want
21     transportation in order to take an independent test. If
22     you.....
23 A   Yep, that's what I want.
24 Q   .....refuse (indiscernible) do not wish such a test or you
25     (indiscernible).....

SCOTT BROWN                     1/4/2003                    PROCESSING TAPE
Vol 1

14 (Pages 50 to 53)

### Page 50

| | | |
|---|---|---|
| 1 | A | That's what I want. |
| 2 | Q | .....you will not be provided with transportation. |
| 3 | A | That's what I want. |
| 4 | Q | (Indiscernible) |
| 5 | A | I tell you what, I don't care. |
| 6 | Q | Do you want -- this is up to you. |
| 7 | | UNIDENTIFIED VOICE: (Indiscernible) go to the hospital. |
| 8 | Q | If you want..... |
| 9 | A | I don't want to go to the hospital. |
| 10 | Q | .....if you want one..... |
| 11 | A | If you don't want to give me one, I'm going there because |
| 12 | | I ain't losing my license for nothing. |
| 13 | Q | It doesn't matter to me. You want one, I'll take you to |
| 14 | | get one. |
| 15 | A | You give me..... |
| 16 | Q | No. We're done with that. |
| 17 | A | .....my test. I did not -- I didn't hiccup. I didn't do |
| 18 | | nothing. |
| 19 | Q | I didn't say you hiccupped. |
| 20 | A | You guys are against me. |
| 21 | Q | Nope. (Indiscernible)..... |
| 22 | A | I want my lawyer. |
| 23 | Q | .....I gave you (indiscernible)..... |
| 24 | A | I want my lawyer right now. |
| 25 | Q | I gave you an opportunity to talk to your lawyer. |

### Page 51

| | | |
|---|---|---|
| 1 | A | I did talk to my lawyer. |
| 2 | Q | (Indiscernible). |
| 3 | A | He said give you the test, and I'm willing to do that. |
| 4 | Q | Nope, you didn't. |
| 5 | A | You..... |
| 6 | Q | You got to decide right now if you want a blood test or |
| 7 | | not. |
| 8 | A | Whatever. Whatever you want. |
| 9 | Q | No, it's not up to me. |
| 10 | A | I'm good. I'm good. |
| 11 | Q | You want a blood test? |
| 12 | A | Yep. |
| 13 | Q | Okay. |
| 14 | A | Yep. |
| 15 | Q | I need you to come up here and sign -- sign saying that |
| 16 | | you want a blood test. |
| 17 | A | Whatever. |
| 18 | Q | Come up here and sign it. |
| 19 | A | There we go. We're going to the hospital. |
| 20 | Q | Okay. This is where you're going to initial it. This is |
| 21 | | where you're going to sign it saying you want a blood |
| 22 | | test, okay. |
| 23 | A | Yep. |
| 24 | Q | Right here. I want a blood test at the government's |
| 25 | | expense. You going to initial that and you're going to |

### Page 52

| | | |
|---|---|---|
| 1 | | sign right there, okay. |
| 2 | A | I do not wish an independent test for my blood. I want a |
| 3 | | chemical test at my own expense to be administered at -- I |
| 4 | | could check that, couldn't I? |
| 5 | Q | If you want, and I'll give you a reasonable amount of time |
| 6 | | to make your own arrangements. |
| 7 | A | Whatever. |
| 8 | Q | It's up to you, you have to decide. It's not up to me. |
| 9 | A | Well, I'll check that one. Whatever. If you're going to |
| 10 | | -- if you're going to say I refused, then I'm going to go |
| 11 | | the hardest way I can. |
| 12 | Q | Doesn't matter to me. |
| 13 | A | Whatever. I want my lawyer. |
| 14 | Q | You want a blood test or not? |
| 15 | A | Huh? |
| 16 | Q | You want a chemical test of your own? |
| 17 | A | I don't care. |
| 18 | Q | Go and have a seat. |
| 19 | A | I don't care, whatever. I don't understand. I need a |
| 20 | | lawyer to explain it. |
| 21 | Q | Go and have a seat. |
| 22 | A | Sir, I am not..... |
| 23 | Q | Okay. |
| 24 | A | .....saying..... |
| 25 | Q | Please sit down. |

