DMV Administrative Hearing - Scott Brown Testimony
February 14, 2003

..........

HEARING OFFICER:  Mr. Brown, would you raise your hand and tell me when it's raised please?

A      It's raised.

Q      Do you solemnly swear or affirm that the testimony that you will present in this proceeding will be the truth, the whole truth and nothing but the truth?

A      Yes.

Q      And would you state your name for the record please.

A      Scott Randall Brown.

Q      Okay.  And what's a current mailing address for you Mr. Brown?

A      1219 Purtov, apartment A, Kodiak, Alaska.

HEARING OFFICER:  Okay, thank you, sir, you are sworn.  Go ahead, Mr. Schmitt

MR. SCHMITT:  Thank you.

DIRECT EXAMINATION

BY MR. SCHMITT:

Q      Mr. Brown what is your occupation?

A      I'm a automotive technician.

Q      Okay.  About 10 years ago would we call your position mechanic?

A      Yes, Ma'am.  Oh! Yes, sir, I mean.

Q      All right.  How long have you been been dealing with motor vehicles?

A      Oh, pretty much all of my grown up life.

DMV Administrative Hearing
Scott Brown Testimony                    1 of 12                    7269\01 tape DMV.wpd

0006326

EXHIBIT H

**Ex. R, p. 1 of 12**

Q    Okay. How are you today?

A    I'm 39.

Q    I would like to have you focus a bit on the motor vehicle you were operating on January 4 of this year. Could you please describe it for the hearing officer?

A    It's a 1969 Dodge 300, a large flat bed truck. It's a old - it's in pretty good condition but it has a few problems.

Q    Okay. Why don't you describe what those problems as they relate to what happened on January 4.

A    Well, when it's cold out it has a tendency, for some reason the throttle sticks. I haven't tracked it down whether it's the choke or the linkage itself, but when the throttle would stick I would put on the brake and the front brakes would lock up and the rear wheels would push the truck. And it was real hard to control.

Q    On the afternoon of January 4 of this year what was the weather like in Kodiak?

A    It was cold and icy.

Q    Okay. These problems that you just described, were you having those with your vehicle on that day?

A    Yes, I was.

Q    Okay. The police report begins with a call at about - just about 10 minutes before 5 o'clock from a woman who said she had been at the Safeway parking lot here in Kodiak. I'd like to use that as a reference point, but were you actually in the Safeway parking lot at about that time?

A    Yes, I was.

Q    Okay. Why were you there?

A    To get a can of Copenhagen.

Q    Okay, that's snuff?

A    Yes.

Q    All right. Where were you before you went to the Safeway store?

DMV Administrative Hearing
Scott Brown Testimony                    2 of 12                    7269\01 tape DMV.wpd

006527

EXHIBIT H

**Ex. R, p. 2 of 12**

A    I went to a tire called Union Tire Shop and talked to Wade about maybe getting my front tires studded.

Q.    Okay.

A    And help me control the truck better.

Q    Okay. So you then you went - how long did it take you to get fronm the tire shop out to Safeway?

A    Oh, I don't know, 5, 10 minutes, I guess.

Q    Okay, it's just about a 2-mile drive or so?

A    Yes.

Q    Okay. The report says that the lady at Safeway saw your vehicle spray gravel all over, I guess, another woman that was standing in front of the store. Is it possible that your vehicle sprayed gravel?

A    Well, I guess it could, but I have large mud flaps on the back. I, you know, I don't see how, how the rocks could of hit her or anything.

Q    Okay. What what type of tires do you have on the back of your truck ?

A    They're just road, radial tires, kind of like all-season tread.

Q    Okay, but are they single-tire on either side or two tires on ether side?

A    No, they're duals.

Q    So that means you actually have four tires on the back of your truck.

A    Yes, I do.

Q    Okay. And was there loose gravel on the park- (break in tape)

    HEARING OFFICER:  - in the Scott Brown hearing, I apologize for that, please continue.

Q    (By Mr. Schmitt)  Mr. Brown, you were describing the gravel on the Safeway parking lot, that it was a paved parking lot but there was loose gravel on it?

DMV Administrative Hearing
Scott Brown Testimony                    3 of 12                    7269\01 tape DMV.wpd

000528

EXHIBIT H

**Ex. R, p. 3 of 12**

A    Yeah, on top of the ice. And when the throttle would stick I would put on the brakes and the rear tires would keep spinning.

Q    So it's quite possible that indeed some gravel was thrown out?

