IN THE DISTRICT COURT FOR THE STATE OF ALASKA
THIRD JUDICIAL DISTRICT AT KODIAK

Agency Case #2030001
ATN #107084601

I certify that this is a full, true and correct copy of an original document on file in the Alaska Trial Courts at Kodiak.
Witness my hand and the seal of this court.
8/7/8  M. Olan
Date   Magistrate/Clerk

| STATE OF ALASKA, | ) | MISDEMEANOR COMPLAINT |
|---|---|---|
| Plaintiff | ) | |
| vs. | ) | CASE NO. 3KO-03-12 CR. |
| Scott Randel Brown, | ) | DRIVING WHILE INTOXICATED |
| Defendant | ) | * AS 28.35.030(a) * |
| ID: 6918319  DOB: 9-18-1963 | ) | |

COMPLAINANT STATES that on or about the 4th day of January, 2003, at or near Kodiak, in the Third Judicial District, State of Alaska, the above named Defendant did unlawfully:

(X) commit the offense of Driving While Intoxicated when he/she drove or operated a motor vehicle, aircraft, or watercraft
(X) while under the influence of

    (X) intoxicating liquor, or

    ( ) any controlled substance listed in AS 11.71.140-90
                                                        * AS 28.35.030(a)(1) *

(X) and there was, as determined by a chemical test taken within four hours after the alleged offense was committed,
    ( ) 0.08 percent or more by weight of alcohol in his/her blood, (blood test result ____ ) or

    ( ) 80 milligrams or more of alcohol per 100 milliliters of blood, (blood test result ____ ) or

    (X) 0.08 grams or more of alcohol per 210 liters of his/her breath; (Datamaster cdm result .185 .)
                                                        * AS 28.35.030(a)(2)*

All of which is a Class A misdemeanor offense, being contrary to and in violation of AS 28.35.030(a) and against the peace and dignity of the State of Alaska.

                                                          Complainant

SUBSCRIBED AND SWORN TO before me this 6th day of January, 2003
                                                          Judge/Magistrate

000519

EXHIBIT E

Ex. T, p. 1 of 2

IN THE DISTRICT COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT KODIAK

Agency Case #200300101
ATN# 102088501

STATE OF ALASKA, )
        Plaintiff )
vs. ) AFFIDAVIT BY POLICE OFFICER
) IN SUPPORT OF COMPLAINT
Scott Randel Brown, ) CASE NO. 3KO-03-12 CR
        Defendant )
ID: 6918319   DOB: 9-18-1963 )

I, KPD Officer Frank Peterson, attest to the following and state that:

1) On Saturday, 1-4-2003, at approximately 4:53 P.M., the Kodiak Police Department received a report of a Gold colored flatbed pickup truck driving recklessly. The report mentioned the vehicle was "fishtailing" in the road and had lost control and spun in a circle in the road. The caller reported the vehicle had driven up Pillar Mountain road. The caller gave a description of the driver of the vehicle which matched the description of the defendant.

2) I went to Pillar Mountain road and observed a gold colored flatbed pickup truck heading down the road. I followed the vehicle to Madsen Road and then to Purtov Road. I observed the vehicle pull into 1219 Purtov Road. I observed a male leave the driver side of the vehicle. I later identified the man as Scott Brown, the defendant.

3) I yelled to the defendant and instructed him to stop. The defendant continued into his residence and I followed. I contacted the defendant and noted the strong odor of alcohol on the defendant's breath. I noted his eyes were blood shot and watery. I noted his speech was slurred and he swayed where he stood.

4) The defendant stated he was in his house and could drink if he wanted to. The defendant would not comply with my orders. The defendant took a beer from next to his refrigerator and I told him not to drink it. I informed him that he was under arrest for DUI. The defendant opened the beer and proceeded to drink it. I took the beer from the defendant and placed him under arrest for DUI.

5) I transported the defendant to the Kodiak Police Department where he stated, "I did not drive my truck while drinking any alcohol." The defendant stated "you're wrong. I was not drunk." The defendant provided a sample of his breath after approximately 8 failed attempts. The test of breath resulted in a Breath Alcohol Concentration of .185. The test was administered approximately 2 hours after my initial contact with the defendant.

_____
Police Officer

SUBSCRIBED AND SWORN TO before me this 4 day of Jan, 2003.

_____
Notary Public

EXHIBIT E

Ex. T, p. 2 of 2