IN THE TRIAL COURTS FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT

STATE OF ALASKA, )
)
        Plaintiff, )
)
vs. )
)
SCOTT BROWN, )
)
        Defendant. )
)

Case No. 3KO-03-12 CR

**VRA CERTIFICATION**

I certify that this document and attachments do not contain (1) the name of a victim of a sexual offense listed in AS 12.61.140 or (2) a residence or business address or telephone number of a victim of or witness to any offense unless it is used to identify the place of the crime or an address or telephone number in a transcript of a court proceeding and disclosure of the information was ordered by the court.

ORDER

The defendant having moved to suppress and the court having considered the arguments of the parties;

IT IS HEREBY ORDERED that an evidentiary hearing is scheduled for Courtroom A on the 3rd day of April 2003 at 9:30 A.M. ⁂

DATED this 1st day of April, at Kodiak, Alaska.

                                      Trial Court Judge

⁂ Evidence is limited to matters not already in affidavits, and to cross-examination about the contents of affidavits. Hearing is limited to one hour.

District Attorney, State of Alaska
424 Marine Way, Suite 202
Kodiak, Alaska 99615
486-5744

I CERTIFY THAT A COPY OF THE ABOVE WAS
___ MAILED TO
✗ DEPOSITED IN DISTRIBUTION TRAY DA/Schmitt
CLERK'S OFFICE KODIAK
Sh  4-1-03
DEPUTY CLERK  DATE

000298

Ex. X