STATE OF ALASKA/Department of Administration/Division of Motor Vehicles
NOTICE AND ORDER OF REVOCATION

Date Issued 1/4/03   Case Number 20030010   Law Enforcement Agency and Location Kodiak Police
Name Scott Randal Brown   Birthdate 9-18-63   Social Security Number 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
Mail Address 1219 Purtov #A   DL No. 1691839   State AK
City Kodiak   State AK   Zip 99615

Under the Alaska Implied Consent Law, on the date shown above (date issued) you were asked to submit to a chemical test to determine your alcohol concentration. The Department of Administration will revoke or disqualify your driver's license, privilege to drive, or your privilege to obtain a license because

☐ you refused to submit to a breath test following an arrest for DWI or you refused to submit to breath, blood, or urine testing after being involved in a collision that resulted in serious injury or death to another person.

☒ your breath test disclosed an alcohol concentration of .08 or more. The breath alcohol concentration was .185

☐ following a collision which resulted in serious injury or death of another person, your chemical test disclosed an alcohol concentration of .08 or more or the presence of controlled substances. The blood alcohol concentration was _____ or the controlled substance was _____.

☐ your breath test disclosed an alcohol concentration of .04 or more and you were operating a commercial motor vehicle(CMV). The breath alcohol concentration result was _____. If breath alcohol concentration is .08 or more, your non-commercial license is also revoked. THIS IS YOUR OFFICIAL "OUT OF SERVICE" NOTICE.

☐ following a collision where you were operating a commercial vehicle and the collision resulted in serious injury or death of another person, your test disclosed an alcohol concentration of .04 or more or the presence of controlled substances. The blood alcohol concentration was _____ or the controlled substance was _____. If breath alcohol concentration is .08 or more, your non-commercial privilege is also revoked. THIS IS YOUR OFFICIAL "OUT OF SERVICE" NOTICE.

YOUR DRIVER'S LICENSE OR PRIVILEGE TO DRIVE OR OBTAIN A LICENSE IN THIS STATE IS REVOKED OR DISQUALIFIED. IF YOU WERE OPERATING A NON-COMMERCIAL MOTOR VEHICLE, THIS IS YOUR OFFICIAL NOTICE OF REVOCATION. IF YOU WERE OPERATING A COMMERCIAL MOTOR VEHICLE, THIS IS YOUR OFFICIAL NOTICE OF DISQUALIFICATION. THIS REVOCATION OR DISQUALIFICATION WILL TAKE EFFECT SEVEN (7) DAYS AFTER THE DATE SHOWN ABOVE UNLESS YOU REQUEST AN ADMINISTRATIVE HEARING. INFORMATION ON THE REVERSE SIDE OF THIS FORM TELLS YOU HOW TO APPLY FOR THIS HEARING. THIS REVOCATION OR DISQUALIFICATION WILL OCCUR EVEN IF THE CRIMINAL CHARGE OF DWI OR REFUSAL TO SUBMIT TO A CHEMICAL TEST IS DISMISSED OR YOU ARE FOUND NOT GUILTY.

SURRENDER OF DRIVER'S LICENSE
The officer is required, by law, to take all license certificates in your possession, and if you have a valid license, issu temporary license effective for only seven (7) days. You are ordered to surrender your driver's license if you have it.

☐ Yes  ☒ No    Driver's License card surrendered and forwarded with this report.

TEMPORARY LICENSE
This document must be carried with you and shall serve as your temporary Driver's License. It is subject to / restrictions on your original license. THIS DOCUMENT DOES NOT PROVIDE ANY DRIVING PRIVILEGES IF YOUR LICEN IS CURRENTLY SUSPENDED, REVOKED, DISQUALIFIED, CANCELED OR DENIED. It expires at midnight, seven (7) d from the issue date.

☐ No Temporary License Issued because: _____    ☐ You May Not Operate a CMV For 24 Ho

NOTICE TO PEACE OFFICER: A PEACE OFFICER MUST READ AND GIVE A COPY OF THIS NOTICE TO THE PERSON BEING ARRESTED EVEN IF THE PERSON DOES NOT HAVE A VALID DRIVER'S LICENSE. PEACE OFFICER MUST COMPLETE INFORMATIO ON THE REVERSE SIDE.
AFFIDAVIT OF RECEIPT: THE NOTICE AND ORDER OF REVOCATION HAS BEEN READ AND A COPY DELIVERED TO ME. I UNDERSTAND THAT MY DRIVING PRIVILEGE HAS BEEN REVOKED OR DISQUALIFIED BEGINNING IN 7 DAYS AND THAT I AM PLACED OUT OF SERVICE FOR OPERATING A CMV FOR 24 HOURS.

SIGNATURE

ATTACH TO WHITE COPY: LICENSE, COPY OF BREATH TEST TAPE OR CHEMICAL TEST RESULTS OR IMPLIED CONSENT WARNING AFTER COMPLETION FORWARD WHITE COPY TO: DRIVERS LICENSING, 1300 W. BENSON BLVD, STE 100, ANCHORAGE, ALASKA 99503-368
446A (6/01)

Ex. AA, p. 1 of 2

10050

1. ON OR ABOUT THE __4th__ DAY OF __JANUARY__ 20__03__ AT OR NEAR __KODIAK__ IN THE __3rd__ JUDICIAL DISTRICT, STATE OF ALASKA, THERE WERE REASONABLE GROUNDS TO BELIEVE THAT THE PERSON NAMED ON THE REVERSE SIDE HAD BEEN DRIVING OR OPERATING, WHILE INTOXICATED, A [X] MOTOR VEHICLE  [ ] AIRCRAFT, CONTRARY TO LAW.

