IN THE DISTRICT COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT KODIAK

STATE OF ALASKA, )
                 )
        Plaintiff, )
vs.              )
                 )
SCOTT BROWN,     )
                 )
        Defendant. )
_____)  Case No. 3KO-03-12 CR

### ORDER TO SUPPRESS EVIDENCE

On motion of defendant, and the court being otherwise sufficiently advised, *For reasons stated on the record on April 3, 2003,* IT IS HEREBY ORDERED, that all evidence obtained by Officer Peterson subsequent to his entry into defendant's home is hereby suppressed.

DATED this ___3rd___ day of ___April___, 2003, at Kodiak, Alaska.



_____
DONALD D. HOPWOOD
Superior Court Judge

3-18-03

I CERTIFY THAT A COPY OF THE ABOVE WAS:
___ MAILED TO
_X_ DEPOSITED IN DISTRIBUTION TRAY  DA/Schmitt
CLERK'S OFFICE, KODIAK

_____  4-3-03
DEPUTY CLERK           DATE

JAMIN, EBELL
SCHMITT & MASON
323 CAROLYN STREET
KODIAK, AK 99615
(907) 486-6024

7269\01 motion to suppress Order.wpd

000299

4-3

**Ex. AB**