IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT KODIAK

STATE OF ALASKA, )
) 
        Plaintiff, )
)
vs. )
)
SCOTT BROWN, )
)
        Defendant. )
_____ )   Case No. 3KO-S03-12 CR

ORDER

The state's motion to reconsider the order of April 3, 2003 suppressing evidence is DENIED.

The state's argument to limit the effect and applicability of the suppression order is not properly raised as a motion for reconsideration. As the court directed at the conclusion of the suppression hearing, the issue must be raised by separate motion because it was not briefed, or even addressed, in either party's suppression motion memoranda. The issue will not be considered until filed and served as a new motion. The usual motion practice according to Civil Rule 77 will apply.

DATED this 9th day of April, 2003, at Kodiak, Alaska.

DONALD D. HOPWOOD
SUPERIOR COURT JUDGE

I CERTIFY THAT A COPY OF THE ABOVE WAS:
___ MAILED TO
✓ DEPOSITED IN DISTRIBUTION TRAY DA/Schmitt
CLERK'S OFFICE, KODIAK

_____ 4/10/03
DEPUTY CLERK   DATE

Alaska Court System

000286  4-9

Ex. AD