IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
THIRD JUDICIAL DISTRICT AT KODIAK

STATE OF ALASKA, )
)
Plaintiff, )
)
vs. )
)
SCOTT R BROWN, )
DOB: 9/18/1963 )
APSIN ID: 6921847 )
DMV NO. 6918319 )
SSN: 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 )
ATN: 107-084-601 )
)
Defendant. )
)

FILED
IN OPEN COURT
TRIAL COURTS
FOR THE STATE OF ALASKA
AT KODIAK
Date 3-27-03
_____ Clerk
Sh _____ Deputy

No. 3KO-S03-12 CR

### INDICTMENT

I certify this document and its attachments do not contain the (1) name of a victim of a sexual offense listed in AS 12.61.140 or (2) residence or business address or telephone number of a victim of or witness to any offense unless it is an address identifying the place of a crime or an address or telephone number in a transcript of a court proceeding and disclosure of the information was ordered by the court.

The following counts charge a crime involving DOMESTIC VIOLENCE as defined in AS 18.66.990:

Count 1 - AS 11.41.220(a)(1)(A)
Assault In The Third Degree

Count 2 - AS 11.56.610(a)(1)
Tampering With Physical Evidence

THE GRAND JURY CHARGES:

Count 1

That on or about January 4, 2003, at or near Kodiak in the Third Judicial District, State of Alaska, SCOTT R BROWN recklessly placed another person in fear of imminent serious physical injury by means of a dangerous instrument, to wit: he did place Laurie Skonberg in fear by means of an truck.

All of which is a class C felony offense being contrary to and in violation of AS 11.41.220(a)(1)(A) and against the peace and dignity of the State of Alaska.

000301

3-27

District Attorney, State of Alaska
424 Marine Way, Suite 202
Kodiak, Alaska 99615
486-5744

**Ex. AE, p. 1 of 2**

Count 2

That on or about January 4, 2003, at or near Kodiak in the Third Judicial District, State of Alaska, SCOTT R BROWN destroyed, mutilated, altered, suppressed, concealed, or removed physical evidence with intent to impair its verity or availability in an official proceeding or a criminal investigation, to wit: he did alter the alcohol level in his own body with intent to impair the accuracy of an alcohol breath or blood test.

All of which is a class C felony offense being contrary to and in violation of AS 11.56.610(a)(1) and against the peace and dignity of the State of Alaska.

DATED this 27 day of March, 2003 at Kodiak, Alaska.

A true bill

_____   _____
Grand Jury Foreperson                             Joseph S. Slusser
                                                              Assistant District Attorney, No. 8206063

WITNESSES EXAMINED BEFORE THE GRAND JURY:

Kyle Valerio
Frank Peterson
Laurie Skonberg
Maudean Magnuson

BAIL SET AT _Rumors Bail conditions previously set are continued_

DATED March 27, 2003

_____
JUDGE
ACCEPTED FOR FILING _____

_____
DEPUTY CLERK

DA/Schmitt/KPD

District Attorney, State of Alaska
424 Marine Way, Suite 202
Kodiak, Alaska 99615
486-5744

- 2 -    000302