IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT KODIAK

STATE OF ALASKA, )
)
    Plaintiff, )
)
vs. )
)
SCOTT R BROWN, )
DOB: 9/18/1963 )
APSIN ID: 6921847 )
DMV NO. 6918319 )
SSN: 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 )
ATN: 107-084-601 )
)
    Defendant. )

Court Case No. 3KO-S03-12 CR

JELL, SCHMITT & MASON
A Professional Corporation
APR 09 2003
KODIAK, ALASKA

### INFORMATION ADDING MISDEMEANOR COUNT TO INDICTMENT

I certify this document and its attachments do not contain the (1) name of a victim of a sexual offense listed in AS 12.61.140 or (2) residence or business address or telephone number of a victim of or witness to any offense unless it is an address identifying the place of a crime or an address or telephone number in a transcript of a court proceeding and disclosure of the information was ordered by the court.

The following counts charge a crime involving DOMESTIC VIOLENCE as defined in AS 18.66.990:

Count I - AS 11.41.220(a)(1)(A)
Assault In The Third Degree
Scott R Brown - 002

Count II - AS 11.56.610(a)(1)
Tampering With Physical Evidence
Scott R Brown - 003

Count III - AS 28.35.030(a)
Driving Under The Influence
Scott R Brown - 001

THE DISTRICT ATTORNEY CHARGES:

District Attorney, State of Alaska
424 Marine Way, Suite 202
Kodiak, Alaska 99615
486-5744

000538

EXHIBIT !

### Count I

That on or about January 4, 2003, at or near Kodiak in the Third Judicial District, State of Alaska, SCOTT R BROWN recklessly placed another person in fear of imminent serious physical injury by means of a dangerous instrument.

All of which is a class C felony offense being contrary to and in violation of AS 11.41.220(a)(1)(A) and against the peace and dignity of the State of Alaska.

### Count II

That on or about January 4, 2003, at or near Kodiak in the Third Judicial District, State of Alaska, SCOTT R BROWN destroyed, mutilated, altered, suppressed, concealed, or removed physical evidence with intent to impair its verity or availability in an official proceeding or a criminal investigation.

All of which is a class C felony offense being contrary to and in violation of AS 11.56.610(a)(1) and against the peace and dignity of the State of Alaska.

### Count III

That on or about January 4, 2003, at or near Kodiak in the Third Judicial District, State of Alaska, SCOTT R BROWN drove or operated a motor vehicle either (a) while under the influence of an alcoholic beverage, inhalant, or controlled substance, or (b) when there was 0.08% or more by weight of alcohol in his blood or when there was 0.08 grams or more of alcohol per 210 liters of his breath, or (c) both.

All of which is a class A misdemeanor offense being contrary to and in violation of AS 28.35.030(a) and against the peace and dignity of the State of Alaska.

INFORMATION ADDING MISDEMEANOR COUNT TO INDICTMENT   000539
ST V. SCOTT R. BROWN
3KO-S03-12CR
Page 2 of 3

EXHIBIT I

Ex. AF, p. 2 of 3

District Attorney, State of Alaska
424 Marine Way, Suite 202
Kodiak, Alaska 99615
486-5744

Dated at Kodiak, Alaska, this 2 day of April, 2003.

GREGG D. RENKES
ATTORNEY GENERAL

J. MICHAEL GRAY
DISTRICT ATTORNEY

By: _____
Joseph S. Slusser
Assistant District Attorney
Alaska Bar No. 8206063

THE UNDERSIGNED HEREBY CERTIFIES THAT ON
THE 2nd DAY OF April 20 03
THE ATTACHED DOCUMENTS WERE HAND DELIVERED Schmitt
ON THE ATTORNEYS OF RECORD
_____

INFORMATION ADDING MISDEMEANOR COUNT TO INDICTMENT
ST V. SCOTT R. BROWN
3KO-S03-12CR
Page 3 of 3

000540

EXHIBIT I