IN THE DISTRICT COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT KODIAK

ATN: 107084601

| | |
|---|---|
| STATE OF ALASKA, <br><br> Plaintiff, <br><br> vs. <br><br> SCOTT R. BROWN, <br> DOB: 09/18/63 <br> AKID: 6921847 <br><br> Defendant. | CORRECTED <br> I N F O R M A T I O N <br> Amending and Supplanting <br> Count III only <br><br> Violation: Reckless Endangerment <br> Section: AS 11.41.250(a) |

Case No. 3KO-S03-12 CR.

VRA CERTIFICATION

I certify that this document and its attachments do not contain (1) the name of a victim of a sexual offense listed in AS 12.61.140 or (2) a residence or business address or telephone number of a victim of or witness to any crime unless it is an address used to identify the place of the crime or it is an address or telephone number in a transcript of a court proceeding and disclosure of the information was ordered by the court.

THE DISTRICT ATTORNEY CHARGES:

COUNT III

That on or about the 4TH day of January, 2003, at or near Kodiak, in the Third Judicial District, State of Alaska,

SCOTT R. BROWN, recklessly engaged in conduct which created a substantial and unjustifiable risk of serious physical injury to J.S. and L.S.

///

000541

EXHIBIT J

All of which is a class A misdemeanor being contrary to and in violation of AS 11.41.250(a) and against the peace and dignity of the State of Alaska.

DATED this 25 day of April 2003, at Kodiak, Alaska.

GREGG D. RENKES
ATTORNEY GENERAL

J. MICHAEL GRAY
DISTRICT ATTORNEY

By: _____
JOSEPH S. SLUSSER
ASSISTANT DISTRICT ATTORNEY
Alaska Bar# 8206063

THE UNDERSIGNED HEREBY CERTIFIES THAT ON THE 25 DAY OF APRIL, 20 03 THE ATTACHED DOCUMENTS WERE HAND DELIVERED —Schmitt ON THE ATTORNEYS OF RECORD

District Attorney, State of Alaska
424 Marine Way, Suite 202
Kodiak, Alaska 99615
486-5744

INFORMATION-AMENDING & SUPPLANTING COUNT III ONLY
State v. BROWN
3KO-S03-12 CR.
Page 2 of 2

000542

EXHIBIT J

Ex. AG, p. 2 of 2