IN THE DISTRICT COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT KODIAK

STATE OF ALASKA, )
 )
               Plaintiff, )
 )
vs. )
 )
SCOTT BROWN, )
 )
               Defendant. )
_____ )   Case No. 3KO-03-12 CR

### ORDER DISMISSING INDICTMENT

On motion of defendant, and the court being otherwise sufficiently advised,

IT IS HEREBY ORDERED, that the Indictment returned in this matter on March 27, 2003, is hereby dismissed.*

DATED this 14th day of May, 2003, at Kodiak, Alaska.



_____
DONALD D. HOPWOOD
Superior Court Judge

*As to count one, the State presented to the grand jury insufficient evidence of the victim's fear of imminent serious physical injury. The victim was in her car with her children at 5-01-03 and was fearful that the defendant's vehicle would hit the victim's vehicle. A reasonable inference does not support a finding that the victim feared imminent serious physical injury.

As to count two, suppressed evidence was presented to the grand jury. The other bases for the defendant's motion to dismiss are denied.

amended & corrected 5-01-03

JAMIN, EBELL
SCHMITT & MASON
323 CAROLYN STREET
KODIAK, AK 99615
(907) 486-6024

7269\01 motion to dismiss Indictment Order.wpd

I CERTIFY THAT A COPY OF THE ABOVE WAS:
___ MAILED TO
_X_ DEPOSITED IN DISTRIBUTION TRAY  DA/Schmitt
CLERK'S OFFICE, KODIAK

_____   May 15, 2003   000193
DEPUTY CLERK       DATE
Law

I CERTIFY THAT A COPY OF THE ABOVE WAS:
___ MAILED TO
_X_ DEPOSITED IN DISTRIBUTION TRAY  DA/Schm
CLERK'S OFFICE, KODIAK

_SH_____   5-22-03
DEPUTY CLERK       DATE

Ex. AH