IN THE DISTRICT COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT KODIAK

STATE OF ALASKA, )
)
Plaintiff, )
vs. )
)
SCOTT BROWN, )
)
Defendant. )
) Case No. 3KO-03-12 CR

## ORDER SUPPRESSING EVIDENCE RELATIVE TO COUNT II

On motion of defendant, and the court being otherwise sufficiently advised,

IT IS HEREBY ORDERED, that the April 3, 2003 suppression order is extended to Count II of the Indictment. ‡

DATED this 14th day of May, 2003, at Kodiak, Alaska.



_____
DONALD D. HOPWOOD
Superior Court Judge

‡ State v. Schrecengost, 6 P.3d 403 (Idaho Ct. App. 2000); Erickson v. State, 507 P.2d 508 (Alaska 1975); Brown v. Illinois, 422 U.S. 590, 602-05 (1975); 5 Wayne R. LaFave, Search and Seizure §11.4(j), at 337-341 (3d ed. 1996).

4-15-03

7269\01 motion to suppress2 Order.wpd

JAMIN, EBELL
CHMITT & MASON
323 CAROLYN STREET
KODIAK, AK 99615
(907) 486-6024

I CERTIFY THAT A COPY OF THE ABOVE WAS:
____ MAILED TO
  X  DEPOSITED IN DISTRIBUTION TRAY  DA/Schmitt
CLERK'S OFFICE, KODIAK

_____ May 15, 2003
LAW DEPUTY CLERK         DATE

000219

5-14

Ex. A1