IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
THIRD JUDICIAL DISTRICT AT KODIAK

STATE OF ALASKA, )
)
Plaintiff, )
)
vs. )
)
SCOTT R BROWN, )
DOB: 9/18/1963 )
APSIN ID: 6921847 )
DMV NO. 6918319 )
SSN: 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 )
ATN: 107-084-601 )
)
Defendant. )
)

Court Case No. 3KO-S03-12 CR

FILED
IN OPEN COURT
TRIAL COURTS
FOR THE STATE OF ALASKA
AT KODIAK

Date 6/5/03

_____ Clerk

_____ Deputy

## SUPERCEDING INDICTMENT

I certify this document and its attachments do not contain the (1) name of a victim of a sexual offense listed in AS 12.61.140 or (2) residence or business address or telephone number of a victim or of witness to any offense unless it is an address identifying the place of a crime or an address or telephone number in a transcript of a court proceeding and disclosure of the information was ordered by the court.

The following counts charge a crime involving DOMESTIC VIOLENCE as defined in AS 18.66.990:

Count __1__ - AS 11.41.220(a)(1)(A)
Assault In The Third Degree

THE GRAND JURY CHARGES:

Count __1__

That on or about January 4, 2003, at or near Kodiak in the Third Judicial District, State of Alaska, SCOTT R BROWN recklessly placed another person in fear of imminent serious physical injury by means of a dangerous instrument, to wit: he did place Laurie Skonberg in fear by means of an truck.

All of which is a class C felony offense being contrary to and in violation of AS 11.41.220(a)(1)(A) and against the peace and dignity of the State of Alaska.

District Attorney, State of Alaska
424 Marine Way, Suite 202
Kodiak, Alaska 99615
486-5744

000187

p. 5

DATED this 5 day of ~~March~~ June, 2003 at Kodiak, Alaska.

A true bill

_____     _____
Grand Jury Foreperson                Joseph S. Slusser
                                     Assistant District Attorney, No. 8206063

WITNESSES EXAMINED BEFORE THE GRAND JURY:

Frank Peterson
Laurie Skonberg
Maudean Magnuson

BAIL SET AT   Summons

DATED   6/5/03

_Anna M. Moran, Special Master_
JUDGE

ACCEPTED FOR FILING _____

_____
DEPUTY CLERK

cc: DA/KPD/Schmitt

District Attorney, State of Alaska
424 Marine Way, Suite 202
Kodiak, Alaska 99615
486-5744

- 2 -

000188

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
THIRD JUDICIAL DISTRICT AT KODIAK

STATE OF ALASKA, )
)
Plaintiff, )
)
vs. )
)
SCOTT R BROWN, )
DOB: 9/18/1963 )
APSIN ID: 6921847 )
DMV NO. 6918319 )
SSN: 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 )
ATN: 107-084-601 )
)
Defendant. )

FILED
IN OPEN COURT
TRIAL COURTS
FOR THE STATE OF ALASKA
AT KODIAK
Date  6/5/03
Clerk:
Deputy

Court Case No. 3KO-S03-12 CR

### SUPERCEDING INDICTMENT

I certify this document and its attachments do not contain the (1) name of a victim of a sexual offense listed in AS 12.61.140 or (2) residence or business address or telephone number of a victim of or witness to any offense unless it is an address identifying the place of a crime or an address or telephone number in a transcript of a court proceeding and disclosure of the information was ordered by the court.

The following counts charge a crime involving DOMESTIC VIOLENCE as defined in AS 18.66.990:

Count 1 - AS 11.41.220(a)(1)(A)
Assault In The Third Degree

THE GRAND JURY CHARGES:

**Count 1**

That on or about January 4, 2003, at or near Kodiak in the Third Judicial District, State of Alaska, SCOTT R BROWN recklessly placed another person in fear of imminent serious physical injury by means of a dangerous instrument, to wit: he did place Laurie Skonberg in fear by means of an truck.

All of which is a class C felony offense being contrary to and in violation of AS 11.41.220(a)(1)(A) and against the peace and dignity of the State of Alaska.

District Attorney, State of Alaska
424 Marine Way, Suite 202
Kodiak, Alaska 99615
486-5744

000189

6-5

DATED this 5 day of ~~March~~ June, 2003 at Kodiak, Alaska.

A true bill

_____    _____
Grand Jury Foreperson             Joseph S. Slusser
                                  Assistant District Attorney, No. 8206063

WITNESSES EXAMINED BEFORE THE GRAND JURY:

Frank Peterson
Laurie Skonberg
Maudean Magnuson

BAIL SET AT  Summons

DATED  6/5/03

Anna M Moran, Special Master
JUDGE

ACCEPTED FOR FILING _____

_____
DEPUTY CLERK

cc: DA/KPD/Schmitt

District Attorney, State of Alaska
424 Marine Way, Suite 202
Kodiak, Alaska 99615
486-5744

- 2 -

000190