IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
THIRD JUDICIAL DISTRICT AT KODIAK

STATE OF ALASKA, )
)
Plaintiff, )
)
vs. )
)
SCOTT R BROWN, )
DOB: 9/18/1963 )
APSIN ID: 6921847 )
DMV NO. 6918319 )
SSN: 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 )
ATN: 108-534-123 )
)
Defendant. )
)

FILED
IN OPEN COURT
TRIAL COURTS
FOR THE STATE OF ALASKA
AT KODIAK
Date 6/20/03  19
_____ Clerk
gh _____ Deputy

Court Case No. 3KO-S03-373CR

## INDICTMENT

I certify this document and its attachments do not contain the (1) name of a victim of a sexual offense listed in AS 12.61.140 or (2) residence or business address or telephone number of a victim of or witness to any offense unless it is an address identifying the place of a crime or an address or telephone number in a transcript of a court proceeding and disclosure of the information was ordered by the court.

The following counts charge a crime involving DOMESTIC VIOLENCE as defined in AS 18.66.990:

Count I - AS 11.56.200
Perjury

Count II - AS 11.56.200
Perjury

THE GRAND JURY CHARGES:

### Count I

That on or about February 14, 2003, at or near Kodiak in the Third Judicial District, State of Alaska, SCOTT R. BROWN made a false sworn statement which he did not believe to be true, to wit: testified under oath that he had consumed no alcohol on January 4, 2003 prior to his consumption of alcohol in the bathroom of his home during a police investigation.

000618

6-19-03

District Attorney, State of Alaska
424 Marine Way, Suite 202
Kodiak, Alaska 99615
486-5744

**Ex. AM, p. 1 of 2**

All of which is a class B felony offense being contrary to and in violation of AS 11.56.200 and against the peace and dignity of the State of Alaska.

Count II    ~~NOT TRUE BILL~~

~~That on or about February 14, 2003, at or near Kodiak in the Third Judicial District, State of Alaska, SCOTT R. BROWN made a false sworn statement which he did not believe to be true, to wit: testified under oath that a one ton flatbed truck which he was driving did not make a 360 degree spin on Selief Road during an encounter with a vehicle driven by L.S. on January 4, 2003.~~

~~All of which is a class B felony offense being contrary to and in violation of AS 11.56.200 and against the peace and dignity of the State of Alaska.~~

DATED this _19_ day of June, 2003 at Kodiak, Alaska.

A true bill as ct 1

_____
Grand Jury Foreperson

_____
Joseph S. Slusser
Assistant District Attorney, No. 8206063

WITNESSES EXAMINED BEFORE THE GRAND JURY:
Frank Peterson
Maudean Magnuson
Laurie Skonberg
Tiffany Thomas

BAIL SET AT  summons

DATED  6/19/03

_____
Special Master JUDGE
ACCEPTED FOR FILING _____

_____
DEPUTY CLERK

cc: CA/KPD

District Attorney, State of Alaska
424 Marine Way, Suite 202
Kodiak, Alaska 99615
486-5744

INDICTMENT
ST V SCOTT BROWN
3KO-S03-   CR

2

000619