10-21-2003  09:00am  From-KODIAK CLERKS OFFICE          +9074861660        T-496  P.050/050  F-337

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT KODIAK

STATE OF ALASKA, )
  )
  Plaintiff, )
vs. )
  )
SCOTT BROWN, )
  )
  Defendant. )

Case No. 3KO-03-373 CR

### ORDER DISMISSING INDICTMENT

On motion of defendant, and the court being otherwise sufficiently advised,

IT IS HEREBY ORDERED, that the Indictment returned in this matter on June 19, 2003, is hereby dismissed. ✱

DATED this 24 day of October, 2003, at ~~Kodiak~~ Anchorage, Alaska.

_[signature]_
Superior Court Judge *pro tem*

✱ An opinion will be issued Nov 3rd but to avoid trial preparation and jury call up I am signing this order today

7269\02 motion to dismiss Indictment Order.wpd

I CERTIFY THAT A COPY OF THE ABOVE WAS:
☐ MAILED TO
☒ DEPOSITED IN DISTRIBUTION TRAY
CLERK'S OFFICE, KODIAK  DA Schmitt
DEPUTY CLERK   10/24/03

JAMIN, EBELL
SCHMITT & MASON
323 CAROLYN STREET
KODIAK, AK 99615
(907) 486-6024

000471

10-24-03

Ex. AN