In the Superior Court for the State of Alaska at Kodiak

Media No.: 3KOA03-90  Judge: Lohff
Date: Wednesday, June 11, 2003  Clerk: S. Huckins
Plaintiff: State of Alaska vs.

Defendant's Name: Scott Brown
Case No: 3KO-S03-12CR
DOB:
Address:

Type of Proceedings: Evidentiary Hearing
Counsel Present: Plaintiff: DA: Slusser
Defendant: Schmitt

Defendant: Present/Not in custody

| Bail Set/Continues: |
| Transport Order: |
| Other Court Orders: Motion denied; New Rule 45 date 11/15/03 |

| Next Court Date(s) and Time(s): | Type of Hearing(s): | Location: |
|---|---|---|
| 7/14/03, 3:30 p.m. | Omnibus hearing and schedule trial date | |

Summary of Proceedings:

| 2:44:35 PM | On record<br>Court identifies case<br>Brief hearing re: motion filed by defendant re: motion to dismiss based on an assertion of vindictive prosecution in respect to filing count III of this case, a misdemeanor charge of reckless endangerment<br>Schmitt describe one of the elements for any showing of vindictive prosecution<br>Address what stake the state has<br>Cite is on page 145, head note 6 in the body |
| 2:49:33 PM | Reads the cite |
| 2:51:10 PM | Schmitt<br>- defendant pepper sprayed in his home<br>- it's a stake the state has - defendant pursuing remedies he has in that context |
| 2:52:50 PM | CT<br>- states factual basis<br>- goes over history of case |
| 2:55:57 PM | Schmitt<br>- specific stake issue hasn't been fully briefed<br>- I would like an opportunity to do that |
| 2:56:13 PM | CT<br>- there seems to be some factual discrepancies; I'm not implying anything disingenuous<br>- results of DMV hearing and that led to the filing of count III |

06-11-03brown

000409

Page 1 of 4

6-11

**Ex. AP, p. 1 of 4**

| Time | Content |
|---|---|
| 2:57:13 PM | **DA**<br>- recall the date of 4/21/03; use that as a starting point; the only reason I can remember that is because of the motion practice<br>- I had asked for the tape back in March<br>- the tape came in and sat on the paralegal's desk for awhile<br>- paralegal gave me the tape the week before 4/21/03<br>- it sat on my desk for awhile |
| 3:00:46 PM | - I had a discussion with Mr. Gray the following Monday<br>- I listened to the tape from the DMV<br>- clear case of perjury against defendant and his brother |
| 3:06:54 PM | **CT**<br>- understand brother has been indicted |
| 3:07:01 PM | **DA**<br>- I was startled when listening to the tape re: when it gets cold out the throttle sticks<br>- element of recklessness |
| 3:12:38 PM | **CT**<br>- need to stop because there is a verdict in the other case |
| 3:13:00 PM | recess |
| 3:37:14 PM | Reconvene |
| 3:37:54 PM | **CT**<br>- I recognize this isn't under oath but we have officers of the court |
| 3:39:03 PM | **DA**<br>- 90% of my discussion with Gray was re: perjury charges<br>- being sued didn't enter into my decision |
| 3:40:35 PM | **Gray**<br>- I wasn't really aware of this case until Slusser talked to me<br>- I can't stand perjury<br>- I can't stand it when someone is on the stand and lies<br>- I told him I thought reckless endangerment was there<br>- I told him to go forward with the perjury charge |
| 3:42:48 PM | **Schmitt**<br>- need to ask Slusser questions |
| 3:44:42 PM | <u>Joe Slusser, sworn</u> |
| 3:44:50 PM | <u>Direct-exam by Schmitt</u><br>- Assistant DA<br>- don't recall the date of 3/18/03<br>- I don't recall what all he was charged with<br><br>(Court gives Mr. Slusser the court file)<br><br>(clerk leaves courtroom to get two court files) |

000410

| Time | Notes |
|---|---|
| 3:47:56 PM | - on 3/18/03 defendant charged with DWI |
| 3:50:50 PM | - the indictment added to felony counts on 3/27/03<br>- I looked at the police report not long after the charges were filed<br>- Peterson was an important witness but not the primary one<br>- basis given for Skonberg being placed in fear |
| 3:55:47 PM | - I spoke with Skonberg before we did the first indictment<br>- everything we had was produced to you<br>- to my knowledge we don't have anything more re: Skonberg or the other call<br>- Skonberg and other caller have only talked to the District Attorney's office |
| 3:58:23 PM | - I don't produce my written notes and thoughts about my interviews with witnesses<br>- the best I can recall I have spoken with Skonberg twice<br>- I kept notes from at least one of the interviews |
| 4:03:35 PM | - I don't know what cases Gray takes to grand jury<br>- whole point of the DMV tape is that defendant had notice of the problem<br>- we can show he had notice of the problem<br>- listen to almost all of the DMV tape<br>- I think timelines are important<br>- I think your times were off |
| 4:07:13 PM | Witness excused<br><br>(take a break to do two other cases) |
| 4:16:50 PM | Schmitt<br>- look up the case you cited while you did the other two cases<br>- argument |
| 4:21:11 PM | - defendant has a right under Rule 16 so he can prepare<br>- deprived o discovery<br>- Judge Hopwood was on point<br>- we've shown there is vindictive prosecution |
| 4:22:34 PM | DA<br>-argument |
| 4:23:17 PM | CT<br>- |
| 4:24:04 PM | DA<br>- argument continued<br>- I recounted the history as accurately as I could re: count III<br>- I was listening to the tape to see if perjury charge should be filed |
| 4:28:00 PM | CT<br>- Court of Appeals in their description of prosecutorial vindictiveness refers to U.S. Supreme Court cases<br>- cites case<br>- findings |
| 4:34:55 PM | - I don't see there was a penalty for action |
| 4:36:17 PM | - explanation from Slusser adequate on point<br>- explanation negates the vindictiveness<br>- Motion DENIED as to Count III<br>- there was a factual basis to bring to the court's attention |

06-11-03brown

000441

| Time | Content |
|---|---|
| 4:37:51 PM | - there is a new indictment he was arraigned on |
| 4:38:04 PM | Schmitt<br>- apparently a motion will be filed |
| 4:38:24 PM | CT<br>- order that the notes of conversations with Skonberg and Sally Magnuson, notes of what they told you, be released |
| 4:39:09 PM | DA<br>- I think they are factual notes |
| 4:39:22 PM | Schmitt<br>- can do in-camera review<br><br>CT<br>- DA can ask for an in-camera review first |
| 4:39:48 PM | DA<br>- I'll put the notes in his box |
| 4:41:17 PM | Schmitt<br>- DA stated he has witness problems |
| 4:42:33 PM | DA<br>- ask for 30 day waiver beyond the scheduled trial date |
| 4:43:23 PM | CT<br>- set the trial for sometime in October<br>- omnibus hearing, 7/14/03, 3:30 p.m.<br>- suggest 11/15/03 as new Rule 45 date |
| 4:45:20 PM | Off record |