IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT KODIAK

STATE OF ALASKA, )
  )
    Plaintiff, )
  )
vs. )
  )
SCOTT R. BROWN, )
  )
    Defendant )
  )

FILED
IN OPEN COURT
TRIAL COURTS
FOR THE STATE OF ALASKA
AT KODIAK

Date 12/11/03

_____ Clerk
_____ Deputy

Case No.: ~~3VA-02-260-CR~~
3KO-S03-012 CR

### VERDICT

We, the jury, find the defendant, Scott R. Brown,

_____  ____X____ of Assault in the
(guilty)    (not guilty)

Third Degree, as charged in Count 1.

We, the jury, find the defendant, Scott R. Brown,

_____  ____X____ of Reckless
(guilty)    (not guilty)

Endangerment, as charged in Count 3.

Dated at Kodiak, Alaska, this ____ day of December 2003.

_Gary Fincher Jr_
Foreperson of the Jury

**Ex. AQ**

VERDICT - 1      000301      Alaska Court System

12-11