FRANK S. KOZIOL, ESQ.
Attorney at Law
618 Christensen Drive
Anchorage, Alaska 99501
907-258-7706

Counsel for Defendants
FRANK PETERSON, JEFF HOLDEN,
AND CITY OF KODIAK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SCOTT BROWN,  ) | |
| ) | |
| Plaintiff,  ) | |
| ) | Case No. 3:05-cv-0002 [TMB] |
| vs.  ) | |
| ) | |
| FRANK PETERSON, Individually and ) | |
| in His official capacity as a  ) | |
| City of Kodiak Police Officer;  ) | |
| JEFF HOLDEN, Individually and in ) | |
| his official capacity as a City ) | |
| Kodiak Police Officer; CITY OF  ) | |
| KODIAK; and JOHN AND JANE DOES  ) | DEFENDANTS' |
| 1-10,  ) | NON-OPPOSITION TO PLAINTIFF'S |
| Defendants.  ) | MOTION FOR EXTENSION OF TIME |
| ) | TO FILE MOTIONS |

COME NOW Defendants FRANK PETERSON, JEFF HOLDEN, and

CITY OF KODIAK, by and through their attorney, FRANK S. KOZIOL,

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

and hereby submit their non-opposition to Plaintiff's Motion for Extension of Time to File Motions dated May 19, 2008.

<div style="margin-left:40%">
LAW OFFICE OF FRANK S. KOZIOL<br>
Attorney for Defendants Frank Peterson, Jeff Holden, and City of Kodiak
</div>

Dated: 5/27/08                    By:  /s Frank S. Koziol
                                      Law Office of Frank S. Koziol
                                      618 Christensen Drive
                                      Anchorage, Alaska 99501
                                      Phone: 907-258-7706
                                      Fax: 907-258-7707
                                      Email: koziol@gci.net
                                      ritagutierrez.koziol@gci.net
                                      ABA No. 7210054


THIS IS TO CERTIFY that a copy of the foregoing was served electronically and by U. S. Mail upon:

Robert M. Herz, Esq.
425 "G" Street, Suite 600
Anchorage, Alaska 99501


/s Frank S. Koziol 5/27/08

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

Defendants' Non-Opposition to Plaintiff's Motion for Extension of Time to File Motions
*Brown v. Peterson, et al.*, Case No. 3:05-cv-0002 [TMB]
Page 2 of 2