Robert Herz
Law Offices of Robert M. Herz, P.C.
425 G. Street, Suite 600
Anchorage, Alaska 99507
907-277-7171 Phone
907-277-0281 Fax

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SCOTT BROWN,                                              )<br>                                                          )<br>            Plaintiff,                                    )<br>                                                          )<br>vs.                                                       )<br>                                                          )<br>FRANK PETERSON, Individually and in                       )<br>His official capacity as a City of Kodiak                 )<br>Police Officer; JEFF HOLDEN, Individually                 )<br>and in his official capacity as a City of                 )<br>Kodiak Police Officer; CITY OF KODIAK;                    )<br>and JOHN AND JANE DOES 1-10,                              )<br>                                                          )<br>            Defendants.                                   )  | Civil No. A05-0002 CV (RRB) |

### CONDITIONAL OPPOSITION TO DEFENDANT'S MOTION FOR PERMISSION TO SUBMIT AUDIO AND VIDEOTAPES AS EXHIBITS

COME NOW, plaintiff, Scott Brown, by and through counsel, Robert M. Herz, of the Law Offices of Robert Herz, P.C., hereby enters a conditional opposition to defendants' motion to for permission to submit audio and videotapes as exhibits to their motion for summary judgment.

Defendants' motion for summary judgment is well supported by exhibits in this case numbering 48 in all. In some instances defendants' have submitted entire depositions instead of excerpts of relevant portions. The depositions of both officers Peterson and Holden have been submitted in their entirety. Both officers provided deposition testimony pertaining to events leading up to the entry into the Brown residence, what occurred in the Brown residence as well as what occurred at the Kodiak Police Department. The audio and video tapes are largely duplicative of this testimony. Hence, appending them as exhibits to the defendants' motion is not necessary.

Indeed, unless an alleged fact testified to by the officers and which happens also to be recorded on an audio or video tape is both material and disputed, submission of the tape(s) is at this time both premature and unnecessary. If plaintiff, in his opposition to defendants' motion, does dispute a material fact where such tape(s) might provide the best of evidence pertaining to such fact then plaintiff would not oppose submission of such tape or tapes at that time.

DATED at Anchorage, Alaska, this 30th day of May 2008.

THE LAW OFFICES OF ROBERT HERZ, PC

s/ Robert M. Herz
425 G. Street, Suite 600
Anchorage, Alaska 99501
Phone 907-277-7171
Fax 907-277-0281
rmherz@gci.net
AK Bar No. 8706023

Law Offices of Robert Herz, P.C.
425 G Street, Suite 600 • Anchorage, AK 99501
Phone 907-277-7171 • Fax 907-277-0281
E-mail rmherz@gci.net

**CERTIFICATE OF SERVICE**
I hereby certify that on May 30, 2008, a copy of the foregoing Conditional Opposition was served electronically and via U.S. Mail on Frank Koziol   s/ Robert Herz