FRANK S. KOZIOL, ESQ.
Attorney at Law
618 Christensen Drive
Anchorage, Alaska 99501
907-258-7706

Counsel for Defendants
FRANK PETERSON AND JEFF HOLDEN

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SCOTT BROWN,<br><br>        Plaintiff,<br><br>vs.<br><br>FRANK PETERSON, Individually and in His official capacity as a City of Kodiak Police Officer; JEFF HOLDEN, Individually and in his official capacity as a City Kodiak Police Officer; CITY OF KODIAK; and JOHN AND JANE DOES 1-10,<br><br>        Defendants. | Case No. 3:05-CV-0002 [TMB]<br><br>REPLY TO PLAINTIFF'S CONDITIONAL OPPOSITION TO DEFENDANTS' MOTION TO PERMIT SUBMISSION OF AUDIO AND VIDEOTAPES AS EXHIBITS TO DEFENDANTS PETERSON AND HOLDEN'S MOTION FOR SUMMARY JUDGMENT |

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

        COME NOW Defendants FRANK PETERSON and JEFFREY HOLDEN, by and through their attorney, FRANK S. KOZIOL, and hereby submit their reply to Plaintiff's Conditional Opposition to

Defendants' Motion for Permission to Submit audio and Videotapes as Exhibits dated May 30, 2008 as follows:

## INTRODUCTION

Defendants want to submit the following media tapes:

1. Exhibit M - Police car video cam videotape.
2. Exhibit N - Frank Peterson scene audiotape.
3. Exhibit P - Holding room videotape.

Plaintiff conditionally opposes the submission of these tapes arguing they are "largely duplicative" of Defendants Peterson and Holden's testimony.[1]  Plaintiff then asserts that only if a fact on the tapes is disputed should the tapes be submitted.[2]

The Court's review of these tapes will permit the Court to better judge the issues presented in the Motion for Summary Judgment without having to rely upon a party's characterization as to the events occurring.  The filing of these tapes should be permitted as relevant evidence.

---

[1] Conditional Opposition at 1.

[2] Id. at 2.

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

Reply to Plaintiff's Conditional Opposition to Defendants' Motion to Permit Submission of Audio and Videotapes as Exhibits to Peterson's and Holden's Motion for Summary Judgment
Brown v. Peterson, et al., Case No. 3:05-cv-0002 [TMB]
Page 2 of 7

## APPLICABLE LEGAL STANDARD

Relevant evidence is generally admissible.[3] Relevant evidence means evidence having any tendency to make the existence of any fact that is of consequence to the determination of the action more or less probable than it would be without the evidence.[4]

## ARGUMENTS

I. THE POLICE CAR VIDEO CAM VIDEOTAPE SHOULD BE FILED.

There is no transcript of this videotape because no words are recorded. The videotape shows the hot pursuit of Plaintiff's vehicle, Plaintiff's exit from the vehicle, and Plaintiff's brother's exit from the vehicle with a case of beer. Also, Plaintiff is shown passing in front of the vehicle after his arrest.

The facts shown on the videotape are relevant to many issues in the case including the following:

1. Was there a hot pursuit of Plaintiff?

---

[3] Evidence Rule 402.

[4] Evidence Rule 401.

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

Reply to Plaintiff's Conditional Opposition to Defendants' Motion to Permit Submission of Audio and Videotapes as Exhibits to Peterson's and Holden's Motion for Summary Judgment
*Brown v. Peterson, et al.*, Case No. 3:05-cv-0002  [TMB]
Page 3 of 7

2. Given the proximity of the police vehicle with its lights flashing, is it likely that Plaintiff knew the police were chasing him before he entered the houses?

3. Was the beer taken from the vehicle a source of alcohol for Plaintiff before and during his driving given the hiding of the beer as shown on the videotape?

4. Is there any evidence of excessive force during the transportation of Plaintiff to his vehicle?

These issues are addressed in the Defendants' Motion for Summary Judgment.[5] Given the relevance and importance of the videotape, it should be permitted to be filed and reviewed by the Court.

