FRANK S. KOZIOL, ESQ.
Attorney at Law
618 Christensen Drive
Anchorage, Alaska 99501
907-258-7706

Counsel for Defendants
FRANK PETERSON AND JEFF HOLDEN

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SCOTT BROWN,<br><br>    Plaintiff,<br><br>vs.<br><br>FRANK PETERSON, Individually and in His official capacity as a City of Kodiak Police Officer; JEFF HOLDEN, Individually and in his official capacity as a City Kodiak Police Officer; CITY OF KODIAK; and JOHN AND JANE DOES 1-10,<br><br>    Defendants. | Case No. 3:05-CV-0002 [TMB]<br><br>DEFENDANTS' NOTICE OF CONVENTIONAL SUBMISSION OF AUDIO AND VIDEOTAPES AS EXHIBITS TO DEFENDANTS PETERSON AND HOLDEN'S MOTION <u>FOR SUMMARY JUDGMENT</u> |

      COME NOW Defendants FRANK PETERSON and JEFFREY HOLDEN, by and through their attorney, FRANK S. KOZIOL, and, pursuant to

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

this Court's Order[1] Granting Defendants' Motion to Submit Audio and Videotapes as Exhibits to Defendants Peterson and Holden's Motion for Summary Judgment[2], hereby notify the Court and counsel of the conventional submission of the following:

1. Police car video cam videotape (Exhibit M).

2. Frank Peterson scene audiotape (Exhibit N).

3. Holding room videotape, Bates Stamp No. 10440 (Exhibit P).

Defendants will provide this media to the Court. Defendants believe Plaintiff is already in possession of this media and will not herein provide these audio and videotapes to him. If this is incorrect and Plaintiff does not possess this information, Defendants will provide copies to Plaintiff upon his request.

---

[1] Docket No. 95.

[2] Docket No. 80.

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

Defendants' Notice of Conventional Submission of Audio and Videotapes as Exhibits to Peterson's and Holden's Motion for Summary Judgment
Brown v. Peterson, et al., Case No. 3:05-cv-0002 [TMB]
Page 2 of 3

```
                                    LAW OFFICE OF FRANK S. KOZIOL
                                    Attorney for Defendants Frank
                                    Peterson and Jeff Holden


Dated: 06/25/08            By:  /s Frank S. Koziol
                                Law Office of Frank S. Koziol
                                618 Christensen Drive
                                Anchorage, Alaska 99501
                                Phone: 907-258-7706
                                Fax: 907-258-7707
                                Email: koziol@gci.net
                                ritagutierrez.koziol@gci.net
                                ABA No. 7210054
```

THIS IS TO CERTIFY that a copy of the foregoing was served electronically and by U. S. Mail upon:

Robert M. Herz, Esq.
425 "G" Street, Suite 600
Anchorage, Alaska 99501


/s Frank S. Koziol 06/25/08

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

Defendants' Notice of Conventional Submission of Audio and Videotapes as Exhibits to Peterson's and Holden's Motion for Summary Judgment
*Brown v. Peterson, et al.*, Case No. 3:05-cv-0002 [TMB]
Page 3 of 3