MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

*SCOTT BROWN  v. FRANK PETERSON, JEFF HOLDEN, CITY OF KODIAK, et al*
Case No. 3:05-cv-0002 TMB

By:			THE HONORABLE TIMOTHY M. BURGESS

PROCEEDINGS:	ORDER FROM CHAMBERS

On May 19, 2008, Defendant City of Kodiak filed a Motion for Summary Judgment [Docket 75]. On May 23, 2008, Defendants Frank Peterson and Jeff Holden also filed a Motion for Summary Judgment [Docket 80]. To date, Plaintiff has filed no responses.

IT IS HEREBY ORDERED that Plaintiff shall file responses to the summary judgment motions at Docket Nos. 75 & 80, including an explanation as to why such responses were not timely filed by July 15, 2008. In the alternative, Plaintiff shall file a non-opposition to said motions by July 15, 2008.

Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.

DATE: July 1, 2008