Page 70

1   January 4th, 2003, are all of the documents that
2   Mr. Croyle would have generated, are they contained in
3   Exhibit A, Exhibit B, in 11120 and 11121, and 10082?
4 A To the best of my knowledge, yes.
5 Q Okay. Now, I want to ask you about a document that
6   Mr. Herz had shown you earlier in the deposition and it
7   appears to be 104.....
8   MR. KOZIOL: It's a little cut off, Mr. Herz. Do you know
9 what the last two numbers are? Is it 62?
10  MR. HERZ: Yeah. 10462.
11 Q Okay. 10462. This is a document that appears to be --
12  have information regarding our incident, right?
13 A Yes.
14 Q Was this part of the Filemaker Pro system?
15 A No, it was not.
16 Q What is it a part of?
17 A This is part of a new records management software system
18  that we brought online that we refer to Safety Suite.
19 Q Okay. And who was -- was there some person responsible
20  for typing in the information into Safety Suite?
21 A I believe the data from our Filemaker Pro system from a
22  prescribed date was imported into the Safety Suite system
23  when we migrated to it.
24 Q Sometime in the middle of 2003.
25

Page 71

1 A Yes.
2 Q Okay.
3 A And that would have been done by our IT manager.
4 Q Okay. But Mr. Croyle didn't generate this document.
5 A I don't believe so, no.
6 Q Okay. And then let me show you 10078. I believe this one
7   was also shown to you by Mr. Herz. Is 10078 part of the
8   Filemaker Pro system?
9 A No, it is not.
10 Q Is that part of Safety Suite?
11 A Yes, it is.
12 Q Okay. And how did this -- but it also refers to our case.
13 A It does.
14 Q Okay. How did this document get created?
15 A The -- let me try to explain this. One of the design
16  parameters for the Safety Suite system when we migrated to
17  it was that we wanted certain aspects of it to
18  automatically populate from resource to resource. So when
19  the dispatchers were typing particular information in to
20  the dispatch log, some of that information would be
21  transferred over to the history. It would automatically
22  populate pertinent fields in the history for the contact
23  person. So that's how the information was moved over. I
24  don't believe it was manually entered.
25

Page 72

1 Q Okay. So then this is just another screen which is part
2   of the Safety Suite system.
3 A Yes.
4 Q Okay. But again Mr. Croyle wasn't responsible for
5   creating the format of this document.
6 A Not to my knowledge. That's correct.
7 Q All right. Okay. All right.
8   MR. HERZ: Could I see A some more, please.
9   MR. KOZIOL: Yeah.
10 Q All right. I want to shift the topic. Mr. Herz, on
11  behalf of Mr. Scott Brown, filed the complaint in the case
12  and the second cause of action under 42 USC Section 93
13  alleges inadequate training, supervision, custom,
14  practices, policies, under 42 USC Section 1983. You've
15  read the documents and looked at the media as you've
16  previously described and you've also sat in on the
17  depositions of Officer Peterson and Officer Holden,
18  correct?
19 A Yes.
20 Q Based upon all the information that you have learned about
21  this case, do you believe the City of Kodiak provided any
22  inadequate training to either Officer Peterson or Officer
23  Holden?
24 A In my opinion, no.
25

Page 73

1 Q Okay. Do you believe the City of Kodiak provided
2   insufficient supervision of either Officer Peterson or
3   Officer Holden?
4 A No, I do not.
5 Q And do you believe there were any inadequate customs,
6   practices, or policies that were relied upon by either
7   Officer Peterson or Officer Holden in this case?
8 A No.
9   MR. KOZIOL: Thank you. That's all the questions I have.
10  MR. HERZ: Okay?
11  MR. KOZIOL: Yeah. And, Mr. Herz, I forgot to mention
12 this. For your information and if you want any of it copied, I
13 thought what was pertinent was the first page of this code
14 booklet. If you want other pages copied, you're welcome to do
15 it. It has further UCR categories that weren't referenced in
16 that document.
17  MR. HERZ: Okay.
18  MR. KOZIOL: I'll hand it to you if you want to look at
19 it.
20  MR. HERZ: Not right now. I'll look at it in a little
21 bit. All right.
22         CHIEF CHARLES I. KAMAI, JR.
23 testified as follows on:
24         REDIRECT EXAMINATION
25

Computer Matrix, LLC              Phone - 907-243-0668                jpk@gci.net
700 W. 2nd Ave., Anchorage, AK 99501    Fax    907-243-1473          sahile@gci.net

19

Page 74

1  BY MR. HERZ:
2  Q   All right. Let me -- oh, wait.
3      MR. KOZIOL: Oh, and some of those documents are mine that
4  weren't marked. The ones that aren't marked are mine, if I
5  can -- do you need to rely on those -- have those because I
6  want them back.
7      MR. HERZ: I'll make sure you get them back. I'm not
8  going to take them off the table.
9      MR. KOZIOL: Okay.
10     MR. HERZ: Okay?
11     MR. KOZIOL: Good. Good.
12     MR. HERZ: Just kind of getting them organized.
13     MR. KOZIOL: Those are my only copies.
14     MR. HERZ: Understood.
15     MR. KOZIOL: All right.
16     MR. HERZ: All right.
17 Q   All right. Now, in -- referring to C, if I understood
18     what you said, you said this is a compilation of offenses
19     that are commonly seen in Kodiak and you -- and this is
20     the word you used -- it precedes the UCR book. What did
21     you mean by that?
22 A   What I was referring to was this information here. This
23     is -- if I may. This is the first page of the compilation
24     that's Exhibit C and if you will, I think some of our
25

Page 75

1      dispatchers refer to this colloquially as their cheat
2      sheet so that they don't have to thumb through their
3      entire book.
4  Q   Okay.
5  A   All of the UCR codes are contained in this pamphlet here
6      and rather than flip through this thing every time they
7      need to find the UCR code for common offenses, they just
8      use the front sheet.
9  Q   All right. Can you find in the -- and the UCR booklet, is
10     that a booklet that's produced by somebody else and then
11     provided to law enforcement agencies around the State?
12 A   Yes, sir. My understanding around the nation, yes.
13 Q   Around the nation. Okay. So can you find in the actual
14     UCR book the code for 9404?
15 A   Would you like me to look?
16 Q   Yes. Not using the cheat sheet.
17 A   Okay.
18 Q   The actual UCR book.
19     MR. HERZ: Why don't you go off record.
20     REPORTER: Off record.
21     (Off record)
22     REPORTER: Okay. We're back on record and I want to make
23  a note for the record that I did change videotapes and this is
24  the second tape in the videotaped deposition of Chief Kamai.
25

