<u>DMV Administrative Hearing - Wade Brennick Testimony</u>
February 14, 2003

      HEARING OFFICER: We're back on record. I have Wayne Wade Brennick on the line.

A    My hand's raised.

(Oath given)

A    I do.

Q    And would you state your name for the record please?

A    Kevin Wade Brennick.

Q    Kevin Wade Brennick, okay. And what's a current mailing address for you, sir?

A    1524 Mission, #14, Kodiak, Alaska 99615.

      HEARING OFFICER: Okay, thank you, sir, you are sworn. Go ahead, Mr. Schmitt

      MR. SCHMITT: Thank you, Ms. _____.

### DIRECT EXAMINATION

BY MR. SCHMITT:

Q    Mr. Brennick, this is Alan Schmitt. You're down in Washington state today, is that correct?

A    Yes, sir.

Q    For a surprise birthday party for your mother?

A    Yes, sir, she just turned 60.

Q    Okay. Actually some festivities going on this morning there?

A    Yes, sir, we just finished breakfast.

Q   All right. Ordinarily you live and work here in Kodiak, is that correct?

A   Yes, sir.

Q   And what is your occupation?

A   I run a tire shop, Union Tire Shop.

Q   And where is that located?

A   It's at 114 Lower Mill Bay Road in Kodiak.

Q   And do you know Scott Brown?

A   Yes, I do.

Q   How do you know Mr. Brown?

A   We both used to live in the same little town back in Loomis, Washington. I met him, oh, right around 1990.

Q   How long have you been living in Kodiak?

A   April 5th will be four years.

Q   Did you see Mr. Brown on Saturday the 4th of January this year?

A   Yes, sir.

Q   Where and about what time did you see him?

A   Well, he came into the tire shop probably -- probably just a little before 4:00. And, yeah it was at the tire shop and probably just a little bit before 4:00, which I close at 4:00, so that's how I remember that.

Q   Okay, so he was there right at your closing time?

A   Yeah, just before.

Q   Okay. How long was he then with you?

A   It's not easy to recall, but I'm guessing probably right around a half an hour or so.

Q    Okay. And why did he stop by?

A    He stopped by to ask me about drilling and studding the tires on his pickup, because we just went through some ice at the first of the year, and he was slipping around and wanted to know if I could drill and stud his tires.

Q    Now, you mentioned his pickup. Do you know what kind of truck he has?

A    Yes, he drives a '69 Dodge flat bed pickup.

Q    Okay. Is it a traditional kind of pickup truck or is it a, you know, larger than a pickup truck, usual pickup truck?

A    I believe it's a one-ton, and it's a --as far as I know its one of kind. I've never seen one like it.

Q    Okay. So were you able to do anything for his tires on the 4th of January?

A    I wasn't able to that day. I explained to him that I was just getting ready to close up, but if he wanted to swing by on Monday I would a take care of that for him.

Q    Okay. So why were you together for close to or up to a half an hour?

A    Well, we've know each other for awhile and with him working full time and myself working six days a week we don't get a chance to see each other very often. So we're talking and just talking about what's been going on and this and that.

Q    Okay. How close did you get to him?

A    I don't know, as close as friends get when they're talking, probably a foot away.

Q    All right. Did you notice any odor of alcoholic beverages?

A    I didn't notice any order of any alcohol or anything like that, no.

Q    Was he drinking anything while he was in your shop?

A    You know, I don't recall if he was drinking anything at that time. I know he usually drinks ice tea.

Q    Were there any alcoholic beverages in your shop?

A    No.

DMV Administrative Hearing
Wade Brennick Testimony          3 of 5                    7269\01 tape DMV.wpd

000306

EXHIBIT C

Q     Were he acting like he was intoxicated?

A     No, sir.

Q     Did you notice anything about the way he walked?

A     If I remember right he was walking with a limp, something about his ankle.

Q     Okay. Was anyone else with him at the time?

A     His brother was there with him, Damen.

Q     Okay. And did you notice anything about their interaction?

A     Yeah, I did, something that was, I don't know, a little bit odd, I guess, or it seemed like they were -- they seemed to be mad at each other for some reason or another. I didn't ask and they didn't say why or anything, but I noticed when they got ready to leave, I mean, it was -- it seemed like a there was some hostility there, and when they got ready to leave both of them slammed the pickup doors, which I've never seen Scotty slam the door on his pickup. I mean he loves that truck, so I knew something was a little bit odd right there.

Q     Okay. Do you recall if Mr. Brown was using a cane on the 4th of January?

A     I don't really recall that. I have seen him use a cane there on occasion, it was probably when his ankle was bad, but I don't really recall that Saturday seeing him with a cane. I can't say that for sure.

Q     So is it accurate to say that he would have left your shop at about 4:30 or so in the afternoon?

A     Yes, sir.

Q     Okay. Now, are you such a good friend with Scott that you'd be willing to bend the truth a little bit if it would help him?

A     Under oath I wouldn't bend the truth for anybody.

Q     Thank you. Those are all the questions that I have but the hearing officer may have some for you

A     Your welcome.

      HEARING OFFICER: Actually, sir, I don't have any questions for you. I thank you for coming today, you're certainly free to go at this time.

A    Thank you very much

      HEARING OFFICER: Thank you sir

A    Bye.

      HEARING OFFICER: Bye-bye.

..........................

DMV Administrative Hearing
Wade Brennick Testimony        5 of 5        7269\01 tape DMV.wpd

000308

EXHIBIT C