# Mary Catherine McMurray, B.S.
## CONSULTANT IN FORENSIC TESTING FOR ALCOHOL
3523 Highway JG  Blue Mounds WI 53517-9690

Phone 608-437-5344    FAX 608-437-1055

March 18, 2008

Robert Herz
425 G Street, Suite 600
Anchorage, AK 99501

RE: Scott Brown vs. Frank Peterson, et. al.
    Civil No. A05-0002 CV (RRB)

Dear Sir:

I have reviewed the video, transcripts and police reports that you provided in this matter. You asked me to answer three questions as follows:

1) Did the police follow correct procedures in obtaining a breath sample?

2) Is the breath sample valid and accurate?

3) Assuming the accuracy of the test result, could Mr. Brown have consumed enough alcohol in the bathroom, two hours earlier, to have a 0.185 g/210L test result?

The first question can be simply answered with a yes. A slightly more informed answer is that the first test conducted had some problems associated with it due to the use of the pepper spray, but the last test is most likely a "good" test in terms of operational procedures followed by the officer.

The answer to the second question is a bit more difficult. The video does not show any improper procedures and the alco standards on the test ticket are within allowable tolerance of the target value. From this it could be inferred that the test was a valid test and that the testing device was reasonably accurate.

The last question is the more interesting question. I have worked out the calculations for a 240 lb male consuming both a full bottle and ¾ bottle of Jack Daniels. The transcripts provided suggest that Mr. Brown believes he consumed about ¾ of the bottle. It is possible for a person to consume such a quantity of alcohol in a small window of time.

**CALCULATION**
750 ml bottle (a fifth, 80 proof)          = 25 fl.oz.

Exhibit 6
Pg. 1 of 3

For a 240 lb male drinking 80 proof liquor:
   0.013 per fl.oz.                = 0.325 g/210L
   ¾ bottle                      = 0.244 g/210L

4:53 to 6:50 is close enough to 2 hours    0.015 to 0.020 eliminated per hour
   Elimination in 2 hours expected at       0.030 to 0.040 g/210L

**Expected range at testing time**          **0.285 to 0.295 g/210L (full bottle)**
                                                 **0.204 to 0.214 g/210L (3/4 bottle)**

Mr. Brown tested 0.185 g/210L at 6:50 pm. This result is reasonably close (within 0.01 g/210L) to the predicted range for consuming ¾ of a bottle of Jack Daniels. The claim by Mr. Brown that he did all of his drinking in the bathroom is consistent with the test result.

I also calculated a range for the alcohol level Mr. Brown would have had to be at when he was driving if it is assumed that NO alcohol was consumed in the bathroom. For this calculation I start with the assumption that the test result is accurate. Adding in for elimination (0.030 to 0.040 g/210L) I come up with a range of 0.215 to 0.225 g/210L at 4:53 pm. That is a significant alcohol level and it would be expected that the average person spending any time in close contact with Mr. Brown would have smelled something or noticed some sign of intoxication.

I hope this information is of assistance to you and if there are any further questions please call me at 608 437-5344.

Sincerely.......

*Mary Catherine McMurray*

Mary Catherine McMurray

Attachments (1, CV of Mary Catherine McMurray)

**Exhibit 6**
**Pg. 2 of 3**

Mary Catherine McMurray, B.S.
## CONSULTANT IN FORENSIC TESTING FOR ALCOHOL
3523 Highway JG Blue Mounds WI 53517-9690
Phone 608-437-5344   FAX 608-437-1055

PROFESSIONAL BIOGRAPHY

**MARY CATHERINE MCMURRAY, B.S.**, provides services and consultation in areas of chemical testing of breath, blood or urine for ethyl alcohol and the interpretation of the analytical results. Ms. McMurray provides consultation and review of laboratory analysis and expert testimony in both civil and criminal cases. She received a Bachelor of Science degree in 1984 from the University of Wisconsin - Madison. She has worked in the field of forensic alcohol testing since 1986 and has forensic experience with breath alcohol testing devices including the Intoxilyzers, DataMasters, ECIRs and Draeger 7110. Ms. McMurray has been involved with in-vivo and in-vitro research studies concerning the physiological effects of ethyl alcohol and issues related to testing for alcohol. She has also taught and given presentations at numerous professional training classes, seminars, conferences and meetings. Ms. McMurray has qualified and testified as an expert witness in her specialty areas in courts across the United States and in Canada.

**Exhibit 6**
**Pg. 3 of 3**