FRANK S. KOZIOL, ESQ.
Attorney at Law
618 Christensen Drive
Anchorage, Alaska 99501
907-258-7706

Counsel for Defendant
CITY OF KODIAK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SCOTT BROWN, )<br>)<br>Plaintiff, )<br>) Case No. 3:05-cv-0002 [TMB]<br>vs. )<br>)<br>FRANK PETERSON, Individually and )<br>in His official capacity as a )<br>City of Kodiak Police Officer; )<br>JEFF HOLDEN, Individually and in ) DEFENDANT CITY OF<br>his official capacity as a City ) KODIAK'S NON-OPPOSED<br>Kodiak Police Officer; CITY OF ) MOTION FOR EXTENSION<br>KODIAK; and JOHN AND JANE DOES ) OF TIME TO SUBMIT REPLY TO<br>1-10, ) PLAINTIFF'S OPPOSITION TO<br>Defendants. ) ITS MOTION FOR SUMMARY<br>) JUDGMENT | |

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

COMES NOW DEFENDANT CITY OF KODIAK, by and through its attorney, FRANK S. KOZIOL, and, pursuant to D.AK LR 7.1, hereby moves this Court to extend the deadline for the submission its reply to Plaintiff's Opposition to its Motion for Summary Judgment from July 22, 2008 to July 31, 2008. This motion is non-opposed by Plaintiff's attorney, Robert Herz.

This motion is based upon the accompanying memorandum of law and affidavit of counsel. A proposed order accompanies this motion.

DATED 7/21/08

LAW OFFICE OF FRANK S. KOZIOL
Attorney for Defendant City
 of Kodiak

By: /s Frank S. Koziol
    Law Office of Frank S. Koziol
    618 Christensen Drive
    Anchorage, Alaska 99501
    Phone: 907-258-7706
    Fax: 907-258-7707
    Email: koziol@gci.net
    ritagutierrez.koziol@gci.net
    ABA No. 7210054

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

Defendant City of Kodiak's Non-Opposed Motion for Extension of Time to Submit Reply to Plaintiff's Opposition to its Motion for Summary Judgment
*Brown v. Peterson, et al.*, Case No. 3:05-cv-0002 [TMB]
Page 2 of 3

THIS IS TO CERTIFY that a copy of the foregoing was served electronically and by U. S. Mail upon:

Robert M. Herz, Esq.
425 "G" Street, Suite 600
Anchorage, Alaska 99501


/s Frank S. Koziol 7/21/08

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

Defendant City of Kodiak's Non-Opposed Motion for Extension of Time to Submit Reply to Plaintiff's Opposition to its Motion for Summary Judgment
*Brown v. Peterson, et al.*, Case No. 3:05-cv-0002 [TMB]
Page 3 of 3