FRANK S. KOZIOL, ESQ.
Attorney at Law
618 Christensen Drive
Anchorage, Alaska 99501
907-258-7706

Counsel for Defendant
CITY OF KODIAK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SCOTT BROWN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 3:05-cv-0002 [TMB] |
| vs. ) | |
| ) | |
| FRANK PETERSON, Individually and ) | |
| in His official capacity as a ) | |
| City of Kodiak Police Officer; ) | PROPOSED ORDER GRANTING |
| JEFF HOLDEN, Individually and in ) | DEFENDANT CITY OF KODIAK'S |
| his official capacity as a City ) | NON-OPPOSED |
| Kodiak Police Officer; CITY OF ) | MOTION FOR EXTENSION |
| KODIAK; and JOHN AND JANE DOES ) | OF TIME TO SUBMIT REPLY TO |
| 1-10, ) | PLAINTIFF'S OPPOSITION TO |
| Defendants. ) | ITS MOTION FOR SUMMARY |
| ) | JUDGMENT |

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

This Court, having considered Defendant City of Kodiak's Non-Opposed Motion for Extension of Time to Submit Reply to Plaintiff's Opposition to its Motion for Summary Judgment, and there being no opposition thereto, and good cause appearing the granting of said motion,

IT IS HEREBY ORDERED that Defendant City of Kodiak's Non-Opposed Motion for Extension of Time to Submit Reply to Plaintiff's Opposition to Their Motion for Summary Judgment is granted. Defendant City of Kodiak's reply is due July 31, 2008.

DATED this ____ of _____, 2008.

_____
TIMOTHY M. BURGESS
U. S. DISTRICT COURT JUDGE

THIS IS TO CERTIFY that a copy of the foregoing was served electronically and by U. S. Mail upon:

Robert M. Herz, Esq.
425 "G" Street, Suite 600
Anchorage, Alaska 99501

/s Frank S. Koziol 7/21/08

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

Proposed Order Granting Defendant City of Kodiak's Non-Opposed Motion for Extension of Time to Submit Reply to Plaintiff's Opposition to its Motion for Summary Judgment
Brown v. Peterson, et al., Case No. 3:05-cv-0002 [TMB]
Page 2 of 2