FRANK S. KOZIOL, ESQ.
Attorney at Law
618 Christensen Drive
Anchorage, Alaska 99501
907-258-7706

Counsel for Defendant
CITY OF KODIAK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

SCOTT BROWN, )
 )
       Plaintiff, )
 ) Case No. 3:05-cv-0002 [TMB]
vs. )
 )
FRANK PETERSON, Individually and )
in His official capacity as a )
City of Kodiak Police Officer; ) MEMORANDUM IN SUPPORT OF
JEFF HOLDEN, Individually and in ) DEFENDANT CITY OF KODIAK'S
his official capacity as a City ) NON-OPPOSED
Kodiak Police Officer; CITY OF ) MOTION FOR EXTENSION
KODIAK; and JOHN AND JANE DOES ) OF TIME TO SUBMIT REPLY TO
1-10, ) PLAINTIFF'S OPPOSITION TO
       Defendants. ) ITS MOTION FOR SUMMARY
 ) JUDGMENT

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

Defendant City of Kodiak seeks an extension of time from July 22, 2008 to July 31, 2008 to submit its reply to Plaintiff's Opposition to its Motion for Summary Judgment. Defense counsel is unavailable due to the arrival of out-of-town guests on July 18, 2008 and will be out of the office on July 21, 2008. Plaintiff's attorney, Robert Herz, does not oppose the extension of time.[1]

Defendant notes that this Court permitted Plaintiff an extension of time until July 15, 2008 to submit his opposition.[2] Defendant does not believe its request for a nine-day extension of time is unreasonable in light of the lengthy extension of time granted to Plaintiff.

It is for these reasons, that Defendant requests an extension of time until July 31, 2008 to submit its reply to Plaintiff's Opposition to its Motion for Summary Judgment.

---

[1] Affidavit of Frank S. Koziol.

[2] See, Docket No. 97.

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

Memorandum in Support of Defendant City of Kodiak's Non-Opposed Motion for Extension of Time to Submit Reply to Plaintiff's Opposition to its Motion for Summary Judgment
Brown v. Peterson, et al., Case No. 3:05-cv-0002 [TMB]
Page 2 of 3

DATED 7/21/08                    LAW OFFICE OF FRANK S. KOZIOL
                                 Attorney for Defendant City of
                                   Kodiak


                                 By:  /s Frank S. Koziol
                                      Law Office of Frank S. Koziol
                                      618 Christensen Drive
                                      Anchorage, Alaska 99501
                                      Phone: 907-258-7706
                                      Fax: 907-258-7707
                                      Email: koziol@gci.net
                                      ritagutierrez.koziol@gci.net
                                      ABA No. 7210054


THIS IS TO CERTIFY that a copy of the foregoing was
served electronically and by U. S. Mail upon:

Robert M. Herz, Esq.
425 "G" Street, Suite 600
Anchorage, Alaska 99501


/s Frank S. Koziol 7/21/08

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

Memorandum in Support of Defendant City of Kodiak's Non-Opposed Motion for
Extension of Time to Submit Reply to Plaintiff's Opposition to its Motion for
Summary Judgment
*Brown v. Peterson, et al.*, Case No. 3:05-cv-0002 [TMB]
Page 3 of 3