FRANK S. KOZIOL, ESQ.
Attorney at Law
618 Christensen Drive
Anchorage, Alaska 99501
907-258-7706

Counsel for Defendant
CITY OF KODIAK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SCOTT BROWN, ) <br> ) <br> Plaintiff, ) <br> ) Case No. 3:05-cv-0002 [TMB] <br> vs. ) <br> ) <br> FRANK PETERSON, Individually and ) <br> in His official capacity as a ) <br> City of Kodiak Police Officer; ) AFFIDAVIT OF FRANK S. KOZIOL <br> JEFF HOLDEN, Individually and in ) <br> his official capacity as a City ) <br> Kodiak Police Officer; CITY OF ) <br> KODIAK; and JOHN AND JANE DOES ) <br> 1-10, ) <br> Defendants. ) <br> _____ ) | |

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

STATE OF ALASKA         )
                        ) ss.
THIRD JUDICIAL DISTRICT )

      FRANK S. KOZIOL, being first duly sworn upon his oath, makes the following statements based on personal knowledge, except as otherwise indicated:

    1. I am the attorney for Defendant CITY OF KODIAK in the above-captioned case.

    2. I am unavailable due to the arrival of out-of-town guests on July 18, 2008 and will be out of the office on July 21, 2008.

    3. I spoke with Plaintiff's attorney Robert Herz's secretary who advises he does not oppose the extension of time.

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

Affidavit of Frank S. Koziol
*Brown v. Peterson, et al.*, Case No. 3:05-cv-0002 [TMB]
Page 2 of 3

4.     FURTHERMORE, your affiant sayeth naught.

_____
FRANK S. KOZIOL
ABA NO. 7210054

SUBSCRIBED AND SWORN TO before me this 18th day of July, 2008.



_____
Notary Public in and for Alaska
My Commission expires: 09/04/08

THIS IS TO CERTIFY that a copy of the foregoing was served electronically and by U. S. Mail upon:

Robert M. Herz, Esq.
425 "G" Street, Suite 600
Anchorage, Alaska 99501

/s Frank S. Koziol 7/21/08

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

Affidavit of Frank S. Koziol
*Brown v. Peterson, et al.*, Case No. 3:05-cv-0002 [TMB]
Page 3 of 3