FRANK S. KOZIOL, ESQ.
Attorney at Law
618 Christensen Drive
Anchorage, Alaska 99501
907-258-7706

Counsel for Defendants
FRANK PETERSON AND JEFF HOLDEN

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SCOTT BROWN, | ) |
|         Plaintiff, | ) |
| | ) Case No. 3:05-cv-0002 [TMB] |
| vs. | ) |
| | ) |
| FRANK PETERSON, Individually and in His official capacity as a City of Kodiak Police Officer; JEFF HOLDEN, Individually and in his official capacity as a City Kodiak Police Officer; CITY OF KODIAK; and JOHN AND JANE DOES 1-10, | ) ) ) ) ) ) ) ) DEFENDANTS PETERSON'S AND HOLDEN'S NON-OPPOSED MOTION FOR EXTENSION OF TIME TO SUBMIT REPLY TO PLAINTIFF'S OPPOSITION TO |
|         Defendants. | ) THEIR MOTION FOR SUMMARY ) JUDGMENT |

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

COME NOW DEFENDANTS FRANK PETERSON and JEFF HOLDEN, by and through their attorney, FRANK S. KOZIOL, and, pursuant to D.AK LR 7.1, hereby move this Court to extend the deadline for the submission their reply to Plaintiff's Opposition to their Motion for Summary Judgment from July 22, 2008 to July 31, 2008. This motion is non-opposed by Plaintiff's attorney, Robert Herz.

This motion is based upon the accompanying memorandum of law and affidavit of counsel. A proposed order accompanies this motion.

DATED 7/21/08

LAW OFFICE OF FRANK S. KOZIOL
Attorney for Defendants Frank
 Peterson and Jeff Holden

By: /s Frank S. Koziol
Law Office of Frank S. Koziol
618 Christensen Drive
Anchorage, Alaska 99501
Phone: 907-258-7706
Fax: 907-258-7707
Email: koziol@gci.net
ritagutierrez.koziol@gci.net
ABA No. 7210054

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

Defendants Peterson's and Holden's Non-Opposed Motion for Extension of Time to Submit Reply to Plaintiff's Opposition to Their Motion for Summary Judgment
*Brown v. Peterson, et al.*, Case No. 3:05-cv-0002 [TMB]
Page 2 of 3

THIS IS TO CERTIFY that a copy of the foregoing was served electronically and by U. S. Mail upon:

Robert M. Herz, Esq.
425 "G" Street, Suite 600
Anchorage, Alaska 99501

/s Frank S. Koziol 7/21/08

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

Defendants Peterson's and Holden's Non-Opposed Motion for Extension of Time to Submit Reply to Plaintiff's Opposition to Their Motion for Summary Judgment
*Brown v. Peterson, et al.*, Case No. 3:05-cv-0002 [TMB]
Page 3 of 3