FRANK S. KOZIOL, ESQ.
Attorney at Law
618 Christensen Drive
Anchorage, Alaska 99501
907-258-7706

Counsel for Defendants
FRANK PETERSON AND JEFF HOLDEN

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SCOTT BROWN, | ) |
|         Plaintiff, | ) |
| vs. | ) Case No. 3:05-cv-0002 [TMB] |
| FRANK PETERSON, Individually and in His official capacity as a City of Kodiak Police Officer; JEFF HOLDEN, Individually and in his official capacity as a City Kodiak Police Officer; CITY OF KODIAK; and JOHN AND JANE DOES 1-10, | ) MEMORANDUM IN SUPPORT OF DEFENDANTS PETERSON'S AND HOLDEN'S NON-OPPOSED MOTION FOR EXTENSION OF TIME TO SUBMIT REPLY TO PLAINTIFF'S OPPOSITION TO THEIR MOTION FOR SUMMARY JUDGMENT |
|         Defendants. | ) |

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

Defendants Peterson and Holden seek an extension of time from July 22, 2008 to July 31, 2008 to submit their reply to Plaintiff's Opposition to their Motion for Summary Judgment. Defense counsel is unavailable due to the arrival of out-of-town guests on July 18, 2008 and will be out of the office on July 21, 2008. Plaintiff's attorney, Robert Herz, does not oppose the extension of time.[1]

Defendants note that this Court permitted Plaintiff an extension of time until July 15, 2008 to submit his opposition.[2] Defendants do not believe their request for a nine-day extension of time is unreasonable in light of the lengthy extension of time granted to Plaintiff.

It is for these reasons, that Defendants request an extension of time until July 31, 2008 to submit their reply to Plaintiff's Opposition to their Motion for Summary Judgment.

---

[1] Affidavit of Frank S. Koziol.

[2] See, Docket No. 97.

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

Memorandum in Support of Defendants Peterson's and Holden's Non-Opposed Motion for Extension of Time to Submit Reply to Plaintiff's Opposition to Their Motion for Summary Judgment
Brown v. Peterson, et al., Case No. 3:05-cv-0002 [TMB]
Page 2 of 3

DATED 7/21/08

LAW OFFICE OF FRANK S. KOZIOL
Attorney for Defendants Frank
  Peterson and Jeff Holden

By: /s Frank S. Koziol
   Law Office of Frank S. Koziol
   618 Christensen Drive
   Anchorage, Alaska 99501
   Phone: 907-258-7706
   Fax: 907-258-7707
   Email: koziol@gci.net
   ritagutierrez.koziol@gci.net
   ABA No. 7210054

THIS IS TO CERTIFY that a copy of the foregoing was served electronically and by U. S. Mail upon:

Robert M. Herz, Esq.
425 "G" Street, Suite 600
Anchorage, Alaska 99501

/s Frank S. Koziol 7/21/08

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

Memorandum in Support of Defendants Peterson's and Holden's Non-Opposed Motion for Extension of Time to Submit Reply to Plaintiff's Opposition to Their Motion for Summary Judgment
*Brown v. Peterson, et al.*, Case No. 3:05-cv-0002 [TMB]
Page 3 of 3