FRANK S. KOZIOL, ESQ.
Attorney at Law
618 Christensen Drive
Anchorage, Alaska 99501
907-258-7706

Counsel for Defendants
FRANK PETERSON AND JEFF HOLDEN

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SCOTT BROWN, ) <br> ) <br> Plaintiff, ) <br> ) Case No. 3:05-CV-0002 [TMB] <br> vs. ) <br> ) <br> FRANK PETERSON, Individually and ) <br> in His official capacity as a ) <br> City of Kodiak Police Officer; ) <br> JEFF HOLDEN, Individually and in ) <br> his official capacity as a City ) <br> Kodiak Police Officer; CITY OF ) <br> KODIAK; and JOHN AND JANE DOES ) <br> 1-10, ) <br> Defendants. ) REQUEST FOR ORAL ARGUMENT <br> ) | |

Pursuant to D. Ak. LR 7.2(a), Defendants FRANK

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

PETERSON and JEFF HOLDEN, by and through their attorney, FRANK S. KOZIOL, request oral argument on Defendants Peterson's and Holden's Motion for Summary Judgment dated May 23, 2008.

                                      LAW OFFICE OF FRANK S. KOZIOL
                                      Attorney for Defendant City
                                      of Kodiak

Dated: 7/30/08                      By: /s Frank S. Koziol
                                            Law Office of Frank S. Koziol
                                            618 Christensen Drive
                                            Anchorage, Alaska 99501
                                            Phone: 907-258-7706
                                            Fax: 907-258-7707
                                            Email: koziol@gci.net
                                            ritagutierrez.koziol@gci.net
                                            ABA No. 7210054

THIS IS TO CERTIFY that a copy of the foregoing was served electronically and by U. S. Mail upon:

Robert M. Herz, Esq.
425 "G" Street, Suite 600
Anchorage, Alaska 99501

/s Frank S. Koziol 7/30/08

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707