FRANK S. KOZIOL, ESQ.
Attorney at Law
618 Christensen Drive
Anchorage, Alaska 99501
907-258-7706

Counsel for Defendant
CITY OF KODIAK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SCOTT BROWN, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> FRANK PETERSON, Individually and ) <br> in His official capacity as a ) <br> City of Kodiak Police Officer; ) <br> JEFF HOLDEN, Individually and in ) <br> his official capacity as a City ) <br> Kodiak Police Officer; CITY OF ) <br> KODIAK; and JOHN AND JANE DOES ) <br> 1-10, ) <br> Defendants. ) <br> ) | Case No. 3:05-CV-0002 [TMB] <br><br><br><br><br><br><br><br><br><br> REQUEST FOR ORAL ARGUMENT |

Pursuant to D. Ak. LR 7.2(a), Defendant CITY OF

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

KODIAK, by and through its attorney, FRANK S. KOZIOL, requests oral argument on Defendant City of Kodiak's Motion for Summary Judgment dated May 19, 2008.

                                                LAW OFFICE OF FRANK S. KOZIOL
                                                Attorney for Defendant City
                                                of Kodiak

Dated: 7/30/08                          By: /s Frank S. Koziol
                                                Law Office of Frank S. Koziol
                                                618 Christensen Drive
                                                Anchorage, Alaska 99501
                                                Phone: 907-258-7706
                                                Fax: 907-258-7707
                                                Email: koziol@gci.net
                                                ritagutierrez.koziol@gci.net
                                                ABA No. 7210054

THIS IS TO CERTIFY that a copy of the foregoing was served electronically and by U. S. Mail upon:

Robert M. Herz, Esq.
425 "G" Street, Suite 600
Anchorage, Alaska 99501

/s Frank S. Koziol 7/30/08

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

Request For Oral Argument
*Brown v. Peterson, et al.*, Case No. 3:05-cv-0002   [TMB]
Page 2 of 2