FRANK S. KOZIOL, ESQ.
Attorney at Law
618 Christensen Drive
Anchorage, Alaska 99501
907-258-7706

Counsel for Defendant
CITY OF KODIAK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SCOTT BROWN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 3:05-CV-0002 [TMB] |
| vs. ) | |
| ) | |
| FRANK PETERSON, Individually and ) in His official capacity as a ) City of Kodiak Police Officer; ) JEFF HOLDEN, Individually and in ) his official capacity as a City ) Kodiak Police Officer; CITY OF ) KODIAK; and JOHN AND JANE DOES ) 1-10, ) | |
| Defendants. ) | PROPOSED ORDER GRANTING REQUEST FOR ORAL ARGUMENT |
| ) | |

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707

The Court having received Defendant CITY OF KODIAK'S

Request for Oral Argument on its Motion for Summary Judgment dated May 19, 2008, and being fully advised in the premises,

IT IS HEREBY ORDERED that said request is granted, and oral argument thereon is set before the undersigned on the ____ day of _____, 2008, at the hour of _____ m. in Courtroom ____.

DATED this ____ of _____, 2008.

_____
TIMOTHY M. BURGESS
U. S. DISTRICT COURT JUDGE

THIS IS TO CERTIFY that a copy of the foregoing was served electronically and by U. S. Mail upon:

Robert M. Herz, Esq.
425 "G" Street, Suite 600
Anchorage, Alaska 99501

/s Frank S. Koziol 7/30/08

FRANK S. KOZIOL
ATTORNEY AT LAW
618 CHRISTENSEN DRIVE
ANCHORAGE, AK 99501
(907) 258-7706
FAX (907) 258-7707