### Page 53

| | | |
|---|---|---|
| 1 | A | .....I'll blow in your thing. |
| 2 | Q | Please sit down. |
| 3 | A | I said I would blow..... |
| 4 | Q | Please..... |
| 5 | A | .....in it 10 times..... |
| 6 | Q | .....please sit down. |
| 7 | A | .....times five, times 10, times 20, I'll blow in that. |
| 8 | Q | Okay. We're past that. |
| 9 | A | You don't need that. |
| 10 | Q | We're past that. |
| 11 | A | I didn't burp. I didn't do shit. This guy said he heard |
| 12 | | something he didn't even fucking hear. |
| 13 | Q | Sit down, Mr. Brown. |
| 14 | A | It's bullshit. |
| 15 | Q | Sit down. |
| 16 | A | You know what, you're bullshit. Whatever. I don't |
| 17 | | understand you guys. |
| 18 | Q | Sit down, Mr. Brown. |
| 19 | A | I going standing right here. |
| 20 | Q | (Indiscernible) |
| 21 | A | You know what..... |
| 22 | Q | Huh? |
| 23 | A | .....fuck, you ain't shit. Whatever. You're fucking |
| 24 | | idiots. I'm going to get you. |
| 25 | | UNIDENTIFIED VOICE: Don't you dare (indiscernible). |

Computer Matrix, LLC              Phone - 907-243-0668              jpk@gci.net
700 W. 2nd Ave., Anchorage, AK 99501   Fax   907-243-1473           sahile@gci.net

SCOTT BROWN                    1/4/2003                         PROCESSING TAPE
Vol 1

15 (Pages 54 to 57)

Page 54

1  A   Thank you, sir. I ain't that hardcore, am I?
2      UNIDENTIFIED VOICE: Don't want you spitting at somebody.
3      That wouldn't be very polite, would it?
4  A   Oh, look at you, you fucking putz, fucking idiot. You
5      know what, I used to (indiscernible) in the Army.
6      (Indiscernible) you guys. I'll have you know, I haven't
7      done a thing. You ripped my out of my own Goddamn house,
8      out of my own Goddamn bathroom. Tell you what, I'm going
9      to sue you. I'm going to own every fucking thing you ever
10     hoped to own. You go ahead and laugh, you prick.
11 Q   Okay. This is State of Alaska, Department of
12     Administration, Division of Motor Vehicles, notice of
13     motor revocation.
14 A   You're not.....
15 Q   Under the.....
16 A   .....you don't work at the DOT.
17 Q   .....(indiscernible) law on the date shown above, which is
18     the 4th of January 2003, you were asked to submit to a
19     chemical test to determine your alcohol concentration.
20 A   I willingly submitted.....
21 Q   (Indiscernible).....
22 A   .....(indiscernible). Dude.
23 Q   .....(indiscernible).....
24 A   No.
25 Q   .....(indiscernible).....

Page 55

1  A   No.
2  Q   .....(indiscernible).....
3  A   No.
4  Q   .....(indiscernible).....
5  A   No. No. No. No. No.
6  Q   .....(indiscernible).....
7  A   Wrong.
8  Q   .....for a DWI.
9  A   Wrong. I want my lawyer, now.
10 Q   Your valid license or privilege to drive.....
11 A   Sir. Please.
12 Q   .....or obtain a license in this state is revoked or
13     disqualified.
14 A   He said he heard me.....
15 Q   .....(indiscernible).....
16 A   .....(indiscernible) or heard something.
17 Q   .....this is your official notice of revocation. If you
18     were operating a commercial motor vehicle.....
19 A   (Indiscernible).....
20 Q   .....this is your official notice of disqualification.
21 A   (Indiscernible).
22 Q   This revocation or disqualification will take effect seven
23     days after the date shown above unless you request an
24     administrative hearing. Information on the reverse side
25     of this form tells you how to apply for this hearing. The