A    Yeah, it - it could of happened, yes.

Q    All right. Now this - from the police report the woman, this Laurie Skonberg that called in, she said that she followed your - she calls it a pickup truck, but it's not a pickup truck is it?

A    No, it isn't.

Q    And she says she observed him loose control and do a 360 on Selief Lane. Is it possible for your vehicle to do a 360?

A    No, Alan, it's not. That's a real skinny gravel road and this is a large truck, it's probably 22 and 23 feet long and, no, I didn't do a 360 there.

Q    Is it possible though because of the throttle problems that you were doing some fish-tailing action or something like that?

A    Oh, yeah, it would start going too fast and then I would put on the brakes, and what would happen, the front tires would lock up, and then it was hard to control the vehicle.

Q    Okay. So when you left the Safeway store you were heading back to your house by the most direct path. It that correct?

A    Yes, I was.

Q    Okay. But in the report here Ms. Skonberg says that she saw your vehicle go up Pillar Mountain Road. Is going up Pillar Mountain Road on the way to your house?

A    No, it isn't. What happened is I needed to make a left turn, and it's a real sharp turn, but when I put on the brakes my truck kept going straight, so I went up Pillar Mountain Road and turned around up there.

Q    Okay. And the reason that it kept going was because of the throttle problems you had?

DMV Administrative Hearing
Scott Brown Testimony                    4 of 12                    7269\01 tape DMV.wpd

000329

EXHIBIT H

Ex. R, p. 4 of 12

A    Yeah. Yeah the throttle was sticking and I wanted to make a left-hand turn, but when I put on the brakes the truck kept going straight.

Q    Okay. When you went up the road to Pillar Mountain you were able to get it turned around and . . .

A    Yes.

Q    And then what, you did you get the throttle taken care of or . . .

A    Well, that's what I did. I went up there and I turned around. I parked on the hill, and I got under there to see if I could figure out what was making the throttle stick.

Q    Did you find anything?

A    No, not really. I think it was some wires that were rubbing on the linkage but, you know, when it's cold like that I think it's the choke sticking. I haven't totally solved that problem.

Q    Okay. But you then - how long do you think you were on Pillar Mountain?

A    Oh, I don't know, maybe two minutes.

Q    Okay, just a brief period of time?

A    Yeah, not very long.

Q    Okay. But you then turned around and went back down the hill and to your house?

A    Yes, I did.

Q    And it was pretty close by?

A    Yes, real close. Maybe . . .

Q    Okay. Did you notice the police officer pass you when you were going up Pillar Mountain Road - or when you were coming down Pillar Mountain Road?

A    Yeah, I did see a police car going up the road, when I was - I was almost at the bottom of Pillar Mountain. We met - there are some water tanks up there and he went by.

DMV Administrative Hearing
Scott Brown Testimony                    5 of 12                    7269\01 tape DMV.wpd

000530

EXHIBIT H

**Ex. R, p. 5 of 12**

Q    Okay. And so what did you do from that point on?

A    I just - I just went home. And I had to go to the bathroom really bad, so I just went home, parked my truck, and went in the house and went to the bathroom. My ankle was really sore, I had sprained my ankle.

Q    Okay. At that point did you know the police officer was following you?

A    No, I didn't know that he was following me until I got into the bathroom.

Q    Okay. And what did - the police report says that the officer was calling to you, that he yelled for you to stop. Do you remember hearing him?

A    No, I don't.

Q    Okay. So what happened when you got into the bathroom?

A    Oh, well, I was really stressed out, my ankle was sprained, I was in pain, and so I - I was drinking alcohol. I probably took, I don't know, 6, 7, 8 drinks

Q    Of what?

A    It was Jack Daniels.

Q    And where was the Jack Daniels?

A    It was under the sink, in the cupboard.

Q    And you had hidden it there?

A    Yes.

Q    So you ultimately then came out of the bathroom?

A    Yes, I came out after I was done going to the bathroom and drinking, and I just wanted to see, you know, why are the police here.

Q    Sure. Back up for a moment here, what size bottle was the Jack Daniels?

A    It was a large bottle, probably a fifth, I guess.

Q    Okay. How full was it when you started drinking it?

DMV Administrative Hearing
Scott Brown Testimony                    6 of 12           7269\01 tape DMV.wpd

000531

EXHIBIT H

**Ex. R, p. 6 of 12**

A    It was brand new, it was a full bottle.

Q    Okay. How much was left in it when you got done drinking?