2. REASON FOR INITIAL CONTACT:
[ ] VEHICLE STOPPED BY OFFICER FOR VIOLATION OF TRAFFIC LAW; (DESCRIBE): ____
[ ] VEHICLE ALREADY STOPPED (DESCRIBE): ____
[ ] MOTOR VEHICLE COLLISION. DID A FATALITY OR SERIOUS PHYSICAL INJURY TO ANOTHER PERSON OCCUR? [ ] YES [ ] NO
[X] OTHER (DESCRIBE): __REDDI VEHICLE__

3. REASONABLE GROUNDS THAT PERSON WAS OPERATING: [X] SAW PERSON   [ ] PERSON ADMITTED
[ ] OTHER (DESCRIBE): ____

4. REASONABLE GROUNDS THAT PERSON WAS INTOXICATED:   [X] ODOR OF ALCOHOL   [X] BLOODSHOT/WATERY EYES
[X] MANNER OF DRIVING   SPEECH WAS: [X] SLURRED  [ ] INCOHERENT
BALANCE WAS: [X] SWAYING  [ ] WOBBLING  [ ] FALLING  [ ] SAGGING KNEES
FIELD SOBRIETY TESTS FAILED:  [ ] HGN  [ ] WALK & TURN  [ ] ONE LEG STAND  [ ] ALPHABET  [ ] COUNTING
[ ] PRELIMINARY BREATH TEST RESULT OF ____ BREATH ALCOHOL CONCENTRATION.

5. OTHER PERTINENT INFORMATION: ____

6A. THE PERSON WAS ARRESTED FOR DRIVING WHILE INTOXICATED AND WAS REQUESTED TO SUBMIT TO A CHEMICAL TEST AND UPON BEING OFFERED THE CHEMICAL TEST, THE PERSON:
[X] PROVIDED A BREATH SAMPLE WHICH RESULTED IN A TEST RESULT OF __.185__. [X] COPY OF BREATH TEST TAPE ATTACHED
OR [ ] AFTER BEING READ THE IMPLIED CONSENT WARNING REFUSED TO PROVIDE SAMPLE OF THEIR BREATH FOR CHEMICAL ANALYSIS. [X] COPY OF IMPLIED CONSENT WARNING ATTACHED.

6B. THE LAW ENFORCEMENT OFFICER HAD REASONABLE GROUNDS TO BELIEVE THE PERSON WAS INVOLVED IN A COLLISION WHICH RESULTED IN A FATALITY OR SERIOUS INJURY TO ANOTHER PERSON AND THE PERSON WAS REQUESTED TO SUBMIT TO CHEMICAL TESTING: [ ] PROVIDED A BLOOD SAMPLE WHICH RESULTED IN A TEST RESULT OF ____. [ ] COPY OF THE BLOOD TEST RESULTS ATTACHED OR UPON BEING REQUESTED AND READ THE IMPLIED CONSENT WARNING THE PERSON: [ ] REFUSED TO SUBMIT TO CHEMICAL TESTING. [ ] COPY OF IMPLIED CONSENT WARNING ATTACHED.

7. TIME OF OFFENSE __1653 (4:53)__ AM/PM    TIME BREATH TEST GIVEN / REFUSED __6:50__ AM/PM

8. THE OPERATOR WHO ADMINISTERED THE BREATH TEST IS A CERTIFIED OPERATOR AND COMPLIED WITH ALL REGULATIONS SET FORTH FOR BREATH ANALYSIS.  CERTIFICATION NUMBER: __4060__ EXPIRING ON: __4-7-2005__

9. THE PERSON WAS DRIVING OR OPERATING A COMMERCIAL VEHICLE.  [ ] YES  [X] NO
THE VEHICLE BEING DRIVEN WAS REQUIRED TO BE PLACARDED FOR HAZARDOUS MATERIALS.  [ ] YES  [X] NO

10. THE NOTICE AND ORDER OF REVOCATION HAS BEEN ISSUED AND A COPY DELIVERED TO THE PERSON NAMED ON THE REVERSE SIDE. ANY REPORTS PERTAINING TO THIS ARREST ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

_____                    __Frank Peterson__ K20
SIGNATURE OF OFFICER                     PRINTED NAME OF OFFICER

PERSONALLY APPEARING BEFORE ME AND BEING DULY SWORN AND SUBSCRIBED BEFORE ME ON THIS __7__ DAY OF __JAN__ 200_
__Viunn K. Vial__    MY COMMISSION EXPIRES: __August 1, 200__
OR
UNDER AS 09.63.020 A NOTARY IS UNAVAILABLE AND I CERTIFY UNDER PENALTY THAT THE FOREGOING IS TRUE ON THIS ____ DAY OF _____, _____ IN _____, ALASKA.

_____                    _____
PRINTED NAME OF OFFICER                  SIGNATURE OF OFFICER
446B(6/01)

Ex. AA, p. 2 of 2

10051