II. FRANK PETERSON SCENE AUDIOTAPE SHOULD BE FILED.

Plaintiff has alleged that both Defendants' use of pepper spray was excessive. The scene audiotape captures the events leading up to the use of the pepper spray.

Defendants have provided a transcript of this

---

[5] Memorandum in Support of Defendants Peterson's and Holden's Motion for Summary Judgment at 4, 10-11, 15-19, and 28-31.

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

Reply to Plaintiff's Conditional Opposition to Defendants' Motion to Permit Submission of Audio and Videotapes as Exhibits to Peterson's and Holden's Motion for Summary Judgment
*Brown v. Peterson, et al.*, Case No. 3:05-cv-0002 [TMB]
Page 4 of 7

audiotape.[6] However, the transcript cannot show the demeanor of the participants, the quickness of the events, and the volatility of the situation. These facts are relevant to the Court's determination of qualified immunity for the use of force.

The audiotape should be permitted to be filed. Relevant and important evidence will be lost if the audiotape is not considered by the Court.

III. THE HOLDING ROOM TAPE SHOULD BE FILED.

The holding room tape shows Plaintiff drunk, belligerent, threatening, obnoxious and insulting through most of the tape recording. This is visual evidence of what Plaintiff looked and acted like when the Defendants decided to use pepper spray since the tape was recorded minutes after Plaintiff's arrest. A transcript is an insufficient substitute. The tape provides relevant evidence as to the necessity of the use of force.

Significantly, the tape contains an important

---

[6] Exhibit O.

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

Reply to Plaintiff's Conditional Opposition to Defendants' Motion to Permit Submission of Audio and Videotapes as Exhibits to Peterson's and Holden's Motion for Summary Judgment
Brown v. Peterson, et al., Case No. 3:05-cv-0002 [TMB]
Page 5 of 7

admission, that Plaintiff knew Officer Peterson was chasing him and, by inference, that Plaintiff went into the house in disregard of Officer Peterson's command to stop.[7] This is relevant to the issues of hot pursuit and qualified immunity based upon reasonable suspicion and/or probable cause. A review of the tape will provide the Court with evidence to determine whether Plaintiff was making a knowing admission or simply a fanciful drunken comment.

Finally, Plaintiff may be asserting a claim that he was denied medical care for an injury to his foot. The tape shows, in Defendants' view, that no immediate medical care was necessary.

The tape provides relevant evidence and should be permitted to be filed.

## CONCLUSION

Defendants' Motion to Permit Submission of Audio and Videotapes as Exhibits should be granted.

---

[7] Memorandum in Support of Summary Judgment at n.87.

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

Reply to Plaintiff's Conditional Opposition to Defendants' Motion to Permit Submission of Audio and Videotapes as Exhibits to Peterson's and Holden's Motion for Summary Judgment
Brown v. Peterson, et al., Case No. 3:05-cv-0002  [TMB]
Page 6 of 7

                                        LAW OFFICE OF FRANK S. KOZIOL
                                        Attorney for Defendants Frank
                                            Peterson and Jeff Holden

Dated: 06/04/08                    By:  /s Frank S. Koziol
                                               Law Office of Frank S. Koziol
                                               618 Christensen Drive
                                               Anchorage, Alaska 99501
                                               Phone: 907-258-7706
                                               Fax: 907-258-7707
                                               Email: koziol@gci.net
                                               ritagutierrez.koziol@gci.net
                                               ABA No. 7210054

THIS IS TO CERTIFY that a copy of the foregoing was served electronically and by U. S. Mail upon:

Robert M. Herz, Esq.
425 "G" Street, Suite 600
Anchorage, Alaska 99501

/s Frank S. Koziol 06/04/08

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

Reply to Plaintiff's Conditional Opposition to Defendants' Motion to Permit Submission of Audio and Videotapes as Exhibits to Peterson's and Holden's Motion for Summary Judgment
*Brown v. Peterson, et al.*, Case No. 3:05-cv-0002 [TMB]
Page 7 of 7