Page 76

1  Q   All right. So you've searched through the UCR pamphlet
2      and you found the 9404 code, right?
3  A   Uh-huh. (Affirmative)
4  Q   Excuse me. And what it says is citizen report, DWI?
5  A   Yes.
6  Q   And report's spelled out completely, right?
7  A   Yes.
8  Q   And it doesn't say REDDI anywhere on there, right?
9  A   Nope.
10 Q   Okay. So when we're looking at Exhibit C in bold letters
11     and capitals where it says REDDI, that's something that
12     whoever created the cheat sheet added to the code, right?
13 A   Presumably, yes.
14 Q   Well, it's not on -- in the UCR pamphlet, is it?
15 A   Not in this one, no.
16 Q   Okay. And this was created -- this wasn't created by the
17     UCR people. This was created by somebody in your
18     department, right?
19 A   Uh-huh. (Affirmative)
20 Q   So that information would have been added by somebody.
21 A   Uh-huh. (Affirmative)
22 Q   Okay.
23     REPORTER: Was that a yes?
24 A   Yes.
25

Page 77

1      MR. HERZ: It was yes.
2      REPORTER: Thank you.
3  Q   All right. You can go ahead and close the UCR pamphlet.
4      Now turning your attention to 10082. The information
5      regarding the -- in the box entitled Crime, as we --
6      well -- and I want you to look at 10082 and let me -- and
7      I want you also to look at 10462. The 10082 document you
8      indicated was a copy of information created in Filemaker
9      Pro, right?
10 A   Yes.
11 Q   And 10462 is a copy of information created in Safety
12     Suite, right?
13 A   Yes.
14 Q   And just so we're clear because we're referring to this
15     10462 document, the information below the middle of the
16     page where there appears to be -- this appears to be a
17     page taken from a three-ring binder, right?
18 A   Appears to be.
19 Q   Okay. So the information taken -- that appears on 10462
20     below the middle hole that seems to be photocopied here,
21     that wouldn't be information that was in Safety Suite,
22     right? That was -- somebody added that information to
23     this document?
24 A   Yes.
25

Computer Matrix, LLC                Phone - 907-243-0668                        jpk@gci.net
700 W. 2nd Ave., Anchorage, AK 99501   Fax    907-243-1473                      sahile@gci.net

20

Page 78

1  Q   Okay. So the information generated by Safety Suite's
2      between the first hole -- or the top of the page and the
3      middle hole, right?
4  A   I believe so, yes.
5  Q   All right. Now, while you indicated that the document was
6      not created by Mr. Croyle, wouldn't it be more correct to
7      say that the formate of the document wasn't created by
8      Mr. Croyle but the data that's in the document was? For
9      instance, the -- under dispatch notes in 10462, the
10     information's identical to the information under -- in the
11     box -- on 10082 in the large box towards the bottom of
12     that complaint card. That's identical information, isn't
13     it?
14 A   It appears to be.
15 Q   Okay. And so when the data from the complaint card and
16     Filemaker Pro was imported to Safety Suite, it was Doug
17     Croyle's data that was imported from Filemaker Pro into
18     Safety Suite. It was the exact same data, right?
19 A   Yes.
20 Q   So he created the data we're seeing in both documents.
21 A   Uh-huh. (Affirmative)
22 Q   Okay.
23     REPORTER: Yes?
24 A   Yes. Sorry.
25

Page 79

1  Q   Now, I want to call your attention specifically to the box
2      and the Filemaker Pro document where it's checked arrest.
3      That was -- that would have been filled in later, right,
4      because at the time the complaint came in, Mr. Croyle
5      wouldn't have any information about an arrest, right?
6  A   Correct.
7  Q   And then there's another box that says AST.
8  A   Yes.
9  Q   And does that mean that AST was involved in this case as
10     well?
11 A   That's what it would indicate to me.
12 Q   And they didn't become involved in the case when the call
13     first came in, so that again is information that was
14     inputting sometime later after the call came in, right?
15 A   Yes.
16 Q   Okay. And as previously discussed, the complaint cards
17     are required to be completed by the end of the shift.
18 A   Yes.
19 Q   All right. And so the box under Crime where it says
20     citizen report DWI Reddi, that is information that could
21     have been inputted not at the time that the call came it,
22     but sometime before Mr. Croyle's shift ended.
23 A   Yes.
24 Q   And the UCR codes that are notated here, 9404, 9605,
25

Page 80

1      similarly that would be information that would need to be
2      inputted before the end of the shift.
3  A   Yes.
4  Q   Okay. The critical information that would have been taken
5      down, if it was going to be taken down at all as we
6      discussed about document 10462, if anything was inputted
7      contemporaneously -- if anything was inputted
8      contemporaneously, it would have been the data that
9      appears in 10462 in the box called dispatch notes and in
10     10082, the large box at the bottom. If anything was
11     inputted contemporaneously, it would have been that,
12     right?
13 A   You know, I would think that if he was going to do it,
14     given that the Filemaker Pro was basically a blank
15     template and they had to manually enter this data that
16     maybe he'd do the date, the time, and the case number
17     first, but that would be my assumption. But how Doug
18     Croyle did it, I can't say.
19 Q   Okay. But he can get the information for date, time, and
20     case number from Exhibit A because he's already written it
21     down there. It's already recorded.....
22 A   Right.
23 Q   .....at some point. So as long as he's got that
24     information written down, he can always go back and fill
25