Page 56

1      revocation or disqualification will occur even if the
2      criminal charge of DWI or refusal to submit to a chemical
3      test is dismissed or you are found not guilty. The
4      officers are required by law to take all license
5      certificates in your possession and if you have now a
6      license, issue you a temporary license effective for only
7      seven days. You are urged to surrender your driver's
8      license if you have it. You didn't have, I couldn't find
9      it on your person.....
10 A   Sir.
11 Q   .....(indiscernible) surrendered. This document must be
12     carried must be (indiscernible).....
13 A   Sir.
14 Q   .....(indiscernible).....
15 A   You should have gave me the test.
16 Q   .....(indiscernible).....
17 A   I was here for the Goddamn test.
18 Q   .....(indiscernible).....
19 A   It was wrong for you to say that.....
20 Q   .....(indiscernible).....
21 A   Man.
22 Q   .....revoked, disqualified, cancelled or denied. It
23     expires at midnight seven days from the issue date.
24     Police officer will see you get a copy this notice to
25     person being arrested, even if the person does not have a

Page 57

1      valid driver's license, police officer must continue with
2      information on the reverse side. Affidavit of receipt,
3      notice of motor revocation has been read and a copy
4      delivered to me. I understand that my driving privilege
5      has been revoked or disqualified beginning in seven days
6      and the police officer operating a commercial vehicle for
7      24 hours. Do you understand the notice of motor
8      revocation?
9  A   No, I don't.
10 Q   (Indiscernible)
11 A   I don't understand anything.
12 Q   Would you like me to read it again?
13 A   No. Yes. I would like my lawyer.
14 Q   Under the Alaska prior consent law, on the date shown
15     above.....
16 A   I do not understand it.
17 Q   .....4th of January 2003.....
18 A   You know what? Sir. I will not ever understand that
19     because I told you I was willing to take the test.
20 Q   Are you going to sign this for your temporary driver's
21     license?
22 A   Sir. I will take your test.
23 Q   Are you going to sign this for a temporary driver's
24     license?
25 A   For what?

Computer Matrix, LLC              Phone - 907-243-0668           jpk@gci.net
700 W. 2nd Ave., Anchorage, AK 99501   Fax    907-243-1473       sahile@gci.net

SCOTT BROWN                    1/4/2003                    PROCESSING TAPE
Vol 1

16 (Pages 58 to 61)

### Page 58

1  Q  Your temporary driver's license.
2  A  What do you mean?
3  Q  The form that I'm will give you out of this packet is
4     temporary driver's license for seven days. Do you want to
5     sign for it?
6  A  For what? I don't understand. I don't understand is the
7     thing. You -- you know what I mean? Sir, I do not
8     understand what you're trying to give me. You understand
9     what I'm saying? Do you? No. Yes. Maybe. Okay, I'm
10    going to tell them all that, too. Tell you want, you
11    better have your pencil sharpened because you came in my
12    house, I wasn't even driving, and you ripped me out of it.
13    Hey, can I go to the bathroom somewhere?
14 Q  We're almost done, Mr. Brown.
15 A  Well, I got to piss. You want me to piss in the garbage
16    can or what?
17 Q  Well, we're almost done.
18 A  Do you want me to piss in the fucking garbage can or what?
19 Q  I told you no.
20 A  Because I will.
21 Q  No.
22 A  I have to go now.
23 Q  Okay.
24 A  So.....
25 Q  Just one second.