A    Uh, very little. Probably, I don't know, three - probably a quarter of it left, maybe.

Q    Okay. That's a lot of alcohol to drink in a short period of time for most people. I mean, you were actually able to drink that much?

A    Oh, yeah.

Q    Okay. And what did you do with the bottle when you finished?

A    I put it back under the sink.

Q    When you went out into the kitchen area, and your wife testified that you drank a beer there, do you remember doing that?

A    Yes, I do.

Q    Okay. Did you on Saturday the 4th of January, did you have any alcohol to drink except for the Jack Daniels in the bathroom and the beer in the kitchen?

A    No I didn't.

Q    Before you drove your motor vehicle that afternoon to go to the tire shop, did you have anything to drink?

A    No, I did not.

Q    What did you have to eat on Saturday, the 4th of January?

A    Nothing. I didn't eat breakfast or lunch.

Q    Okay, just check my notes here. When you went into the bathroom, why did you start drinking then?

A    Well, me and my brother were arguing. I had my, you know, I was just stressed out, I was stressed out, I was in terrible pain, too, my - I had been to a doctor earlier because I had a really swollen twisted ankle. I was walking with a cane. I couldn't find my medication. So, I drank - I drank. Like a stress relief.

MR. SCHMITT:  Those are the questions that I have for Mr. Brown.

DMV Administrative Hearing
Scott Brown Testimony        7 of 12        7269\01 tape DMV.wpd

000532

EXHIBIT H

Ex. R, p. 7 of 12

HEARING OFFICER: Okay.

CROSS-EXAMINATION

BY HEARING OFFICER:

Q    Now, you said that you didn't see know that the officer was behind you?

A    No. He -- no, I didn't.

Q    Okay. And you didn't hear him yelling at you?

A    No he -- he didn't yell at me. The only time I heard him yell was when I was already in the bathroom.

Q    So you didn't hear him yelling several times for you to stop?

A    No, I didn't.

Q    Okay. Now, you said that you were stressed out and you had to go to the bathroom, and so that was why you went into the house, and you went into the bathroom, and you also said that you had hidden some Jack Daniels there in the sink? Or underneath the sink, is that right?

A    Yes, Ma'am.

Q    Okay. And you keep it there because your wife doesn't like you to drink?.

A    Yes, Ma'am.

Q    Okay. Now were you drinking straight from the bottle or do you keep a glass in there as well?

A    No, I drink from the bottle.

Q    Okay. Now in the - the police report says that you were drinking after-shave and lotion.

A    No. No, I have a -- what I have done before, is I cleaned out like a cologne bottle and put whiskey in it.

Q    And then that's to hide it from your wife?

DMV Administrative Hearing
Scott Brown Testimony                8 of 12                7269\01 tape DMV.wpd

000533

EXHIBIT H

**Ex. R, p. 8 of 12**

A    Yes.

Q    Okay. Now you went into the bathroom, and then all of a sudden the the cops are there and you didn't understand why they were there?

A    No, I had no idea why they were there.

Q    Okay. So -- I guess I'm confused that -- the police report indicates that you said they're idiots, fuck them I didn't do shit. Now why would you make a comment like that if you didn't know why they were there?

A    I didn't -- I didn't do anything. I did nothing wrong, you know, why were they there, I don't know?

Q    Okay. So then you get out of the bathroom, and your talking with the officer, and you decided you were going to have a beer?

A    Yeah, the whiskey was kind of coming back on me. It was -- I needed something to chase it down. It was kind of, you know, I was like burping and stuff so I grabbed a beer and slammed it.

Q    Okay. I guess I'm wondering why under threat of pepper spray you would drink a beer. Why not water?

A    I don't know. You know, I took the beer, I was already drinking it, and then he squirted me with the pepper spray.

Q    Now, were you driving the truck? Did you drive the -- you were driving the truck back from Safeway?

A    Yes.

Q    And you've also said that you had some vehicle problems, and that was what was causing you to appear as though you were losing control?

A    Yes, the truck was having problems.

Q    Okay. Now, how long were you in the bathroom? I mean, when you first got into the bathroom what did you do?

A    I sat down on the toilet and started to go to the bathroom.

A    Okay. So when did you start to drink?

DMV Administrative Hearing
Scott Brown Testimony                9 of 12                 7269\01 tape DMV.wpd

000534

EXHIBIT H

A     Like – I don't know, I sat down, started to go to the bathroom, opened up the cupboard and grabbed my bottle.