Page 81

1      in those boxes later.
2  A   Yes.
3  Q   Okay. And do you know what -- is there any information
4      that tells us what shift Doug Croyle was working on
5      January 4th, 2003?
6  A   Not that I'm aware of. I can make an informed assumption
7      as to what shift he would be on.
8  Q   Okay. And how would you make that informed assumption?
9  A   Just by virtue of the time the complaint was received.
10 Q   Okay. Because?
11 A   Because he was the communications officer who received the
12     complaint because he identified himself as the one who was
13     on duty when it was received and the time the complaint
14     was received.
15 Q   And if he's on duty, it's because what? He's working
16     swing shift because it's after 4:00 o'clock? Is that the
17     assumption you're making?
18 A   That would be my assumption, yes.
19 Q   Okay. All right. So dispatcher shifts run parallel to
20     officer patrol shifts. There's the day shift, the swing
21     shift, and the graves.
22 A   Yes.
23 Q   Okay. Got it. Now, this document 10078, which is the
24     incident history for a person, you indicated this was a
25

Computer Matrix, LLC                Phone - 907-243-0668              jpk@gci.net
700 W. 2nd Ave., Anchorage, AK 99501   Fax    907-243-1473            sahile@gci.net

21

### Page 82

```
 1     Safety Suite document, right?
 2  A  Yes.
 3  Q  Where would the data that would have been imported into
 4     this document and specifically the incident description
 5     that appears for 1/4/2003, where would that data have
 6     appeared in Filemaker for when this document was created?
 7     Where would that have come from?
 8  A  As I understand it, the information would have been
 9     imported into the Safety Suite version of the complaint
10     card. Would have been imported into this and I believe --
11     I don't understand all the particulars of how the data
12     transfer works, but.....
13  Q  Uh-huh.
14  A  .....I believe the first few lines of this section, the
15     dispatch notes section, would have been.....
16  Q  Would have populated this portion.....
17  A  Yes.
18  Q  .....of.....
19  A  Yes.
20  Q  .....10078.
21  A  Yes.
22     MR. KOZIOL: Can you just refer to the number of the first
23  document.
24  A  Okay.
25
```

### Page 83

```
 1  Q  So you're looking -- you're saying.....
 2  A  10462.
 3  Q  So from the dispatch notes box, the first couple lines,
 4     your belief is the first couple lines then are
 5     automatically populating the descriptive line for 10078.
 6  A  Yes.
 7  Q  Okay. Now, the Exhibit B, which is the contact card --
 8     when are contact cards created?
 9  A  They are created before the end of the dispatcher shift.
10  Q  Okay. So when this says arrested by Officer Peterson,
11     obviously the dispatcher -- the arrest has already taken
12     place. The dispatcher wouldn't have had that information
13     at the time the complaint came in.
14  A  Correct.
15  Q  And he would have known what the formal charge if any was
16     for the arrest, that being DWI.
17  A  Yes.
18  Q  Or DUI. Okay. So that doesn't really give us much
19     insight as to what kind of information either came into
20     dispatch and what information dispatch passed on to the
21     officers because this is really after the fact
22     information, right?
23  A  That's correct.
24  Q  Okay.
25
```

### Page 84

```
 1  A  Yes.
 2  Q  Now, turning our attention to Exhibit A, all of the
 3     information that exists in the first line, I take it that
 4     because the first column, which is column one, it says
 5     case number, because these numbers are typed, these sheets
 6     when they're blank -- when dispatch has these sheets,
 7     what's -- the only thing that's not blank is the column
 8     number one, right? These are pretyped in case numbers.
 9  A  That's correct.
10  Q  Okay. And the data that's being inputted -- like, for
11     instance, the last column, action taken, that's obviously
12     being inputted after there's an arrest, right?
13  A  Yes.
14  Q  And after an AST number's assigned to the case.
15  A  Yes.
16  Q  Right? Okay. All of the other data, date, time, offense,
17     column four, circumstances, column five, the complainant,
18     column six, address, column seven, officer sign, column
19     eight, that's all data that existed in other places
20     already that Officer Croyle had access to.
21  A  Yes.
22  Q  Okay. So as long as he inputs something for this first
23     case number 200300101 so he knows that it's pertaining to
24     the gold, flatbed swerving, that he can go back and fill
25
```

### Page 85

```
 1     out the rest of the information. I mean if he's busy
 2     taking calls and dispatching officers, as long as he's got
 3     a reference point, he can fill in all the rest of the
 4     columns as he has time -- as time permits.
 5  A  Yes.
 6  Q  Okay. Because all he needs to do is be able to keep his
 7     place so that when the next call comes in he can assign
 8     that the next case number and again input his information,
 9     right?
10  A  Yes.
11  Q  So, for instance, in the next horizontal frame for
12     200300102, at 1711, what he writes is 911 R-E-Q for
13     request, A-M-B for ambulance, right?
14  A  Uh-huh. (Affirmative)
15  Q  For pepper spray reaction, correct?
16  A  Yes.
17  Q  Okay. But just because there's a 911 call doesn't mean
18     that there's necessarily going to be a medical transport.
19  A  Yes.
20  Q  Right? Sometimes officers respond to 911 calls and
21     there's no need for a medical transport, right?
22  A  Yes.
23  Q  So in column four where it says offense, where it says
24     medical transport, that of course would have been inputted
25
```



CHARLES KAMAI  4/2/2008  BROWN v. PETERSON, et al.,
Vol 1  Case No. 3:05-cv-0002 TMB

23 (Pages 86 to 89)

Page 86

1 later after the dispatcher knew in fact that there was a
2 medical transport that was occurring, right?
3 A   Yes.
4 Q   Okay. So just because this information -- this log-in
5     information is in handwriting doesn't necessarily tell us
6     whether the information was inputted at the moment the
7     call was coming in or whether it's inputted at some point
8     later.
9 A   That's correct.
10 Q  Okay. And again just so we're clear, the handwritten
11    notes that we refer to in pages Bates stamped 11120 and
12    11121, as we previously established, that would have been
13    the very first documents generated by Mr. Croyle before
14    any other of these other documents that we've talked about
15    were ever generated.
16 A  I would assume so.
17 Q  Okay. All right. And what specific dispatch policies and
18    procedures are -- would you say are at issue in this case
19    that are -- that you know about based on the documents
20    you've reviewed as well as the questions you've been
21    asked?
22    MR. KOZIOL: Objection. Form.
23 A  I'm not certain -- I'm not certain there are any.
24 Q  You're not certain that any written dispatch policies are
25