### Page 59

1  A  .....I think the victim.....
2  Q  You can hold it. You can hold it.
3  A  .....deserve a few rights. I got to piss.
4  Q  Hang on. Hang on. I got 30 seconds.
5  A  I got to piss now. Hey, what do you think? You want me
6     to piss here?
7  UNIDENTIFIED VOICE: You need to sit down.
8  A  You want me to piss here?
9  Q  Was that so long?
10 A  I got to go brother.
11 Q  Was that so long?
12 A  Bro, I got to go. Please.
13 Q  Left down this hall. Straight. Straight.
14    (Indiscernible - distant voices)
15    (Pause)
16 A  No. No. No. No, I just -- I want to go home. I just
17    want to go home, man.
18 Q  Have a seat.
19 A  You know.
20 Q  Fifteen minutes, then. That's what we got to.....
21 A  (Indiscernible) water, man. I just want to go home, man.
22    I don't want nothing with you guys.
23 Q  Okay. It's 6:35 right now. I'm going to give you one
24    last chance.
25 A  Yes, sir. I'm going to put my socks on, okay.

### Page 60

1  Q  Okay. Fifteen minutes, don't burp.
2  A  I won't. I promise.
3  Q  Fifteen minutes.....
4  A  I promise.
5  Q  Okay.
6  A  I just -- I don't -- I don't want to be enemies with you
7     guys, man.
8  Q  I don't want you to be.....
9  A  You guys are all that's good in American, actually.
10 Q  I don't want you to be my enemy.
11 A  I ain't your enemy any damn way. But you know what, you
12    made me mad.
13 Q  Every time I spray somebody they're not too happy.
14 A  Fuck.
15 Q  I wasn't happy either.
16 A  That.....
17 Q  We have to get sprayed in order to use that stuff.
18 A  Have you ever seen a guy come unglued on you?
19 Q  Yeah.
20 A  Fuck. Good thing I know my -- my -- my chi [sic]. You
21    know, I'm good at that. I wouldn't -- I wouldn't mess
22    with you guys, huh. Actually, I like cops. I watch all
23    the shows on TV and shit. I do. And you know what, I
24    have rights, too.
25 Q  You do.

### Page 61

1  A  You shouldn't be able to come in my bathroom and get me.
2     That's wrong. Do you think?
3  Q  No, I don't.
4  A  Huh, how do you figure?
5  Q  Do you want me to explain it to you?
6  A  Yeah.
7  Q  You're not going to argue with me, are you?
8  A  No, sir.
9  Q  Okay. Wait till I'm done.....
10 A  Yes, sir.
11 Q  .....or I'm not going to explain anything.
12 A  Yes, sir.
13 Q  Okay. We got a call that your vehicle was driving
14    recklessly on Salee (ph), that you even did some circles
15    in the road, you lost control, okay. And they said you
16    went onto Pillar. I passed you on Pillar, you were coming
17    down, then I turned around and followed you. I turned on
18    my lights on Madson, came onto Pertops (ph), saw you turn
19    left onto Pertops, okay. I followed you onto Pertops, saw
20    your vehicle, my lights were illuminated, okay. I saw you
21    pull into your driveway, and I saw you enter.....
22 A  I wasn't driving anyway.
23 Q  Okay. But you wouldn't tell me who was driving.
24 A  I don't know who was driving.
25 Q  I saw you exit the driver's side of the vehicle. I saw

SCOTT BROWN                    1/4/2003                    PROCESSING TAPE
Vol 1

17 (Pages 62 to 65)

Page 62

```
 1     park the vehicle and exit the driver's side of the
 2     vehicle.
 3  A  You didn't see me park the vehicle. You didn't see anyone
 4     park the vehicle. You were still coming up the street. I
 5     saw where you was. You don't know who in the hell I am.
 6  Q  Okay. I -- I don't know you, you're right. I've never
 7     dealt with you before.
 8  A  So what the hell.
 9  Q  Just doing my job.
10  A  Why are you messing with me?
11  Q  I got.....
12  A  I never done nothing wrong. I wasn't even driving.
13  Q  Okay.
14  A  I didn't have no keys on me. I didn't have nothing on me,
15     what the hell?
16  Q  Who was driving?
17  A  I don't know.
18  Q  Okay.
19  A  You ripped me out of my bathroom, and I'm supposed to say,
20     fuck, I was driving or what? I wasn't driving, man.
21  Q  Okay.
22  A  (Indiscernible). Hurry and take the test. Hey, I don't
23     blame you for being a cop either. It's a good profession.
24  Q  Appreciate it.
25  A  I got nothing against you, really, except for ripping me
```