Q     Okay. Now, how long would you say you were in there before the officer started knocking on the door?

A     I don't know, just a couple seconds probably. I don't know.

Q     Okay. So then you didn't go out because you were finishing up going to the bathroom or . . .

A     I was -- I mean, I walked in the door, and I was fast, I had to go to the bathroom bad. So I sat right down on the toilet.

Q     Okay. And how do you think it took you to have 6 or 7 drinks?

A     Not very long. I was in the bathroom, I don't know, 10 -- I don't know 10 minutes or so. And I just -- I don't know, drank normally like.

Q     Okay. So you're in the bathroom just a couple seconds before the officer starts knocking on the door, and you continue to drink while the officer is banging on the door?

A     Yeah. He didn't bang on the door very long.

Q     He just stopped?

A     Yeah, he -- he stopped, and then my, you know, I was talking to my wife. I didn't even -- at that point I didn't even know what the police wanted. I knew there was police there, but I didn't know why they were there.

Q     Okay. So then why wouldn't you have finished going to the bathroom and gone out to talk to them to find out what was going on instead of staying in the bathroom?

A     What do you -- I was -- I was going to the bathroom.

Q     Right, but you said that only took just a couple of seconds. You said that it was just a couple seconds that you were going to the bathroom, and then the police were there. So I guess I'm wondering why wouldn't you finish going to the bathroom and go out and talk to them if you didn't know why they were there?

000535

EXHIBIT H

**Ex. R, p. 10 of 12**

A     I didn't go to the bathroom in a couple of seconds. You know, I sat down on the toilet and I started to pee, and than, you know, I had to crap, too, and I can't do that in just a couple of seconds.

Q     Okay, so you were multi-tasking then, you're going to the bathroom and drinking at the same time?

A     Yeah.

Q     Okay. Now, this beer, can you tell me what kind of beer it was?

A     Budweiser.

Q     Okay. A standard size? Is it a 40, is it a 12-ounce?

A     It was a 12-ounce bottle.

Q     Okay. Now, when you came out of the bathroom why did you tell the officer that you hadn't had anything to drink?

A     Well, I don't know, I -- just to be ornery, I guess. I don't know. I did tell them that I was drinking in the bathroom, though. Or I think I told them I was drinking in my house or something.

Q     Okay. I'm looking at the police report and it says you came out of the bathroom, your wife told you to sit down, which you did, you said you did nothing wrong and you were wondering "why I entered his house. I asked him how much he had to drink and he stated nothing."

A     Well, I think they were pertaining that I -- what I think he was asking is did I drink when I was driving. No, I didn't. That's why I told them I wasn't drinking, because I wasn't drinking when I was driving.

Q     Okay. Do you have any problems with your speech?

A     Well, I don't talk that clear, you know?

Q     Okay.

A     I guess I do have a problem with speech.

HEARING OFFICER: Okay. I don't have anything further. Mr. Schmitt, did you have some follow-up questions?

DMV Administrative Hearing
Scott Brown Testimony                    11 of 12                    7269\01 tape DMV.wpd

U0c536

EXHIBIT H

**Ex. R, p. 11 of 12**

MR. SCHMITT:  Just a brief one or two.

### REDIRECT EXAMINATION

BY MR. SCHMITT:.

Q    Mr. Brown, there was not only the issue with the officer there, and part of the stress of what was going on was the argument you had been having with your brother, is that . . .

A    Yes.  And I was in horrible pain, too.

Q    And did that affect your balance?

A    Oh, yeah, I couldn't hardly walk.  I mean, and the officer doesn't even say anything about a cane.  I had a cane.

MR. SCHMITT: Those are all the questions that I have for Mr. Brown.

### RE-CROSS EXAMINATION

BY HEARING OFFICER:

Q    Did you have your cane with you in the bathroom?

A    Yes, I did, Ma'am.

Q    Okay.  So you brought it out with you?

A    I brought it out, and I have a motorcycle in my living room, and I hung it on the rack on the motorcycle.

HEARING OFFICER:  Okay.  okay I don't have anything further.
I guess what we can try to do is I'll try Mr Brennick again.

MR. SCHMITT:  If you would please, thank you.

HEARING OFFICER:   I'll pause the record.

DMV Administrative Hearing
Scott Brown Testimony                    12 of 12                    7269\01 tape DMV.wpd

U0u537

EXHIBIT H

**Ex. R, p. 12 of 12**