Page 87

1  at play based on any of the documents you've read or
2  reviewed or any of the questions you've been asked. Is
3  that how I interpret your answer?
4     MR. KOZIOL: Objection. Form. At play? What does that
5  mean? Something you're contending is wrong?
6 Q  I'm asking the witness based on what you reviewed, what
7     you've read, and the questions you've been asked, are
8     there any written dispatch policies that -- any issues
9     regarding any written dispatch policies that you're aware
10    of?
11    MR. KOZIOL: Objection. Form.
12 A  I have to say that I'm not aware of any.
13 Q  Okay. And are any informal policies, customs, or
14    practices raised or implicated by any of the things that
15    you've read, reviewed, or the questions you've been asked?
16    MR. KOZIOL: Objection. Form.
17 Q  Other than the ones we've already discussed.
18    MR. KOZIOL: Same objection.
19 A  Other than what we've already discussed, no.
20 Q  Okay.
21    MR. HERZ: I have no further questions.
22    MR. KOZIOL: I have no other questions.
23    REPORTER: Okay. Okay. The time is 4:21 p.m. That
24  concludes the videotaped deposition of Chief Kamai on
25

Page 88

1  April 2nd, 2008. Off record.
2     (Off record)
3           (END OF PROCEEDINGS)

Page 89

1                CERTIFICATE
2  UNITED STATES OF AMERICA    )
                                )ss
3  STATE OF ALASKA             )
4     I, Joseph P. Kolasinski, Notary Public in and for the
5  state of Alaska, residing in Anchorage in said state, do hereby
6  certify that the deponent in the foregoing matter was duly
7  sworn to testify to the truth, and nothing but the truth;
8     That said testimony was taken at the time and place
9  therein stated;
10    That the testimony of said witness was recorded
11 electronically and thereafter transcribed under my direction
12 and reduced to print;
13    That the foregoing is a full, complete, and true record of
14 said testimony.
15    I further certify that I am not a relative, nor employee,
16 nor attorney, nor of counsel of any of the parties to the
17 foregoing matter, nor in any way interested in the outcome of
18 the matter therein named.
19    IN WITNESS WHEREOF I have hereunto set my hand and affixed
20 my seal this 21st day of April 2008.
21
22
                    _____
                    Joseph P. Kolasinski, Notary Public
23                  in and for the State of Alaska.
                    My Commission Expires: 03/12/2012
24
25

Computer Matrix, LLC          Phone - 907-243-0668          jpk@gci.net
700 W. 2nd Ave., Anchorage, AK 99501   Fax   907-243-1473   sahile@gci.net

23

```
                                                        Page 90
 1              WITNESS CERTIFICATE
 2   RE:  BROWN v. PETERSON, et al.,
     CASE NUMBER:   3:05-cv-0002 [TMB]
 3   DEPOSITION OF:  CHARLES I. KAMAI, JR.
     DATE TAKEN:    APRIL 2, 2008
 4
         I hereby certify that I have read the foregoing deposition
 5   and accept it as true and correct, with the following
     exceptions:
 6
       Page   Line         Description
 7
 8   _____
 9   _____
10   _____
11   _____
12   _____
13   _____
14   _____
15   _____
16   _____
17   _____
18   _____
19   _____
20   _____
21   _____
22   _____
     If additional paper is needed, please sign and date each sheet.
23
24        _____
              CHARLES I. KAMAI, JR.    DATE
25
```

Computer Matrix, LLC                Phone - 907-243-0668              jpk@gci.net
700 W. 2nd Ave., Anchorage, AK 99501   Fax    907-243-1473            sahile@gci.net

24

**REGISTER OF INCIDENTS/OFFENSES — 2003**

| Case No. | Date Reported or Known | Time Reported | Offense | Circumstances | Complainant | Address | Officer Assigned | Action Taken |
|---|---|---|---|---|---|---|---|---|
| 2003-00001 | 1-1 | 0015 | Arrest Warrant Serve | Saw David Doyle @ Fir Terrace | Lauri Farmer | Fir Terrace | K16/K18/K7/K13 | Arr DAVID Doyle / Arr Katherine Doyle / Arr Samuel Hall / AST 03000003 |
| 00002 | 1-1 | 0053 | Assist Reddi | MiCad Rep Asst w/ DUI/MIP | USCG M/P/ | Base Lodel | Cox | AST 03000003 |
| 00003 | 1-1 | 0120 | Susp Circum | Minor party @ Fir Terrace | John Langsters | Fir Terrace | K13/K6 | |
| 00004 | 1-1 | 0128 | Susp Circum | 911 — shots fired in area | Bill Pearman | 218 Barrabas | K7/K6 | |
| 00005 | 1-1 | 0115 | Arrest | Wife and husband fighting again | Mary Roff | Kodiak | Cox | Ast: 030000005 |
| 00006 | 1-1 | 0216 | Assist | Teenager spuce out of house | Pablo Martin | 2183 Spruce Cape | Cox | AST 03 0000006 |
| 00007 | 1-1 | 0229 | Patrol Request | Male in front of Mecca arguing | Dave | Mecca | Putney Schoupen | |
| 00008 | 1-1 | 0229 | Assist | Minor party at Cliffside | Becca Myers | Cliffside | AST | Agt 02000010 |
| 00009 | 1-1 | 0229 | Suspicious Circumstance | Possible fight Fir Village B9 | Charlene | Fir Terrace B9 | Holden/Putney Simmons/Johnston | |
| 00010 | 1-1 | 0730 | Suspicious Circumstance | Vehicle door open — vehicle unattended | Sgt Bradbury | KPD | Bradbury Johnston | |
| 00011 | 1-1 | 0303 | Medical Assist | Rep Acute Diabetic Reading | Sgt Johnston | KPD | Johnston | |
| 00012 | 1-1 | 0506 | Property Check | Open door RW outbuilding | Sgt Johnston | KPD | Simmons/Putney | |
| 00013 | 1-1 | 0626 | Alarm Security | Audible alarm 6th on Curr. | Wm Lindon | Anchorage | Simmons/Putney | |
| 00014 | 1-1 | 0629 | Escelle | Open door High School | Sgt Johnston | KPD | Simmons/Putney | |
| 00015 | 1-1 | 0718 | Suspicious Circumstance | Open window at Residence | Ofc Putney | KPD | Putney | |
| 00016 | 1-1 | 1006 | Medical Assist | Rep. Mother, son possible carm injury | CO Sears | KPD | FH/Maloney | |
| 00017 | 1-1 | 1213 | Animal | Rep Found dog | Susan Olsen | Kodiak | Maloney | |
| 00018 | 1-1 | 1239 | Animal | Rep eagle trapped in yard | Julie | 1324 Mission | Maloney/Harry | |
| 00019 | 1-1 | 1513 | MVA Damage | Rpt 2 vehicle accident | Harry Cornatt | 1189 Sabin | Dyer/Maloney | |
| 00020 | 1-1 | 1518 | Motorist Assist | Vehicle stuck - obstructing traffic | Female | Kodiak | Maloney | |