Page 63

```
 1     out of my own house and spraying me with that shit, man.
 2     That fucking shit hurt.
 3  Q  It does, I don't like it.
 4  A  You know what, I want to spray you with that.
 5  Q  I believe you.
 6  A  And then put them fucking cuffs on you. That'd be fun,
 7     too.
 8  Q  We got another 10 minutes left on your observation period.
 9  A  Yes, sir.
10  Q  Just a reminder, don't.....
11  A  Hey.....
12  Q  .....burp anything up.
13  A  .....no, sir. (Indiscernible) I'd really like to get you
14     out there playing some war games. I think you'd be pretty
15     good at it.
16  Q  I don't know.
17  A  Shit.
18  Q  You do that with paint ball or anything like that?
19  A  Oh, yeah.
20  Q  Do you?
21  A  Yeah.
22  Q  You have a paint ball gun?
23  A  Yeah.
24  Q  Yeah. That's fun, I like that.
25  A  I love doing that shit, me and my boys.
```

Page 64

```
 1  Q  Yeah. How many boys do you got?
 2  A  Two. One is 19 and one is 16.
 3  Q  They're older then.
 4  A  Yeah. We grew up young. I ain't been in any trouble,
 5     though, since I was -- I got a DWI once in the Army back
 6     in the Fort Polk, Louisiana.
 7  Q  Been awhile.....
 8  A  Back in '80 -- '82 , '83, something like that. Yeah, I
 9     was young. I'm a good boy now. I don't mess around, no
10     drugs.
11  Q  When did you get out of the Army?
12  A  I got out -- I did 10 years.
13  Q  Why didn't you stay another 10?
14  A  I couldn't like it.
15  Q  Yeah.
16  A  Didn't like the green.
17  Q  Didn't like the Army green, huh?
18  A  Yeah. Yeah. I like you guys though. You guys aren't any
19     better, dealing with idiots.
20  Q  It's okay.
21  A  Whatever. I'm just ready to roll.
22  Q  You haven't burped anything up, have you?
23  A  No, sir.
24  Q  Okay.
25  A  (Indiscernible) shit (indiscernible)
```

Page 65

```
 1  Q  Troopers stuff is even stronger, you know.
 2  A  Fuck. I like the troopers better. They got better shit
 3     anyhow.
 4  Q  They have more money. That's what it's all about.
 5  A  They're bigger boys, too.
 6  Q  They have some big boys.....
 7  A  I like the troopers, man.
 8  Q  .....tell you that much.
 9  A  If they were a team I'd be betting on them.
10  Q  Yeah. (Indiscernible)
11  A  Uh-huh, been a good boy. You know, you ain't much shit,
12     but you know what, you got some coming. My eyes may never
13     be the same again.
14  Q  Take a look?
15  A  Yeah.
16  Q  Yeah. They're a little red tomorrow probably, but they'll
17     be okay.
18  A  Fuck. Just so you guys know, whichever way it goes, I
19     don't hate you. But you guys sure had me stirred up.
20     Hey, how would you liked to being ripped out of your
21     bathroom, boy? You wouldn't like it, I guarantee you.
22     Damn.
23     (Pause)
24  A  Ready?
25  Q  Another six minutes.
```

Computer Matrix, LLC                    Phone - 907-243-0668              jpk@gci.net
700 W. 2nd Ave., Anchorage, AK 99501    Fax     907-243-1473              sahile@gci.net

| SCOTT BROWN | 1/4/2003 | PROCESSING TAPE |
|---|---|---|
| Vol 1 | | |

18 (Pages 66 to 69)