25

# REGISTER OF INCIDENTS/OFFENSES

| Case No. | Date Reported or Known | Time Reported | Offense | Circumstances | Complainant | Address | Officer Assigned | Action Taken |
|---|---|---|---|---|---|---|---|---|
| 200300101 | 1-4 | 1653 | Reddi | Gold Flatbed sweeping did 360° on Sokol Lake | Lage Stenberg | Sel.g | Peterson Halden | Ast Scott Brown AT0300047 |
| 0102 | 1-4 | 1711 | Medical Transport | 911 Dep Amb B/o Peggy S Day Parker Brown | Beverly Brown | 1912/A Parker | Halden | Refusal |
| 0103 | 1-4 | 1754 | Traffic Offense | Rpt vehicle parked illegally | Capt Amex | 725 Theodore | Ext Peterson Holden | |
| 0104 | 1-4 | 1844 | Assist | 4 y for investigation | Frencel | Ast | Frencel | |
| 0105 | 1-4 | 1905 | Patrol Request | On 1700 Block land c/w Mdnite Brian Litt | | 1719 Liscek | Patrol | Ast 0300 00048 |
| 0106 | 1-4 | 2102 | Medical Assist | Amb request for Inmate Wanktopin Ofc Owens | | KPD | PA | |
| 0107 | 1-4 | 2150 | Assist | Rep Trooper for Dom Aggrav Natasha Berestoff | | Island Lake | Cox | At 0300005 48 |
| 0108 | 1-5 | 0243 | Security Check | Apt Bypass resident - Harbor side Offer Simmons 5 | | KPD | Symmons | |
| 0109 | 1-5 | 0709 | DUI | TR on vehicle 74 | Ofc. Pyles | KPD | Pyles | Arrested: David X. Anderson |
| 0110 | 1-5 | 0100 | Harassing Communications | Rpt vehicle w/ headlight end | Gabriela Breanna | Fir Terrace | Rodney | |
| 0111 | 1-5 | 0824 | Traffic Offense | Rpt vehicle wipers up on vehicles | Ofc Dyer | KPD | Dyer | |
| 0112 | 1-5 | 0836 | Suspicious Circumstance | 911 Rpt skateboarding, court cache | Ofc Dyer | KPD | Dyer | |
| 0113 | 1-5 | 0852 | Violation | Rpt vehicle parked in roadway | Dora Toro | 1132 Hillside | Parker/Dyer | Arr: Jesus Toro Sr |
| 0114 | 1-5 | 0855 | Assist | | Alan Stoner | 2765 Dall Lake | Burroughs | Ast # 0300 00050 |
| 0115 | 1-5 | 0910 | Suspicious Circumstance | On 59BCX R/o Impr Shaw | Ofc Parker | KPD | Parker | |
| 0116 | 1-5 | 1054 | Assist | Provide Prisoner transport | Trp Burroughs | Ast | Burroughs | Ast # 0300 0051 |
| 0117 | 1-5 | 1054 | Health Safety | Rpt debris on road | Ofc Parker | KPD | Parker | |
| 0118 | 1-5 | 1323 | MVA Property | Rpt 2 vehicle accident | Ofc Parker | KPD | Parker | |
| 0119 | 1-5 | 1440 | Harass Auto | Rpt vehicle broken into | Sueann Webster | 1210 Sling | Parker | |
| 0120 | 1-5 | 1705 | False Alarm | Apt Silos + Alarm - intense | Jenny Wells Fargo Security | Large Sling | Dyer Aidan Peterson | |

26

# KODIAK POLICE DEPARTMENT CONTACT CARD

LTR: BR
Last: Brown
First: Scott Randall
Dob: 9-18-63
Ssn: 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
Phone: 486-1478
Res: 1219 Purtov Apt A/ Box 3452
P.o.b: Santa Monica, Ca
Age: 39   Race: W   Eyes: Haz   Hair: Brn   Ht: 510   Wt: 240   Sex: M
Alias: Adl/6918319
Chauf. Lic.:
Occupation: Mechanic - Kodiak Auto Center
Scars: Eye Surgery

| Date | Contacts | Comp# |
|---|---|---|
| 12-6-96 | Involved In Disturbance, Verbal | 199607741 |
| 7-31-97 | Father Of Boy Msusing Bb Gun | 199704580 |
| 7-19-98 | Given Criminal Trespass Waring At B&b | 199803813 |
| 11-1-99 | Involved In Mva With Laura Devers | 199905967 |
| 11-26-99 | Arr By Ofc Olson For Assault And Resisting Arrest | 199906276 |
| 7-13-01 | Contacted Fighting Downtown | 200103696 |
| 5-4-02 | Lost Wallet At Safeway Liquor - Call Home Or Work 486-3609 | No Number |
| 01-04-03 | Arr By Ofc Peterson - Dwi | 200300101 |
| 2-7-03 | R/o Of Dwt484, Attempted Theft By Troy Peterson | 200300729 |