### Page 66

1  A   Geez, that's the longest damn 15 minutes I've ever.....
2  Q   (Indiscernible)
3  A   Well, Peterson, you know what, if you get through this,
4      you'll be all right. And I will be, too.
5  Q   How's that?
6  A   And I will be too.
7  Q   You will. You'll be fine.
8  A   But I didn't -- I didn't threaten no one, did I? Not
9      really. Fuck. Whatever. Yeah, I was in the Army before.
10     I know what a threat is.
11     UNIDENTIFIED VOICE: What did you do in the Army?
12 A   I was a diesel mechanic. Hey, I had a lot of friends that
13     were M.P.'s. We ate at the same mess hall there. That
14     and (indiscernible), we used to go over to the aviation,
15     us drunks and the M.P.'s, so we'd take over the aviation
16     mess hall. Yeah, they had good chow. Really good. Oh,
17     well, bunch of good boys there. Good time. You were in?
18     UNIDENTIFIED VOICE: Not in the Army, I was in the Coast
19 Guard.
20 A   Oh, were you.
21     UNIDENTIFIED VOICE: It was -- man, I loved it, you know.
22 What's -- what year did you join?
23 A   It was in '81. I joined '81 to '85. I was in active.
24     And then I went '85 to like '89 inactive. I went like
25     once of month. It was good, though. I really liked it.

### Page 67

1      It was a pretty fun time. No war, you know. Now it's all
2      war and serious shit.
3  Q   A lot of stuff going on in the world.
4  A   Yep. Yeah, it's pretty serious stuff now.
5  Q   Yep.
6  A   I -- no, I have nothing but good for the military
7      nowadays.
8  Q   Have you brought anything up from your stomach? Any burp
9      or anything like that?
10 A   Nope.
11 Q   Okay. Another three minutes then it should be ready.
12 A   Damn, it sure takes awhile.
13 Q   Creeping by.
14 A   Well, I tell you what, you gave me every option. If it
15     comes up positive, even though I wasn't driving, I guess
16     you got me.
17 Q   Why?
18 A   Even though I wasn't driving, I guess, it's too many parts
19     per million. Shouldn't be riding a toilet without
20     any.....
21 Q   A toilet?
22 A   What do you want me to say, sir?
23 Q   Nothing. I just didn't understand what you said.
24 A   Hey, are you going by the book or going by the book? What
25     are you? I work by the book. Did you ever hear of a

### Page 68

1      (indiscernible). That's what I am -- I'm a -- I'm a AFD
2      certified master mechanic. I work on cars, all different
3      makes and models. If is says 8.5 to do a head gasket, if
4      you do it in five hours, you still get 8.5.
5  Q   Have you burped or anything like that?
6  A   No, sir.
7  Q   Okay. This is ready. You want stand up here. Keep your
8      hands to your side. I'll hold it for you. Take a deep
9      breath, like I said, it's going to be a little bit, okay.
10     I'll tell you when to stop. And blow. Don't blow so
11     hard. Don't blow so hard. Don't blow so hard. Don't
12     blow so hard. Okay. Go and have a seat.
13 A   What did it say?
14 Q   185.
15 A   What's that?
16 Q   .08 is the legal limit. So it's two and a half times the
17     legal limit.
18 A   No way. That machine is bad. That can't be right. Two
19     and a half times the legal limit, boy.
20 Q   That's just what it says.
21 A   I wasn't even in that truck. Yeah, I've got some good
22     shit. I don't see how you can get me because I wasn't
23     there. Plus I was in the bathroom for five minutes
24     slugging her down. Fucking computer don't know nothing
25     only what someone put into it. Fuck, I work with that