27



| | | | |
|---|---|---|---|
| ABANDONED VEHICLE | 9575 | LARCENY FROM YARDS | 2309 6I |
| ALARM – FALSE | 9548 | LEAVING SCENE OF MVA | 5401 26 |
| ALCOHOL INFORMATION | 9652 | LIQUOR **DRUNK ON LIC PREMISE** | 4199 22 |
| ALCOHOL – POSSESS | 4104 22 | LOCATE | 9624 |
| ANIMAL COMPLAINT | 9610 | LOOSE DOG(S) | 9610 |
| ARREST WARRANT SERVED | 9597 | | |
| ARSON | 2099 8A | MALICIOUS MISCHIEF – BUSINESS | 2901 14 |
| ASSAULT | 1399 9 | MALICIOUS MISCHIEF – PRIVATE | 2902 14 |
| ASSAULT ON POLICE OFC | 9717 4A | MALICIOUS MISCHIEF – PUBLIC | 2903 14 |
| ASSIST INSIDE AK | 9605 | MEDICAL ASSIST | 9565 |
| ASSIST OUTSIDE AK | 9606 | MEDICAL TRANSPORT | 9587 |
| ATV/BIKE COMPLAINT | 9581 | MINOR POSSESS/CONSUME | 9879 |
| | | MINOR POSSESS CIGARETTE | 9868 |
| BEAR(S) | 9201 | MINOR ON PREMISE | 9878 22 |
| BICYCLES | 9736 6F | MISSING PERSON – JUVENILE | 9621 |
| BURGLARY | 2299 5A | MISUSE OF PLATES | 9789 11 |
| | | MOTORIST ASSIST | 9565 |
| CARRY CONCEALED WEAPON | 5202 15 | MVA – PROPERTY DAMAGE | 9504 |
| CIVIL PROBLEM | 9554 | MVA – INJURY | 9502 |
| CITIZEN RPT DWI   **REDDI** | 9404 | MVA – FATAL | 9500 |
| COMMUNITY POLICING | 9559 | | |
| **CNDNS OF RELEASE VIOLATION** | 5013 26 | OFFICER SAFETY ADVISEMENT | 9666 |
| CONTEMPT OF COURT | 5005 26 | OPEN CONTAINER | 9932 22 |
| CONTROLLED SUBSTANCE/SCHOOL | 9887 | OVERDUE MOTORIST | 9578 |
| CRIMESTOPPER PROGRAM | 9566 | | |
| CRIMINAL TRESPASS | 5707 26 | PATROL REQUEST | 9562 |
| | | PASSING SCHOOL BUS – RED LIGHTS | 9900 26 |
| DRIVING W/O LICENSE   **DWOL** | 9896 26 | PROBATION VIOLATION | 5012 26 |
| DRIVING   **REV/SUSP/CANC** | 9892 26 | PROTECTIVE CUSTODY | 9555 |
| DAMAGE PROPERTY | 2999 14 | PUBLIC PEACE   SKATEBOARDS | 5399 24 |
| DANGEROUS DRUGS | 3599 181A | PUBLIC ORDER   URINATING IN PUBLIC | 7399 |
| DEATH INVESTIGATION – NATURAL | 9536 | | |
| DECEASED ANIMAL | 9610 | RECKLESS DRIVING | 9890 26 |
| DISTURBANCE – OTHER | 9611 | REFUSAL BA | 9893 26 |
| DISORDERLY CONDUCT | 5311 24 | REFUSAL BA – FELONY | 9661 |
| DOMESTIC VIOLENCE SERVED | 9595 | RUNAWAY JUVENILE | 9622 |
| DOMESTIC VIOLENCE | 9659 | | |
| DRINKING IN PUBLIC | 9933 22 | SECURITY CHECK | 9550 |
| DRUGS INFORMATION | 9631 | SEXUAL ASSAULT | 1199 17 |
| DRUNK IN PUBLIC | 9613 | SEXUAL ASSAULT – CHILD FONDLING | 3601 17 |
| DWI | 5404 21 | SHOPLIFTING | 2303 6C |
| DWI FELONY | 9960 | STALKING | 9718 9 |
| | | STOLEN PROPERTY | 2899 13 |
| ELUDE/EVADE OFFICER | 9853 26 | STOLEN VEHICLE/THEFT | 2404 7A |
| | | STOLEN VEHICLE RECOVERED | 9633 |
| FAIL TO MOVE ON | 4813 26 | SUBJECT REMOVAL | 9591 |
| FAIL TO REPORT TO JAIL | 9855 | SUICIDE | 9533 |
| FAIL TO SATISFY | 9841 26 | SUSPICIOUS CIRCIMSTANCES | 9549 |
| FAILURE TO APPEAR | 5015 26 | | |
| FIRE SERVICES | 9569 | THEFT OF SERVICES | 9739 6I |
| FIREWORKS – SELL/DISCHARGE | 9944 26 | TRAFFIC CONTROL | 9571 |
| FIRING WEAPON | 5213 15 | TRAFFIC HAZARD | 9570 |
| FORGERY OF CHECKS | 2501 10 | TRAFFIC OFFENSE | 5499 26 |
| FOUND PROPERTY | 9432 | | |
| | | UNAUTHORIZED USE OF VEHICLE | 411 7A |
| **GRAFFITI** Research Intelligence | 9644 | | |
| | | VEHICLE IN THE DITCH | 9576 |
| HARASSING COMMUNICATIONS | 5309 26 | VIOLATE RESTRAINING ORDER   DVRO | 9814 |
| HEALTH AND SAFETY | 5599 26 | | |
| | | WEAPONS OFFENSE | 5299 15 |
| IMPOUND VEHICLE | 9574 | WELFARE CHECK (PERSON) | 9547 |
| INDECENT EXPOSURE | 3605 17 | | |
| INTERFERE WITH DV RPT | 9815 | RESTRAINING ORDER TYPE: **PO / XP / EO** | 9595 |
| INTOXICATED PEDESTRIAN | 9579 23 | | |
| | | CONDITIONS OF RELEASE: (type **CR**) | 9669 |
| LARCENY | 2399 6I | | |
| LARCENY FROM AIRCRAFT | 9744 6I | STALKING ORDERS: **SO / ESO / XSO** | 9594 |
| LARCENY FROM AUTO | 2305 6D | | |
| LARCENY FROM BUILDING | 2308 6G | *TERMINAL: Y#49* | |
| LARCENY FROM WATERCRAFT | 9742 6I | *ORI: AK0010500* | |