### Page 69

1      shit all day long. Tell you what, I wasn't driving, so
2      you can do whatever you want.
3  Q   Okay. I'm going to read the Notice of Motor Revocation to
4      you again, okay? (Indiscernible), which is the 4th of
5      January, 2003 you were asked to submit to a chemical test
6      to determine alcohol concentration. The department of
7      administration will revoke your qualifying driver's
8      license, privilege to drive or your privilege to obtain a
9      license because your breath test disposed an alcohol
10     concentration of .08 or more. Your breath alcohol
11     concentration was .185. Your driver's license or
12     privilege to drive or obtain a license in this -- in this
13     state is revoked or disqualified. If you are operating an
14     non-commercial motor vehicle, this is your official notice
15     of revocation. If you are operating a commercial motor
16     vehicle, this is your official notice of disqualification.
17     This revocation or disqualification will take effect seven
18     days after the date shown above unless you request an
19     administrative hearing. Information on the reverse side
20     of this form tells you how.....
21 A   How do I get an administrative hearing?
22 Q   On the -- on the back side of the form that you're going
23     to get you'll have all that information. Information on
24     the reverse side of this form tells you how to apply for
25     the hearing. This revocation or disqualification will

SCOTT BROWN                           1/4/2003                            PROCESSING TAPE
Vol 1

19 (Pages 70 to 73)

Page 70

1  occur even with the criminal charge of DWI or refusal to
2  submit to a chemical test is dismissed or if you are found
3  not guilty.
4  A  Not -- so that means I'm guilty even if I ain't?
5  Q  That's what it says, yeah.
6  A  You mean I'm guilty.....
7  Q  No.
8  Q  .....even if I'm not?
9  Q  Doesn't mean you're guilty, it means your license is going
10    to be dis -- or it's going to be suspended or revoked.
11 A  Even if I'm not guilty?
12 Q  Uh-huh. (Affirmative)
13 A  Why?
14 Q  That's just the way the -- the State of Alaska Department
15    of Motor Vehicles is now, okay?
16 A  I'm guilty even if I'm not.
17 Q  I'm going to finish reading the rest, and then I'll give
18    you a copy and you can -- you can study it. The officer
19    are required by law to take all licensed certificates in
20    your possession. And if you have a valid license, issue
21    you a temporary license effective for only seven days.
22    You are urged to submit your driver's license if you have
23    it. Driver's license card was not surrendered before this
24    report because I didn't happen to find one on you. This
25    document must be carried with you until and serve as a

Page 71

1  temporary driver's license. It is subject to all the
2  restrictions on the original license. This document does
3  not provide any driver's privileges if your license is
4  currently suspended, revoked, disqualified, canceled or
5  denied. It expires at midnight seven days from the issue
6  date. So you have that temporary license. This is your
7  temporary license, okay. You have to carry it with you
8  when you drive. Do you operate a commercial motor
9  vehicle?
10 A  No. I -- I used to have one.
11 Q  Okay.
12 A  My truck used to.....
13 Q  Okay.
14 A  .....be commercial, but it's not anymore.
15 Q  Do you have any questions about this form?
16 A  Yeah. I have a lot of questions.
17 Q  Any that I can answer for you and help you out?
18 A  Probably not.
19 Q  Okay. Need you to come up here and sign to receive your
20    temporary license.
21 A  Yes, sir.
22 Q  Go ahead and sign where that X is on the bottom right-hand
23    corner.
24 A  Here. Here?
25 Q  Yeah, there you go. Go ahead and have a seat.

Page 72

1  A  Sure.
2  Q  Do you want to place all your stuff in here.
3     UNIDENTIFIED VOICE: You have anything else in your
4  pockets.
5  A  I don't know man.
6  Q  (Indiscernible).
7  A  (Indiscernible) shirt too.
8  Q  We're not done yet, you need to have a seat, okay.
9  A  Yeah, no problem.
10    UNIDENTIFIED VOICE: You probably don't want to put that
11 back on.
12 A  No. No. That's got a lot of (indiscernible) a lot of
13    that shit I ate.
14 Q  (Indiscernible)
15 A  (Indiscernible) made me really mad because.....
16 Q  Mr. Brown, this is your temporary license, I'm putting it
17    with your things, okay.
18 A  Yes, sir. Hey, whe -- wher -- never mind, I have water.
19    Just, you know.....
20 Q  We're kind of.....
21 A  .....I got a (indiscernible) through my ankle, I got
22    percocet and medicine.
23 Q  Thank you.
24    UNIDENTIFIED VOICE: You're on medication for your ankle?
25 A  Yeah.