- 81651 Safeway Gold Flatbed Truck
- 45-50 Selief Pillar MTN
- Fast + Reckless
- Laurie Skornberg 6-5548°
- 81657 Safeway /
- Black hair - stubble
- Blondish hair -
- Dwt 484
- Alan Schmidt - Lawyer
- 9496

**Officer Croyle's Notes**

10453    29    (42)

1707
1219 Purton –
Beverly Brown
486-1478

MZ    537 UL 6707

1710   5C18/15 A/S
       62 A/C

1711   27 29X 6937118 6930959
13     med
       1-10:80
✓ 14   62
✓ 16   20 KPDJ
17     62 KPD
18     K18 27 29 WA  BROWN DD 519 PB
24     K18 T+TUS
28     K18 1/S  Med to Hosp
28     5C15 18 1/S

43
10454  30





# Dispatch Log
## Kodiak Police Department

| Dispatch Type | Call Date | Call Time | Arrival Date | Arrival Time | Finish Date | Finish Time | Dispatcher / Officer 2 | Officer 1 / Officer 3 |
|---|---|---|---|---|---|---|---|---|
| 2003-0101 | | | | | | | | |
| PHONE CALL-8000 | 1/4/2003 | 16:53 | | | | | Douglas Eugene Croyle / Jeff Holden | Frank Jr Peterson |

**Location:** SELIEF TOWARDS PILLAR MTN

**Dispatch Notes:**
CALLED ON CELLPHONE REPORTING A GOLDEN FLAT-BED TRUCK LEFT SAFEWAY PARKING LOT AT HIGH RATE OF SPEED SPRAYED GRAVEL ALL OVER FEMALE AND STOREFRONT. SWERVING/WEAVING DID 360 ON SELIEF WENT UP PILLAR MTN ROAD. CALL FROM FEMALE STATING GOLDEN TRUCK W/DUALIES ON BACK SPRAYED GRAVEL ON HER AT SAFEWAY. PASSENGER DARK HAIRED AND SCRUFFY FROM NOT SHAVING DRIVER BLONDISH HAIRED INDIVIDUAL. DWT484 LOCATED.  ARRESTED: SCOTT R. BROWN WMA DOB 09/18/63 ADL 6918319 DUI AST 030000047 AGENCY ASSIST

| Contact | Laurie L. Skonberg | | |
|---|---|---|---|
| Phone | 486-5548 | Birth Date 5/14/1960 | Age 43 |
| Address | 513 Bonaparte | | |
| City | Kodiak | State AK | Zip 99615 |
| Contact | Scott Randall Brown | | |
| Phone | 907 486-1478 | Birth Date 9/18/1963 | Age 39 |
| Address | 1219 Purtov Apt A | | |
| City | Kodiak | State AK | Zip 99615 |

- Drugs ☐  Assault ☐  Info. Only ☐  Domestic Violence ☐  Stolen Property ☐
- Alcohol ☑  Arrest ☑  CS ☐  Gang ☐  AST/FWP: ☐

**UCR:** LIQUOR LAWS - CITIZEN REPORT DWI - 9404] Code:9404
ASSISTANCE - ASSIST INSIDE AK - 9605] Code:9605

---

Copy of Complaint and Radio Dispatch Logs for 20030101, Scott Brown DUI
Officers K20- Peterson
       K18- Holden
       5C11- Jones (FWP Trooper)
       5C15- Bieber (FWP Trooper)
       5C18- Streifel (FWP Trooper)
       M#3- Kodiak Firehall Ambulance
       K45- KPD Dispatcher - Croyle


Radio traffic commences at 1656.




# Incident History for a Person
## Kodiak Police Department

| ID | First / Middle / Last Name | Suffix | SSN | Address | | |
|---|---|---|---|---|---|---|
| 2185 | Scott Randall Brown | | 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 | 1219 Purtov #A PO Box 3452 Kodiak | AK | 99615 |

| Birth | Age | Sex | Race | Marital | Height | Weight | Hair | Eyes | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 9/18/1963 | 40 | M | W | | 510 | 240 | BRO | HAZ | | | |

| Home Phone | Work Phone | Occupation | Email |
|---|---|---|---|
| 907-486-1478 | | | |

| Item Desc | Description | Note |
|---|---|---|
| Nicknames: | | Nicknames |
| Alias: | | Alias |
| Other Last Names: | | Other Last Names |
| Health Alerts: | | Health Alerts |
| Apsin #: | | Apsin # |
| Mental Health: | | Mental Health |
| Scars Marks & Tattoos: | | Scars Marks & Tattoos |
| Employer: | | Employer |
| Associates: | | Associates |

| Case Number: | Role: | Incident Occured(date/time): | | Call Received By: | Officer Assigned: |
|---|---|---|---|---|---|
| | Suspect | 01/04/2003 | 4:53 PM | Croyle Douglas | Peterson |

CALLED ON CELLPHONE REPORTING A GOLDEN FLAT-BED TRUCK LEFT SAFEWAY PARKING LOT AT HIGH RATE OF SPEED SPRAYED GRAVEL ALL OVER FEMALE AND STOREFRONT. SWERVING/WEAVING DID 360 ON SEUEF WENT UP PILLAR MTN ROAD.