Page 73

1     UNIDENTIFIED VOICE: We'll be able to call your wife
2  and.....
3  A  Okay. Just have her come and get me.
4  Q  Okay, Mr. Brown, I'm not going to charge you with refusal,
5     okay.
6  A  Thank you. (Indiscernible) immediate. And I wasn't
7     driving any vehicle either, so there you go.
8  Q  Okay. Is your wife -- it's going to be a $500 bail,
9     cash.....
10 A  Yeah.
11 Q  .....is your wife going to be able to get the cash? Do
12    you want to give her call?
13 A  Yeah.
14    UNIDENTIFIED VOICE: You about ready?
15 Q  I'm going to let him call his wife. Jeff.
16    UNIDENTIFIED VOICE: Huh?
17 Q  I'm going to let him call his wife real quick.
18 Q  .....put you in your jail clothes, we've got some clothes
19    right there, the pepper spray stuff.....
20 A  I hate those clothes.
21 Q  Well, we'll wash those for you to get that pepper spray
22    stuff out so tomorrow when you get out it'll.....
23 A  I don't want no one to touch my stuff.
24 Q  Okay. We'll probably -- they have to go through it
25    anyways, the jail does.

Computer Matrix, LLC              Phone - 907-243-0668                    jpk@gci.net
700 W. 2nd Ave., Anchorage, AK 99501    Fax    907-243-1473               sahile@gci.net

SCOTT BROWN                                    1/4/2003                          PROCESSING TAPE
Vol 1

20 (Pages 74 to 75)

Page 74

1  A  Well, they can go through it, don't wash it.
2  Q  Uh-huh.
3  A  Just.....
4  Q  You can tell them that when you go back there, tell them
5     you don't want them to wash it.
6  A  Don't touch my stuff.
7  Q  Okay.
8  A  Well, I'm good, I'm good, whatever you want me to do.
9  Q  We just want you to, you know, take your shoes off real
10    quick.
11 A  This jail's (indiscernible) clothes you have.
12 Q  Okay, yeah, we'll go back this way.
13 A  Yeah.
14 Q  To your left. You have some big (indiscernible).
15 A  (Indiscernible) had it you know, he thinks -- I wasn't
16    driving, so, man, what do you want me to do man.
17    (End of recording)
18           (END OF PROCEEDINGS)

Page 75

1              CERTIFICATE
2  UNITED STATES OF AMERICA)
                           ) ss.
3  STATE OF ALASKA         )
4      I, Joseph P. Kolasinski, Notary Public in and for the
   State of Alaska, and Reporter for Computer Matrix, do hereby
5  certify:
6      THAT the foregoing audiotape was transcribed under my
   direction and reduced to print to the best of our knowledge and
7  ability from a audiotape provided by Mr. Frank Koziol;
8      THAT the Transcript as heretofore annexed is a true and
   correct transcription of said tape requested to be transcribed.
9
       THAT the original of said Transcript has been filed with:
10
   Mr. Frank S. Koziol
11 618 Christensen Drive
   Anchorage, Alaska  99501
12
       I further certify that I am not a relative, nor employee,
13 nor attorney, nor of counsel of any of the parties to the
   foregoing matter, nor in any way interested in the outcome of
14 the matter therein named.
15     IN WITNESS WHEREOF, I have hereunto set my hand and
   affixed my seal this 7th day of May 2008.
16
17     _____
       Joseph P. Kolasinski
18     Notary Public in and for Alaska
       My Commission Expires: 03/12/08
19
20
21
22
23
24
25