| | Reporting Party | 01/04/2003 | 9:02 PM | Croyle Douglas | Owens |

REQUEST AMBULANCE FOR INMATE - SCOTT BROWN CLAIMING SEVERE ANKLE PAIN. "C" SCOTT BROWN

| | Owner | 02/07/2003 | 8:24 PM | Peterson Lisa | Bradbury |

911 REPORT MALE IN BLUE SWEATSHIRT GOT INTO ARC-N-SPARK FLATBED AND BACKED IT OUT THEN GOT OUT AND IS RUNNING DOWN THE STREET TRYING TO GET INTO OTHER VEHICLES. THERE ARE THREE PEOPLE CHASING HIM. CHASERS CAUGHT UP

| | Owner | 03/26/2004 | 2:29 PM | Hatfield DaLana | Hosier |

REPORTED 2 VEHICLE ACCIDENT IN THE PARKING LOT NO INJURY VEHICLES: DSS833 R/O DEEANN DIOCARES DRIVER: RANDY DIOCARES DWT484 R/O SCOTT BROWN

| | Involved / Mentioned | 12/20/2004 | 10:42 PM | George Lisa | Madewell |

INTOXICATED MEN CAUSING PROBLEMS

1/10/2005

Page 1 of 1

32



[REDACTED]

#1651 Safeway Gold Flatbed Truck
45-50 Selief Pillar MTN
Fast + Reckless

Laurie Skonberg 6 5548

#1657 Safeway

Black hair - stubble
Blondish hair -

DWT 484

[REDACTED]

Alan Schmidt - Lawyer

9496

Officer Coyle's Notes

11120

33

```
1709
      1219 Purton -
          Beverly Brown
  X         486-1478

      M3        537  66 6907

1710   5C 18/15 A/S
       62 A/C

1711   27 29X 6937118  6930959
  13   med
       1-10:80
✓14    62
 16    20 KPDJ
 17    62 KPD
 18    K18 27 29 WA  BROWN DD 319 PB
 24    K18 T++TUS
 28    K18 '/S   Med to Hosp
 28    5C15 18 '/S
```

11121

43
34

| DATE | TIME | SH | CASE# |
|---|---|---|---|
| 01 04 2003 | 1653 | C | 200300101 |

CRIME: CITIZEN REPORT DWI - REDDI ASSIST INSIDE ALASKA

| | | | UCR# | 9404 9605 |
|---|---|---|---|---|

LOC: SELIEF TOWARDS PILLAR MTN

NAME: LAURIE SKONBERG    PH# 486-5548    JUV    MO# 01

ADD: SELIEF

DRUG [ ]  ALC [X]  ARST [X]  INFO [ ]  CS [ ]  DV [ ]  ASLT [ ]  GANG [ ]  STLN [ ]  AST [X]  RVWD [ ]

CALLED ON CELLPHONE REPORTING A GOLDEN FLAT-BED TRUCK LEFT SAFEWAY PARKING LOT AT HIGH RATE OF SPEED, SPRAYED GRAVEL ALL OVER FEMALE AND STOREFRONT. SWERVING/WEAVING DID 360 ON SELIEF, WENT UP PILLAR MTN ROAD. CALL FROM FEMALE STATING GOLDEN TRUCK W/DUALIES ON BACK SPRAYED GRAVEL ON HER AT SAFEWAY, PASSENGER DARK HAIRED AND SCRUFFY FROM NOT SHAVING, DRIVER BLONDISH HAIRED INDIVIDUAL. DWT484 LOCATED.    ARRESTED: SCOTT R. BROWN WMA DOB 09/18/63 ADL 6918319 , DUI. 03000047 AGENCY ASSIST

RPT [X]    OFC: K20/K18/E62/5C15/5C18    DISP: CROYLE

10082

35

# Incident History for a Person
## Kodiak Police Department

| ID | First / Middle / Last Name | Suffix | SSN | Address | | | |
|---|---|---|---|---|---|---|---|
| 2185 | Scott Randall Brown | | 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 | 1219 Purtov #A | | | |
| | | | | PO Box 3452 | | | |

| Birth | Age | Sex | Race | Marital | Height | Weight | Hair | Eyes | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 9/18/1963 | 40 | M | W | | 510 | 240 | BRO | HAZ | Kodiak | AK | 99615 |

| Home Phone | Work Phone | Occupation | Email |
|---|---|---|---|
| 907-486-1478 | | | |

| Item Desc | Description | Note |
|---|---|---|
| Nicknames: | | Nicknames |
| Alias: | | Alias |
| Other Last Names: | | Other Last Names |
| Health Alerts: | | Health Alerts |
| Apsin #: | | Apsin # |
| Mental Health: | | Mental Health |
| Scars Marks & Tattoos: | | Scars Marks & Tattoos |
| Employer: | | Employer |
| Associates: | | Associates |

| Case Number: | Role: | Incident Occured(date/time): | Call Received By: | Officer Assigned: |
|---|---|---|---|---|
| 2003-0101 | Suspect | 01/04/2003  4:53 PM | Croyle Douglas | Peterson |

CALLED ON CELLPHONE REPORTING A GOLDEN FLAT-BED TRUCK LEFT SAFEWAY PARKING LOT AT HIGH RATE OF SPEED SPRAYED GRAVEL ALL OVER FEMALE AND STOREFRONT. SWERVING/WEAVING DID 360 ON SELIEF WENT UP PILLAR MTN ROAD.

| 2003-0106 | Reporting Party | 01/04/2003  9:02 PM | Croyle Douglas | Owens |

REQUEST AMBULANCE FOR INMATE - SCOTT BROWN CLAIMING SEVERE ANKLE PAIN. "C" SCOTT BROWN

| 2003-0729 | Owner | 02/07/2003  8:24 PM | Peterson Lisa | Bradbury |

911 REPORT MALE IN BLUE SWEATSHIRT GOT INTO ARC-N-SPARK FLATBED AND BACKED IT OUT THEN GOT OUT AND IS RUNNING DOWN THE STREET TRYING TO GET INTO OTHER VEHICLES. THERE ARE THREE PEOPLE CHASING HIM. CHASERS CAUGHT UP

| 2004-1615 | Owner | 03/26/2004  2:29 PM | Hatfield DaLana | Hosier |

REPORTED 2 VEHICLE ACCIDENT IN THE PARKING LOT   NO INJURY   VEHICLES: DSS833 R/O DEEANN DIOCARES   DRIVER: RANDY DIOCARES   DWT484 R/O SCOTT BROWN

| 2004-7099 | Involved / Mentioned | 12/20/2004  10:42 PM | George Lisa | Madewell |

INTOXICATED MEN CAUSING PROBLEMS

1/14/2005

Page 1 of 1

36